## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTIAN F. MCCALLION, Individually and On Behalf of All Others Similarly Situated, | Case No. 9:22-cv-80418-DMM |
| Plaintiff, | |
| v. | |
| CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON, | |
| Defendants | |

## DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF MARK BUA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

I, Leo W. Desmond, hereby declare as follows:

1.       I am an attorney with Desmond Law Firm, P.C., counsel for Mark Bua ("Bua"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Bua's motion for appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP as Lead Counsel and Desmond Law Firm, P.C. as Liaison Counsel for the class.

2.       Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:   Press release published March 16, 2022 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;
>
> Exhibit B:   PSLRA Certification of Bua;
>
> Exhibit C:   Analysis of Bua's financial interest;
>
> Exhibit D:   Firm resume of Glancy Prongay & Murray LLP; and
>
> Exhibit E:   Firm resume of Desmond Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on May 16, 2022, at Vero Beach, Florida.

/s/ Leo W. Desmond
Leo W. Desmond

1

## CERTIFICATE OF SERVICE

I, Leo W. Desmond, hereby certify that on May 16, 2022, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond