# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Celsius Holdings, Inc.
**Ticker:** CELH
**Class Period:** August 12, 2021 to March 1, 2022
**Name:** Mark Bua

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/17/2021 | 1,000 | $76.4400 | -$76,440.0000 | | $0.0000 | -$76,440.00 |

| | | | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,000** | | | | **Subtotal:** | **-$76,440.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $53,509.23 |
| | | | $53.5092 | 1,000 | **Total:** | **-$22,930.77** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 2, 2022 and May 13, 2022.