UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTIAN F. MCCALLION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON,<br><br>Defendants. | Case No. 9:22-cv-80418<br><br>The Honorable Donald M. Middlebrooks<br><br>CLASS ACTION |

**MOTION OF CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN AND CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

City of Atlanta Police Officers' Pension Plan ("Atlanta Police") and City of Atlanta Firefighters' Pension Plan ("Atlanta Firefighters," and, together with Atlanta Police, "Atlanta P&F" or "Movants") respectfully move this Court for an order: (i) appointing Atlanta P&F as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (ii) approving their selection of Grant & Eisenhofer P.A. ("G&E") as Lead Counsel for the Class and Klausner Kaufman Jensen & Levinson ("Klausner Kaufman") as Liaison Counsel. In support hereof, Atlanta P&F submit their memorandum of law, the

1

Declaration of Daniel L. Berger and its exhibits, the pleadings, and any other written or oral argument as may be permitted by the Court.

Dated: New York, New York
May 16, 2022

Respectfully submitted,

/s/ Robert D. Klausner
Robert D. Klausner
KLAUSNER KAUFMAN JENSEN & LEVINSON
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

***Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan***

/s/ Daniel L. Berger
Daniel L. Berger *(pro hac vice pending)*
Caitlin M. Moyna *(pro hac vice pending)*
Lauren J. Salamon *(pro hac vice pending)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email: lsalamon@gelaw.com

***Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan***

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 16, 2022 I presented the forgoing to the Clerk of the Court for filing and uploading to the CM/ECF system. This system will send electronic notice of filing to all of the parties.

                     /s/ Robert D. Klausner