UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTIAN F. MCCALLION, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON,<br><br>       Defendants. | Case No. 9:22-cv-80418-DMM |

**NOTICE OF MOTION OF MARK C PHOTOGLOU LIVING TRUST FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

      **PLEASE TAKE NOTICE** that Mark C Photoglou Living Trust (the "Trust"), by and through the Trust's counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Trust as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Celsius Holdings, Inc. securities between August 12, 2021 and March 1, 2022, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel, and Miller Shah LLP as Liaison Counsel, for the Class.

Dated:  May 16, 2022

Respectfully submitted,

**MILLER SHAH LLP**

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein
1625 N. Commerce Pkwy, Suite 320
Fort Lauderdale, Florida 33326
Telephone: (954) 903-3170
Facsimile: (866) 300-7367
jagoldstein@millershah.com

*Counsel for Mark C Photoglou Living Trust and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Emma Gilmore
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
egilmore@pomlaw.com

*Counsel for Mark C Photoglou Living Trust and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Mark C Photoglou Living Trust*