**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:22-cv-80418- MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO.<br><br>      Defendants. | CLASS ACTION |

**DECLARATION OF THEODORE J. SAWICKI IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Theodore J. Sawicki, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm of Alston & Bird LLP, counsel in the above-captioned action to Defendants Celsius Holdings, Inc. ("Celsius"), John Fieldly, and Edwin Negron-Carballo (collectively, with Celsius, the "Defendants"). I submit this declaration to place before the Court documents referenced in the Memorandum of Law in support of the Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws.

2. Attached as Exhibits A through G to this Declaration are true and correct copies of the following documents:

- **Exhibit A:** Celsius' Annual Report on Form 10-K, filed March 16, 2022, for the fiscal year ended December 31, 2021.

- **Exhibit B:** Celsius' Current Report on Form 8-K, filed March 1, 2022.

- **Exhibit C:** Celsius' Historical Stock Prices from August 12, 2021 through March 17, 2022, downloaded from Yahoo Finance.

- **Exhibit D:** Statement of Changes in Beneficial Ownership for Edwin Negron-Carballo on Form 4, filed June 15, 2021.

- **Exhibit E:** Statement of Changes in Beneficial Ownership for John Fieldly on Form 4/A, filed January 4, 2022.

- **Exhibit F:** Statement of Changes in Beneficial Ownership for John Fieldly on Form 4, filed June 15, 2021.

- **Exhibit G:** Celsius' Proxy Statement on Schedule 14A, filed April 21, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2022.

/s/ *Theodore J. Sawicki*
Theodore J. Sawicki