# Exhibit C

**Celsius Holdings, Inc.**
*Stock Price Data from Yahoo! Finance*[1]

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 8/12/2021 | $74.00 | $78.93 | $68.24 | $73.32 | $73.32 |
| 8/13/2021 | $74.53 | $75.71 | $70.12 | $72.63 | $72.63 |
| 8/16/2021 | $72.00 | $73.26 | $70.31 | $72.39 | $72.39 |
| 8/17/2021 | $71.46 | $71.50 | $65.06 | $65.84 | $65.84 |
| 8/18/2021 | $66.63 | $69.66 | $66.00 | $67.84 | $67.84 |
| 8/19/2021 | $66.75 | $69.19 | $65.11 | $65.89 | $65.89 |
| 8/20/2021 | $65.50 | $67.52 | $65.35 | $65.99 | $65.99 |
| 8/23/2021 | $67.73 | $70.66 | $67.20 | $70.55 | $70.55 |
| 8/24/2021 | $71.26 | $73.61 | $68.52 | $72.36 | $72.36 |
| 8/25/2021 | $72.00 | $74.87 | $70.58 | $73.42 | $73.42 |
| 8/26/2021 | $73.34 | $75.70 | $72.23 | $72.57 | $72.57 |
| 8/27/2021 | $73.26 | $76.20 | $71.53 | $75.56 | $75.56 |
| 8/30/2021 | $76.18 | $79.86 | $75.88 | $79.61 | $79.61 |
| 8/31/2021 | $80.00 | $81.96 | $76.84 | $81.76 | $81.76 |
| 9/1/2021 | $82.13 | $84.39 | $80.67 | $84.10 | $84.10 |
| 9/2/2021 | $84.91 | $87.88 | $84.66 | $85.76 | $85.76 |
| 9/3/2021 | $85.66 | $88.12 | $82.60 | $87.42 | $87.42 |
| 9/7/2021 | $87.51 | $88.90 | $85.04 | $85.85 | $85.85 |
| 9/8/2021 | $85.46 | $88.00 | $83.29 | $87.60 | $87.60 |
| 9/9/2021 | $86.72 | $90.51 | $86.42 | $87.64 | $87.64 |
| 9/10/2021 | $88.11 | $93.49 | $86.20 | $91.45 | $91.45 |
| 9/13/2021 | $91.56 | $91.56 | $86.25 | $86.95 | $86.95 |

[1] Yahoo! Finance, https://finance.yahoo.com/quote/CELH/history?period1=1628726400&period2=1647561600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last visited Aug. 5, 2022).

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 9/14/2021 | $87.50 | $93.25 | $87.50 | $89.00 | $89.00 |
| 9/15/2021 | $88.50 | $92.21 | $86.51 | $90.90 | $90.90 |
| 9/16/2021 | $93.41 | $97.23 | $91.44 | $96.24 | $96.24 |
| 9/17/2021 | $97.20 | $99.15 | $92.05 | $93.28 | $93.28 |
| 9/20/2021 | $88.98 | $92.32 | $86.45 | $89.67 | $89.67 |
| 9/21/2021 | $90.19 | $93.64 | $89.50 | $91.63 | $91.63 |
| 9/22/2021 | $91.94 | $94.52 | $89.73 | $93.90 | $93.90 |
| 9/23/2021 | $94.73 | $98.90 | $94.73 | $96.98 | $96.98 |
| 9/24/2021 | $96.83 | $101.50 | $96.51 | $98.65 | $98.65 |
| 9/27/2021 | $98.82 | $99.02 | $92.01 | $92.26 | $92.26 |
| 9/28/2021 | $90.00 | $92.34 | $87.00 | $90.71 | $90.71 |
| 9/29/2021 | $92.07 | $92.13 | $88.93 | $90.58 | $90.58 |
| 9/30/2021 | $91.16 | $94.71 | $90.00 | $90.09 | $90.09 |
| 10/1/2021 | $90.14 | $95.76 | $88.66 | $94.19 | $94.19 |
| 10/4/2021 | $93.22 | $93.33 | $87.35 | $90.62 | $90.62 |
| 10/5/2021 | $91.33 | $95.32 | $90.46 | $94.92 | $94.92 |
| 10/6/2021 | $93.75 | $96.90 | $92.35 | $94.46 | $94.46 |
| 10/7/2021 | $95.85 | $100.57 | $94.91 | $97.62 | $97.62 |
| 10/8/2021 | $98.60 | $99.45 | $93.64 | $94.10 | $94.10 |
| 10/11/2021 | $93.73 | $96.78 | $93.00 | $94.65 | $94.65 |
| 10/12/2021 | $95.49 | $98.91 | $94.45 | $97.22 | $97.22 |
| 10/13/2021 | $97.50 | $99.48 | $94.84 | $95.54 | $95.54 |
| 10/14/2021 | $97.18 | $97.99 | $92.33 | $92.50 | $92.50 |
| 10/15/2021 | $93.79 | $94.65 | $87.10 | $88.91 | $88.91 |
| 10/18/2021 | $88.26 | $93.46 | $88.19 | $93.02 | $93.02 |
| 10/19/2021 | $93.11 | $97.20 | $92.41 | $94.55 | $94.55 |

