**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80418-CV-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, AND EDWIN NEGRON-CARBALLO,<br><br>    Defendants. | CLASS ACTION |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO**
**CONTINUE ALL TRIAL-RELATED DEADLINES AND MEMORANDUM OF LAW**

**THIS CAUSE** comes before the Court upon consideration of the Motion to Continue All Trial-Related Deadlines and Memorandum of Law of Defendants Celsius Holdings, Inc. and Edwin Negron-Carballo. It is hereby:

**ORDERED AND ADJUDGED** that:

(1)  The Motion to Continue is **GRANTED**.

(2) The calendar call set for September 20, 2023, at 1: 15 p.m., and the trial period set for September 25, 2023, at 9:00 a.m., are **CANCELLED**.

(3) Following entry of the Scheduling Order, the Court will reset all trial-related deadlines.

**DONE AND ORDERED** in this Chambers this ___ day of April, 2023.

2

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record