**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO, <br><br> Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM) <br><br> The Honorable Donald M. Middlebrooks <br><br> The Honorable William D. Matthewman <br><br> <u>CLASS ACTION</u> |

## <u>DECLARATION OF CAITLIN M. MOYNA</u>

I, CAITLIN M. MOYNA, declare under penalty of perjury:

I am a principal at the law firm Grant & Eisenhofer P.A., Lead Counsel for Lead Plaintiffs and the Class in the above-captioned litigation. I have personal knowledge of the matters set forth herein.

1.      Attached hereto as EXHIBIT 1 is a copy of Lead Plaintiffs' First Request for Production of Documents to Defendants Celsius holdings, Inc. and Edwin Negron-Carballo served on April 6, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of April, 2023, in New York, New York.

 <u>/s/ Caitlin M. Moyna</u>
Caitlin M. Moyna

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record.

*/s/ Caitlin M. Moyna*
Caitlin M. Moyna

**Grant & Eisenhofer P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: cmoyna@gelaw.com