## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO,<br><br>Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM)<br><br>The Honorable Donald M. Middlebrooks<br><br>The Honorable William D. Matthewman<br><br>CLASS ACTION |

## JOINT MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan and Defendants Celsius Holdings, Inc. and Edwin Negron-Carballo (collectively, the "Parties") respectfully request that the Court enter the Stipulated Protective Order submitted herewith.  The Parties conferred in good faith and jointly agreed to the entry of the Stipulated Protective Order.

Dated: April 28, 2023

Respectfully submitted,

/s/   *Daniel L. Berger*
Daniel L. Berger (admitted pro hac vice)
Caitlin M. Moyna (admitted pro hac vice)
Vincent J. Pontrello (admitted pro hac vice)
Mica A. Cocco (admitted pro hac vice)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501

Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email: vpontrello@gelaw.com
Email: mcocco@gelaw.com

*Lead Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

/s/   *Robert D. Klausner*
Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
(pro hac vice admission pending)
**THE REEVES LAW FIRM, LLC**
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

/s/   *Theodore J. Sawicki*
Theodore J. Sawicki (Fla. Bar No: 656526)
tod.sawicki@alston.com
Joseph G. Tully, pro hac vice
joe.tully@alston.com
Jason R. Outlaw, pro hac vice
jason.outlaw@alston.com
Oyinkansola Y. Muraina, pro hac vice

oyinkan.muraina@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000

*Attorneys for Defendants Celsius Holdings, Inc.*
*and Edwin Negron-Carballo*