UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br>                    Plaintiffs, <br><br>v. <br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO, <br><br>                    Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM) <br><br>The Honorable Donald M. Middlebrooks <br><br>The Honorable William D. Matthewman <br><br><u>CLASS ACTION</u> |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan, on behalf of themselves and the putative Class by their undersigned attorneys, hereby move this Court for an order granting Plaintiffs' Motion for Class Certification ("Motion") in the above-captioned matter.

This Motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure and Rule 23.1 of the Local Court Rules of the United States District Court for the Southern District of Florida, and is based upon this notice, the accompanying memorandum of law in support thereof, the declaration and proposed order filed, concurrently herewith, the pleadings on file in this case, and such other evidence and argument as this Court may consider.

Dated: May 18, 2023

Respectfully submitted,

/s/   *Daniel L. Berger*
Daniel L. Berger (admitted pro hac vice)
Caitlin M. Moyna (admitted pro hac vice)

Vincent J. Pontrello (admitted pro hac vice)
Mica A. Cocco (admitted pro hac vice)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email: vpontrello@gelaw.com
Email: mcocco@gelaw.com

*Lead Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*


/s/   Robert D. Klausner
Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
(pro hac vice admission pending)
**THE REEVES LAW FIRM, LLC**
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*