**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 9:22-cv-80418 (DMM) (WDM) |
| Plaintiffs, | The Honorable Donald M. Middlebrooks |
| v. | The Honorable William D. Matthewman |
| CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO, | CLASS ACTION |
| Defendants. | |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

1

I, DANIEL L. BERGER, under penalty of perjury and on oath, declare as follows:

1.      I am a principal of the law firm Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), which is Court-appointed Lead Counsel in this matter. I am a member in good standing in the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

2.      I respectfully submit this declaration, together with the attached Exhibits, in support of Plaintiffs City of Atlanta Police Officers' Pension Plan ("Atlanta Police") and City of Atlanta Firefighters' Pension Plan's ("Atlanta Firefighters," and together with Atlanta Police, "Lead Plaintiffs") Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached as **Exhibit A** is a true and correct copy of the Declaration of David Brand on behalf of Atlanta Police.

4.      Attached as **Exhibit B** is a true and correct copy of the Declaration of David Brand on behalf of Atlanta Firefighters.

5.      Attached as **Exhibit C** is a true and correct copy of the Expert Report of Frank C. Torchio, dated May 18, 2023.

6.      Attached as **Exhibit D** is a true and correct copy of Grant & Eisenhofer's Firm Resume.

7.      As reflected in Grant & Eisenhofer's firm resume, Grant & Eisenhofer is among the most experienced securities class action law firm in the country. Grant & Eisenhofer's experience in the prosecution of securities class actions is derived from, among other things, its service as lead counsel and co-lead counsel in *In re Tyco International Ltd. Securities Litigation,* No. 02-cv-1335 (D.N.H.) ($3.2 billion recovery); *In re Pfizer Inc. Securities Litigation,* No. 1:04-

cv-9866 (S.D.N.Y.) ($486 million recovery); *In re Global Crossing, Ltd. Securities Litigation,* No. 02-cv-910 (S.D.N.Y.) ($448 million recovery); *In re Refco, Inc., Securities Litigation,* No. 05-cv-8626 (S.D.N.Y.) ($422 million recovery); *In re Marsh & McLennan Cos. Securities Litigation,* MDL No. 1744 (S.D.N.Y.) ($400 million recovery); *In re Delphi Corporation Securities Derivative & ERISA Litigation*, E.D. Mich., MDL No. 1725 ($325 million recovery); *In re General Motors Corp. Securities Litigation,* MDL No. 1749 (E.D. Mich.) ($303 million recovery); *In re Oxford Health Plans, Inc., Securities Litigation,* MDL No. 1222 (S.D.N.Y.) ($300 million recovery); *In re DaimlerChrysler Securities Litigation,* D. Del., C.A. No. 00-0993 ($300 million recovery); *In re Safety-Kleen Corp. Bondholders Litigation,* No. 00-cv-1145-17 (D.S.C.) ($276 million recovery); *Deka Investment GmbH, et al. v. Santander Consumer USA Holdings Inc., et al.* No. 15-2129 (N.D. Tex.) ($47 million settlement); *In re Synchronoss Technologies, Inc. Securities Litigation*, No. 17-2978 (D. N.J.) ($19 million settlement); and *In re Portland General Electric Co. Securities Litigation*, No. 20-1583 (N. Or.) ($6.75 million settlement).

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Signed and dated this 18th day of May, 2023.

By: /s/ *Daniel L. Berger*
Daniel L. Berger

## CERTIFICATE OF SERVICE

I certify that on May 18, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: /s/ *Daniel L. Berger*
Daniel L. Berger