# EXHIBIT B

DocuSign Envelope ID: F8EEFB6F-4ADD-4176-BD29-30D27073C0C5

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO,<br><br>Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM) |

**DECLARATION OF DAVID BRAND ON BEHALF OF CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, David Brand, Chair of the City of Atlanta Defined Benefit Pension Plan Investment Board (the "Investment Board"), on behalf of the City of Atlanta Firefighters' Pension Plan ("Atlanta Firefighters"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1. I am familiar with the matters set forth herein and I am duly authorized to make this certification on behalf of Atlanta Firefighters because it is governed by the Investment Board.

2. I respectfully submit this Declaration in support of the motion of Atlanta Firefighters and Atlanta Police Officers' Pension Plan ("Atlanta Police" and together with Atlanta Firefighters, "Lead Plaintiffs") to have (i) this action certified as a class action; (ii) Plaintiffs certified as Class Representatives; and (iii) the law firm Grant & Eisenhofer P.A. ("G&E") appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). I have personal knowledge of the facts set forth in this Declaration.

3. Atlanta Firefighters is a benefit pension fund headquartered in Atlanta, Georgia, with approximately $768 million in assets. During the Class Period, Atlanta Firefighters purchased

DocuSign Envelope ID: F8EEFB6F-4ADD-4176-BD29-30D27073C0C5

9,348 shares of Celsius Holdings, Inc. ("Celsius") common stock and suffered substantial loss as a result of the securities law violations alleged in this Action.

4.      Atlanta Firefighters has actively supervised and monitored the progress of this litigation and actively participated in its prosecution.  For example, Atlanta Firefighters has: (i) received and reviewed periodic status reports from G&E on case developments; (ii) engaged in regular discussions with G&E concerning the conduct of this litigation and significant developments therein, including case strategy and potential settlement; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the amended Class Action Complaints ("Amended Complaints"); (iv) successfully opposed Defendants' Motion to Dismiss the Amended Complaint; (v) reviewed the discovery requests served on Plaintiffs in this litigation; (vii) prepared to collect and produce documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; and (viii) through its counsel, served Document Requests on Defendants and engaged in other forms of discovery, including the service of numerous subpoenas on third parties.

5.      I understand that Atlanta Firefighters owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and meritorious advocacy.  In view of our responsibilities, we retained G&E to serve as Lead Counsel and selected them as proposed Class Counsel, because we believe that G&E possesses the requisite expertise in nationwide securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

6.     It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Atlanta Firefighters' fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17__th day of May, 2023.

**CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN**

By:          /s/ *David Brand*
                  235DAD25CB2F402
             Name: David Brand
             Title: Chair of the City of Atlanta Defined Benefit Pension Plan Investment Board