**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO,<br><br>                    Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM)<br><br>The Honorable Donald M. Middlebrooks<br><br>The Honorable William D. Matthewman<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

Upon consideration of Plaintiffs' Motion for Class Certification (the "Motion"), the responses thereto, and for other good cause known to the Court,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.      Plaintiffs' Motion is GRANTED.  The Court finds that the Class certified herein respectively satisfies the requirements of Rule 23(a) and (b)(3), in that (a) the members of the Class are so numerous that joinder of all members thereof is impracticable; (b) there are questions of law or fact common to the Class; (c) the claims of the Class Representatives are typical of the claims of the other members of the Class; (d) the Class Representatives will fairly and adequately represent the interests of the Class; (e) the questions of law or fact common to the Class predominate over any questions affective only individual members of the Class; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the

controversy.

2.      Accordingly, pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, the action is certified to proceed as a class action, on behalf of the following class ("Class"):

> All persons and entities who purchased or otherwise acquired Celsius common stock on the open market between August 12, 2021 and March 1, 2022, inclusive.

3.      Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan satisfy the requirements of Rule 23(a) and are appointed Class Representatives.

4.      Lead Counsel Grant & Eisenhofer P.A. and Liaison Counsel Klausner Kaufman Jensen & Levinson satisfy the requirements of Rule 23(g) and are appointed Lead Class Counsel and Liaison Counsel for the Class, respectively.

IT IS SO ORDERED.

Dated: _____          _____

THE HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE