**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:22-cv-80418-MIDDLEBROOKS/MATTHEWMAN

|  |  |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO. <br><br> Defendants. | CLASS ACTION |

**DECLARATION OF THEODORE J. SAWICKI**

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Theodore J. Sawicki, I am over 21 years old, and I have personal knowledge of the matters set forth herein.  I am one of Defendants' counsel in the above-captioned matter.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the SEC Form 8-K filed by Celsius Holdings, Inc. ("Celsius") on March 1, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by third-party Driehaus Capital Management, LLC in this action, Bates-stamped DCM-Celsius-00003106.

1

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the deposition transcript of Michael Buck, corporate representative of Driehaus Capital Management, LLC, dated June 12, 2023.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Celsius' Form 10-K annual report for 2021, filed March 16, 2022.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the SEC Form 8-K filed by Celsius on August 3, 2018.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the SEC Form 8-K filed by Celsius on April 18, 2022.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the expert report of Lucy P. Allen issued in this matter, dated June 15, 2023.

9.      Attached hereto as **Exhibit 8** is a true and correct table providing the daily closing price of Celsius stock from January 4, 2021 to December 30, 2022, derived from data available from Bloomberg, L.P.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the SEC Form 8-K filed by Celsius on June 3, 2021.

11.     Attached hereto as **Exhibit 10** is a true and correct excerpt of the SEC Form 8-K filed by Celsius on March 1, 2022, demonstrating the financial metrics that were restated on that date.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the Maxim Group analyst report on Celsius, dated March 2, 2022.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the B. Riley Securities analyst report on Celsius, dated March 2, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Ladenburg Thalmann analyst report on Celsius, dated March 2, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the deposition transcript of Rick Light, corporate representative of Lead Plaintiff City of Atlanta Police Officers' Pension Plan, dated June 5, 2023.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the deposition transcript of Brett Hullender, corporate representative of Lead Plaintiff City of Atlanta Firefighters' Pension Plan, dated June 7, 2023.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Lead Plaintiffs in this action, Bates-stamped AP-00001707.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Lead Plaintiffs in this litigation, Bates-stamped AP-00001703.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Lead Plaintiffs in this litigation, Bates-stamped AP-00001719.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the SEC Form 8-K filed by Celsius on November 9, 2022.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a press release issued by Celsius on November 11, 2021.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the SEC Form 10-Q filed by Celsius on November 12, 2021.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a press release issued by Celsius on November 9, 2022.

3

24.     Attached hereto as **Exhibit 23** is a true and correct copy of the Jeffries Research Services, LLC analyst report on Celsius, dated March 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 15th day of June 2023.

/s/ Theodore J. Sawicki
Theodore J. Sawicki (Fla. Bar No: 656526)
Counsel for Defendants