# Exhibit 2

Message

---

**From:**       Michael Buck [mbuck@driehaus.com]
**Sent:**       3/1/2022 9:50:12 PM
**To:**         Jeff James [jjames@driehaus.com]; Michael Buck [mbuck@driehaus.com]
**Subject:**    Microsoft Teams Chat: 2 Users, 6 Messages, 13 Minutes

## MESSAGE SUMMARY TABLE

**Started:** 2022-03-01 09:36:27 PM UTC | **Finished:** 2022-03-01 09:50:12 PM UTC | **Duration:** 13 Minutes

| Participant | Email | Messages |
|---|---|---|
| Jeff James | jjames@driehaus.com | 3 |
| Michael Buck | mbuck@driehaus.com | 3 |

## MESSAGE CONTENT

(2022-03-01 09:36:26 PM UTC)
**Jeff James**
CELH, BROS, RPAY reports….CELH top and bottom lines looked strong . I assume it is down due to GM % and delayed 10k

(2022-03-01 09:48:00 PM UTC)
**Michael Buck**

yes i think that's right - GM weakness should have been widely anticipated and somewhat transitory (cycling through highest-cost imported aluminum cans this Q and in 1H22). Looks like 10-K related to calc of non-cash stock comp so that's kind of a who cares issue...

(2022-03-01 09:48:53 PM UTC)
**Michael Buck**

BROS and RPAY seem reasonable

(2022-03-01 09:49:17 PM UTC)
**Jeff James**
And they switched to a legit big auditor in the 2H of 2021 if I recall

(2022-03-01 09:49:51 PM UTC)
**Michael Buck**

BRP looks fine too, similar to prior reports

(2022-03-01 09:50:12 PM UTC)
**Jeff James**
Any imperfection gets sold harshly, but agreed CELH "should" be ok

---

Processed by Global Relay Archive for Microsoft Teams | 2022-03-03 12:33:56 AM UTC

**Exhibit
Defs. 36**
6/12/2023
Michael Buck

Confidential                                                                 DCM-Celsius-00003106