# Exhibit 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 8-K**

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (date of earliest event reported): **July 26, 2018**

**CELSIUS HOLDINGS, INC.**
(Exact name of registrant as specified in charter)

Nevada
(State or other jurisdiction of incorporation)

| | |
|---|---|
| 000-55663 | 20-2745790 |
| (Commission File Number) | (IRS Employer Identification No.) |

2424 N Federal Highway, Suite 208, Boca Raton, Florida 33431

(Address of principal executive offices and zip code)

(561) 276-2239

(Registrant's telephone number including area code)

Former Name or Former Address (If Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12(b) under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

When used in this Current Report on Form 8-K, unless otherwise indicated, the terms "**the Company**," "**Celsius**," "**we**," "**us**" and "**our**" refer to Celsius Holdings, Inc. and its subsidiaries.

**Item 5.02    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangement of Certain Officers.**

On July 31, 2018, the Company issued a press release announcing the appointment of Edwin F. Negron-Carballo as Chief Financial Officer effective as of July 26, 2018. A copy of the Company's press release dated July 31, 2018 is attached hereto as **Exhibit 99.1** and is incorporated herein by reference.

**Edwin F. Negron-Carballo**, 56, brings over 30 years of financial and operational experience to Celsius. He is well versed in USGAAP and IFRS as a Certified Public Accountant and has significant experience in mergers and acquisitions. From January 2018 to May 2018, he served as a consultant for The Pine Hill Group where he managed various finance, accounting and compliance matters. Mr. Negron-Carballo served as the Chief Financial Officer of Concurrent Manufacturing Solutions, LLC from October 2012 to December 2017. Mr. Negron-Carballo's prior experience also includes working for major companies such as Sodexo, S.A., Tyco Healthcare-Latin America, Energizer Battery and Frito-Lay.

On July 26, 2018, Mr. Negron-Carballo was granted options to purchase 150,000 shares of the Company's common stock for an exercise price of $4.60. The options vest in three equal annual installments commencing on the first anniversary of the grant date.

**Item 7.01    Regulation FD Disclosure.**

On August 2, 2018, Celsius issued a press release announcing that (a) we will release financial results for the second quarter ended June 30, 2018 on Thursday, August 9, 2018 after the market close; and (b) our management will then host a conference call that same day at 4:30 pm Eastern Time to discuss the results with the investment community.

Persons desiring to participate in the conference call, please call one of the following telephone numbers at least 10 minutes before the start of the call:

☐   US: 877-709-8150

☐   International: 201-689-8354

An audio replay of the call will be available on the Company's website at https://www.celsiusholdingsinc.com/news/

A copy of the press release dated August 2, 2018 is included as **Exhibit 99.2** to this report.

In accordance with General Instruction B.2 of Form 8-K, the information furnished pursuant to this Item 7.01, and including Exhibit 99.1 furnished herewith, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01    Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No | Description |
| --- | --- |
| 99.1 | Press Release dated July 31, 2018 |
| 99.2 | Press Release dated August 2, 2018 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CELSIUS HOLDINGS, INC.**

Date: August 3, 2018                    By: /s/ John Fieldly

John Fieldly, Chief Executive Officer

**Exhibit 99.1**

<u>**FOR IMMEDIATE RELEASE**</u>



**CELSIUS HOLDINGS, INC. NAMES EDWIN NEGRON-CARBALLO AS CHIEF FINANCIAL OFFICER TO SUPPORT CONTINUED GROWTH**

*Experienced Financial Executive Brings Over 30 Years' Experience to Celsius*

BOCA RATON, Fla., July 31, 2018 /PRNewswire/ -- Celsius Holdings, Inc. (Nasdaq: CELH), maker of the clinically proven, globally marketed performance drinks, CELSIUS®, today announces the hiring of **Edwin F. Negron-Carballo**, as **Chief Financial Officer**. This addition to the leadership relieves CEO John Fieldly of his additional duties as Chief Financial Officer; a position which he held for his first six years with Celsius Holdings, Inc. Given the rapid growth which the company is experiencing both domestically and abroad, naming Mr. Negron-Carballo as CFO is timely.

