# Exhibit 8

# Celsius Holdings Daily Stock Price
# January 2021 - December 2022*

| Date | Price |
|:---:|:---:|
| (1) | (2) |
| 1/4/2021 | $49.54 |
| 1/5/2021 | $52.15 |
| 1/6/2021 | $52.34 |
| 1/7/2021 | $56.34 |
| 1/8/2021 | $58.54 |
| 1/11/2021 | $57.11 |
| 1/12/2021 | $59.31 |
| 1/13/2021 | $59.60 |
| 1/14/2021 | $64.82 |
| 1/15/2021 | $65.25 |
| 1/19/2021 | $69.58 |
| 1/20/2021 | $65.58 |
| 1/21/2021 | $63.18 |
| 1/22/2021 | $64.68 |
| 1/25/2021 | $62.92 |
| 1/26/2021 | $64.91 |
| 1/27/2021 | $56.84 |
| 1/28/2021 | $56.06 |
| 1/29/2021 | $53.40 |
| 2/1/2021 | $55.90 |
| 2/2/2021 | $57.46 |
| 2/3/2021 | $59.07 |
| 2/4/2021 | $59.30 |
| 2/5/2021 | $63.96 |
| 2/8/2021 | $64.12 |
| 2/9/2021 | $61.84 |
| 2/10/2021 | $60.87 |
| 2/11/2021 | $64.14 |
| 2/12/2021 | $61.74 |
| 2/16/2021 | $62.25 |
| 2/17/2021 | $59.22 |
| 2/18/2021 | $58.77 |
| 2/19/2021 | $60.82 |
| 2/22/2021 | $61.10 |
| 2/23/2021 | $55.88 |
| 2/24/2021 | $58.87 |
| 2/25/2021 | $57.28 |

*Source: Bloomberg, L.P.

# Celsius Holdings Daily Stock Price
# January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 2/26/2021 | $59.53 |
| 3/1/2021 | $65.43 |
| 3/2/2021 | $64.00 |
| 3/3/2021 | $57.76 |
| 3/4/2021 | $53.04 |
| 3/5/2021 | $51.87 |
| 3/8/2021 | $55.01 |
| 3/9/2021 | $59.74 |
| 3/10/2021 | $60.55 |
| 3/11/2021 | $47.37 |
| 3/12/2021 | $45.19 |
| 3/15/2021 | $48.60 |
| 3/16/2021 | $46.95 |
| 3/17/2021 | $49.94 |
| 3/18/2021 | $45.48 |
| 3/19/2021 | $46.23 |
| 3/22/2021 | $48.54 |
| 3/23/2021 | $47.82 |
| 3/24/2021 | $43.76 |
| 3/25/2021 | $44.95 |
| 3/26/2021 | $43.49 |
| 3/29/2021 | $42.57 |
| 3/30/2021 | $45.72 |
| 3/31/2021 | $48.05 |
| 4/1/2021 | $49.56 |
| 4/5/2021 | $51.91 |
| 4/6/2021 | $52.37 |
| 4/7/2021 | $51.76 |
| 4/8/2021 | $54.60 |
| 4/9/2021 | $53.54 |
| 4/12/2021 | $57.09 |
| 4/13/2021 | $56.58 |
| 4/14/2021 | $57.81 |
| 4/15/2021 | $59.41 |
| 4/16/2021 | $60.76 |
| 4/19/2021 | $57.26 |
| 4/20/2021 | $55.41 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 4/21/2021 | $58.07 |
| 4/22/2021 | $57.13 |
| 4/23/2021 | $59.63 |
| 4/26/2021 | $64.75 |
| 4/27/2021 | $62.62 |
| 4/28/2021 | $61.81 |
| 4/29/2021 | $56.77 |
| 4/30/2021 | $57.30 |
| 5/3/2021 | $56.44 |
| 5/4/2021 | $52.74 |
| 5/5/2021 | $52.00 |
| 5/6/2021 | $49.76 |
| 5/7/2021 | $49.07 |
| 5/10/2021 | $47.33 |
| 5/11/2021 | $48.80 |
| 5/12/2021 | $46.13 |
| 5/13/2021 | $51.70 |
| 5/14/2021 | $54.15 |
| 5/17/2021 | $54.68 |
| 5/18/2021 | $53.09 |
| 5/19/2021 | $53.60 |
| 5/20/2021 | $57.25 |
| 5/21/2021 | $60.04 |
| 5/24/2021 | $63.89 |
| 5/25/2021 | $62.59 |
| 5/26/2021 | $64.03 |
| 5/27/2021 | $65.65 |
| 5/28/2021 | $65.54 |
| 6/1/2021 | $66.47 |
| 6/2/2021 | $76.47 |
| 6/3/2021 | $73.53 |
| 6/4/2021 | $78.13 |
| 6/7/2021 | $81.94 |
| 6/8/2021 | $72.45 |
| 6/9/2021 | $72.73 |
| 6/10/2021 | $61.75 |
| 6/11/2021 | $63.81 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
| --- | --- |
| (1) | (2) |
| | |
| 6/14/2021 | $64.55 |
| 6/15/2021 | $63.94 |
| 6/16/2021 | $63.01 |
| 6/17/2021 | $64.63 |
| 6/18/2021 | $65.40 |
| 6/21/2021 | $67.46 |
| 6/22/2021 | $69.21 |
| 6/23/2021 | $70.11 |
| 6/24/2021 | $73.23 |
| 6/25/2021 | $72.37 |
| 6/28/2021 | $73.79 |
| 6/29/2021 | $74.56 |
| 6/30/2021 | $76.09 |
| 7/1/2021 | $72.73 |
| 7/2/2021 | $72.36 |
| 7/6/2021 | $72.92 |
| 7/7/2021 | $70.10 |
| 7/8/2021 | $70.79 |
| 7/9/2021 | $71.45 |
| 7/12/2021 | $71.49 |
| 7/13/2021 | $71.76 |
| 7/14/2021 | $65.13 |
| 7/15/2021 | $62.70 |
| 7/16/2021 | $61.52 |
| 7/19/2021 | $62.36 |
| 7/20/2021 | $65.59 |
| 7/21/2021 | $66.42 |
| 7/22/2021 | $65.85 |
| 7/23/2021 | $65.30 |
| 7/26/2021 | $66.91 |
| 7/27/2021 | $65.38 |
| 7/28/2021 | $67.70 |
| 7/29/2021 | $69.63 |
| 7/30/2021 | $68.63 |
| 8/2/2021 | $69.27 |
| 8/3/2021 | $71.85 |
| 8/4/2021 | $72.34 |

