# Exhibit 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 8-K**
**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
Date of Report (date of earliest event reported): June 2, 2021
**CELSIUS HOLDINGS, INC.**
(Exact name of registrant as specified in charter)
Nevada
(State or other jurisdiction of incorporation)

| 001-34611 | 20-2745790 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

2424 N Federal Highway, Suite 208, Boca Raton, Florida 33431
(Address of principal executive offices and zip code)
(561) 276-2239
(Registrant's telephone number including area code)
Former Name or Former Address (If Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12(b) under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | CELH | The NASDAQ Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

When used in this Current Report on Form 8-K, unless otherwise indicated, the terms "**the Company**," "**Celsius**," "**we**," "**us**" and "**our**" refer to Celsius Holdings, Inc. and its subsidiaries.

**Item 4.01. Changes in Registrant's Certifying Accountant.**

(a) *End of Engagement of Previous Independent Registered Public Accounting Firm*

(i) On June 2, 2021, the Company ended the engagement of Assurance Dimensions as the Company's independent registered public accounting firm, effective upon the filing of the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2021 (the "**Effective Date**"). Assurance Dimensions will continue to serve as the Company's independent registered public accounting firm, including providing audit services, through the Effective Date. The decision to terminate Assurance Dimensions as the Company's independent registered public accounting firm was approved by the Audit Committee (the "**Audit Committee**") of the Board of Directors of the Company at a meeting held on June 2, 2021.

(ii) Assurance Dimensions' reports on the Company's financial statements for the years ended December 31, 2020 and December 31, 2019 did not contain an adverse opinion or a disclaimer of opinion and were not qualified or modified as to uncertainty, audit scope or accounting principles.

(iii) During the Company's two most recent fiscal years ended December 31, 2020 and December 31, 2019 and the subsequent interim period through the date of this Current Report on Form 8-K, there were no disagreements, within the meaning of Item 304(a)(1)(iv) of Regulation S-K promulgated under the Securities Exchange Act of 1934, as amended ("**Regulation S-K**"), and the related instructions thereto, with Assurance Dimensions on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedure, which disagreements, if not resolved to the satisfaction of Assurance Dimensions, would have caused it to make reference to the subject matter of the disagreements in connection with its reports. Also, during this same period, there were no reportable events within the meaning of Item 304(a)(1)(v) of Regulation S-K and the related instructions thereto.

(iv) The Company provided Assurance Dimensions with the disclosures under this **Item 4.01(a)** and requested Assurance Dimensions to furnish the Company with a letter addressed to the Securities and Exchange Commission stating whether it agrees with the statements made by the Company in this **Item 4.01(a)** and, if not, stating the respects in which it does not agree. Assurance Dimension's letter is filed as **Exhibit 16.1** to this Current Report on Form 8-K.

(b) *Appointment of New Independent Registered Public Accounting Firm.*

(i) On June 2, 2021, the Audit Committee approved the appointment of Ernst & Young LLP ("**EY**") as the Company's new independent registered public accounting firm. The Company notified EY on June 2, 2021, that it would be engaged as the Company's independent registered public accounting firm, effective on the Effective Date.

(ii) During the Company's two most recent fiscal years ended December 31, 2020 and December 31, 2019, and the subsequent interim period through the Date of this Report, neither the Company nor anyone acting on its behalf consulted with EY regarding any of the matters described in Items 304(a)(2)(i) and (ii) of Regulation S-K.

1

**Item 9.01 Financial Statements and Exhibits.**

(d) *Exhibits*

| Exhibit No. | Description of Exhibit |
|---|---|
| 16.1 | Letter from Assurance Dimensions |

2

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CELSIUS HOLDINGS, INC.**

Date: June 3, 2021

By:   /s/ John Fieldly

John Fieldly, Chief Executive Officer

3