# Exhibit 10

## Celsius Restated Non-Cash Expenses and Net Income Disclosed on March 1, 2022

The effects of the corrections to the Company's previously reported unaudited consolidated statements of operations and comprehensive income (loss) are as follows:

| | Three Months Ended June 30, 2021 | | | Six Months Ended June 30, 2021 | | |
|---|---|---|---|---|---|---|
| | As Reported | Adjustments | As Restated | As Reported | Adjustments | As Restated |
| General and administrative expenses | $ 9,119,532 | $ 3,180,353 | $ 12,299,885 | $ 16,926,198 | $ 3,180,353 | $ 20,106,551 |
| Total operating expense | 24,650,520 | 3,180,353 | 27,830,873 | 44,416,239 | 3,180,353 | 47,596,592 |
| Income (loss) from operations | 3,598,849 | (3,180,353) | 418,496 | 4,412,225 | (3,180,353) | 1,231,872 |
| Net income (loss) before income taxes | 3,960,344 | (3,180,353) | 779,991 | 4,545,768 | (3,180,353) | 1,365,415 |
| Net income (loss) | $ 3,960,344 | $ (3,180,353) | $ 779,991 | $ 4,545,768 | $ (3,180,353) | $ 1,365,415 |
| Net income (loss) per share: | | | | | | |
| Basic | $ 0.05 | $ (0.04) | $ 0.01 | $ 0.05 | $ (0.04) | $ 0.02 |
| Diluted | $ 0.05 | $ (0.04) | $ 0.01 | $ 0.05 | $ (0.04) | $ 0.02 |

| | Three Months Ended September 30, 2021 | | | Nine Months Ended September 30, 2021 | | |
|---|---|---|---|---|---|---|
| | As Reported | Adjustments | As Restated | As Reported | Adjustments | As Restated |
| General and administrative expenses | $ 11,140,030 | $ 12,116,438 | $ 23,256,468 | $ 28,066,228 | $ 15,296,791 | $ 43,363,019 |
| Total operating expense | 33,761,092 | 12,116,438 | 45,877,530 | 78,177,331 | 15,296,791 | 93,474,122 |
| Income (loss) from operations | 3,932,280 | (12,116,438) | (8,184,158) | 8,344,505 | (15,296,791) | (6,952,286) |
| Net income (loss) before income taxes | 3,579,610 | (12,116,438) | (8,536,828) | 8,125,378 | (15,296,791) | (7,171,413) |
| Net income (loss) | $ 2,745,791 | $ (12,116,438) | $ (9,370,647) | $ 7,291,559 | $ (15,296,791) | $ (8,005,232) |
| Net income (loss) per share: | | | | | | |
| Basic | $ 0.04 | $ (0.17) | $ (0.13) | $ 0.10 | $ (0.21) | $ (0.11) |
| Diluted | $ 0.03 | $ (0.15) | $ (0.12) | $ 0.09 | $ (0.19) | $ (0.10) |

*Source: Celsius Holdings, Inc. March 1, 2022 SEC Form 8-K