# Exhibit 11

![MAXIM GROUP]

**EQUITY RESEARCH**
ESTIMATE CHANGE

## Health & Wellness

**CELH -** NASDAQ                     March 2, 2022

| | |
|---|---|
| **Closing Price 3/1/22** | **$62.80** |
| Rating: | Hold |
| 12-Month Target Price: | NA |
| 52-Week Range: | $39.45 - $110.22 |
| Market Cap (M): | 4,703.8 |
| Shares O/S (M): | 74.9 |
| Float: | 51.3% |
| Avg. Daily Volume (000): | 997.7 |
| Debt (M): | $0.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | High |
| Fiscal Year End: | December |

### Revenue ('000)

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| **1Q** | 50,035 | 108,871 | — |
| **2Q** | 65,073 | 119,714 | — |
| **3Q** | 94,909 | 130,997 | — |
| **4Q** | 104,254 | 127,659 | — |
| **FY** | 314,272 | 487,242 | 614,577 |
| *Prior* | 303,269 | 455,563 | 573,713 |

### GAAP EPS

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| **1Q** | 0.01 | 0.05 | — |
| **2Q** | 0.01 | 0.09 | — |
| **3Q** | (0.13) | 0.17 | — |
| **4Q** | 0.16 | 0.16 | — |
| **FY** | 0.05 | 0.47 | 0.85 |
| *Prior* | 0.16 | 0.43 | 0.75 |



**Anthony Vendetti**
(212) 895-3802
avendetti@maximgrp.com

# Celsius Holdings, Inc.          **Hold**

### Prelim 4Q21 Revenue Beats, but GM Headwinds & Valuation Concerns Remain; Auditors Noted Weakness in Controls – Maintain Hold

## Summary

- Yesterday, after the Market close, Celsius reported preliminary 4Q21 results with revenue well-ahead of expectations, gross margin (GM) below both our estimate and consensus, and better-than-expected GAAP EPS. However, excluding a tax benefit of $8.8M, GAAP EPS would have been slightly below expectations. Note that only preliminary results were reported as the auditors noted a material weakness in internal controls related to SBC.

- Revenue growth of 192% y/y was due to a variety of factors; triple-digit growth in traditional channels of trade; SKU (stock-keeping unit) expansion in existing accounts; and further distribution growth, including 413% y/y growth in Direct Store Delivery (DSD) network revenues and new store additions led by convenience store expansion.

- CELH's DSD network now includes over 276 regional DSD partners, covering over 98% of the US population (up from 92% in 3Q21).

- During the quarter, CELH placed an additional 300 branded coolers in key accounts, totaling over 1,200 for 2021, with an additional 400 barrel coolers placed. We expect accelerated cooler placement through 2022.

- The CELSIUS brand continued to significantly outpace category growth, with Nielsen scan data indicating that CELSIUS sales grew 233% y/y in the two-week period ending 2/12/22 versus category growth of 13%, and had a 1.8% share of the market over the last 52 weeks.

- Based on preliminary 4Q21 results and our expectations, we are increasing our 2022-2023 revenue and GAAP EPS estimates. We are also lowering our 2022 gross margin estimate, while leaving our 2023 estimate unchanged.

- Although CELH's fundamentals remain strong, gross margin headwinds along with CELH's premium valuation lead us to recommend that new investors stay on the sidelines for the time being.

## Details

**Bottom line.** CELH's execution on its topline growth initiatives –capturing market share and expanding its DSD network and US store count (now over 135K, a 65% increase in 2021), resulted in record quarterly revenue. The company continues to invest in marketing, drawing in new demographics to its products. As CELH activates its DSD network to increase store velocity, introduce more SKUs, and accelerate cooler placements, we expect strong sales momentum to continue in 2022. We also expect further expansion into the club channel (which generated $37M of incremental revenue in 2021), the convenience store channel (with the Circle K contract), and new placements into existing stores as retailers institute Spring resets. CELH's position as the second-largest energy drink on Amazon.com, now only a 4.2% share behind Monster Energy, is indicative to us of strong brand momentum. However, management and the company's auditors noted a material weakness in the internal controls over financial reporting relating to the calculation of stock-based compensation (SBC), and therefore, CELH only reported preliminary results. Until CELH reports audited financials, uncertainty regarding the accuracy and completeness of its financial statements lingers. In addition, we expect gross margin headwinds to persist through 1H22 and believe CELH's valuation relative to its peers remains expensive. Therefore, we maintain our Hold rating.

