# Exhibit 12



Member FINRA/SIPC  |  a B. Riley Financial company

**Celsius Holdings, Inc. (CELH – $62.80*)**
Consumer: Food & Beverage
**Buy; $115.00 PT; $4,703.8M Market Cap**
Company Update
Wednesday, March 2, 2022

## *Discovery Group*

# Stellar Growth Continues; Transitory GM Hit w/Recovery Starting in 2H; Adjust Ests./ Mult.; PT $130 to $115; Reit. Buy

**Jeff Van Sinderen**
**310-966-9098**
jvansinderen@brileyfin.com

**Richard Magnusen, CFA**
**310-966-9368**
rmagnusen@brileyfin.com

### STOCK DATA

| | |
|---|---|
| Market Cap (mil) | $4,703.8 |
| 52-Week Range | $39.45–$110.22 |
| 3-Month ADTV | 996,855 |
| Shares Outstanding (mil) | 74.9 |
| Dividend Yield | 0.00% |
| Float (%) | 38.4 |
| Short Interest | 2,999,037 |
| Enterprise Val. (mil) | 4,906.8 |
| Fiscal Year-End | December |

### FINANCIAL DATA

| Rev. (mil) | 2020A | 2021E | 2022E |
|---|---|---|---|
| 1Q | $28.2 | $50.0A | $97.9 |
| 2Q | $30.0 | $65.1A | $111.8 |
| 3Q | $36.8 | $94.9A | $138.6 |
| 4Q | $35.7 | $104.3A | $135.2 |
| FY | $130.7 | $314.3A | $483.5 |
| | | | |
| EV/Revenue | 2020A | 2021E | 2022E |
| 1Q | 49.6x | 31.5xA | 12.8x |
| 2Q | 43.6x | 25.4xA | 11.7x |
| 3Q | 39.1x | 18.8xA | 10.9x |
| 4Q | 36.4x | 15.6xA | 10.2x |
| FY | 35.4x | 15.5xA | 10.2x |
| | | | |
| EBITDA (mil) | 2020A | 2021E | 2022E |
| 1Q | $1.7 | $0.8A | $(1.1) |
| 2Q | $1.8 | $0.7A | $1.4 |
| 3Q | $4.9 | $(7.7)A | $9.6 |
| 4Q | $0.8 | $3.2A | $10.3 |
| FY | $9.2 | $(2.8)A | $20.3 |

### BALANCE SHEET DATA

| | 4Q21 |
|---|---|
| Cash & Equivalents | $16.3 |
| Inventories | $191.2 |
| Accounts Receivable | $38.7 |
| Accounts Payable | $91.5 |
| Total Debt | $0.0 |
| Shareholders' Equity | $217.0 |
| *In $ millions unless otherwise specified.* | |

## Summary and Recommendation

CELH reported 4Q results BMO 3/1 with revenue/AEBITDA that exceeded, and GM below, expectations. Results were preliminary, and CELH has filed for a 15-day extension period regarding its Form 10-K (more on that below). **NA sales increased 238%, driven by triple-digit growth in traditional channels, optimization and SKU expansion in existing accounts, expansion of the DSD network, and store additions led by C-store expansion.** Total sales grew 192%. Fitness/vending provided ~$3.2M of incremental revenue. DSD network revenue grew 413%. GM contracted (imported cans), while inventory increased substantially to meet demand and optimize preparedness for strong growth in FY22, strategically critical to taking market share, rather than optimizing for efficiency. Simultaneously, the company continued transitioning from two warehouses to its six-orbit model and began optimizing logistics. Order fill rates improved from 80% at the end of 1Q to 97% at the end of 4Q. CELH expects improvements in the six-orbit model to support normalized fill levels during accelerated growth. Cans were purchased at elevated spot prices from US suppliers after port congestion delayed overseas supplies. Can prices impacted GM by ~3 to ~4 percentage points. Higher freight costs related to the build-out and inventory optimization impacted GM. CELH is considering pricing actions to mitigate inflationary impacts on GM. The company expects imported can inventory to be depleted during 3Q, followed by GM returning to levels seen in 2020, after temporal disruptions have normalized. We expect modest GM recovery in 3Q and additional recovery in 4Q. We believe that the corrections to previous filings are likely limited to the recognition of additional non-cash share-based compensation expense during 2Q21 and 3Q21 and that the overall fundamental performance of the company has not been affected. We believe that the company continues to make the right strategic decisions for growing the brand and is outperforming the competition amid industry headwinds. We are adjusting our estimates and lowering our PT from $130.00 to $115.00 (lowering multiple, reflecting market multiple contraction), while reiterating our Buy rating.

## Key Points

- **4Q Metrics: Sales/AEBITDA Substantially Exceeded.** Sales/GM/AEBITDA/GAAP EPS were $104.3M/39.9%/$10.9M/$0.15 vs. our estimate of $89.3M/39.7%/$2.6M/$0.02 and consensus of $92.1M/41.1%/$6.3M/$0.04. Total sales grew 192%, driven by 238% growth (sales volume) in NA. International sales grew 15%. GM decreased 900bps to 39.9%, reflecting imported aluminum cans. Selling & marketing was up $13.4M from $11.2M. G&A was up $8.4M to $14.2M. Net income was $11.9M or $0.15/share.

- **Recognition of Additional Non-Cash Share-Based Compensation Expense for FY21 per GAAP Rules.** Material weakness in internal reporting controls was discovered during the audit/upgrade to Ernst & Young, resulting in incremental non-cash stock-based comp. expense in 2Q/3Q FY21. Under the scrutiny of the first annual audit of financials and internal controls by Ernst & Young, it was found that the company misinterpreted a GAAP rule regarding marking-to-market of RSUs held by founders/prior directors that were still under contract (consulting capacity) with the company. As such, CELH determined that the calculation and expense of non-cash share-based compensation, related to grants of stock options and restricted stock units awarded to those certain former employees and retired directors were materially understated for the three and six month periods ended June 30, 2021 and three and nine-month periods ended September 30, 2021 and did not comply with U.S. GAAP. CELH is recognizing additional non-cash share-based compensation expense of $3.2M for the three-month period ended June 30, 2021 and $12.1M for the three-month period ended September 30, 2021.