2

| Date | Open | High | Low | Close | Adj Close |
|------|------|------|-----|-------|-----------|
| 10/20/2021 | $94.96 | $97.85 | $93.39 | $93.92 | $93.92 |
| 10/21/2021 | $93.39 | $96.60 | $93.00 | $95.31 | $95.31 |
| 10/22/2021 | $95.46 | $96.41 | $91.71 | $94.29 | $94.29 |
| 10/25/2021 | $94.81 | $101.89 | $94.28 | $99.96 | $99.96 |
| 10/26/2021 | $100.00 | $103.70 | $97.23 | $98.92 | $98.92 |
| 10/27/2021 | $100.03 | $101.85 | $95.49 | $95.51 | $95.51 |
| 10/28/2021 | $96.26 | $98.40 | $94.61 | $97.74 | $97.74 |
| 10/29/2021 | $97.65 | $97.92 | $94.77 | $96.52 | $96.52 |
| 11/1/2021 | $96.67 | $104.95 | $96.00 | $101.40 | $101.40 |
| 11/2/2021 | $101.72 | $101.90 | $95.64 | $101.15 | $101.15 |
| 11/3/2021 | $101.16 | $106.16 | $99.54 | $104.85 | $104.85 |
| 11/4/2021 | $105.29 | $106.88 | $102.89 | $103.95 | $103.95 |
| 11/5/2021 | $105.00 | $108.69 | $102.10 | $108.07 | $108.07 |
| 11/8/2021 | $109.00 | $110.22 | $103.82 | $103.95 | $103.95 |
| 11/9/2021 | $105.00 | $108.22 | $101.29 | $101.51 | $101.51 |
| 11/10/2021 | $98.49 | $99.12 | $93.78 | $93.89 | $93.89 |
| 11/11/2021 | $105.55 | $106.11 | $92.13 | $97.71 | $97.71 |
| 11/12/2021 | $95.62 | $96.93 | $83.32 | $83.35 | $83.35 |
| 11/15/2021 | $83.14 | $83.34 | $75.82 | $77.77 | $77.77 |
| 11/16/2021 | $79.35 | $80.80 | $75.12 | $79.52 | $79.52 |
| 11/17/2021 | $78.00 | $78.77 | $75.29 | $77.02 | $77.02 |
| 11/18/2021 | $77.10 | $78.25 | $74.51 | $77.00 | $77.00 |
| 11/19/2021 | $76.53 | $76.87 | $72.12 | $72.84 | $72.84 |
| 11/22/2021 | $73.75 | $75.13 | $70.57 | $73.44 | $73.44 |
| 11/23/2021 | $73.05 | $74.86 | $70.02 | $71.60 | $71.60 |
| 11/24/2021 | $71.24 | $73.62 | $69.09 | $73.29 | $73.29 |