Edwin Negron-Carballo brings over 30 years of financial and operational experience to the organization. His background includes domestic and international experience with work in standardization and implementation of Six Sigma processes, in complex and dynamic environments.  He is well versed in USGAAP and IFRS as a Certified Public Accountant and has significant experience in mergers and acquisitions. His impressive and extensive career spans decades of senior financial management experience in major companies such as: Concurrent Manufacturing Solutions, Sodexo, S.A., Tyco Healthcare-Latin America, Energizer Battery, Frito-Lay and K.P.M.G.-Peat Marwick. He was also a Member of the Board of Directors of BAS, S.A., as well as being named as *Top 25 Hispanic Business Corporate Elite* Mr. Negron-Carballo earned an MBA from the John M. Olin School of Business at Washington University in St. Louis, Missouri, and prior, a Bachelor of Science Degree with a major in Accounting, from Louisiana State University in Baton Rouge, LA.

Mr. Fieldly commented, "Edwin's experience at large, well-run, CPG companies will be invaluable as Celsius continues its rapid, industry leading growth. He is well versed in playing crucial roles in successful but changing corporate environments. Adding a proven CFO at this time will allow us to focus on our near and long-term strategies."

The addition of Edwin Negron-Carballo is one of several moves made recently in preparation for future growth and expansion. Within the past six months, the organization has expanded staffing in both the finance and production departments creating new positions such as Vice President Operations, Global Product Coordinator, and ramping additional staff positions in logistics and administration. The organization is focused on preparing for the future opportunities and growth.

"I'm excited about the new future at Celsius Holdings, Inc. and I'm looking forward to becoming a part of the team," says Mr. Negron-Carballo. "I believe my background is well suited for the next phase of the company's development as there is significant growth potential. This company has great momentum as an on-trend brand and is well poised for exciting opportunities which will inevitably lie ahead."

**About Celsius Holdings, Inc.**

Celsius Holdings, Inc. (Nasdaq:CELH), founded in April 2004, is a global company with a proprietary, clinically proven formula for its brand CELSIUS® Celsius Holdings, Inc. has a corporate mission to become the global leader of a branded portfolio consisting of proprietary, clinically proven innovations which offer significant health benefits.

CELSIUS®' Original Line comes in eight delicious sparkling and non-carbonated flavors in sleek 12oz cans and is also available in single-serve powder packets. The CELSIUS® Natural Line is available in six refreshing flavors: three sparkling and three non-carbonated. This line is naturally caffeinated and naturally sweetened.

Celsius' trainer-grade CELSIUS HEAT™ offers an additional 100mg of caffeine over CELSIUS®, to total 300mg per can, and also contains 2,000mg of citrulline, a vasodilator. CELSIUS HEAT™ is sold in 16oz cans and is available in seven carbonated flavors: Inferno Punch, Cherry Lime, Blueberry Pomegranate, Strawberry Dragonfruit, Tangerine Grapefruit, Apple Jack'd and Orangesicle. CELSIUS HEAT™ is a thermogenic pre-workout drink and targets professional trainers, competitive athletes, the military and first responders. CELSIUS HEAT™ was developed for those seeking a trainer-grade version of CELSIUS® as compared to the Original Line, which is sold in a smaller can package and appeals to the masses as an active lifestyle brand.

CELSIUS® is sold nationally at fitness clubs, 7-Eleven, Sprouts, The Fresh Market and key regional retailers such as HEB, Publix, Winn-Dixie, Harris Teeter, Shaw's and is available on Amazon.com.

CELSIUS®' functional claims are backed by six published university studies. The first study was conducted in 2005 and additional studies from the University of Oklahoma were conducted over the next five years. The studies were published in peer-reviewed journals and validate the unique benefits that CELSIUS® provides.

For more information, please visit the brand websites: www.celsius.com, www.celsiusheat.com, and investor site www.celsiusholdingsinc.com.