# Celsius Holdings Daily Stock Price
# January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 8/5/2021 | $75.63 |
| 8/6/2021 | $75.72 |
| 8/9/2021 | $76.78 |
| 8/10/2021 | $76.92 |
| 8/11/2021 | $77.81 |
| 8/12/2021 | $73.32 |
| 8/13/2021 | $72.63 |
| 8/16/2021 | $72.39 |
| 8/17/2021 | $65.84 |
| 8/18/2021 | $67.84 |
| 8/19/2021 | $65.89 |
| 8/20/2021 | $65.99 |
| 8/23/2021 | $70.55 |
| 8/24/2021 | $72.36 |
| 8/25/2021 | $73.42 |
| 8/26/2021 | $72.57 |
| 8/27/2021 | $75.56 |
| 8/30/2021 | $79.61 |
| 8/31/2021 | $81.76 |
| 9/1/2021 | $84.10 |
| 9/2/2021 | $85.76 |
| 9/3/2021 | $87.42 |
| 9/7/2021 | $85.85 |
| 9/8/2021 | $87.60 |
| 9/9/2021 | $87.64 |
| 9/10/2021 | $91.45 |
| 9/13/2021 | $86.95 |
| 9/14/2021 | $89.00 |
| 9/15/2021 | $90.90 |
| 9/16/2021 | $96.24 |
| 9/17/2021 | $93.28 |
| 9/20/2021 | $89.67 |
| 9/21/2021 | $91.63 |
| 9/22/2021 | $93.90 |
| 9/23/2021 | $96.98 |
| 9/24/2021 | $98.65 |
| 9/27/2021 | $92.26 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|:---:|:---:|
| **(1)** | **(2)** |
| 9/28/2021 | $90.71 |
| 9/29/2021 | $90.58 |
| 9/30/2021 | $90.09 |
| 10/1/2021 | $94.19 |
| 10/4/2021 | $90.62 |
| 10/5/2021 | $94.92 |
| 10/6/2021 | $94.46 |
| 10/7/2021 | $97.62 |
| 10/8/2021 | $94.10 |
| 10/11/2021 | $94.65 |
| 10/12/2021 | $97.22 |
| 10/13/2021 | $95.54 |
| 10/14/2021 | $92.50 |
| 10/15/2021 | $88.91 |
| 10/18/2021 | $93.02 |
| 10/19/2021 | $94.55 |
| 10/20/2021 | $93.92 |
| 10/21/2021 | $95.31 |
| 10/22/2021 | $94.29 |
| 10/25/2021 | $99.96 |
| 10/26/2021 | $98.92 |
| 10/27/2021 | $95.51 |
| 10/28/2021 | $97.74 |
| 10/29/2021 | $96.52 |
| 11/1/2021 | $101.40 |
| 11/2/2021 | $101.15 |
| 11/3/2021 | $104.85 |
| 11/4/2021 | $103.95 |
| 11/5/2021 | $108.07 |
| 11/8/2021 | $103.95 |
| 11/9/2021 | $101.51 |
| 11/10/2021 | $93.89 |
| 11/11/2021 | $97.71 |
| 11/12/2021 | $83.35 |
| 11/15/2021 | $77.77 |
| 11/16/2021 | $79.52 |
| 11/17/2021 | $77.02 |

# Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 11/18/2021 | $77.00 |
| 11/19/2021 | $72.84 |
| 11/22/2021 | $73.44 |
| 11/23/2021 | $71.60 |
| 11/24/2021 | $73.29 |
| 11/26/2021 | $71.38 |
| 11/29/2021 | $70.78 |
| 11/30/2021 | $68.41 |
| 12/1/2021 | $62.91 |
| 12/2/2021 | $65.52 |
| 12/3/2021 | $63.05 |
| 12/6/2021 | $64.79 |
| 12/7/2021 | $68.58 |
| 12/8/2021 | $71.86 |
| 12/9/2021 | $67.13 |
| 12/10/2021 | $66.29 |
| 12/13/2021 | $63.39 |
| 12/14/2021 | $62.76 |
| 12/15/2021 | $64.93 |
| 12/16/2021 | $63.71 |
| 12/17/2021 | $68.00 |
| 12/20/2021 | $65.92 |
| 12/21/2021 | $70.33 |
| 12/22/2021 | $70.89 |
| 12/23/2021 | $74.60 |
| 12/27/2021 | $75.10 |
| 12/28/2021 | $73.55 |
| 12/29/2021 | $73.11 |
| 12/30/2021 | $73.52 |
| 12/31/2021 | $74.57 |
| 1/3/2022 | $75.09 |
| 1/4/2022 | $69.00 |
| 1/5/2022 | $63.67 |
| 1/6/2022 | $61.52 |
| 1/7/2022 | $54.60 |
| 1/10/2022 | $49.71 |
| 1/11/2022 | $54.31 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 1/12/2022 | $52.12 |
| 1/13/2022 | $50.24 |
| 1/14/2022 | $49.34 |
| 1/18/2022 | $47.52 |
| 1/19/2022 | $45.09 |
| 1/20/2022 | $43.67 |
| 1/21/2022 | $43.92 |
| 1/24/2022 | $46.98 |
| 1/25/2022 | $44.17 |
| 1/26/2022 | $42.37 |
| 1/27/2022 | $40.49 |
| 1/28/2022 | $45.05 |
| 1/31/2022 | $47.73 |
| 2/1/2022 | $50.17 |
| 2/2/2022 | $49.95 |
| 2/3/2022 | $46.99 |
| 2/4/2022 | $48.92 |
| 2/7/2022 | $49.98 |
| 2/8/2022 | $53.55 |
| 2/9/2022 | $57.49 |
| 2/10/2022 | $57.60 |
| 2/11/2022 | $56.85 |
| 2/14/2022 | $57.57 |
| 2/15/2022 | $62.11 |
| 2/16/2022 | $59.92 |
| 2/17/2022 | $56.37 |
| 2/18/2022 | $51.63 |
| 2/22/2022 | $55.95 |
| 2/23/2022 | $55.56 |
| 2/24/2022 | $60.88 |
| 2/25/2022 | $63.76 |
| 2/28/2022 | $63.89 |
| 3/1/2022 | $62.80 |
| 3/2/2022 | $64.82 |
| 3/3/2022 | $57.60 |
| 3/4/2022 | $54.87 |
| 3/7/2022 | $48.87 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|:---:|:---:|
| (1) | (2) |
| 3/8/2022 | $46.61 |
| 3/9/2022 | $50.44 |
| 3/10/2022 | $49.56 |
| 3/11/2022 | $45.14 |
| 3/14/2022 | $42.39 |
| 3/15/2022 | $45.04 |
| 3/16/2022 | $49.82 |
| 3/17/2022 | $56.89 |
| 3/18/2022 | $61.18 |
| 3/21/2022 | $59.76 |
| 3/22/2022 | $58.30 |
| 3/23/2022 | $57.90 |
| 3/24/2022 | $56.71 |
| 3/25/2022 | $55.63 |
| 3/28/2022 | $57.63 |
| 3/29/2022 | $59.52 |
| 3/30/2022 | $57.16 |
| 3/31/2022 | $55.18 |
| 4/1/2022 | $58.66 |
| 4/4/2022 | $60.13 |
| 4/5/2022 | $56.76 |
| 4/6/2022 | $52.00 |
| 4/7/2022 | $52.88 |
| 4/8/2022 | $50.03 |
| 4/11/2022 | $50.14 |
| 4/12/2022 | $50.93 |
| 4/13/2022 | $52.66 |
| 4/14/2022 | $53.78 |
| 4/18/2022 | $53.05 |
| 4/19/2022 | $57.24 |
| 4/20/2022 | $58.06 |
| 4/21/2022 | $55.16 |
| 4/22/2022 | $52.46 |
| 4/25/2022 | $57.50 |
| 4/26/2022 | $53.33 |
| 4/27/2022 | $53.96 |
| 4/28/2022 | $55.74 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|:---:|:---:|
| (1) | (2) |
| 4/29/2022 | $52.00 |
| 5/2/2022 | $54.58 |
| 5/3/2022 | $54.08 |
| 5/4/2022 | $57.77 |
| 5/5/2022 | $50.79 |
| 5/6/2022 | $50.73 |
| 5/9/2022 | $41.89 |
| 5/10/2022 | $41.31 |
| 5/11/2022 | $47.42 |
| 5/12/2022 | $50.04 |
| 5/13/2022 | $56.38 |
| 5/16/2022 | $54.80 |
| 5/17/2022 | $58.58 |
| 5/18/2022 | $56.45 |
| 5/19/2022 | $60.01 |
| 5/20/2022 | $58.77 |
| 5/23/2022 | $62.62 |
| 5/24/2022 | $58.74 |
| 5/25/2022 | $62.44 |
| 5/26/2022 | $65.84 |
| 5/27/2022 | $70.86 |
| 5/31/2022 | $67.09 |
| 6/1/2022 | $65.87 |
| 6/2/2022 | $68.96 |
| 6/3/2022 | $68.49 |
| 6/6/2022 | $68.19 |
| 6/7/2022 | $69.93 |
| 6/8/2022 | $68.91 |
| 6/9/2022 | $66.02 |
| 6/10/2022 | $61.51 |
| 6/13/2022 | $54.61 |
| 6/14/2022 | $57.57 |
| 6/15/2022 | $56.60 |
| 6/16/2022 | $53.93 |
| 6/17/2022 | $55.45 |
| 6/21/2022 | $55.23 |
| 6/22/2022 | $55.67 |

## Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 6/23/2022 | $63.85 |
| 6/24/2022 | $67.11 |
| 6/27/2022 | $66.73 |
| 6/28/2022 | $63.73 |
| 6/29/2022 | $64.51 |
| 6/30/2022 | $65.26 |
| 7/1/2022 | $65.96 |
| 7/5/2022 | $75.04 |
| 7/6/2022 | $76.92 |
| 7/7/2022 | $77.45 |
| 7/8/2022 | $78.45 |
| 7/11/2022 | $75.01 |
| 7/12/2022 | $72.33 |
| 7/13/2022 | $74.25 |
| 7/14/2022 | $74.85 |
| 7/15/2022 | $80.87 |
| 7/18/2022 | $75.28 |
| 7/19/2022 | $75.38 |
| 7/20/2022 | $79.90 |
| 7/21/2022 | $85.08 |
| 7/22/2022 | $80.03 |
| 7/25/2022 | $83.15 |
| 7/26/2022 | $81.89 |
| 7/27/2022 | $83.99 |
| 7/28/2022 | $87.23 |
| 7/29/2022 | $88.96 |
| 8/1/2022 | $98.87 |
| 8/2/2022 | $103.61 |
| 8/3/2022 | $105.43 |
| 8/4/2022 | $108.41 |
| 8/5/2022 | $98.62 |
| 8/8/2022 | $101.32 |
| 8/9/2022 | $93.38 |
| 8/10/2022 | $102.61 |
| 8/11/2022 | $103.11 |
| 8/12/2022 | $105.16 |
| 8/15/2022 | $101.25 |

# Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 8/16/2022 | $99.60 |
| 8/17/2022 | $98.98 |
| 8/18/2022 | $102.92 |
| 8/19/2022 | $98.28 |
| 8/22/2022 | $103.59 |
| 8/23/2022 | $113.04 |
| 8/24/2022 | $113.54 |
| 8/25/2022 | $116.10 |
| 8/26/2022 | $110.71 |
| 8/29/2022 | $104.98 |
| 8/30/2022 | $104.43 |
| 8/31/2022 | $103.49 |
| 9/1/2022 | $99.19 |
| 9/2/2022 | $96.36 |
| 9/6/2022 | $93.82 |
| 9/7/2022 | $98.93 |
| 9/8/2022 | $104.98 |
| 9/9/2022 | $105.93 |
| 9/12/2022 | $107.36 |
| 9/13/2022 | $99.80 |
| 9/14/2022 | $103.97 |
| 9/15/2022 | $101.60 |
| 9/16/2022 | $100.70 |
| 9/19/2022 | $106.05 |
| 9/20/2022 | $102.23 |
| 9/21/2022 | $98.23 |
| 9/22/2022 | $89.90 |
| 9/23/2022 | $88.52 |
| 9/26/2022 | $88.26 |
| 9/27/2022 | $89.83 |
| 9/28/2022 | $92.77 |
| 9/29/2022 | $90.85 |
| 9/30/2022 | $90.68 |
| 10/3/2022 | $91.22 |
| 10/4/2022 | $94.35 |
| 10/5/2022 | $89.09 |
| 10/6/2022 | $89.65 |

# Celsius Holdings Daily Stock Price
## January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 10/7/2022 | $85.57 |
| 10/10/2022 | $89.24 |
| 10/11/2022 | $86.31 |
| 10/12/2022 | $90.34 |
| 10/13/2022 | $90.55 |
| 10/14/2022 | $82.68 |
| 10/17/2022 | $88.82 |
| 10/18/2022 | $89.33 |
| 10/19/2022 | $84.79 |
| 10/20/2022 | $83.54 |
| 10/21/2022 | $85.66 |
| 10/24/2022 | $84.21 |
| 10/25/2022 | $88.35 |
| 10/26/2022 | $90.45 |
| 10/27/2022 | $89.37 |
| 10/28/2022 | $91.72 |
| 10/31/2022 | $91.08 |
| 11/1/2022 | $90.56 |
| 11/2/2022 | $86.65 |
| 11/3/2022 | $88.88 |
| 11/4/2022 | $86.24 |
| 11/7/2022 | $87.00 |
| 11/8/2022 | $82.36 |
| 11/9/2022 | $78.65 |
| 11/10/2022 | $89.21 |
| 11/11/2022 | $93.35 |
| 11/14/2022 | $91.16 |
| 11/15/2022 | $98.37 |
| 11/16/2022 | $100.67 |
| 11/17/2022 | $99.71 |
| 11/18/2022 | $96.99 |
| 11/21/2022 | $96.09 |
| 11/22/2022 | $93.17 |
| 11/23/2022 | $103.92 |
| 11/25/2022 | $109.24 |
| 11/28/2022 | $107.82 |
| 11/29/2022 | $102.78 |

# Celsius Holdings Daily Stock Price
# January 2021 - December 2022

| Date | Price |
|------|-------|
| (1) | (2) |
| 11/30/2022 | $111.34 |
| 12/1/2022 | $113.38 |
| 12/2/2022 | $117.58 |
| 12/5/2022 | $113.42 |
| 12/6/2022 | $113.96 |
| 12/7/2022 | $111.36 |
| 12/8/2022 | $118.23 |
| 12/9/2022 | $113.74 |
| 12/12/2022 | $115.28 |
| 12/13/2022 | $115.70 |
| 12/14/2022 | $116.04 |
| 12/15/2022 | $107.14 |
| 12/16/2022 | $108.80 |
| 12/19/2022 | $105.84 |
| 12/20/2022 | $106.28 |
| 12/21/2022 | $107.88 |
| 12/22/2022 | $105.70 |
| 12/23/2022 | $106.79 |
| 12/27/2022 | $105.03 |
| 12/28/2022 | $103.51 |
| 12/29/2022 | $103.39 |
| 12/30/2022 | $104.04 |