**Valuation.** Shares currently trade at an EV/revenue multiple of 9.8x our 2022 estimate, significantly above the peer average of 4.6x. Even though our outlook is positive, we believe that CELH is fairly valued, and thus we maintain our Hold rating.

---

SEE PAGES 5 - 6 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

**Preliminary 4Q21 results summary.** Yesterday, after the market close, CELH reported preliminary 4Q21 results with revenue of $104.3M, up 192% y/y, well above both our estimate of $93.3M and consensus of $92.1M. Domestic revenue of $95.9M increased 238% y/y, and international revenue of $8.3M increased 15% y/y. However, preliminary gross margin of 39.9% was below both our estimate of 42.0% and consensus of 41.0%, due to higher supply-chain costs. Although GAAP EPS of $0.16 was well above both our estimate of $0.06 and consensus of $0.05, it included a tax benefit of $8.8M, or $0.12 per share. Excluding the tax benefit, GAAP EPS would have been $0.04, slightly lower than expectations.

**Revising estimates.** Based on preliminary 4Q21 results and our expectations, we are increasing our 2022-2023 revenue estimates to $487.2M and $614.6M, from $455.6M and $573.7M, respectively. In addition, we are lowering our 2022 gross margin estimate to 42.1%, from 42.8%, while leaving our 2023 estimate unchanged. Moreover, on higher expected revenues, we are increasing our 2022-2023 GAAP EPS estimates to $0.47 and $0.85, from $0.43 and $0.75, respectively.

**Balance sheet update.** As of December 31, 2021, CELH had $16.3M in cash and cash equivalents, and no debt. We expect the company to generate an average of $8.2M in cash per quarter through 2022 and do not believe it will need to raise additional capital.

**Material weakness in internal controls.** In connection with the preparation of CELH's 2021 financial statements, the company determined that the calculation and expense of non-cash share-based compensation, related to grants of stock options and restricted stock units awarded to certain former employees and retired directors, were materially understated for the three and six-month periods ended June 30, 2021, and the three and nine-month periods ended September 30, 2021, and did not comply with US GAAP. In order to correct previously reported non-cash share-based compensation during these periods, CELH is recognizing additional non-cash share-based compensation expense of approximately $3.2M for the three-month period ended June 30, 2021, and approximately $12.1M for the three-month period ended September 30, 2021. The recognition of additional non-cash share-based compensation expense does not impact the company's cash, revenue, and other aspects of its operations or its business fundamentals.

The company's management has concluded, however, that as a result of the above identified errors, a material weakness exists in its internal controls over financial reporting related to the misapplication of US GAAP in its evaluation of modifications to share-based payment arrangements and that its disclosure controls and procedures were not effective as of December 31, 2021. CELH has taken remedial actions in this regard and has filed for the 15-day extension period provided under Rule 12b-25 and anticipates filing its Form 10-K including its audited financials prior to the expiration of the extension period.

| Celsius Holdings Inc. | | | | | |
|---|---|---|---|---|---|
| 4Q21 Comparison | CELH | Maxim | Difference | FCC | Difference |
| Total revenue | $104.3M | $93.3M | $11.0M | $92.1M | $12.2M |
| Gross Margin | 39.9% | 42.0% | (210bps) | 41.0% | (110bps) |
| GAAP EPS* | $0.16 | $0.06 | $0.10 | $0.05 | $0.11 |

*Source: Company reports, Thomson Eikon, and Maxim Group estimates*
*\*GAAP EPS includes an income tax benefit of $8.8M, or $0.12 per share. Excluding the tax benefit, GAAP EPS would have been $0.04.*