**Analyst certification and important disclosures can be found on pages 6 - 9 of this report.**

This document represents an abbreviated discussion of the subject issuer and should not be used as the sole basis for an investment decision.
Contact your B. Riley Securities representative for complete research concerning the subject issuers, including research briefs and reports.

- **Of critical importance, the recognition of additional non-cash share-based compensation expense does not impact the company's cash, revenue, or other aspects of its operations or its business fundamentals.** We have adjusted the general and administrative expense for the affected quarters in our model. Finally, we note that after considerable scrutiny by the auditing team, management is confident that there likely are no other material weaknesses/restatements, and thus, the company opted to report preliminary Q4/FY21 results, as opposed to deferring the earnings report until the 10K is filed over the next 2 weeks.

- **Third-Party Data Points to Continued Acceleration of Sell-Throughs.** Nielsen showed CELH sales were up 233%, 234% and 227% Y/Y for two weeks, four weeks and 12 weeks, respectively, as of 2/12/22, with a 1.8% share of the energy category over the last 52 weeks. The energy category grew ~13% over the same two-week and 12-week time periods. Per IRI MULO+C, CELH grew 224% for the 12 weeks ending 12/26/21 vs. 15.5% for the industry. Per IRI MULO+C, for the 52 weeks ending 1/23/22, CELH grew 163% to reach a 2.1% share of the total energy drink category. Per Stackline, for the four weeks ending 2/12/22, CELH maintained its position of second largest energy drink on Amazon with an 20.24% share of the energy drink category, 6.85% ahead of Red Bull at 13.39% share and 4.19% behind MNST at 24.39%.

- **Increasing Penetration at Retail.** CELH is in over 135k locations domestically, up by over 53k (65%) since FY20 with more expansion planned for 2022 as retailer resets take place. CELH is fully rolled out in all 561 Costco locations with sales up 1,100% in 4Q. CELH is in some Sam's Club locations and is pursuing additional opportunity there as well as opportunities with BJ's Wholesale Club. The company added over 29,000 convenience store locations in 2021 to end the year up 95% to 59,700 locations. CELH recently signed a national contract with Circle K that has ~6,000 stores nationwide. The company also signed a partnership agreement with Cycle Bars to become the organization's official drink.

- **Burgeoning DSD Network with Incremental Activation Ahead.** The number of DSD partners increased from 150 with 80% coverage of major metro areas at the beginning of 2021 to 276 partners covering over 98% of the U.S. population. DSD now services ~65% of MULO+C retail stores. Approximately 62% of the convenience channel carrying CELH product has converted to the DSD network with a majority of all expansions immediately launching with DSD, while independent convenience stores serviced by DSD increased 25% sequentially and 135% since the beginning of 2021.

- **Adding More High-ROI Coolers.** CELH strategically placed ~300 Celsius branded coolers in 4Q for a total of ~1,200 in 2021 that strategically positions the Celsius brand in the three points of disruption within targeted stores. Given the sales-driving, high-ROI characteristics, CELH plans an accelerated cooler rollout in 2022, potentially placing more coolers than in 2021. Moreover, CELH continues to gain substantial traction in the C-channel, where the vast majority of product is placed in existing coolers.

- **Worldwide Update.** Nordic sales increased 7% to $7.4M and achieved record sales for the year. Market share in Sweden increased in 4Q to just over 10%. CELH expects to launch in France and Italy in early 2022 (initially on Amazon). CELH maintains its royalty model in China with a fixed royalty rate through 2024 that becomes a volume-based royalty beginning in 2024 with a minimum annual royalty of $2.2M.

- **Inventory Conversion to Cash Ahead.** CELH ended 4Q with $16.3M in cash, after sharply increasing inventory ($191M at the end of FY22) to meet demand and prepare for spring resets, within an environment of generally tight supply constraints. Over the next couple of quarters, management anticipates substantial conversion of inventory to cash.

- **Revisions to Our Estimates.** Reflecting faster growth, as well as anticipated GM recovery, we are adjusting our FY22 and FY23 sales/ AEBITDA/EPS estimates from $458.8M/$39.4M/$0.31 to $483.5M/$20.3M/$0.15 and from $614.2M/$65.8M/$0.53 to $648.1M/$61.5M/ $0.49, respectively. Please refer to our estimate adjustment table below for further detail.

- **Valuation.** In our view, outstanding traction at retail, coupled with what we believe is ongoing strong execution along a considerable pathway for growth, deserves a premium multiple. We apply a 11.0x (lowered ~15% to better reflect broader multiple contraction, previously 13.0x,) multiple to our FY24 (unchanged reference) sales estimate to arrive at a price target of $115.00 (previously $130.00) for CELH. CELH has been driving strong overall dollar growth metrics in the face of the pandemic and brutal supply-chain headwinds for the industry. Re-opening has been a positive driver and we anticipate that the company will continue to grow sales through multiple channels, while it continues to build the brand relationship with consumers and pursue further acceleration in physical retailers within a re-opened environment. Broadly speaking, in channels that have been relatively softer during some periods of the pandemic (e.g., convenience, where CELH is still vastly underpenetrated and fitness, which generally has been recovering, albeit perhaps with some fits and starts), the company is taking market share and remains positioned to benefit during ongoing re-opening phenomena. Ultimately, we expect the company to improve operating leverage and flow-through of growth to the bottom line, as the disruptive forces of the pandemic/supply chain abate, and the Y/Y comparisons become easier (at varied points in time). Recall that the Func acquisition also brings substantial geographic and product diversification, as well as enhanced growth opportunities that we believe will enable substantial value creation in the out years. We remind that the annual growth of CELH has been outpacing that of MNST when that company had sales that are comparable to the sales of CELH. As a reference point, slower-growing MNST' 5-YR average EV/sales ratio is ~8.7x compared to CELH' FY24E EV/sales of 6.0x with a forward growth rate that we model tapering to ~30%. With more resources going into the North American segment and opportunity for incremental revenue through distribution and category expansion, strong LT opportunity to grow the EU business and potential to outpace growth assumptions as DSDs/retailers fully activate (shelf resets represent a considerable opportunity for a particularly strong FY22), we reiterate our Buy rating.