3

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 11/26/2021 | $69.75 | $73.39 | $68.26 | $71.38 | $71.38 |
| 11/29/2021 | $72.05 | $72.29 | $69.60 | $70.78 | $70.78 |
| 11/30/2021 | $70.15 | $71.00 | $67.17 | $68.41 | $68.41 |
| 12/1/2021 | $69.68 | $69.92 | $61.09 | $62.91 | $62.91 |
| 12/2/2021 | $63.51 | $66.11 | $62.01 | $65.52 | $65.52 |
| 12/3/2021 | $65.69 | $65.70 | $61.78 | $63.05 | $63.05 |
| 12/6/2021 | $62.17 | $65.52 | $59.14 | $64.79 | $64.79 |
| 12/7/2021 | $67.36 | $71.28 | $67.25 | $68.58 | $68.58 |
| 12/8/2021 | $68.68 | $72.59 | $67.18 | $71.86 | $71.86 |
| 12/9/2021 | $71.40 | $72.51 | $66.16 | $67.13 | $67.13 |
| 12/10/2021 | $67.81 | $68.95 | $65.49 | $66.29 | $66.29 |
| 12/13/2021 | $66.36 | $66.36 | $61.61 | $63.39 | $63.39 |
| 12/14/2021 | $62.21 | $63.96 | $61.43 | $62.76 | $62.76 |
| 12/15/2021 | $63.14 | $65.47 | $60.65 | $64.93 | $64.93 |
| 12/16/2021 | $66.10 | $67.36 | $62.47 | $63.71 | $63.71 |
| 12/17/2021 | $62.75 | $68.29 | $61.01 | $68.00 | $68.00 |
| 12/20/2021 | $66.16 | $67.29 | $64.01 | $65.92 | $65.92 |
| 12/21/2021 | $65.97 | $70.53 | $65.88 | $70.33 | $70.33 |
| 12/22/2021 | $70.06 | $71.15 | $67.60 | $70.89 | $70.89 |
| 12/23/2021 | $71.21 | $74.97 | $69.52 | $74.60 | $74.60 |
| 12/27/2021 | $74.75 | $75.41 | $72.61 | $75.10 | $75.10 |
| 12/28/2021 | $74.92 | $75.40 | $71.78 | $73.55 | $73.55 |
| 12/29/2021 | $73.79 | $74.26 | $72.29 | $73.11 | $73.11 |
| 12/30/2021 | $73.00 | $75.20 | $72.27 | $73.52 | $73.52 |
| 12/31/2021 | $73.49 | $75.60 | $72.60 | $74.57 | $74.57 |
| 1/3/2022 | $74.60 | $76.18 | $72.02 | $75.09 | $75.09 |