**Forward-Looking Statements**

This press release may contain statements that are not historical facts and are considered forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements contain projections of Celsius Holdings' future results of operations and/or financial position, or state other forward-looking information. In some cases, you can identify these statements by forward-looking words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "should," "will," "would," or similar words. You should not rely on forward-looking statements since Celsius Holdings' actual results may differ materially from those indicated by forward-looking statements as a result of a number of important factors. These factors include, but are not limited to: general economic and business conditions; our business strategy for expanding our presence in our industry; anticipated trends in our financial condition and results of operation; the impact of competition and technology change; existing and future regulations affecting our business; and other risks and uncertainties discussed in the reports Celsius Holdings has filed previously with the Securities and Exchange Commission. Celsius Holdings does not intend to and undertakes no duty to update the information contained in this press release.

**Investor Relations:**
Cameron Donahue
(651) 653-1854
cameron@haydenir.com

**Exhibit 99.2**

<u>**FOR IMMEDIATE RELEASE**</u>



***Celsius Holdings, Inc. to Release Second Quarter 2018 Financial Results on Thursday, August 9, 2018***

BOCA RATON, Fla., August 2, 2018 /PRNewswire/ -- Celsius Holdings, Inc., (Nasdaq: CELH), maker of the leading global fitness drink, CELSIUS®, today announced that it will release financial results for the second quarter ended June 30, 2018 on Thursday, August 9, 2018 after the market close. Management will then host a conference call that same day at 4:30 p.m. Eastern Time to discuss the results with the investment community.

To participate in the conference call, please call one of the following telephone numbers at least 10 minutes before the start of the call:

US: 877-709-8150
International: 201-689-8354

An audio replay of the call will be available on the Company's website at:
https://www.celsiusholdingsinc.com/news/

<u>About Celsius Holdings, Inc.</u>

Celsius Holdings, Inc. (Nasdaq: CELH), founded in April 2004, is a global company with a proprietary, clinically proven formula for its brand CELSIUS®. Celsius Holdings, Inc. has a corporate mission to become the global leader of a branded portfolio consisting of proprietary, clinically proven innovations which offer significant health benefits. CELSIUS®' Original Line comes in eight delicious sparkling and non-carbonated flavors in sleek 12oz cans and is also available in single-serve powdered packets. CELSIUS®' Natural Line is available in six refreshing flavors and the line is naturally caffeinated and naturally sweetened.

New to the portfolio, trainer-grade CELSIUS HEAT™ offers an additional 100mg of caffeine over CELSIUS®, to total 300mg per can, and also contains 2,000mg of L-citrulline, a vasodilator. CELSIUS HEAT™ is sold in 16oz cans and is available in seven carbonated flavors. CELSIUS HEAT™ is a thermogenic pre-workout drink and targets professional trainers, competitive athletes, the military and first responders. CELSIUS HEAT™ was developed for those seeking a trainer-grade version of CELSIUS® versus the Original Line, which is sold in a smaller can package and appeals to the masses as an active lifestyle brand.

CELSIUS® has zero sugar, no preservatives, no aspartame, no high fructose corn syrup, and is non-GMO, with no artificial flavors or colors. The CELSIUS® line of products is Certified Kosher and Vegan. CELSIUS® is also soy and gluten free and contains very little sodium. CELSIUS® is sold nationally at fitness clubs, 7-Eleven, Sprouts, The Fresh Market and key regional retailers such as HEB, Publix, Winn-Dixie, Harris Teeter, Shaw's, Food Lion, CVS and many others.

CELSIUS®' functional claims are backed by six published university studies. The first study was conducted in 2005 and additional studies from the Universit of Oklahoma were conducted over the next five years. The studies were published in peer-reviewed journals and validate the unique benefits that CELSIUS provides. For more information, please visit www.celsiusholdingsinc.com.

Investor Relations:
Cameron Donahue
(651) 653-1854
cameron@haydenir.com