**Figure 2. CELH 4Q21 Preliminary Income Statement Comparison**

| Celsius Holdings Inc.<br>4Q21 Income Statement Comparison ('000s) | | | | |
|---|---|---|---|---|
| *Actual vs. Estimates* | **4Q21E** | **4Q21P** | **$ Diff** | **% Diff** |
| **Total Net Revenue** | **93,252** | **104,254** | **11,002** | **11.8%** |
| *y/y change* | *161.5%* | *192%* | | |
| Cost of Goods Sold | 54,086 | 62,608 | 8,522 | 15.8% |
| *y/y change* | *197%* | *243%* | | |
| % of net revenue | 58.0% | 60.1% | | |
| Gross Profit | 39,166 | 41,647 | 2,481 | 6.3% |
| **Gross Margin** | **42.0%** | **39.9%** | | |
| **Operating Expenses:** | | | | |
| Selling and Marketing Expense | 22,287 | 24,627 | 2,340 | 10.5% |
| *y/y change* | *98.4%* | *119%* | | |
| % of net revenue | 23.9% | 23.6% | | |
| General and Administrative Expense | 12,486 | 14,158 | 1,672 | 13.4% |
| *y/y change* | *118%* | *147%* | | |
| % of net revenue | 13.4% | 13.6% | | |
| Total Operating Expenses | 34,773 | 38,785 | 4,012 | 11.5% |
| *y/y change* | *105.0%* | *129%* | | |
| % of net revenue | 37.3% | 37.2% | | |
| **Income (Loss) from Operations** | **4,393** | **2,862** | **(1,531)** | **(35%)** |
| *y/y change* | *848.4%* | *518%* | | |
| Interest Expense | - | (2) | (2) | NA |
| Pretax Income (Loss) | 4,468 | 3,112 | (1,356) | (30%) |
| Income Tax Expense | - | (8,830) | (8,830) | NA |
| **Net Income (Loss)** | **4,468** | **11,942** | **7,474** | **167%** |
| Preferred Stock Dividend | - | - | - | NA |
| **GAAP EPS** | **0.06** | **0.16** | **0.10** | **166%** |
| Weighted Average Shares-basic | 74,709 | 74,837 | 127 | 0.2% |
| Weighted Average Shares-diluted | 78,574 | 78,393 | (181) | (0.2%) |