**Estimate Revisions**

| Estimates: | Current Quarter | | Current Year | | Next Year | |
|---|---|---|---|---|---|---|
| | Old | New | Old | New | Old | New |
| Revenues ($Ms) | $80.1 | $97.9 | $458.8 | $483.5 | $614.2 | $648.1 |
| EBITDA ($Ms) | $0.8 | ($1.1) | $39.4 | $20.3 | $65.8 | $61.5 |
| EPS | $0.00 | ($0.01) | $0.31 | $0.15 | $0.53 | $0.49 |

*Source:  B. Riley Securities Estimates*

## Valuation

We apply a 11.0x (lowered ~15% to better reflect market multiple contraction, previously 13.0x,) multiple to our FY24 (unchanged reference) sales estimate to arrive at a price target of $115.00 (previously $130.00) for CELH.

## Risks

**Commodity costs.** Should commodity prices for the company's resources increase, the company's operating margins could be harmed.

**Competition.** The industry is highly competitive, and many of the company's competitors have greater resources.

**Currency exposure.** Since the company purchases its finished goods from foreign manufacturers and sells its products in transactions denominated in U.S dollars, a weakening of the U.S dollar could negatively impact the company.

**Discretionary spending.** The products the company sells are largely discretionary in nature, and any slowdown in consumer spending would have an unfavorable impact on the company.

**Distribution/Sales dependency.** The company relies heavily on its indirect sales channel for much of its sales. A loss of a major distributor or changes in a distributor's payment practices could prove to be detrimental to future sales growth.

**Economy.** Macroeconomic issues, such as increasing oil and gas prices and a possible drop in consumer spending, could have a negative impact on the company's business.

**Financial results.** The company has a history of operating losses. Although the company is focused on achieving profitability, there are no assurances that the company will meet its goals or be able to sustain profitability in future periods.

**Financial results.** The company has raised money via public offerings several times in the past and may need to do so again if it cannot sustain positive cash flow.

**Financial results.** Unpredictable timing of customer orders.

**Growth plan.** There are many factors that may impact the company's ability to achieve its stated growth objectives.

**Insider ownership.** Directors and executive officers collectively own a significant percentage of the company. While this may align interest with other shareholders, investors might view a future sale by any director or officer negatively.

**International operations.** The company derives a significant portion of its revenues from outside the United States. The company is subject to foreign exchange risk and the risks inherent in managing a global company.

**Loss of key personnel.** In our opinion, the current management team will be instrumental in executing the company's growth strategy. The resignation of a key member of management would have a negative impact on the company.

**Manufacturer/Supplier dependency.** The company relies on a few key manufacturers/suppliers. This lack of diversification could create interruptions in the company's supply of products and a corresponding loss of revenues.

**Product concentration.** A large percentage of the company's revenues are from one line of products. Any weakness in those sales would have a significant negative impact on the company's results.

**Seasonality.** The company's results are highly seasonal.

**Weather.** The weather can significantly impact the company's results.

**General industry.** The company could miss our estimates and/or its financial guidance.

**Pandemic Risk.** Factory and office closures to combat pandemics, as well as social distancing and related economic restriction measures to protect society during pandemics, could disrupt CELH's operations or negatively impact sales.

**Social unrest.** Disruptions to normal business operations and freedom of movement caused by social unrest could negatively affect the company's ability to provide services.