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 1/4/2022 | $74.95 | $75.00 | $66.80 | $69.00 | $69.00 |
| 1/5/2022 | $68.23 | $68.74 | $62.62 | $63.67 | $63.67 |
| 1/6/2022 | $62.12 | $64.70 | $60.51 | $61.52 | $61.52 |
| 1/7/2022 | $61.18 | $61.32 | $54.18 | $54.60 | $54.60 |
| 1/10/2022 | $50.93 | $50.98 | $45.64 | $49.71 | $49.71 |
| 1/11/2022 | $49.87 | $54.52 | $48.25 | $54.31 | $54.31 |
| 1/12/2022 | $55.27 | $57.61 | $51.56 | $52.12 | $52.12 |
| 1/13/2022 | $52.50 | $52.73 | $49.86 | $50.24 | $50.24 |
| 1/14/2022 | $49.15 | $50.44 | $47.53 | $49.34 | $49.34 |
| 1/18/2022 | $47.59 | $48.89 | $46.84 | $47.52 | $47.52 |
| 1/19/2022 | $47.80 | $48.03 | $45.00 | $45.09 | $45.09 |
| 1/20/2022 | $45.58 | $47.83 | $43.18 | $43.67 | $43.67 |
| 1/21/2022 | $42.64 | $46.37 | $42.34 | $43.92 | $43.92 |
| 1/24/2022 | $42.40 | $47.38 | $40.78 | $46.98 | $46.98 |
| 1/25/2022 | $45.51 | $46.35 | $43.20 | $44.17 | $44.17 |
| 1/26/2022 | $44.66 | $45.72 | $41.91 | $42.37 | $42.37 |
| 1/27/2022 | $42.93 | $43.41 | $39.80 | $40.49 | $40.49 |
| 1/28/2022 | $40.45 | $45.66 | $39.45 | $45.05 | $45.05 |
| 1/31/2022 | $44.96 | $48.49 | $44.38 | $47.73 | $47.73 |
| 2/1/2022 | $48.48 | $50.36 | $46.25 | $50.17 | $50.17 |
| 2/2/2022 | $50.92 | $51.75 | $49.17 | $49.95 | $49.95 |
| 2/3/2022 | $48.34 | $49.76 | $46.81 | $46.99 | $46.99 |
| 2/4/2022 | $46.91 | $49.49 | $46.09 | $48.92 | $48.92 |
| 2/7/2022 | $48.90 | $51.68 | $48.79 | $49.98 | $49.98 |
| 2/8/2022 | $49.84 | $53.90 | $49.16 | $53.55 | $53.55 |
| 2/9/2022 | $54.91 | $57.70 | $54.00 | $57.49 | $57.49 |

5

| Date | Open | High | Low | Close | Adj Close |
|---|---|---|---|---|---|
| 2/10/2022 | $55.20 | $60.53 | $55.20 | $57.60 | $57.60 |
| 2/11/2022 | $57.71 | $59.12 | $55.71 | $56.85 | $56.85 |
| 2/14/2022 | $56.29 | $58.64 | $55.33 | $57.57 | $57.57 |
| 2/15/2022 | $58.67 | $62.33 | $58.67 | $62.11 | $62.11 |
| 2/16/2022 | $61.64 | $61.73 | $58.51 | $59.92 | $59.92 |
| 2/17/2022 | $59.86 | $59.86 | $55.33 | $56.37 | $56.37 |
| 2/18/2022 | $56.19 | $56.78 | $51.29 | $51.63 | $51.63 |
| 2/22/2022 | $51.00 | $56.97 | $50.44 | $55.95 | $55.95 |
| 2/23/2022 | $56.16 | $59.37 | $55.32 | $55.56 | $55.56 |
| 2/24/2022 | $52.45 | $61.11 | $51.09 | $60.88 | $60.88 |
| 2/25/2022 | $61.06 | $63.79 | $59.59 | $63.76 | $63.76 |
| 2/28/2022 | $63.25 | $66.40 | $62.64 | $63.89 | $63.89 |
| 3/1/2022 | $63.30 | $64.85 | $61.94 | $62.80 | $62.80 |
| 3/2/2022 | $57.05 | $65.00 | $56.21 | $64.82 | $64.82 |
| 3/3/2022 | $65.01 | $65.50 | $57.11 | $57.60 | $57.60 |
| 3/4/2022 | $57.22 | $60.94 | $53.69 | $54.87 | $54.87 |
| 3/7/2022 | $55.51 | $55.71 | $48.72 | $48.87 | $48.87 |
| 3/8/2022 | $48.33 | $48.88 | $46.01 | $46.61 | $46.61 |
| 3/9/2022 | $48.76 | $50.90 | $48.55 | $50.44 | $50.44 |
| 3/10/2022 | $49.00 | $50.55 | $48.13 | $49.56 | $49.56 |
| 3/11/2022 | $50.69 | $50.69 | $44.92 | $45.14 | $45.14 |
| 3/14/2022 | $44.39 | $45.65 | $41.59 | $42.39 | $42.39 |
| 3/15/2022 | $43.09 | $45.42 | $42.34 | $45.04 | $45.04 |
| 3/16/2022 | $46.17 | $50.04 | $45.82 | $49.82 | $49.82 |
| 3/17/2022 | $49.66 | $57.45 | $48.80 | $56.89 | $56.89 |