*Source: Company reports, Thomson Eikon, and Maxim Group estimates*

**Celsius Holdings, Inc. (CELH)**

**Celsius Holdings Inc.**
**Income Statement**
(in $ thousands, except per share data)

**Maxim Group, LLC.**
Anthony V. Vendetti, Executive Managing Director of Research
(212) 895-3802
avendetti@maximgrp.com

| Fiscal Year ends December 31 | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21A | 2Q21A | 3Q21A | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Net Revenue** | **75,147** | **28,185** | **30,037** | **36,839** | **35,665** | **130,726** | **50,035** | **65,073** | **94,909** | **104,254** | **314,272** | **108,871** | **119,714** | **130,997** | **127,659** | **487,242** | **614,577** |
| *y/y change* | *42.9%* | *94.6%* | *86.3%* | *80.4%* | *47.9%* | *74.0%* | *77.5%* | *116.6%* | *158%* | *192%* | *140%* | *118%* | *84.0%* | *38.0%* | *22.4%* | *55.0%* | *26.1%* |
| Cost of Goods Sold | 43,845 | 15,183 | 17,024 | 19,305 | 18,239 | 69,752 | 29,456 | 36,824 | 57,216 | 62,608 | 186,103 | 65,867 | 71,230 | 74,013 | 70,851 | 281,961 | 338,017 |
| *y/y change* | *39.0%* | *73.2%* | *83.9%* | *63.6%* | *30.1%* | *59.1%* | *94.0%* | *116%* | *196%* | *243%* | *167%* | *124%* | *93.4%* | *29.4%* | *13.2%* | *51.5%* | *19.9%* |
| *% of revenue* | *58.3%* | *53.9%* | *56.7%* | *52.4%* | *51.1%* | *53.4%* | *58.9%* | *56.6%* | *60.3%* | *60.1%* | *59.2%* | *60.5%* | *59.5%* | *56.5%* | *55.5%* | *57.9%* | *55.0%* |
| Gross Profit | 31,302 | 13,002 | 13,013 | 17,534 | 17,425 | 60,974 | 20,579 | 28,249 | 37,693 | 41,647 | 128,169 | 43,004 | 48,484 | 56,984 | 56,808 | 205,280 | 276,560 |
| *y/y change* | *48.6%* | *127%* | *89.5%* | *103%* | *72.7%* | *94.8%* | *58.3%* | *117%* | *115%* | *139%* | *110%* | *109.0%* | *71.6%* | *51.2%* | *36.4%* | *60.2%* | *34.7%* |
| **Gross Margin** | **41.7%** | **46.1%** | **43.3%** | **47.6%** | **48.9%** | **46.6%** | **41.1%** | **43.4%** | **39.7%** | **39.9%** | **40.8%** | **39.5%** | **40.5%** | **43.5%** | **44.5%** | **42.1%** | **45.0%** |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| Selling and Marketing Expense | 21,130 | 7,506 | 7,867 | 8,268 | 11,234 | 34,875 | 11,959 | 15,531 | 22,621 | 24,627 | 74,738 | 25,694 | 27,774 | 29,605 | 29,106 | 112,179 | 130,128 |
| *y/y change* | *(0.4%)* | *108%* | *41.4%* | *67.9%* | *59.5%* | *65.1%* | *59.3%* | *97.4%* | *174%* | *119%* | *114%* | *115%* | *78.8%* | *30.9%* | *18.2%* | *50.1%* | *16.0%* |
| *% of revenue* | *28.1%* | *26.6%* | *26.2%* | *22.4%* | *31.5%* | *26.7%* | *23.9%* | *23.9%* | *23.8%* | *23.6%* | *23.8%* | *23.6%* | *23.2%* | *22.6%* | *22.8%* | *23.0%* | *21.2%* |
| General and Administrative Expense | 11,621 | 4,248 | 3,655 | 4,557 | 5,727 | 18,187 | 7,807 | 12,300 | 23,256 | 14,158 | 57,520 | 13,205 | 13,642 | 14,400 | 14,816 | 56,063 | 61,109 |
| *y/y change* | *10.8%* | *62.0%* | *50.2%* | *108%* | *31.0%* | *56.5%* | *83.8%* | *237%* | *410%* | *147%* | *216%* | *69.2%* | *10.9%* | *(38.1%)* | *4.6%* | *(2.5%)* | *9.0%* |
| *% of revenue* | *15.5%* | *15.1%* | *12.2%* | *12.4%* | *16.1%* | *13.9%* | *15.6%* | *18.9%* | *24.5%* | *13.6%* | *18.3%* | *12.1%* | *11.4%* | *11.0%* | *11.6%* | *11.5%* | *9.9%* |
| **Total Operating Expenses** | **32,750** | **11,754** | **11,522** | **12,825** | **16,962** | **53,063** | **19,766** | **27,831** | **45,877** | **38,785** | **132,258** | **38,899** | **41,416** | **44,005** | **43,922** | **168,242** | **191,236** |
| *y/y change* | *3.3%* | *88.9%* | *44.1%* | *80.2%* | *48.6%* | *62.0%* | *68.2%* | *142%* | *258%* | *129%* | *149%* | *96.8%* | *48.8%* | *(4.1%)* | *13.2%* | *27.2%* | *13.7%* |
| *% of revenue* | *43.6%* | *41.7%* | *38.4%* | *34.8%* | *47.6%* | *40.6%* | *39.5%* | *42.8%* | *48.3%* | *37.2%* | *42.1%* | *35.7%* | *34.6%* | *33.6%* | *34.4%* | *34.5%* | *31.1%* |
| **Income (Loss) from Operations** | **(1,448)** | **1,248** | **1,491** | **4,708** | **463** | **7,911** | **813** | **419** | **(8,184)** | **2,862** | **(4,090)** | **4,105** | **7,069** | **12,978** | **12,886** | **37,038** | **85,323** |
| *y/y change* | *N/A* | *N/A* | *N/A* | *213%* | *N/A* | *N/A* | *(34.8%)* | *(71.9%)* | *N/A* | *517.8%* | *N/A* | *404.7%* | *1587.6%* | *N/A* | *350.3%* | *N/A* | *130.4%* |
| EBIT Margin | N/A | 4.4% | 5.0% | 12.8% | 1.3% | 6.1% | 1.6% | 0.6% | N/A | 2.7% | N/A | 3.8% | 5.9% | 9.9% | 10.1% | 7.6% | 13.9% |
| Interest Expense | (509) | (273) | (121) | (147) | (43) | (585) | (2) | - | - | (2) | (4) | - | - | - | - | - | - |
| Interest Income | 382 | 98 | 92 | 79 | 87 | 356 | 87 | 77 | 76 | 77 | 317 | 75 | 75 | 75 | 75 | 300 | 260 |
| Total other income(expense) | | (702) | 67 | 45 | 1,319 | 729 | (228) | 361 | (353) | 250 | 31 | 75 | 75 | 75 | 75 | 300 | 260 |
| Net Income (Loss) | 9,971 | 546 | 1,558 | 4,754 | 1,666 | 8,524 | 585 | 782 | (9,370) | 11,942 | 3,939 | 4,180 | 7,144 | 13,053 | 12,961 | 37,338 | 67,611 |
| *y/y change* | *N/A* | *(95.3%)* | *N/A* | *394%* | *N/A* | *(14.5%)* | *7.2%* | *(50%)* | *N/A* | *617%* | *(53.8%)* | *614.1%* | *813.8%* | *N/A* | *8.5%* | *848%* | *81.1%* |
| Net Margin | 13.3% | 1.9% | 5.2% | 12.9% | 4.7% | 6.5% | 1.2% | 1.2% | N/A | 11.5% | 1.3% | 3.8% | 6.0% | 10.0% | 10.2% | 7.7% | 11.0% |
| Preferred Stock Dividend | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unrealized foreign currency translation losses | | | (109) | 110 | 665 | 666 | (193) | 277 | 1,283 | (551) | 816 | - | - | - | - | - | - |
| Net Income (Loss) to Common Stockholders | 9,971 | 546 | 1,450 | 4,864 | 2,330 | 9,190 | 393 | 1,059 | (8,087) | 11,390 | 4,755 | 4,180 | 7,144 | 13,053 | 12,961 | 37,338 | 67,611 |
| **GAAP EPS** | **$0.16** | **$0.01** | **$0.02** | **$0.07** | **$0.02** | **$0.12** | **$0.01** | **$0.01** | **($0.13)** | **$0.16** | **$0.05** | **$0.05** | **$0.09** | **$0.17** | **$0.16** | **$0.47** | **$0.85** |
| Weighted Average Shares-basic | 60,682 | 69,284 | 69,396 | 70,473 | 71,877 | 70,258 | 72,516 | 73,159 | 74,609 | 74,837 | 73,781 | 74,937 | 75,037 | 75,137 | 75,237 | 75,087 | 75,637 |
| Weighted Average Shares-diluted | 63,530 | 70,339 | 71,473 | 74,848 | 76,468 | 73,282 | 76,925 | 77,238 | 78,474 | 78,393 | 77,689 | 78,493 | 78,593 | 78,693 | 78,793 | 78,643 | 79,193 |