**Celsius Holdings, Inc. - CELH**
B. Riley Securities Research
(310) 966-1444
(Amounts in 000's)

| | FY '09A | FY '10(A) | FY '11(A) | FY '12(A) | FY '13(A) | FY '14(A) | FY '15(A) | FY '16(A) | FY '17(A) | FY '18(A) | FY '19(A) | FY '20(A) Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '20(A) | FY '21(E) Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec(E) | FY '21(E) | FY '22(E) Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '22(E) | FY '23(E) | FY '24(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 5,868 | 8,313 | 8,536 | 7,684 | 10,613 | 14,610 | 17,218 | 22,761 | 36,164 | 52,604 | 75,147 | 28,185 | 30,037 | 36,839 | 35,665 | 130,726 | 50,035 | 65,073 | 94,909 | 104,254 | 314,272 | 97,942 | 111,781 | 138,632 | 135,174 | 483,529 | 648,144 | 825,163 |
| Cost of revenue | 3,063 | 7,218 | 5,207 | 5,371 | 6,540 | 9,012 | 10,178 | 13,031 | 20,733 | 31,544 | 43,845 | 15,183 | 17,024 | 19,305 | 18,239 | 69,752 | 29,456 | 36,824 | 57,216 | 62,608 | 186,103 | 59,745 | 67,627 | 83,179 | 77,049 | 287,600 | 363,401 | 454,799 |
| Gross profit | 2,805 | 1,095 | 3,329 | 2,313 | 4,073 | 5,598 | 7,040 | 9,730 | 15,431 | 21,060 | 31,302 | 13,002 | 13,013 | 17,534 | 17,425 | 60,974 | 20,579 | 28,249 | 37,693 | 41,647 | 128,169 | 38,197 | 44,153 | 55,453 | 58,125 | 195,928 | 284,744 | 370,364 |
| Selling and marketing | 8,002 | 15,187 | 2,891 | 3,036 | 3,948 | 4,823 | 5,702 | 8,676 | 16,611 | 21,214 | 21,130 | 7,506 | 7,867 | 8,268 | 11,234 | 34,875 | 11,959 | 15,531 | 22,621 | 24,627 | 74,738 | 24,486 | 25,710 | 27,726 | 28,387 | 106,308 | 127,463 | 147,472 |
| General and administrative | 2,257 | 4,705 | 2,100 | 1,840 | 1,548 | 2,305 | 3,166 | 3,899 | 6,899 | 10,488 | 11,621 | 4,248 | 3,655 | 4,752 | 5,727 | 18,382 | 7,807 | 12,300 | 23,256 | 14,157 | 57,520 | 15,185 | 17,403 | 18,491 | 19,872 | 70,951 | 97,593 | 126,393 |
| Operating income | (7,454) | (18,798) | (1,662) | (2,563) | (1,422) | (1,530) | (1,827) | (2,845) | (8,080) | (10,641) | (1,448) | 1,248 | 1,491 | 4,513 | 463 | 7,716 | 813 | 418 | (8,184) | 2,863 | (4,090) | (1,473) | 1,041 | 9,235 | 9,866 | 18,669 | 59,688 | 96,499 |
| Interest expense | (322) | (378) | (247) | (318) | (432) | (497) | (322) | (229) | (161) | (174) | (282) | (136) | (29) | (147) | 44 | (268) | (2) | 75 | (5) | 75 | 144 | - | - | - | - | - | - | - |
| Other income (expense), net | 16 | (322) | - | 66 | 74 | - | - | - | 6 | - | (391) | 11,701 | (566) | 96 | 388 | 1,275 | 1,192 | (226) | 286 | (348) | 175 | (113) | - | - | - | - | - | - | - |
| Income before provision for income taxes | (7,759) | (19,497) | (1,910) | (2,815) | (1,779) | (2,027) | (2,150) | (3,068) | (8,241) | (11,207) | 9,971 | 546 | 1,558 | 4,754 | 1,782 | 8,640 | 585 | 780 | (8,537) | 3,113 | (4,058) | (1,473) | 1,041 | 9,235 | 9,866 | 18,669 | 59,688 | 96,499 |
| Income tax expense (benefit) | | | | | | | | | | | | | | | 116 | 116 | - | - | 834 | (8,830) | (7,996) | (516) | 364 | 3,232 | 3,453 | 6,534 | 20,891 | 33,775 |
| Net income (loss) | (7,759) | (19,497) | (1,910) | (2,815) | (1,779) | (2,027) | (2,150) | (3,068) | (8,241) | (11,207) | 9,971 | 546 | 1,558 | 4,754 | 1,666 | 8,524 | 585 | 780 | (9,371) | 11,943 | 3,937 | (957) | 677 | 6,003 | 6,413 | 12,135 | 38,797 | 62,725 |
| Net income (loss) avail. to common stockholders | (7,759) | (19,497) | (1,910) | (2,815) | (1,826) | (2,161) | (2,570) | (3,434) | (8,607) | (11,420) | 9,921 | 546 | 1,558 | 4,754 | 1,666 | 8,524 | 585 | 780 | (9,371) | 11,943 | 3,937 | (957) | 677 | 6,003 | 6,413 | 12,135 | 38,797 | 62,725 |
| GAAP EPS | (1.02) | (1.11) | (0.10) | (0.14) | (0.09) | (0.10) | (0.07) | (0.09) | (0.19) | (0.23) | 0.16 | 0.01 | 0.02 | 0.06 | 0.02 | 0.11 | 0.01 | 0.01 | (0.12) | 0.15 | 0.05 | (0.01) | 0.01 | 0.08 | 0.08 | 0.15 | 0.49 | 0.80 |
| Pro forma EPS | (1.02) | (1.11) | (0.10) | (0.14) | (0.09) | (0.10) | (0.07) | (0.09) | (0.19) | (0.22) | (0.03) | 0.02 | 0.02 | 0.06 | 0.01 | 0.10 | 0.01 | 0.01 | (0.12) | 0.15 | 0.05 | (0.01) | 0.01 | 0.08 | 0.08 | 0.15 | 0.49 | 0.80 |
| Basic shares outstanding | 7,627 | 17,525 | 18,935 | 20,182 | 20,179 | 20,393 | 33,176 | 38,568 | 44,419 | 50,051 | 60,762 | 69,284 | 69,396 | 70,473 | 71,877 | 70,195 | 72,516 | 73,159 | 74,609 | 74,837 | 73,781 | 74,837 | 74,837 | 74,837 | 74,837 | 74,837 | 74,837 | 74,837 |
| Diluted shares outstanding | 7,627 | 17,525 | 18,935 | 20,182 | 20,179 | 20,393 | 33,176 | 38,568 | 44,419 | 50,051 | 64,183 | 70,339 | 71,473 | 74,848 | 76,468 | 74,444 | 76,925 | 77,238 | 78,474 | 78,393 | 77,689 | 78,393 | 78,393 | 78,393 | 78,393 | 78,393 | 78,393 | 78,393 |
| Depreciation & amortization | 55 | 50 | | 42 | 42 | 37 | 33 | 17 | 20 | 51 | 893 | 435 | 330 | 405 | 304 | 1,474 | 311 | 322 | 437 | 295 | 1,260 | 400 | 400 | 400 | 400 | 1,600 | 1,800 | 1,800 |
| EBITDA | (7,399) | (18,747) | (1,662) | (2,521) | (1,381) | (1,493) | (1,794) | (2,828) | (8,060) | (10,981) | (1,371) | 1,683 | 1,821 | 4,919 | 768 | 9,190 | 827 | 741 | (7,747) | 3,158 | (2,830) | (1,073) | 1,441 | 9,635 | 10,266 | 20,269 | 61,488 | 98,299 |
| Stock-based compensation | | | | 327 | 154 | 903 | 1,270 | 1,579 | 2,569 | 4,294 | 4,832 | 1,400 | 1,175 | 2,144 | 1,621 | 6,340 | 3,575 | 7,203 | 17,920 | 7,778 | 36,475 | 7,856 | 7,934 | 8,013 | 8,094 | 31,897 | 33,192 | 34,540 |
| One-time charges | | | | | | | | 6 | | 1,680 | 578 | (322) | (404) | (322) | (510) | (1,281) | 585 | | (97) | | | | | | | | | |
| Proforma EBITDA | (7,399) | (18,747) | (1,662) | (2,194) | (1,227) | (590) | (524) | (1,243) | (5,491) | (5,007) | 4,039 | 2,761 | 2,592 | 6,741 | 3,037 | 15,286 | 4,987 | 7,944 | 10,076 | 10,936 | 33,646 | 6,783 | 9,375 | 17,649 | 18,360 | 52,166 | 94,680 | 132,839 |
| Capital expenditures | 50 | 23 | | 79 | 6 | 12 | 10 | 23 | 50 | 110 | 78 | 107 | 208 | 101 | 157 | 574 | 698 | 518 | 1,179 | 400 | 2,795 | 698 | 518 | 1,179 | 400 | 2,795 | 2,795 | 2,795 |
| Cash from operations | (9,639) | (14,223) | | | (2,151) | (2,919) | (755) | (2,363) | (8,418) | (11,646) | 1,034 | (3,818) | (429) | 8,090 | (448) | 3,395 | (13,318) | (17,011) | (21,734) | (52,366) | (104,430) | 63,508 | 46,583 | (139,476) | (5,489) | (34,875) | (15,508) | 22,773 |
| Free cash flow | (9,689) | (14,246) | - | (79) | (2,157) | (2,932) | (766) | (2,386) | (8,468) | (11,757) | 956 | (3,925) | (637) | 7,989 | (606) | 2,821 | (14,016) | (17,530) | (22,914) | (52,766) | (107,225) | 62,810 | 46,064 | (140,656) | (5,889) | (37,670) | (18,303) | 19,978 |