*Sources: Company reports and Maxim Group estimates*

## DISCLOSURES



**Celsius Holdings, Inc. Rating History as of 03/01/2022**
powered by: BlueMatrix

| Maxim Group LLC Ratings Distribution | | As of: 03/01/22 | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | **91%** | **50%** |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | **9%** | **43%** |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | **0%** | **0%** |
| | *See valuation section for company specific relevant indices* | | |

I, Anthony Vendetti, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group provides non-investment banking securities-related services to Celsius Holdings, Inc. for the execution of its employee stock purchase plan.**

**Maxim Group makes a market in Celsius Holdings, Inc.**

**Maxim Group managed/co-managed/acted as placement agent for an offering of the securities for Celsius Holdings, Inc. in the past 12 months.**

**Maxim Group received compensation for investment banking services from Celsius Holdings, Inc. in the past 12 months.**

**Maxim Group expects to receive or intends to seek compensation for investment banking services from Celsius Holdings, Inc. in the next 3 months.**

**CELH:** For Celsius Holdings, Inc., we use the S&P Small Cap 600 Index (SPCY) as the relevant index.

## Valuation Methods

**CELH:** Our 12-month price target for Celsius Holdings, Inc. is derived using a 10-year DCF analysis and is supported by EV/revenue multiples compared to its peers.

## Price Target and Investment Risks

**CELH:** Aside from general market and other economic risks, risks particular to our Celsius Holdings, Inc. price target and rating include: product concentration in the energy drink segment; competition from more established energy drink brands; launch of new and innovative products by competitors; certain unhealthy ingredients contained in its drinks; potential regulation of energy drinks; volatility in input costs; reliance on third-parties to manufacture, distribute, and sell products; high customer concentration accounting for a significant portion of sales and receivables; increases in costs or shortages of raw materials; failure to accurately estimate demand; potential disruption of supply chain, manufacturing, or access to customers due to COVID-19; failure to protect trademarks and intellectual property rights; unable to gain brand name recognition and product acceptance; potential loss of key executives; potential dilution from all outstanding options, warrants, and convertible securities.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – Fundamental Criteria: This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. Price Volatility: Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – Fundamental Criteria: This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. Price Volatility: The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – Fundamental Criteria: This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – Fundamental Criteria: This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

## ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



# Corporate Headquarters

New York City
300 Park Ave., 16th Floor
New York, NY 10022
Tel: 212-895-3500

Miami Beach
555 Washington Ave., Suite 320
Miami Beach, FL 33139
Tel: 786-864-0880

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Corporate Services: 212-895-3631

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Portfolio/Transition Trading: 212-895-3567

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

## Woodbury, Long Island
100 Crossways Park Drive West
Suite 207
Woodbury, NY 11797
Tel: 516-393-8300

## Red Bank, New Jersey
246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

## West Palm Beach, Florida
105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-465-2605

## San Rafael, California
4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670

## Aventura, Florida
20801 Biscayne Blvd
Suite 432 / 433
Aventura, FL 33180
Tel: 516-396-3120

## Stamford, Connecticut
700 Canal Street
Stamford, CT 06902