**Common size:**

| | FY '09A | FY '10(A) | FY '11(A) | FY '12(A) | FY '13(A) | FY '14(A) | FY '15(A) | FY '16(A) | FY '17(A) | FY '18(A) | FY '19(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '20(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec(E) | FY '21(E) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '22(E) | FY '23(E) | FY '24(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross margin | 47.8% | 13.2% | 39.0% | 30.1% | 38.4% | 38.3% | 40.9% | 42.7% | 42.7% | 40.0% | 41.7% | 46.1% | 43.3% | 47.6% | 48.9% | 46.6% | 41.1% | 43.4% | 39.7% | 39.9% | 40.8% | 39.0% | 39.5% | 40.0% | 43.0% | 40.5% | 43.9% | 44.9% |
| Operating expenses | 174.8% | 239.3% | 58.5% | 63.5% | 51.8% | 48.8% | 51.5% | 55.2% | 65.0% | 60.3% | 43.6% | 41.7% | 38.4% | 35.3% | 47.6% | 40.7% | 39.5% | 42.8% | 48.3% | 37.2% | 42.1% | 40.5% | 38.6% | 33.3% | 35.7% | 36.7% | 34.7% | 33.2% |
| Operating margin | -127.0% | -226.1% | -19.5% | -33.4% | -13.4% | -10.5% | -10.6% | -12.5% | -22.3% | -20.2% | -1.9% | 4.4% | 5.0% | 12.3% | 1.3% | 5.9% | 1.6% | 0.6% | -8.6% | 2.7% | -1.3% | -1.5% | 0.9% | 6.7% | 7.3% | 3.9% | 9.2% | 11.7% |
| EBITDA margin | -126.1% | -225.5% | -19.5% | -32.8% | -13.0% | -10.2% | -10.4% | -12.4% | -22.3% | -20.9% | -1.8% | 6.0% | 6.1% | 13.4% | 2.2% | 7.0% | 1.7% | 1.1% | -8.2% | 3.0% | -0.9% | -1.1% | 1.3% | 7.0% | 7.6% | 4.2% | 9.5% | 11.9% |
| AEBITDA margin | | | | | | | | | | | | 9.8% | 8.6% | 18.3% | 8.5% | 11.7% | 10.0% | 12.2% | 10.6% | 10.5% | 10.7% | 6.9% | 8.4% | 12.7% | 13.6% | 10.8% | 14.6% | 16.1% |
| Net income margin | -132.2% | -234.5% | -22.4% | -36.6% | -16.8% | -13.9% | -12.5% | -13.5% | -22.8% | -21.3% | 13.3% | 1.9% | 5.2% | 12.9% | 4.7% | 6.5% | 1.2% | 1.2% | -9.9% | 11.5% | 1.3% | -1.0% | 0.6% | 4.3% | 4.7% | 2.5% | 6.0% | 7.6% |
| Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 6.5% | 1.3% | 0.0% | 0.0% | -9.8% | NM | NM | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |

**Growth Y-o-Y:**

| | FY '09A | FY '10(A) | FY '11(A) | FY '12(A) | FY '13(A) | FY '14(A) | FY '15(A) | FY '16(A) | FY '17(A) | FY '18(A) | FY '19(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '20(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec(E) | FY '21(E) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '22(E) | FY '23(E) | FY '24(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | | 41.7% | 2.7% | -10.0% | 38.1% | 37.7% | 17.8% | 32.2% | 58.9% | 45.5% | 42.9% | 94.6% | 86.3% | 80.4% | 47.9% | 74.0% | 77.5% | 116.6% | 157.6% | 192.3% | 140.4% | 95.7% | 71.8% | 46.1% | 29.7% | 53.9% | 34.0% | 27.3% |
| Operating income | | -152.2% | 91.2% | -54.2% | 44.5% | -7.6% | -19.4% | -55.7% | -184.0% | -31.7% | 86.4% | 348.6% | 232.1% | 200.1% | 135.0% | 632.7% | -34.8% | -71.9% | -281.3% | 518.1% | -153.0% | -281.3% | 148.8% | 212.8% | 244.6% | 556.5% | 219.7% | 61.7% |
| Net income | | -151.3% | 90.2% | -47.4% | 36.8% | -13.9% | -6.1% | -42.7% | -168.6% | -36.0% | 189.0% | -95.3% | 205.8% | 394.6% | 242.0% | -14.5% | 7.2% | -49.9% | -297.1% | 616.9% | -53.8% | -263.5% | -13.2% | 164.1% | -46.0% | 208.2% | 219.7% | 61.7% |
| EPS | | -9.4% | 90.9% | -38.3% | 35.1% | -14.9% | 28.4% | -19.3% | -118.0% | -13.7% | 87.1% | 270.3% | 201.1% | 128.7% | 124.6% | 445.9% | -33.3% | -68.8% | -307.3% | 2834.4% | -47.1% | -221.2% | 35.1% | 163.3% | -45.5% | 196.9% | 219.7% | 61.7% |
| Inventory | | | -44.3% | 5.7% | -10.9% | 105.4% | 37.7% | -4.8% | 139.9% | 116.4% | 33.2% | 55.2% | 122.0% | 78.4% | 20.3% | 20.3% | 75.4% | 171.5% | 680.1% | 939.0% | 939.0% | 76.2% | 54.6% | 38.8% | 23.2% | 23.2% | 27.6% | 18.8% |

**Selected balance sheet data:**

| | FY '09A | FY '10(A) | FY '11(A) | FY '12(A) | FY '13(A) | FY '14(A) | FY '15(A) | FY '16(A) | FY '17(A) | FY '18(A) | FY '19(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '20(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec(E) | FY '21(E) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '22(E) | FY '23(E) | FY '24(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | | 1,321 | 131 | 109 | 222 | 349 | 10,128 | 11,747 | 14,187 | 7,743 | 24,272 | 20,252 | 21,854 | 53,969 | 43,248 | 43,248 | 31,635 | 83,790 | 61,377 | 16,255 | 16,255 | 75,565 | 121,629 | (19,200) | (24,916) | (24,916) | (46,719) | (30,241) |
| Accounts receivable | | 1,192 | 538 | 620 | 1,492 | 2,612 | 2,127 | 2,788 | 6,376 | 12,980 | 7,775 | 10,700 | 12,222 | 16,561 | 14,986 | 14,986 | 23,998 | 32,399 | 43,501 | 38,741 | 38,741 | 37,436 | 49,505 | 52,159 | 61,988 | 61,988 | 92,200 | 131,188 |
| Inventory | | 1,564 | 872 | 922 | 821 | 1,687 | 2,323 | 2,211 | 5,306 | 11,483 | 15,292 | 21,038 | 23,512 | 15,679 | 18,404 | 18,404 | 36,892 | 63,827 | 122,311 | 191,222 | 191,222 | 64,993 | 98,675 | 169,725 | 235,538 | 235,538 | 300,497 | 356,840 |
| Accounts payable | | 2,771 | 868 | 936 | 887 | 1,008 | 1,997 | 2,108 | 6,446 | 14,845 | 17,293 | 19,885 | 20,149 | 18,118 | 25,413 | 25,413 | 37,525 | 52,992 | 91,932 | 91,479 | 91,479 | 28,011 | 119,267 | 47,091 | 110,431 | 110,431 | 149,497 | 203,077 |
| Debt (revolving credit facility) | | 4,064 | 4,500 | 7,450 | 7,600 | 10,750 | 4,500 | 4,500 | 3,500 | 7,959 | 8,634 | 8,600 | 8,953 | 9,540 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stockholders' equity | | (2,518) | (3,805) | (6,434) | (5,906) | (7,164) | 8,744 | 10,895 | 17,147 | 11,803 | 63,459 | 65,506 | 68,620 | 99,202 | 104,327 | 104,327 | 109,011 | 186,839 | 197,398 | 217,045 | 217,045 | 216,088 | 216,765 | 222,767 | 229,180 | 229,180 | 267,978 | 330,702 |

**Other selected data:**

| | FY '09A | FY '10(A) | FY '11(A) | FY '12(A) | FY '13(A) | FY '14(A) | FY '15(A) | FY '16(A) | FY '17(A) | FY '18(A) | FY '19(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '20(A) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec(E) | FY '21(E) | Q1 - Mar | Q2 - Jun | Q3 - Sep | Q4 - Dec | FY '22(E) | FY '23(E) | FY '24(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Price | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 | 62.80 |
| Book value per share | - | (0.14) | (0.20) | (0.36) | (0.29) | (0.35) | 0.26 | 0.28 | 0.39 | 0.24 | 0.99 | 0.93 | 0.96 | 1.33 | 1.36 | 1.40 | 1.42 | 2.42 | 2.65 | 2.77 | 2.79 | 2.89 | 2.77 | 2.84 | 2.92 | 2.92 | 3.42 | 4.22 |
| Net cash (debt) per share | - | - | - | (0.36) | (0.37) | (0.51) | 0.17 | 0.19 | 0.24 | (0.00) | 0.24 | 0.17 | 0.18 | 0.59 | 0.57 | 0.58 | 0.41 | 1.08 | 0.82 | 0.21 | 0.21 | 1.01 | 1.55 | (0.24) | (0.32) | (0.32) | (0.60) | (0.39) |
| Market cap | 479,000 | 1,100,592 | 1,189,107 | 1,267,443 | 1,267,269 | 1,280,655 | 2,083,442 | 2,422,076 | 2,789,523 | 3,143,184 | 4,030,717 | 4,417,315 | 4,488,508 | 4,700,469 | 4,802,180 | 4,675,058 | 4,830,920 | 4,850,571 | 4,685,457 | 4,923,073 | 4,878,838 | 4,699,736 | 4,923,073 | 4,923,073 | 4,923,073 | 4,923,073 | 4,923,073 | 4,923,073 |
| Enterprise value | 479,000 | 1,100,592 | 1,189,107 | 1,274,784 | 1,274,647 | 1,291,056 | 2,077,814 | 2,414,829 | 2,778,837 | 3,143,400 | 4,015,080 | 4,405,663 | 4,475,608 | 4,656,041 | 4,758,932 | 4,631,810 | 4,799,286 | 4,766,781 | 4,624,080 | 4,906,819 | 4,862,583 | 4,624,171 | 4,801,444 | 4,942,100 | 4,947,989 | 4,947,989 | 4,969,792 | 4,953,315 |
| Price/Book | | NM | NM | NM | NM | NM | 238.3 | 222.3 | 162.7 | 266.3 | 63.5 | 67.4 | 65.4 | 47.4 | 46.0 | 44.8 | 44.3 | 26.0 | 23.7 | 22.7 | 22.5 | 21.7 | 22.7 | 22.1 | 21.5 | 21.5 | 18.4 | 14.9 |
| Price/Sales(LTM) | | | | 164.9 | 119.4 | 87.7 | 121.0 | 106.4 | 77.1 | 59.8 | 53.6 | 49.7 | 43.7 | 39.4 | 36.7 | 35.8 | 31.7 | 25.9 | 19.1 | 15.7 | 15.5 | 13.0 | 12.0 | 10.9 | 10.2 | 10.2 | 7.6 | 6.0 |
| Price/Earnings(LTM) | | | | NM | NM | NM | NM | NM | NM | NM | 404.2 | NM | 2,249.6 | 825.7 | 546.7 | 548.5 | 547.5 | 609.7 | NM | 1,390.8 | 1,239.1 | 2,537.3 | 2,696.9 | 279.4 | 407.2 | 405.7 | 126.9 | 78.5 |
| EV/Sales (LTM) | | | | 165.9 | 120.1 | 88.4 | 120.7 | 106.1 | 76.8 | 59.8 | 53.4 | 49.6 | 43.6 | 39.1 | 36.4 | 35.4 | 31.5 | 25.4 | 18.8 | 15.6 | 15.5 | 12.8 | 11.7 | 10.9 | 10.2 | 10.2 | 7.7 | 6.0 |
| EV/Free cash flow (LTM) | | | | NM | NM | NM | NM | NM | NM | NM | 4,199.8 | 1,151.9 | 4,947.7 | 861.5 | 1,686.8 | 1,641.7 | NM | NM | NM | NM | NM | NM | 144.6 | NM | NM | NM | NM | 247.9 |
| EV/EBITDA (LTM) | | | | NM | NM | NM | NM | NM | NM | NM | NM | 5,559.5 | 1,201.6 | 654.1 | 517.8 | 504.0 | 575.9 | 657.1 | NM | NM | NM | NM | NM | 375.5 | 244.1 | 244.1 | 80.8 | 50.4 |

*Closing price of last trading day immediately prior to the date of this publication unless otherwise indicated.

## Important Information

**This report has been prepared by B. Riley Securities, Inc. ("B. Riley Securities") and may be distributed by its affiliates and subsidiaries as third-party research pursuant to FINRA Rule 2241. National Holdings Corporation, parent company to National Securities Corporation ("National Securities"), is a subsidiary of B. Riley Financial, Inc., which is the parent company to B. Riley Securities and its affiliate B. Riley Wealth Management, Inc. ("B. Riley Wealth"). As such, each of National Securities and B. Riley Wealth may distribute B. Riley Securities research pursuant to Rule 2241 and by mutual agreement.**

B. Riley Securities, B. Riley Wealth, and National Securities are broker-dealer registered with the SEC and are members of FINRA, SIPC, and the NASDAQ stock market.

The principal business address of B. Riley Securities is 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025.

The principal business address of B. Riley Wealth is 40 S. Main Street, Suite 1800, Memphis, TN 38103.

The principal business address of National Securities is 200 Vesey Street, 25th Floor, New York, NY 10281.

## Company-Specific Disclosures

B. Riley Securities, Inc. or any of its affiliates, has managed or co-managed a public offering of securities for Celsius Holdings, Inc. and has received compensation for investment banking services from Celsius Holdings, Inc. in the past 12 months.

B. Riley Securities, Inc. or any of its affiliates, has received compensation for investment banking services from Celsius Holdings, Inc. in the past 12 months.

Celsius Holdings, Inc. currently is, or within the past 12 months was, a client of B. Riley Securities, Inc. The services provided were Investment Banking Services.

B. Riley Securities, Inc. acts as a market maker or liquidity provider for Celsius Holdings, Inc.'s securities.

For up-to-date B. Riley Securities, Inc. company disclosures, please click on the following link or paste the URL in a web browser: https://brileysecurities.bluematrix.com/sellside/Disclosures.action.

## General Disclosures

**Information about the Research Analyst Responsible for this report:**

The primary analyst(s) covering the issuer(s), Jeff Van Sinderen, certifies (certify) that the views expressed herein accurately reflect the analyst's personal views as to the subject securities and issuers and further certifies that no part of such analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in the report. The analyst(s) responsible for this research report has received and is eligible to receive compensation, including bonus compensation, based on B. Riley Securities, Inc.'s overall operating revenues, including revenues generated by its investment banking activities.

**Information about B. Riley Securities, Inc.'s Conflicts Management Policy:**

B. Riley Securities, Inc.'s Research conflicts management policy is available at: https://brileyfin.com/conflicts-management-policy/.

**Information about investment banking:**

In the normal course of its business, B. Riley Securities, Inc. or any of their affiliates seek to perform investment banking and other services for various companies and to receive compensation in connection with such services. As such, investors should assume that B. Riley Securities, Inc., or any of their affiliates intend to seek investment banking or other business relationships with the companies covered in their research reports.

**Information about our recommendations, holdings and investment decisions:**

The information and rating(s) included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short-term trading strategies with respect to the stocks covered by the rating(s), options on such stocks, and/or other securities or financial instruments issued by the company, and such views may be made available to all or some of our clients from time to time. Our brokers also may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions may be based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, B. Riley Securities, Inc., its affiliated entities, or their respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report.

We provide to certain customers on request specialized research products or services that focus on covered stocks from a particular perspective. These products or services include, but are not limited to, compilations, reviews, and analysis that may use different research methodologies or focus on the prospects for individual stocks as compared to other covered stocks or over differing time horizons or under assumed market events or conditions. Readers should be aware that we may issue investment research on the subject companies from a technical perspective and/or include in this report discussions about options on stocks covered in this report and/or other securities or financial instruments issued by the company. These analyses are different from fundamental analysis, and the conclusions reached may differ. Technical research and the discussions concerning options and other securities and financial instruments issued by the company do not represent a rating or coverage of any discussed issuer(s). The disclosures concerning distribution of ratings and price charts refer to fundamental research and do not include reference to technical recommendations or discussions concerning options and other securities and financial instruments issued by the company.

Our analysts' short-term views, recommendations by our brokers, views contained in products and services provided to customers on an individualized basis, and\or strategies, analysis, or decisions made by B. Riley Securities, Inc. or its affiliates and their respective directors, officers, employees, or members of their immediate families may be different from those published by the analyst in this report and could impact the price of the securities mentioned in this report.

**Information about our rating system:**

B. Riley Securities, Inc. uses the following three-tiered rating system for securities covered in their research reports:

- **Buy**: We generally expect "Buy" rated stocks to have an above-average risk-adjusted total return over the next 12 months. We recommend that investors buy the securities at the current valuation.
- **Neutral:** We generally believe "Neutral" rated stocks will have an average risk-adjusted total return over the next 12 months.
- **Sell:** We generally expect "Sell" rated stocks to have a below-average risk-adjusted total return over the next 12 months. We recommend that investors reduce their positions until the valuation or fundamentals become more compelling.

B. Riley & Co., LLC and FBR Capital Markets & Co. (before the merger of the broker dealers) adopted this rating system on August 9, 2017. A description of the prior ratings system for each Firm can be found at http://www.brileyfin.com/fbr-ratings-system-from-1072002-to-882017/.

| Rating | B. Riley Securities, Inc. Research Distribution [1] | B. Riley Securities, Inc. Banking Services in the past 12 months[1] |
|---|---|---|
| BUY [Buy] | 85.26% | 47.55% |
| HOLD [Neutral] | 14.74% | 40.00% |
| SELL [Sell] | 0.00% | 0.00% |

(1) As of midnight on the business day immediately prior to the date of this publication.

**General Information about B. Riley Securities, Inc. Research:**

Additional information on the securities mentioned in this report is available upon request. This report is based on data obtained from sources we believe to be reliable but is not guaranteed as to accuracy and does not purport to be complete. Opinions are

as of the date of the report unless labeled otherwise and are subject to change without notice. Updates may be provided based on developments and events and as otherwise appropriate. Updates may be restricted based on regulatory requirements or other considerations. Consequently, there should be no assumption that updates will be made. B. Riley Securities, Inc. or any of their affiliates disclaim any warranty of any kind, whether express or implied, as to any matter whatsoever relating to this research report and any analysis, discussion, or trade ideas contained herein. This research report is provided on an "as is" basis for use at your own risk, and B. Riley Securities, Inc. or any of their affiliates are not liable for any damages or injury resulting from use of this information. This report should not be construed as advice designed to meet the particular investment needs of any investor or as an offer or solicitation to buy or sell the securities or financial instruments mentioned herein, and any opinions expressed herein are subject to change. Some or all of the securities and financial instruments discussed in this report may be speculative, high risk, and unsuitable or inappropriate for many investors. B. Riley Securities, Inc. or any of their affiliates make no representation as to the suitability or appropriateness of these securities or financial instruments for individual investors. Investors must make their own determination, either alone or in consultation with their own advisors, as to the suitability or appropriateness of such investments based upon factors including their investment objectives, financial position, liquidity needs, tax status, and level of risk tolerance. These securities and financial instruments may be sold to or purchased from customers or others by B. Riley Securities, Inc. or any of their affiliates acting as principal or agent.

Securities and financial instruments issued by foreign companies and/or issued overseas may involve certain risks, including differences in accounting, reporting, and registration, as well as foreign currency, economic, and political risks.

This report and the securities and financial instruments discussed herein may not be eligible for distribution or sale in all jurisdictions and/or to all types of investors. This report is provided for information purposes only and does not represent an offer or solicitation in any jurisdiction where such offer would be prohibited. Commentary regarding the future direction of financial markets is illustrative and is not intended to predict actual results, which may differ substantially from the opinions expressed herein.

B. Riley Securities, Inc. utilizes a tiered approach to service its clients. The services provided by B. Riley Securities, Inc.'s research analysts to clients vary based upon a variety of factors, including, but not limited to, client preferences and the extent of a client's total relationship with the Firm. B. Riley Securities, Inc. does not provide any of the Firm's clients with access to unpublished research opinions. B. Riley Securities, Inc. provides clients across all tiers equal access to research reports.

**Paired Trade Disclaimer**

From time to time, B. Riley Securities, Inc. Research Analysts will offer short-term trading ideas, including identifying a paired trade. In a paired trade, an investor buys the securities of one company and sells the securities of another company. The idea to buy the securities of one company and sell the securities of the other company is based on the expected short-term price move or relative value between the two companies mentioned in the paired trade, not between the companies and any other companies. In contrast, the recommendations in a Research Analyst's published report reflect the Research Analyst's views on a company over the long term (i.e., the next 12 months) relative to other companies covered by the Research Analyst. The trade idea in a paired trade is unrelated to the Research Analyst's long-term view of the companies as expressed in the Research Analyst's most recently published research report. A paired trade idea to sell a company that is rated as Neutral or higher, or to buy a security that is rated Neutral or lower, is not inconsistent because the call to sell or buy the company is relative to the other company mentioned in the paired trade over the short term; it is not a long-term view relative to other companies covered by the Research Analyst.

**Important information for B. Riley Securities, Inc. Clients with French Addresses and Potential Investors:**

Addresses and potential investors based in France expressly acknowledge that they have not been subject to any kind of solicitation by B. Riley Securities, Inc. or its affiliates, as defined under Article L.341-1 and seq. of the French Monetary and Financial code.

The above analyses have not been prepared in the context of a public offering of financial instruments in France within the meaning of Article L.411-1 and seq. of the French Monetary and Financial code and shall not be deemed to be drawn up for the purpose of providing investment services as defined under Article L.321-1 and seq. of the French Monetary and Financial code. In this respect, the above analyses shall not be qualified as personalized investment advice related to financial instruments under French law and shall, therefore, not be deemed to be qualified as investment advice provided by B. Riley Securities, Inc. or its affiliates.

Addresses and potential investors based in France may initiate the first contact with B. Riley Securities, Inc. in order to get additional information on financial analyses and services provided by the latter. By doing so, addresses and potential investors based in France

expressly acknowledge that the banking and financial solicitation regime as defined under Article L.341-1 and seq. of the French Monetary and Financial code shall not be applicable.

**Information for Clients of B. Riley Securities, Inc.:**

This publication has been approved by B. Riley Securities, Inc. which accepts responsibility for its contents and its distribution to our clients. Any B. Riley Securities, Inc. client who receives this research and wishes to effect a transaction in the securities or financial instruments discussed should contact and place orders with a B. Riley Securities, Inc. Sales representative.

Copyright 2022 B. Riley Securities, Inc.



**B|RILEY** *Securities*
Member FINRA/SIPC   |   a B. Riley Financial company
| 11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 | www.brileyfin.com

| 9