# Exhibit 14

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 2 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80418-MIDDLEBROOKS/MATTHEWMAN

CITY OF ATLANTA POLICE
OFFICERS' PENSION PLAN
and CITY OF ATLANTA
FIREFIGHTERS' PENSION
PLAN, Individually and On    CLASS ACTION
Behalf of All Others
Similarly Situated,
          Plaintiffs,
vs.
CELSIUS HOLDINGS, IN,
JOHN FIELDLY, and EDWIN
NEGRON-CARBALLO,
          Defendants.


VIDEO RULE 30(B)(6) DEPOSITION OF
CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN
By Witness Richard Light
June 5, 2023
9:59 a.m.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia
Valerie N. Almand, RPR, CRR, CRC
Duke Stevenson, Legal Video Specialist

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 3 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 2

INDEX OF EXHIBITS

LIGHT DEPOSITION

EXHIBIT              DESCRIPTION                    PAGE

Exhibit 1      Notice of Fed.R.Civ.P.              9
               30(b)(6) Deposition of
               Lead Plaintiff City of
               Atlanta Police Officers'
               Pension Plan

Exhibit 2      Investment Advisory                38
               Agreement between Driehaus
               Capital Management LLC and
               the City of Atlanta Defined
               Benefit Pension Plan Investment
               Board (AP-000000371-78)

Exhibit 3      Driehaus Capital Management        42
               Form ADV Part 2A Firm Brochure
               (AP-00001067-92)

Exhibit 4      ATL-POLICE:  City of               50
               Atlanta Police Officers'
               Pension Plan 46000117 Report
               updated through 11:59:59 PM
               5/10/2023 (AP-00001703-06)

Exhibit 5      Report of Company Exposure         51
               and Activity for Northern Trust
               (AP-00001707-12)

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 4 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 3

Exhibit 6        Declaration of Daniel L.            52

                 Berger in Support of Motion

                 of the Atlanta Police Officers'

                 Pension Plan and City of Atlanta

                 Firefighters' Pension Plan for

                 Appointment as Lead Plaintiff and

                 Approval of Counsel

Exhibit 7        Declaration of Daniel L.            79

                 Berger in Support of Plaintiffs'

                 Motion for Class Certification

Exhibit 8        City of Atlanta Defined             94

                 Benefit Pension Investment

                 Board Meeting, May 19, 202,

                 Webex Teleconference minutes

                 (AP-00000095-105)

Exhibit 9        City of Atlanta Police             114

                 Officers' Defined Benefit

                 Pension Administrative

                 Committee Meeting, March 17,

                 2021, Webex Teleconference

                 minutes (AP-00000003-07)


                 INDEX OF EXAMINATION

By Mr. Outlaw                                Page 7

Page 4

APPEARANCES OF COUNSEL:

On behalf of the Plaintiffs:

CAITLIN M. MOYNA, Esquire

MICA COCCO, Esquire

Grant & Eisenhofer P.A.

485 Lexington Avenue

New York, New York   10017

646.722.8513

-and-

JEFFREY A. REEVES, Esquire

(for times noted)

The Reeves Law Firm, LLC

1100 Peachtree Street

Suite 250

Atlanta, Georgia   30309

678.727.6956

On behalf of the Defendants:

JASON R. OUTLAW, Esquire

THEODORE J. (TOD) SAWICKI, Esquire

OYINKANSOLA Y. MURAINA, Esquire

KENDRA HANSEY, Esquire

Alston & Bird, LLP

1201 West Peachtree Street

Atlanta, Georgia   30309-3424

404.881.7639

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 6 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 5

Also Present:  Kendra Hansey

Legal Video Specialist:  Duke Stevenson

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 7 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 6

THE VIDEOGRAPHER:  All right.  Good morning, everybody.  We're going on the record at 9:59 a.m. Eastern Standard Time on Monday, June 5th, 2023.  Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This begins media unit number 1 of the video recorded the deposition of Rick Light, taken in the matter of City of Atlanta Police Officers Pension Plan versus Celsius Holdings, Inc.  The location of this deposition is Alston & Bird in Atlanta, Georgia.  My name is Duke Stevenson, I'm the videographer, and our court reporter today is Valerie Almand.  We both represent Veritext.

Will counsel please introduce themselves for the record, after which will the court reporter please swear in the witness.

MS. MOYNA:  I'm Caitlin Moyna from Grant & Eisenhofer for the plaintiffs.

MS. COCCO:  Mica Cocco from Grant & Eisenhofer for the plaintiffs.

MR. REEVES:  Jeffrey Reeves from The

Reeves Law Firm for the plaintiff.

MR. OUTLAW:  Jason Outlaw from Alston & Bird for defendants.

MR. SAWICKI:  Tod Sawicki, Alston & Bird, for defendants.

MS. MURAINA:  Oyinka Muraina, Alston & Bird, for the defendants.

MR. OUTLAW:  Kendra Hansey, summer associate, for the defendants.

RICHARD LIGHT, being duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. OUTLAW:

Q.  Good morning, Mr. Light, how are you?

A.  Good.

Q.  Good.  Will you please state your full name for the record.

A.  Richard V. Light.

Q.  And you understand that you are under oath and you have been sworn to tell the truth, right?

A.  Yes.

Q.  Okay.  And I'm going to ask that you wait until I finish asking a question before you answer

Page 8

it.  Otherwise we'll talk over each other.  Is that okay?

A.  Fine.

Q.  Okay.  And if you cannot hear a question, please ask me to repeat it.  If you do not ask me to repeat it, I will assume you understand it.

A.  Okay.

Q.  The court reporter can't pick up nonverbal answers, so head nods and shrugs.  Give me a yes or no answer, please.

A.  Okay.

Q.  If you don't understand any part of the question I ask, please let me know and I'll try to clarify, okay?

A.  Okay.

Q.  Okay.  Finally, I'll try to break at regular intervals, but I ask that if a question is pending you do answer the question.

A.  Uh-huh, yes.

Q.  Is there any reason why you cannot answer my questions truthfully and honestly today?

A.  No.

Q.  Okay.  Are you on any medication that may prevent you from understanding my questions or answering them completely, truthfully and

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 10 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 9

honestly?

A.  No.

Q.  Would it be okay if I refer to City of Atlanta Firefighters Plan and City of Atlanta Officers Plan as police plan, firefighters plan, or the plans?

A.  Yes.

Q.  Okay.  If you need to clarify which plan you're answering about to a question to specify information, please do that.

A.  Okay.

Q.  Do you understand you've been designated as a Rule 30(b)(6) witness for the plaintiffs today?

A.  Yes.

MS. MOYNA:  I just want to clarify. Mr. Light has been designated for the police plan.

MR. OUTLAW:  Police plan.

MS. MOYNA:  Yes.

BY MR. OUTLAW:

Q.  I'd like to introduce an Exhibit 1, the Notice of 30(b)(6) Deposition of Lead Plaintiff City of Atlanta Police Officers' Pension Plan.

(Defendants' Exhibit 1 marked)

MR. SAWICKI:  Hey, can I interrupt?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 11 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

165

Page 10

Could we have a stipulation or agreement that we'll number the exhibits seriatim through the various witnesses and try our best, but I never do it completely, but the document's already been introduced today, and using the same one, use that version rather and new one?

MS. MOYNA:  Yep.  I think that makes things a lot easier, for sure.

BY MR. OUTLAW:

Q.  Mr. Light, have you seen this document before?

A.  Yes.

Q.  And this document relates to your deposition of the police plan today, right?

A.  Yes.

Q.  Are you the person most knowledgeable to testify about the topics in Exhibit A?

A.  Yes.

Q.  Are you prepared to answer questions on those topics today?

A.  Yes.

Q.  And it is your understanding that when you answer my questions you're answering on behalf of the police plan, right?

A.  Yes.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 12 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 11

Q.   When did you learn you would be testifying today?

A.   I had notification maybe a couple weeks ago that we were going to do a deposition.

Q.   Okay.  And did you meet with anyone or review any documents in preparation for your deposition today?

A.   Yes.

Q.   Who did you meet with?

A.   I met with my counsel from Grant & Eisenhofer.

Q.   Anyone else?

A.   No.

Q.   How long did you meet with your counsel from Grant & Eisenhofer?

A.   We met two times last week over Zoom.

Q.   For approximately how long during each session?

A.   Wednesday was probably two and a half hours, and the day before that was an hour and a half, two hours.

Q.   Okay.  And did you review any documents to refresh your recollection of the case?

A.   Yes.

Q.   What are those documents?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 13 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 12

A.   Those documents were given to me by counsel to review.  I think there was six different documents initially to review.

MS. MOYNA:  I just want to remind Mr. Light not to mention any of the -- of our discussion that we had in giving your answers. You can talk about documents and how long we met and things like that, but the substance of our conversations is privileged.

THE WITNESS:  Okay.

BY MR. OUTLAW:

Q.   Do you recall the nature of those documents?  Were they court filings?

A.   Yes.

Q.   Okay.  All six of them?

A.   Yes.

Q.   Do you know which filings?

A.   Yes.

Q.   Can you tell me?

A.   There was the complaint.

Q.   Okay.

A.   There was forms from where our chairman of the pension board signed, Mr. Brands.  There was, I think, two of those.  And I can't remember the other -- there was a couple more of them, I

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 14 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 13

just don't recall the titles of them.

Q.   Okay.   Other than these two meetings with your counsel did you do anything else to prepare for this deposition today?

A.   No.

Q.   Did you speak with anyone at the plans about your deposition today?

A.   There's been discussion with our counsel at board meetings where they've given presentations, updates, the City attorney's office, and then our plan has an attorney too. And they were just updates throughout the past year.

Q.   Updates on this case?

A.   Yes.

Q.   Okay.   But not in preparation for this deposition.

A.   No.

Q.   Okay.   Where do you reside?

A.   Here in Atlanta.

Q.   And have you been deposed before?

A.   I have, not in security litigation cases, in law enforcement cases.

Q.   Okay.   Have you ever been deposed as a representative for the plan?

Page 14

A.  Yes, I have.

Q.  In what kind of case is that?

A.  There was a couple cases throughout the last couple years.  Advisory Board was one of them.

Q.  Okay.  And that was a case pending in D.C., if you recall?

A.  Possibly.  The mediation hearing happened in -- was in New York City.

Q.  Have you been deposed in your personal capacity before?

A.  No.

Q.  Okay.  And what is your educational background?

A.  I have an Associate's Degree from -- in law enforcement, and I have many courses in political science on top of that.

Q.  Okay.

A.  And several courses I've attended with -- as far as investment strategies and investments and so forth over the years, being on the pension plan.

Q.  The investment courses you just mentioned, were those done as a part of your continuing education as a trustee of the board?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 16 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 15

A.   That's correct.  Some of them -- most of them have been that.  I attended many classes before that was even, you know, in place too.

Q.   On investing?

A.   Yes.

Q.   Just independently of your service on the board?

A.   Yeah, you know, to help me out with my fiduciary duties on the plans.

Q.   Do you have any formal training in the field of securities or investing?

A.   No.

Q.   Okay.  Have you ever had a job where you invested other people's money?

A.   No.

Q.   How long have you been employed -- sorry, where are you currently employed?

A.   City of Atlanta Police Department.

Q.   And how long have you been employed there?

A.   35 and a half years.

Q.   What's your current position with the city police?

A.   I'm assigned over the police athletic league.  I retired in 2017.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 17 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 16

Q.   Are you employed by the police plan?

A.   I'm employed by the City of Atlanta Police.

Q.   What is your role at the police plan?

A.   I'm assigned over at the police athletic league.  I help out over at the gym, and I also do the fundraising for the police athletic league. We have several leagues in the city for the inner city kids, and that's mainly what my job description is and what I do now.

Q.   What is your role at the police pension plan?

A.   I am on the investment board.

Q.   Okay.  And were you appointed to that board?

A.   I was.

Q.   By whom?

A.   By my peers.

Q.   Are you compensated for your service on that board?

A.   No.

Q.   What are your duties as a member of the investment board?

A.   Well, there's several different duties. One is to meet monthly at the investment board

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 18 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 17

meeting.  We get different presentations.

Sometimes they're from actuaries, sometimes

they're from -- a money manager might come in and

give us an update.  And then Marquette gives us

annual, or monthly updates on the whole plan.

Q.  Okay.  And do you report to anyone on the

investment board?

A.  No.

Q.  What is the relationship between the

police plan and the pension investment board?

A.  The police plan.  The police -- there's

several different things that happened over the

last 16 -- 15 and a half years that I've been on.

We used to have three different plans, and I was

only -- at that time I was only over the police on

the investment side of it.

They merged five years ago, roughly, and

I'm on the one board that oversees all three

plans, police, fire, and general.  The funds are

not commingled, they're separate.  And that's what

I do is we oversee -- that board oversees the

investments and how the investments are doing and

so forth.

The administrative board that I'm on

oversees pensions, disability pensions, and we pay

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 19 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 18

the monthly bills.

Q.  Okay.  So the investment board oversees the three different pension plans.

A.  It does, that's correct.

Q.  And you're on a committee that administers the police plan.

A.  I am the representative that represents the police on that board.

Q.  Okay.  And are there committee meetings -- are there meetings of the investment board?  You said monthly, monthly, right?

A.  We have monthly.

Q.  Are those meetings transcribed, minutes?

A.  Yes.

Q.  Are there subcommittees of the investment board?

A.  Yes.

Q.  Could you name them?

A.  It's -- we have a subcommittee, it's not set.  It's just when it's needed, and Marquette is the one that calls that meeting.

Q.  Does that subcommittee have a name?

A.  Subcommittee meeting for the Atlanta investment board.

Q.  Okay.  Are there minutes of those

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 20 of
30(b)(6) City of Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C
165

Page 19

subcommittee meetings?

        A.   I don't believe so.

        Q.   Okay.

        A.   There's only a couple people that attend
those meetings.

        Q.   Do you attend those subcommittee
meetings?

        A.   I do.

        Q.   And what is the purpose of those meetings
again?

        A.   Just to give updates on new managers that
we might be looking at, look at some spaces that
we might want to enter into, and just give us a --
you know, spend a little bit more time preparing
for the investment board.  It's optional for all
members of the investment board to participate in
those subcommittee meetings also.

        Q.   And at these subcommittee meetings, you
mentioned that Marquette would call those?

        A.   Yes.

        Q.   And Marquette would be the one to
recommend certain investment managers to the fund,
the plan, sorry?

        A.   Yes, Marquette is our consultant.
They're based out of Chicago, and they are the

Page 20

ones that will bring managers to that board.  A trustee, if they know of a company that they're interested in, a trustee can bring something to Marquette if they want.  Of course, Marquette would do the due diligence on that company to do some research on it and give us some feedback. But yes, Marquette is the one.

Q.  And so the subcommittee makes recommendations to the entire investment board on who to hire as investment managers?

A.  We give some guidance, we give some opinions.  Of course, in that investment board meeting the rest of the board can ask questions or voice their opinions also.

Q.  Okay.  What investment responsibilities does the investment board have for the plan's funds?

A.  The investment board, we hire the managers.  It's voted on.  And that's one of the big things we look at.  We look at companies that are going to fit our space, we're going to look at fees, we're going to look at risk.

Georgia has laws that we have to -- we can have money -- we have to have money in certain spaces, so we have to keep up compliance with

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 22 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light      June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 21

that.  For instance, an example would be fixed income where we have to maintain 25 percent. There's going to be a portion in international that we have.  So we have to make sure we continuously rebalance the fund and make sure that we have the best chances of meeting our point, a 7 percent return.  Hopefully we can do a little better than that to keep the fund moving forward. So those are a lot of the responsibilities.

But looking at the overall returns and what those managers are doing, if they're not doing well that's fine because it changes, just depends on what's hot, if it's -- if it's value or it's growth or whatever.  Sometimes that goes up and down, but yeah.  That's what the plan does.

Q.  Sure.  Are there any restrictions on US equities that you have to adhere to?

A.  There are some restrictions on some alternative space, some different things that we probably wouldn't want to invest in.  For instance, there's a lot of talk out there on investing in marijuana.  I don't think that that's something that we're interested in.  Different countries, possibly countries like maybe I ran or things like that would be -- you know, we talk

Page 22

about that at GAPPT which stands for Georgia

Association of Public Pension Trustees, on

different investments that we would want to invest

in.

        And ultimately it goes through our

consultant.  Our consultant's going to get with

their analyst and do the due diligence and bring

the ideas to the board on what is going to be best

for the board, and also make sure our limitations

are -- we're within the state guidelines on all

the strategies.

     Q.  Okay.

     A.  So that's -- they are going to watch that

and make sure that we're all in -- you know,

everything's in place, and that we're -- we have

the right amount of funds in those spaces and

we're not overweighted in certain spaces.

     Q.  I understand.  Does the plan have any

investment responsibilities, the police plan, I'm

sorry?

     A.  Can you repeat?

     Q.  Does the police plan have any investment

responsibilities?

     A.  Well, the same responsibilities with the

police plan is for, just like I was talking about

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 24 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 23

earlier -- just a minute ago with Marquette.  All
three plans don't have all the same money
managers.  All three plans -- a lot of the money
managers do have all three.  So it's a little
different.  As time -- as time is going, since
we've merged, we've gotten a lot closer.  One of
the reasons why is to save money and fees.  So
that's what we -- kind of the plan -- you know,
kind of the thinking about that.

         But everything goes through Marquette,
and then we look at it and decide what we want to
do, what spaces and who we want to go with, and
different strategies we talk out.  Look at
returns, look at risk, how does it fit in the
portfolio, and also what's going on in the economy
today.

    Q.   Why would it be the case that not all
plans share the same money managers?

    A.   Well, they were -- you know, before we
merged they were different, a lot different.  And
that is a great question, because we had different
consultants.  Police and fire had a different
consultant than the general employees before they
merged.  And so -- you know, and it wasn't the
same makeup, same board members.  So their

Page 24

strategies might have been different or who they liked was different.  So I wasn't a part of all that, and that's why they're different.

Q.  Do you sit on the executive committee of the plans, or is there an executive committee?

A.  No, there's not an executive committee.

Q.  What are your duties with respect to the class action -- I'm sorry, what are your duties with respect to securities class action in which the plan is involved?

A.  You're referring to today's class action, right?

Q.  Any securities class action.

A.  Okay, that's fair enough.  As a trustee you want to make sure that the fund is whole, you want to make sure that the fund is doing what it's supposed to do as far as returns go.  Police officers pay 13 percent in the pension, I paid 13 percent in net salary in into that pension for 30 years, and I receive that monthly pension check.

So I take it very serious.  13 percent of salary is a lot of money for -- police officers don't make a lot of money -- to put your life on the line every day out there, especially what's going on out here today, what happened in Atlanta

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 26 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 25

the last five or six weeks ago right here in Midtown right here where we're sitting.

So those guys out there and those girls out there working now, it's very -- you know, that's all they have.  After they put that 30 years in, they have this pension.  And they put a lot of money into that pension and a lot of risk, a lot, a lot of risk on the line.

So my job is to make sure that the fund is doing what it's supposed to be doing, making sure the investments are doing what it's supposed to do, and if not, you know, we need to get with the consultant, need to make changes.

And also, you know, I've got to make sure to the retirees that the plan continues to be -- is financially stable to make these payments on a monthly basis.  The pressure is on right now.  You know, the last month or so, month and a half, we're -- the market's done a little better.

But, you know, we've taken a beating, a little bit of a beating in 2022 for that year.  So it was a little struggle.  It's very hard to hire police officers, so there's not as much money coming into the plan right now.  When investments struggle it's tough, and those pensions continue

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 27 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 26

to be paid out.  So it's tough.

So those are the responsibilities that a good trustee has to monitor, and then communicate back with the City and the unions and so forth. That's what we're supposed to do.

Q.  So when monitoring the plan's investments, what are you looking for to ensure that the plan is adequately funded?

A.  Yeah, so if you look at one of our monthly reports from Marquette you'll see some stuff in there, what are the top performers doing, what are the lower performers doing.  And it doesn't mean that they're being put on probation, it just gives us an idea how they're performing. You can look at everybody's performance year to date, that month, and look and see what we're doing.

And that's what trustees -- that's what I do is look at that performance and what kind of fees we're paying, constantly going back to managers and looking to see if we can get reduced fees, and just looking at performance so we can keep it going.

Q.  Do you look at the performance of individual stocks the plan's invested in as part

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 28 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 27

of that monitoring process?

A.   No, and we don't -- those are not in the reports on a monthly basis, like Celsius.  I had no idea that Celsius was even invested with Driehaus.  That's up to the managers.  I mean, the managers do that, and then what I see from Driehaus is what they're doing on a monthly basis.

Q.   So is it fair that you're monitoring the managers as opposed to the actual individual stocks in the portfolio?

A.   That's correct.  We'll get those monthly reports from Marquette.  Marquette watches them, and then we get the full reports on a monthly basis.

Q.   Do you get any other reports from anyone else that helps you monitor the portfolio of the plan?

A.   No.

Q.   Do you have any responsibilities in making investment decisions for the plan, or is that left to the managers?

A.   Repeat that again.

Q.   Do you have any investment responsibilities for which stocks the plan invests its funds?

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 29 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light       June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 28

A.  Our responsibility is to hire that manager, and then once we hire that manager, the manager, you know, they do the investments, whatever strategy that they're doing, they're doing, yeah.

Q.  And we'll unpack that a little bit later.

A.  Okay.

Q.  So generally speaking, what's the plan's investment strategy?

A.  The plan's investment strategy, and I think I just touched on this a little bit ago, is to make sure that we're doing the right things for all participants.  They're putting their hard-earned money in there.  The ones that are current are putting a lot of money in there, and the ones that retired put a lot of money in there. And so these are the things that, you know, they put their lives on the line.

But it's also to make sure in this case, you know, also to represent the people that are not in this case, you know, that lost money that, you know, we're helping them out.  I mean, we took a big loss in this case, the police and fire funds took a big loss.  So those are some of the things that trustees look at, along with our counsel.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 30 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light      June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 29

Q.   And I think we established that you don't look at any particular stocks themselves, you allow -- strike that.

You don't look at any particular stocks themselves, you delegate that responsibility to the managers, investment managers.

A.   That's correct.

Q.   Okay.  Are the plans -- do the plans diversify their investments so that it's not exposed to too much risk?

A.   I would consider us as a low-risk investment.  We look at the risk -- you're looking at a 30-year window when you're investing in pension plans.  It's a lot different than individual investments, possibly.  You're not going to be as aggressive.  And the strategy with Driehaus is -- well, we can get to that maybe a little bit later.

Q.   Please.

A.   But now, it's a growth strategy fund, small growth strategy fund.  But we separate the investments through the portfolio in fixed income, small growth.  We've had over the years large cap, mid cap, international.  So you do spread the portfolio out for the value.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 31 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C
165

Page 30

Q.   Are the plans generally interested in investing in energy drink companies?

A.   I couldn't say.  The investment was made by Driehaus.  I didn't know, you know, who that was -- I didn't know that Driehaus invested in that company.

Q.   Did anyone on the investment board know Driehaus invested in Celsius?

A.   I can't say for anybody else.  I didn't.

Q.   Did Driehaus ever report to the board they were going to invest in Celsius?

A.   No.

Q.   Did Marquette ever report on how Celsius stock was performing in the market?

A.   I don't believe so.

Q.   You mentioned there's a 30-year window you're looking at when you're making investments of the plan's funds.

A.   Uh-huh.

Q.   Is it normal for the investment market to fluctuate over time?

A.   It is.

Q.   For stock prices to go up and down?

A.   It is.

Q.   Is it unusual to see industry-wide price

Page 31

fluctuations?

A.   It is.

Q.   Are you familiar with the valuation method discounted cash flow analysis?

A.   I've heard those terms.

Q.   What does it mean to you?

A.   Discounted -- go ahead and say that again.

Q.   What does it mean to you?

A.   Discounted --

Q.   Oh, discounted cash flow analysis.

A.   Where you could possibly get -- discounted cash flow analysis, I've seen that just the other -- in one of the reports I believe that I was reading on.  Possibly you can buy funds and so forth at discount.  That's some of the strategies I believe with the small cap growth funds.  When you look at some of those funds, you buy those funds at possible discount.  But they're solid companies at the time, you know.

Q.   And you mentioned Driehaus' investment strategy was small cap growth companies, correct?

A.   Uh-huh.

Q.   Do you know if Driehaus considered Celsius discounted cash flows when making the

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 33 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 32

investment?

A.  I can't say what, you know, Driehaus was thinking, or -- I haven't talked to them about this case or about that.

Q.  Okay.  Is there anyone internally at the plans responsible for monitoring the plan's investments?

A.  Marquette monitors -- the consultant monitors the plans.

Q.  I thought we established Marquette monitors the managers' performance.

A.  Right.

Q.  Not the plan's investments themselves.

A.  Well, they bring -- and can you rephrase the question so I can --

Q.  Sure.

A.  Because I think I know where you're at.

Q.  So I think earlier you testified that Marquette provides a report on the market --

A.  Uh-huh.

Q.  -- as well as how its managers are performing.

A.  Uh-huh.

Q.  Top performers, low performers.  You also mentioned that Marquette does not give a report on

Page 33

individual stocks that the plan has invested in.

A. Right.

Q. Is there anyone at the plan internally responsible for monitoring the plan's investments, its specific investments?

A. No.

Q. Okay. Do you know who made the decision to purchase Celsius stock during the class period?

A. Well, I believe if it was Driehaus, now that reading the reports and so forth, it was Driehaus. But before that I had no idea.

Q. Okay. Do you know who at Driehaus would have been responsible for making that decision to purchase Celsius stock?

A. No.

Q. Would there have been anyone else responsible for purchasing Celsius stock other than Driehaus?

A. No.

Q. How do the plans select outside managers and consultants to handle its investments?

A. Like I said before, Marquette will come up with -- we'll talk about what sector we want to get into, whether it's fixed income or international or whatever we're looking at, and

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 35 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 34

that they will bring some companies to us.  We'll look at some of the top performers in that industry, and how they compare against each other. And other trustees can bring different managers to us, if we want, where the people over at Marquette will look and analyze them and so forth and look at their returns and the risk and everything else and how solid they are, and they'll bring it to us.

And then the board will go back and forth maybe several months in making those decisions, subcommittee might look at it also.  And if we're comfortable with it and interviewing, we might even interview some of the managers, and it could be by Zoom or it could be in person.  Hopefully we're getting back to the in-person.  I think that that works better for me and it works better for most.  And then ultimately then you make that decision, if you're comfortable with the fees and the strategy and their commitment to the fund.

Q.  And you referred to companies that Marquette would bring to the plans.  Are you referring to managers when you say companies?

A.  Yes, uh-huh.

Q.  Okay.  Does the plan give its investment

Page 35

managers discretionary authority to buy and sell stock on their own?

A. Repeat that.

Q. Do the plans provide their investment managers or fund managers discretionary authority to buy and sell stock on behalf of the fund?

A. I believe that would be the correct answer. I think that -- I don't think Marquette get involved in who they buy and sell stock from.

Q. You testified earlier that the plan has a general investment strategy to make sure that the pension is fully funded. Do the plans give direction to its investment managers in terms of investment strategy?

A. I think the process is when we're looking at a space the consultant is going to give us the lead on it. And I think from that point trustees are going to come up with other ideas, maybe, or ask a lot of questions and, you know, grind it out, see what strategy.

A lot of -- there's been times that Marquette has brought things to the board and we didn't act on it. We didn't like the strategy. We just didn't do it. So, I mean -- so that happens too, you know, you look into it, you read,

Page 36

after they give you the information you research it yourself and take your time with it, and I think as a trustee if it doesn't really fit what you want to do then you don't do it.  It's our money that we hire them to do their job and we respect that.

But I think that's good for Marquette also, just not -- I hear the stories all the time where trustees just -- you know, have at it, you know.  But we're not like that.  We try to dig into it and ask questions, and we just might not follow that lead maybe, we just wait and take our time and look at some other things.

Q.  Do you recall the board giving Driehaus any direction as to the investment strategy for the plans?

A.  No.

Q.  How do the plans monitor and evaluate its investment managers?

A.  I think I said this earlier.  We get the monthly report from Marquette.  We look at what they've done year to date, and what -- and also a fund, if growth wasn't on the up and up, if value was taking over, then value -- then your value funds are going to do better, then your growth

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 38 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 37

funds are going to fall off, and then it reverses back and forth. So that's why you have a portfolio like that. So we evaluate that and we look at it monthly and look at the returns.

Q. Are you looking for any particular returns when it comes to the growth sector on a month-to-month basis?

A. Not necessarily. I mean, you know, if you look at a spreadsheet you'll see what they've done over the last, most of them have a pretty long track record of 3, 5, 7, 10 years. And so you would like to look what the benchmark is in that sector and how they're comparing with the benchmark, and hopefully they're doing better.

Q. So in terms of benchmark, what are some of the characteristics of the plan's best investments in small cap growth companies?

A. I think, I mean, I think small cap growth has a lot of potential for plans. I think you can make some good money in that plan if you pick the right managers and they -- and I think there's a lot of room for advancement for companies to make money in that field, in that space. We've had other small cap managers over the years too. They come in and -- they come and go.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 39 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 38

Q.  Do you know how long Driehaus has been the investment manager -- an investment manager for the plans?

A.  I would have to look.  I think it's probably been, I want to say, a year and a half, two years, I'm guessing.  If you know the exact number, I think it was probably -- I want to say it was maybe in the summertime or springtime.  I can't exactly remember what date we hired them.

(Defendants' Exhibit 2 marked)

BY MR. OUTLAW:

Q.  So marked as Exhibit 2 is the Investment Advisory Agreement between Driehaus Capital Management LLC and the City of Atlanta Defined Benefit Pension Plan Investment Board.  And if you turn -- and these documents --

And this document has little labels at the bottom right called Bates labels.  I'm going to refer to those when referring to specific pages.

A.  Okay.

Q.  Before we do that, do you recognize this document as a true and correct copy of the engagement letter between Driehaus and the plan?

A.  I do.

30(b)(6) City of Atlanta Police Pention Plan- Rick Light         June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 39

Q.   If you turn to the page ending in AP-00000375, it appears this document was signed on the 23rd day of September, 2021.  Is that around the time that Driehaus became investment manager for the plan?

A.   Yes.

Q.   Okay.  And this document on that same page is signed by Mohamed Balla, CFO, City of Atlanta, as well as Jon Keen, chief operating officer, City of Atlanta.  They did not make the decision to engage Driehaus, correct?

A.   No.

Q.   Who made that decision at the plans?

A.   Back up just one minute on that. Mohammed Balla is on the investment board.

Q.   Okay.

A.   So he was -- I believe he was on the board in September of 2021, on that day.  He did sign it, and he is a member of the investment board.

Q.   Did the plans receive any presentations from Driehaus before engaging it?

A.   We were in COVID so we couldn't meet in person at that time, and I don't recall if we had a presentation on the phone, on Zoom with him or

Page 40

not.  I don't recall if we did or not.  We possibly could, I just -- I don't remember that.

Q.  Do you recall receiving any documents from Driehaus to explain their investment strategy?

A.  It was through Marquette, and I believe Marquette would have that.

Q.  Let's look at the page ending in 376. About halfway down in the second paragraph on this page it says, As more specifically set forth in part 2A of Driehaus's Form ADV, companies in which the account invests will generally have accelerating sales and earnings growth rates, perceived high earnings quality and market timelines, (i.e., the likelihood of an upward price movement in the near future.)

Do you understand that to be part of the investment strategy for Driehaus?

A.  Is that in the second paragraph?

Q.  Yes.

MS. MOYNA:  Right there, more specifically.

THE WITNESS:  Yeah, I see that right there.

A.  Yes.  Sorry about that.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 42 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 41

BY MR. OUTLAW:

Q.   What did it mean "for accelerating sales and earnings growth rates"?

A.   To me that means that if a company's doing well, they will have accelerating sales, their product -- their drinks or whatever they're selling, if it's nuts and bolts, and if they're selling, they're going to have better earnings growth rates.

Q.   Are you aware of Celsius's revenues during the class period?

A.   I've seen different numbers.  I don't remember what the numbers were.  I remember when they were inflated, and then I remember later on as they were dropping.

Q.   Which numbers --

A.   I don't remember the numbers offhand.  I just remember looking at it in some reports.

Q.   Were you ever told that Celsius's revenues increased quarter over quarter during the class period?

A.   No.

Q.   You mentioned that some numbers were inflated, you don't remember what those were. Strike that.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 43 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 42

Did you discuss these metrics or qualities of attractive investments with anyone at the plans?

A.   No.

Q.   Did you discuss the likelihood that Celsius would have an upper price movement in the near future with anyone at the plans?

A.   No.

Q.   With anyone at Driehaus?

A.   No.

Q.   Did you discuss with anyone at the plans Celsius' performance on key financial metrics like EBITDA?

A.   No.

Q.   Adjusted EBITDA?

A.   No.

Q.   Net income?

A.   No.

Q.   Gross margin?

A.   No.

Q.   And I want to introduce as Exhibit Number 3 --

(Defendants' Exhibit 3 marked)

BY MR. OUTLAW:

Q.   Marked as Exhibit 3 is a document

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 44 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 43

entitled Form ADV Part 2A, it says it's a firm

brochure, it's dated September 8, 2021 from

Driehaus Capital Management.  Do you recognize

this as a true and correct copy of Driehaus's Form

ADV Part 2A that's referenced in Exhibit 2?

     A.   Yes.

     Q.   Have you seen this document before?

Mr. Light, I don't need you to read the entire

document, but feel free to peruse through it.

          MS. MOYNA:   Yeah, take your time, and if

you recall seeing it before.  You can flip through

it.

     A.   I possibly have seen it.  It might have

been in one of the presentations that I received

from Marquette in discussing that with them.

There's a lot of materials that I get.  Yeah.

BY MR. OUTLAW:

     Q.   So did Marquette discuss with the plans

Driehaus's overall investment strategy for small

cap growth?

     A.   Yes.

     Q.   Do you recall what they discussed about

Driehaus's strategy?

     A.   Small cap growth.  We looked at the

performance, we talked about fees, we compared it

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 45 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 44

with every -- you know, many -- I guess other money managers in that sector, and that's how the decision came about.

Q. Okay.  I want you to take a look at item 8, which begins on the page ending in 1077.

A. 1077, hold on for just a sec.  Okay.

Q. Could you take a moment and review item 8.  It continues over to the next page, and -- which is 1078.

A. Okay.

Q. And you can stop at the next section titled Alternative Emerging Market Strategy.

A. Okay.

MS. MOYNA:  You can stop there.

THE WITNESS:  Okay.

BY MR. OUTLAW:

Q. Did Marquette or anyone at the plans discuss the investment strategy outlined -- Driehaus's investment strategy outlined in item 8 of Exhibit 3?

A. I think we talked about -- like I said, we talked about fees, we talked about performance, and what Driehaus has been doing for a long period of time.  We understand that there is some risk in an investment, like all investments.  And -- but I

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 46 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 45

think that's for, you know, all of our
investments.  So we talk about that all the time.
I question, you know, that at every board meeting
on what's going on.  So we talk about that every
month.  And with all -- and with all managers, I
have questions with that all the time.

Q.  The first paragraph under item 8
indicates that Driehaus evaluates certain data
when making decisions to invest in small cap
growth companies.

A.  Uh-huh.

Q.  One piece of data there is corporate
data.

A.  Uh-huh.

Q.  Do you know which corporate data of
Celsius that Driehaus looked at when determining
to make the investment decision in Celsius?

A.  I don't.

Q.  Did you ask anyone at Driehaus what
corporate data they considered when making
investments in small cap growth companies?

A.  No.

Q.  Do you know what kind of third party
research Driehaus would have looked at in making
decisions to invest in small cap growth companies?

Page 46

A.   No.

Q.   Did you ask anyone at Driehaus what kind of information they would receive -- evaluate for third parties when making decisions to invest?

A.   No.

Q.   Do you know if Driehaus looked at any of Celsius's SEC filings before making the decision to invest in Celsius stock?

A.   No.

Q.   Did you discuss with Driehaus whether or not they looked at any SEC filings before investing in Celsius stock?

A.   No.

Q.   Do you know if Driehaus looked at any of Celsius's press releases before making a decision to invest in Celsius stock?

A.   No.

Q.   Did you discuss that with them?

A.   No.

Q.   Do you know if Driehaus actively attended Celsius' earnings calls?

A.   No.

Q.   Did you discuss that with them?

A.   No.

Q.   Do you know if Driehaus attended any

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 48 of
165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 47

investor meetings of Celsius?

A.   No.

Q.   Did anyone from the plans attend any investor meetings of Celsius?

A.   No.

Q.   Were you aware of or were you made aware of any of Driehaus's proprietary research that they used to make a decision to invest in Celsius?

A.   No.

Q.   Okay.  Mr. Light, you mentioned that the plans have fired investment managers before.  Who did you have in mind?

A.   Since I've been a trustee there's nobody that's in the portfolio -- there's nobody in the portfolio that was there when I first started.  A lot of things can change.  Performance is going to be one of the things.  You might have a change in the makeup of the -- who's running the plan, personnel changes.  That happens a lot.  There's a couple managers out there that -- right now that have had personnel changes.  We're looking at them too.  We're not looking to terminate them right now but, you know, that's a concern.  When you have top management making changes, you know, you need to be aware of that.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 49 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light         June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 48

We had one where -- one fund where somebody passed away, and they were the top -- the top individual that was overseeing that fund. That would be something that would be a big concern.  Who's going to run the plan?  You know, they don't have a track record, we don't know who they are.  So those are some of the things that would cause us to make changes.

Q.  Do you recall there ever being a time where the plan terminated a manager who was responsible for advising on investments in small cap growth companies?

A.  I couldn't hear.

Q.  Do you recall a time where the plan terminated a manager who was responsible for investing in small cap growth companies?

A.  I believe LMCG was the last one that filled -- so Driehaus was the one I think that filled that spot.

Q.  And what were the circumstances leading to the LNCG's termination?

A.  I think performance is one, and two, they had a death in that fund.

Q.  That was the death?

A.  Yeah, they had a death.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 50 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 49

MR. SAWICKI:  You say death?

THE WITNESS:  Yeah, unexpected.

MR. OUTLAW:  I think now is a good time to take a quick break.  You guys take five or ten?

MS. MOYNA:  Sure.

THE VIDEOGRAPHER:  All right.  Off the record at 10:56 a.m.

(Recess)

THE VIDEOGRAPHER:  Back on the record at 11:10 a.m.

BY MR. OUTLAW:

Q.  Mr. Light, before we took a short break we were discussing Exhibit 3 and the various considerations Driehaus evaluated when making investments in small cap growth companies.  Are you aware of any metrics whatsoever that Driehaus may have considered when evaluating to invest in Celsius stock?

A.  No.

Q.  Okay.  Was Driehaus the only manager that invested in small cap growth companies for the police plan during the relevant period?

A.  I believe so.

Q.  Other than LMCG, it would have been Driehaus?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 51 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 50

A.  LMCG was -- we were in the process that have transfer from LMCG to Driehaus.

Q.  And I've been saying Driehaus.  Is it Driehaus?

A.  I think it's Driehaus.  We'll call it Driehaus.

MR. SAWICKI:  Does Valerie have that spelling?

THE STENOGRAPHER:  Yes, thank you.

(Defendants' Exhibit 4 marked)

BY MR. OUTLAW:

Q.  Mr. Light, I've just introduced as Exhibit 4 a document with the title ATL-POLICE: City of Atlanta Police Officers Pension Plan, underneath that it say Drei purchases and sales, reporting date as of 5/10/2023.  Top right-hand corner says updated through 5/10/2023 at 11:59:59 p.m. the document bears Bates number AP ending in 173.  Have you ever seen this document?

A.  I have.

Q.  Does it appear to be a true and correct copy of the version you saw?

A.  Yes.

Q.  You can put that one to the side just for now.

Page 51

A.   Okay.

(Defendants' Exhibit 5 marked)

BY MR. OUTLAW:

Q.   Okay, Mr. Light, I've just introduced for the record Exhibit Number 5, which is a document says company exposure and activity, top right-hand corner, account number 2677106, under that ATL POL-LMCG USFM Cap, bearing Bates AP ending in 1707.

Have you ever seen a copy of this document, Mr. Light?

A.   Yes.

Q.   Does it appear to be a true and correct copy of an exposure report provided by Northern Trust?

A.   Yes.

Q.   Let's focus on Exhibit 4 for now, the document ending in 17703.  And if you'd take a moment to review the document.

Mr. Light, taken together, do Exhibits 4 and 5 appear to reflect all of the police plan's transactions in Celsius common stock during the class period?

A.   I'm not sure.  I don't work for Driehaus, and I don't know, you know, when they make these

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 53 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 52

purchases and when they don't.  I hired Driehaus to manage money in that space.  But as far as day-to-day operations on how they invest -- who they invest and when, I don't know all of that.

I will say that I see Atlanta police with Northern Trust.  Northern Trust is our custodian, and so -- and this is the time period, you know, when we hired Driehaus, and so that's what I can testify to and talk about.  As far as, you know, knowing exactly the dates and how many shares and things like that, I have no idea on those decisions and how they did that.

Q.  Do you know how many purchases of Celsius stock the police plan made during the class period?

A.  No.

Q.  Okay.

A.  I know we -- I've seen documents and so forth and know it now, but before, no.

Q.  I think it will help if I show you a document.

A.  Okay.

(Defendants' Exhibit 6 marked)

BY MR. OUTLAW:

Q.  Mr. Light, marked as Exhibit 6 is a copy

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 54 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 53

of the Declaration of Daniel L. Berger in Support

of Motion of the Atlanta Police Officers' Pension

Plan and City of Atlanta Firefighters Pension Plan

for Appointment as Lead Plaintiff and Approval of

Counsel, filed in this case at Docket Number 33-2.

Do you recognize this document?

        A.   Yes.

        Q.   Did you help prepare this document?

        A.   I did not prepare it.

        Q.   Okay.  Do you know what steps the plans

took to verify the accuracy and information in

this certification -- I'm sorry, in this document?

        A.   Yes, Chairman Sims signed the document,

as I see.  Our counsel, I'm sure, was involved in

all that.  And the board was involved in going

forward in approving going forward with this

action.

        Q.   Did the board have any involvement in

reviewing the accuracy of this document?

        A.   No.

        Q.   Okay.  Let's focus on Exhibit A to

Mr. Berger's declaration.

        A.   What page is that, sir?

        Q.   4 of 88.

        A.   Okay.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 55 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 54

MS. MOYNA:  Oh, 4?  Sorry, the first page.

THE WITNESS:  Okay, thank you.

BY MR. OUTLAW:

Q.  So paragraph 5 of the plan certification states, Attached as schedule A to the certification --

MS. MOYNA:  Can I just get him on the right page?  Turn this way a couple more.  Here, I'll just turn it to the right page.  You're on paragraph 4?

MR. OUTLAW:  Yes -- 5, sorry.

MS. MOYNA:  Well, first take a look at the -- this is the certification.

THE WITNESS:  Okay.

MS. MOYNA:  And then he's directing you to paragraph 5, which is on the next page.

THE WITNESS:  Okay, I'm on 5.

BY MR. OUTLAW:

Q.  Mr. Light, if you can turn to schedule A referenced in paragraph 5.  It's on the next page.  Have you seen this chart before, these charts, sorry?

A.  Yes, I have.

Q.  And the chart on the left titled

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 56 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 55

purchases indicates that the plan, the police plan, made two purchases of Celsius stock during the class period, one on October 1st, '21 and a second on October 8th, 2021, correct?

A.  Yes.

Q.  And then the chart on the right shows that the police plan made several sales of Celsius stock during the class period; is that correct?

A.  That's correct.

Q.  And it appears to be nine sales here; is that correct?

A.  Yes.

Q.  Okay.  Having reviewed this document, does that refresh your recollection of how many purchases and sales of Celsius stock the plan made during the class period?

A.  Yes.

Q.  And, Mr. Light, the amended complaint filed in this case alleges that the truth came out on March 1st; is that correct?  March 1st, 2022, correct?

A.  Can you repeat that question?

Q.  I'll rephrase it, yes.  Earlier you testified that you -- that at some point Celsius disclosed its numbers were inflated.

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 57 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 56

A.   Uh-huh.

Q.   The amended complaint alleged that that disclosure happened on March 1st; is that correct?

A.   I'm not sure about the date.

Q.   Do you know if the police plan sold any of its stock after March 1st, 2022?

A.   I don't believe so.

Q.   Why not?

A.   Right here, I'm looking at the sales right here, the sales right here is February 18th of '22.  It looks like that's the last date.

MS. MOYNA:  Can the witness refer to -- you can refer to the trading data, Exhibit 4 and 5.

THE WITNESS:  Okay.

BY MR. OUTLAW:

Q.   Mr. Light, look at Exhibit Number 4.

A.   All right.

Q.   And if you turn to the page ending in 1704, towards the bottom of that page it indicates that on March 8th, 2022 a transaction was entered to sell Celsius stock, that transaction settled on 3/10/2022.

A.   I see that.

Q.   And there appears to be two transactions

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 58 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 57

on that date, one in the amount of 27 shares and
one for 114 shares, do you see that?

        A.   I see the one for 114.

        Q.   And right above it for 27.

        A.   Yes, I see that.

        Q.   Okay.  Why didn't the plan immediately
sell all of its Celsius stock after it learned of
the alleged fraud in this case on March 1st, 2022?

        MS. MOYNA:  Objection.

BY MR. OUTLAW:

        Q.   You can answer the question.

        MS. MOYNA:  Go ahead.  You can answer.

        A.   I do not know.

BY MR. OUTLAW:

        Q.   Would it have been reasonable for the
plan to purchase additional Celsius stock after
learning of the alleged fraud?

        MS. MOYNA:  Objection, but you can
answer.

        A.   I don't know what, you know, Driehaus'
strategy was looking at.  I don't know if they had
all the information.  So I don't know why that
would have happened.  And you're referring from
August -- March 8th, and then you're going back to
the other number I think you gave me of August

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 59 of
165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 58

24th, is that correct?  In that timeframe?

Q.  I'm not sure.  When do you understand the class period -- what's the date range of the class period in this case, do you know?

A.  I'd have to refer back to the dates on it.

Q.  Does August 12th, 2021 through March 1st, 2022 sound about right?

A.  That sounds right.  You've just got a lot of dates and so forth right here, I'm trying to follow up on, so it's a little confusing on these dates here.

Q.  Let's focus on the March 1st, 2022 date, the date that Celsius announced the need for restatement.

A.  Okay.

Q.  Did Driehaus discuss with the plans Celsius' March 1st, 2022 announcement of the restatement?

A.  No.

Q.  Did anyone at the plans discuss amongst themselves Celsius' March 1st, 2022 announcement of the need to restate its financials?

A.  No.

Q.  Would it have been reasonable for the

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 60 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 59

plans to purchase additional shares of Celsius

stock in light of the company's decision to

restate certain of its previously issued

financials?

       MS. MOYNA:  Objection.  You can answer.

A.  I can't really say, because I didn't

know -- at the time I didn't know what the value

of the stock was and what Driehaus was doing while

this was going on.

BY MR. OUTLAW:

Q.  Would you purchase shares in a company's

stock if you thought they committed securities

fraud?

A.  No.

Q.  Why not?

A.  Well, I think with the attention -- while

they're under investigation, I think that's going

to hurt their performance.

Q.  And we just established that the company

announced the need for restatement on March 1st,

2022, correct?

A.  Correct.

Q.  And if you look at the Exhibit 4,

beginning on the pages ending in 1704, if you look

through 1705 -- strike that.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 61 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 60

If you look at the page ending in 1703, under the section Drie purchases and sales, there are five purchases after the March 1st, 2022 date, correct?

A.   What line are you referring to, sir?

Q.   So --

A.   To trade date?

Q.   Trade date, contract date, settled date, however you want to slice it.  All those dates are subsequent to March 1st, 2022, correct?

A.   That's correct.

Q.   And there are five purchases of Celsius stock after the March 1st, 2022 restatement announcement, correct?

A.   That's correct.

Q.   Why did Driehaus continue purchasing Celsius stock if you guys are filing suit that they committed securities fraud?

MS. MOYNA:  Objection.  You can answer. The question's not factually accurate, but you can answer.

A.   I don't know.

BY MR. OUTLAW:

Q.   You mentioned that you would not purchase stock in a company you believed committed

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 62 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 61

securities fraud.  Why was it reasonable for Driehaus to do so?

MS. MOYNA:  Objection.  You can answer.

A.  I don't know.

BY MR. OUTLAW:

Q.  Have you discussed these purchases with the investment managers?

A.  No.

Q.  Why not?

A.  I believe that's up to counsel at this point in time, city counsel, our personal counsel with the pension board, and then our outside counsel here today.

Q.  Mr. Light, you previously testified that it was the investment board's responsibilities to manage the funds.

A.  Uh-huh.

Q.  And you're now saying that -- strike that.

Are you saying that counsel has a role in managing the investment managers -- the funds' investment managers?

A.  I think when it gets to a case like we have here, it's going to be the responsibility for outside counsel to look at.  They're not managing

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 63 of
30(b)(6) City of  Atlanta Police Pention Pension Plan- Rick  Light        June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 62

the funds, they're not hiring money managers, but when there's certain issues that are going on with fraud or possible fraud, that's what their expertise is, and that's why they're here today to represent us.

Q.   But they don't have any role with respect to overseeing the investment managers' investment of the funds' money investment into small cap growth companies.

A.   No.

Q.   Okay.  Do the plans still own Celsius stock?

A.   I'm not sure.  Don't know.

Q.   Have you had a conversation with anyone whether or not the plans made money or lost money on their investment in Celsius?

A.   Yes.

Q.   Who did you speak with?

A.   Counsel.

Q.   Anyone other than counsel?

A.   The board.  The board knows.

Q.   Did the board talk about Celsius transactions outside the class period, these five purchases identified on the document bearing Bates 1703?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 64 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 63

A.   No.

Q.   Do you know whether or not the plans made or lost money on the post March 1, 2022 purchases identified in Exhibit 4?

A.   I don't know.

Q.   Do you know whether overall the plans have made money on their purchases of Celsius stock over any time period?

A.   No.

Q.   Have you ever read any analyst reports on Celsius?

A.   No.

Q.   Has anyone at the plans done so?

A.   I'm not sure.

Q.   Do you read Celsius press releases?

A.   No.

Q.   Have you ever read them?

A.   No.

Q.   Has anyone at the plans?

A.   I don't know.

Q.   Do you know any current, former, employees, officers, or directors at Celsius?

A.   No.

Q.   Do you know if anyone at the plan does?

A.   Don't know.

Page 64

Q.   Did you ask anyone at the plans whether they knew any current, former employees, directors, or officers at Celsius?

A.   Didn't ask.

Q.   And have you ever spoken to any current or former employees, officers, or directors of Celsius?

A.   No.

Q.   Do you know if anyone at the plan has?

A.   Don't know.

Q.   Have you asked them if they have done so?

A.   No.

Q.   Outside of the stock transactions we've discussed today do the plans have a relationship with Celsius?

A.   Yes.

Q.   What's their relationship?

A.   The relationship is with Driehaus.

Q.   And by that, you mean Driehaus as investment manager has purchased additional shares of Celsius, and so it continues?

A.   That's correct.

Q.   Have you ever used Celsius products?

A.   I don't believe so.

Q.   Do you know what they make?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 66 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 65

A.   Energy drinks.

Q.   Have you ever seen them?

A.   Possibly.

Q.   I want to switch gears for a second and talk about sort of the basic facts of this class action.  Who are the defendants in this lawsuit?

A.   The defendants are -- are you talking about the City of Atlanta?

Q.   Who did the plans sue?

A.   Yeah, Celsius.

Q.   Anyone else?

A.   No.

Q.   How many versions of the complaint have been filed in this case?

A.   Repeat that.

Q.   How many versions of the complaint initiating the lawsuit has been filed?

A.   Just the one that I know of.

Q.   Are you aware of an initial complaint in this action filed in middle March of 2022?

A.   Yes.

Q.   And which complaint are you aware of, that one or some other one?

A.   That one.

Q.   Are you aware of an amended complaint

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 67 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 66

filed in this litigation by your counsel at G&E?

A.  By -- what was the last word that you said?

Q.  Are you aware of an amended complaint being filed in this case?

A.  Yes.

Q.  Do you know when that complaint was filed?

A.  Not offhand.

Q.  Did the plans review the amended complaint before it was filed?

A.  Yes.

Q.  Who did?

A.  It'd be the city counsel, city attorney, our pension attorney, and then our counsel.

Q.  Does the city attorney sit on the investment board?

A.  No.

Q.  Did anyone on the investment board review the complaints before they were filed?

A.  Yes.

Q.  The amended complaint?

A.  Yes.

Q.  Who?

A.  I'm trying to think.  It was probably

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 68 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 67

Frank Sims was the chairman, I think, at the time.

Q.   Did necessity --

A.   He's the one who has authorization to sign all that.  He was the chairman at that time.

Q.   Did you discuss with Frank his review of the amended complaint before it was filed?

A.   I did not.

Q.   Do you know if Frank made any changes to that complaint before it was filed?

A.   I do not.

Q.   Did anyone on the administrative committee for the police plan review the complaint before it was filed?

A.   Not that I know of.

Q.   Do you know what claims the plans are bringing against the defendants in this case?

A.   Yes.

Q.   What are they?

A.   Well, I mean, it's claims that there was accounting discrepancies, fraud in their accounting reports.  Some of the other things that were disturbing to me was the sale at the time, the sale of certain shares of stock, 20,000 shares of stock during that period to the former, I believe CEO, John, I don't know how he pronounces

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 69 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 68

his last name, I think it's Fieldly, during that timeframe for $1.5 million.  Reading the report and so forth was a little disturbing to me, especially since this -- you know, to maybe some people it's not a lot of money, but to us it's -- police officers it's a lot, a lot of money.  And the amount of the loss is a lot of money too. So --

And then I'm sure there was a lot of other investors, I don't know how many, that lost money during that period too.  And then as time went, counsel updated us on what was going on.

MS. MOYNA:  I just want to remind you not to mention the substance of any of our updates. That would be privileged.

THE WITNESS:  Okay, okay.

BY MR. OUTLAW:

Q.  How much did the plans lose in their investment in Celsius?

A.  I think the police plan lost around 420,000, and the fire lost I think it was around 350, 370 something, in that area, close to 750, $800,000 in total with both plans.  You could correct me if I'm wrong on that.  I think that was what our loss is.

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 70 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 69

Q.   And do you know how much the police has gained from their subsequent purchase of Celsius stock?

A.   No.

Q.   So what did Celsius do wrong here?  You talked about the allegations of insider trading. What did the company do wrong here?

A.   Well, I mean, when you look at the background of the chief financial officer and the CEO and what their expertise was was accounting backgrounds and the accounting filings, that kind of jumped out at me.  Also the sale, those sales, you know, the sale of 20,000 shares.

I also know that there's also an SEC investigation going on, which doesn't mean that -- you know, until the investigation is complete. But the accounting, that's very, very disturbing to look at some of that and how that was filed.

Q.   What should the defendants have done differently with the accounting?

A.   I think be honest.

Q.   What misrepresentations were made about the accounting that you're referring to?

A.   As you read the report, there's several things that went on on their end.  I think that

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 71 of
165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 70

based on what I was reading that they knew that the stock was inflated and then -- that's why I went back to the to my knowledge of those shares being sold.  He wanted the sale of those shares before the stock price dropped.  But I think he knew probably in advance that it was going to happen.  That's just my opinion.  Of course, we have counsel to help us review those and give us updates.

Q.  Is it your testimony that Celsius made misrepresentations about their accounting?

A.  It looks like it's possibly, when I look at the documents and what was reported and the allegations that's what it does appear.

Q.  Was the truth about those misrepresentations ever revealed?

A.  No, not to me.

Q.  To the market?

MS. MOYNA:  Objection.  Do you have a timeframe for that?

BY MR. OUTLAW:

Q.  During the period August 12th, 2021 through March 1st, 2022.  Was the truth revealed during that time period?

A.  Yes.  I believe that's what the timeframe

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 72 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 71

was on the document that I was reading.

Q.   Could you please describe for me the plan's role as lead plaintiff here.

A.   Yes.  It's -- I think we've talked about this earlier somewhat.  It's as a trustee, and my fiduciary duty to make sure that the plan is whole, that the plan -- the investments are going well, and that there's not any fraud.  It's also to protect the active and the retirees and oversee the investments, and if some managers are not doing what they're supposed to do, hire and terminate and look at what our returns are, all those kind of things.  We have to make payments and to make sure that's -- and all our expenses are in line.  There's a lot of things that we have to do.  But those are some of the things.  But the investments are the things that we monitor on a monthly basis.

Q.   When did the plans make the decision to serve as lead plaintiff in this class action lawsuit?

A.   I'd have to look at the date.  I know we've thrown a lot of dates out there.

Q.   Was that decision to --

A.   If I can look at the complaint, it will

Page 72

have it on there, I'm sure.

Q.  Was that decision to seek lead plaintiff status discussed at the investment board?

A.  Go ahead and ask that question again, please.

Q.  Was the discussion to pursue lead plaintiff status in this case discussed at the investment board?

A.  Yes.

Q.  Around about what time?

A.  I'd have to refer back to the dates on that.  Everything was -- I don't believe we were still meeting in person, is why it's a little tougher for me to remember when we went back, when we filed.

Q.  Who approved the decision to serve as lead plaintiff in this case?

A.  The board.

Q.  The board.  Did anyone provide the board any presentations about what it meant to serve as lead plaintiff in a securities class action?

A.  Our attorneys give some presentations. They talk about it up in front of the boards. Also, we've been in meetings with counsel leading up to it.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 74 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 73

Q.   If the plans are appointed as class representative in this case what would its obligations be to the class going forward?

A.   Well, the obligation to the classes going forward, hopefully we can get as much out of that investment as possible and then reinvest any money, if there is any money left, and also for the other -- outside investors that lost money, maybe they can get some money too, you know, if we would happen to win the case.  You don't win every case and you just never know how it's going to play out, but that would be what we're looking at.

We certainly don't want to be taken advantage of in our investments, and that's why we have counsel to monitor -- do security monitoring.

Q.   Mr. Light, have you monitored Celsius' stock price during 2021 and 2022 and up to today?

A.   No.

Q.   You don't have an idea how the stock price is performing?

A.   I don't know what it is as of today.

Q.   Should the plans recover any damages here, would you advise Driehaus to invest that money into Celsius?

A.   I think if we recovered any money from

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 75 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 74

it, I think that we would, as a board we would have to sit down with our consultant.  I think Driehaus would certainly have to be at the table, along with counsel, and talk about that.  And I would think that we probably would cash out and want to go another way, after seeing what's happened.

Q.  Cash out Celsius?

A.  I would think we would want to take that investment money and reinvest it in something else.  But, like I said, it would be up to the full board, up to counsel, up to Driehaus, with getting everybody involved in that.

Q.  Why do you think it would be in the plan's best interest to cash out?

A.  Well, I mean -- and going back to your question, are you talking about if we recovered the full amount of the loss?

Q.  Any amount.

A.  Any amount.  I think with what's happened, we would want to reinvest that money and go in another direction.  That would be my opinion, I think, because I don't know how much we could trust the upper management at Celsius right now.

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 76 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 75

Q.  Have you ever voiced that opinion to Driehaus?

A.  No.

THE VIDEOGRAPHER:  Sorry to interrupt, can I just change tapes really quick?  We can all stay put.

Off the record at 11:49 a.m.

(Recess)

THE VIDEOGRAPHER:  This begins media unit number 2 and we're back on the record at 11:49 a.m.

BY MR. OUTLAW:

Q.  Mr. Light, I want to go back to Exhibit 4 and just ask a followup question.

A.  Okay.

Q.  You just testified that it would be your opinion to cash out the Celsius stock because you can't trust their upper management, correct?

A.  Uh-huh.  (Nods head affirmatively.)

Q.  Sitting here today and looking at Exhibit 4 reflecting five purchases of Celsius stock by Driehaus on the plan's behalf after March 1st, 2022, do you think the company should cash out of its position in Celsius as of today, irrespective of recovery of any funds from this lawsuit?

Page 76

MS. MOYNA:  Objection.  You can answer.

A.  I don't know what was going on.  I don't know -- I'm sure Driehaus has a lot more information about Celsius than I do.  So I don't know what was their -- why they were -- what their thought process was in that, when they continued to buy in these five dates here, these five dates that you're referring to.

So based on just looking at this from the outside with no inside knowledge of what was going on with the company and so forth, I would have maybe a question or two on that.  But, like I said, I just don't have the expertise or the knowledge and the relationship with Celsius and Driehaus that they have.

Q.  And you've never asked Driehaus what considerations they were taking into account when making those five purchases?

A.  No.  And I didn't know -- I haven't seen this report.  I mean, you're looking at the last buy date was December 8th of 2022, and I didn't see any of this prior to that date, so I had no idea.

Q.  Have you or anyone at the plans met or spoken with any members of the putative class?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 78 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 77

A.  And you're talking referring to
Driehaus -- not Driehaus, but Celsius?

Q.  No, the class of shareholders you are
seeking to represent in this class action.

A.  Repeat.

Q.  Have you met with any other shareholders
of Celsius?

A.  No.  Thanks.

MR. OUTLAW:  Can we go off the record?

It's 11:52, we can break for a short
lunch.  I think we can wrap up fairly quickly when
we get back, maybe another two hours.

MS. MOYNA:  Two hours after lunch?

MR. OUTLAW:  Yeah.

THE VIDEOGRAPHER:  Let me take us off.
Off the record at 11:52 a.m.

(Recess)

(Mr. Reeves is not present for this
portion.)

THE VIDEOGRAPHER:  Back on the record at
12:49 p.m.

BY MR. OUTLAW:

Q.  Mr. Light, how many times have the plans
sought to serve as lead plaintiff or class
representative under any action filed under

Page 78

federal security laws during the past four years?

A.  There's been several.  I don't exactly remember how many.

Q.  Uh-huh.

A.  I think there was one with the Advisory Board, there was one with Merit.

Q.  Yep.

A.  I'd have to -- you know, I'd have to look to see, or have that in front of me, but I don't remember an exact number.

Q.  How did those cases generally come to the plan's attention?

A.  The advisory board settled out.  I think we settled out for 7 and a half million.

Q.  How did you first learn of the advisory board lawsuit?

A.  The firm -- our outside counsel on that was, I believe, Robbins Geller, yep.

Q.  And Robbins Geller approached you about serving as lead plaintiff?

A.  The board.

Q.  They approached the board.

A.  The board, the investment board.  They -- they don't -- they reach out to the board.  They have to go through the board, and the board has to

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 80 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C
165

Page 79

be in discussions with them, and then the full
board is the one that, you know, decides whether
we're going forward or not.

Q.   Okay.  And what considerations does the
board take into account when deciding to go
forward as lead plaintiff or class representative?

A.   I think it's like you and the firm that
you work for, you're going to look at how strong
the case is, I think maybe the jurisdiction where
you're going to file, you know, those are a lot of
the things.  The amount of -- the loss.  How much
work's going to be involved in it.  You know, I
think -- I can't say everything because I don't
work for the law firms, but I would think that
that's the main -- some of the reasons.

Q.   Anything else, or just those?

A.   No.

Q.   Was Grant & Eisenhofer involved in any of
those cases?

A.   Not any of those, no.

(Defendants' Exhibit 7 marked)

BY MR. OUTLAW:

Q.   Mr. Light, I've just introduced into the
record as Exhibit 7 a Declaration of Daniel L.
Berger in Support of Plaintiffs' Motion for

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 81 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 80

Classification, Document Number 95-1, filed in the class action we're sitting here for today.  Do you recognize this document, Mr. Light?

A.  I do.

Q.  Does this appear to be a true and correct copy of the document that you recognize?

A.  It does.

Q.  Did you help prepare this document?

A.  I did not prepare it.

Q.  Did you help prepare it?

A.  No, I did not write it or prepare it.

Q.  Who is Frank Sims?

A.  He's the former chairman of the investment board.

Q.  If you look at the exhibit, Exhibit A, which is the declaration of David Brand on behalf of the City of Atlanta Police Officers' Pension Plan in Support of Lead Plaintiffs' Motion for Class Certification, paragraph 7 of that declaration -- actually, I think I put the wrong document in the record, I'm sorry.  You can put that exhibit to the side and refer to paragraph 6 -- I'm sorry, Exhibit Number 6.

And if you look at paragraph 6 of Exhibit A, and you mentioned being involved in the Merit

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 82 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
165
City of Atlanta Police Officers' Pension Plan v. C

Page 81

litigation, and reviewing this document does it refresh your recollection that you guys were also involved in the GTT Communications litigation in the past three years?

A.   Yes.

Q.   And are there -- there are no other class actions you've been involved in in the past three years, correct, besides the two listed here?

A.   I don't believe so.

Q.   What were the basic facts in the Merit case?

A.   I don't recall the facts on that case.

Q.   Do you know just like what the theory of liability was?

A.   I'd have to go back and, you know, review that case.  I don't recall what it was.

Q.   Okay.  And what about GTT Communications? What was the general alleged wrongdoing in that case?

A.   I don't -- same as that, I don't remember what on that -- the details on that.  I don't want to speak on anything and be wrong.

Q.   Right.  And you also mentioned Advisory Board.  Do you recall the general allegations of wrongdoing in that case?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 83 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C
165

Page 82

A.   I forget what all the allegations were.
I did go up to mediation on that one and, you
know, I was involved in that one, but I don't
recall all the facts on it.

Q.   What was your involvement in managing the
advisory board case?

A.   I was a trustee on the board.  Followed
up through the -- we got recommendations, we got
information as the case proceeded from Robbins
Geller.  And then we went up to mediation up in
New York, and I don't even remember what year that
was.  It was probably three or four years ago, I'm
guessing, three years ago, yeah.  And we went up
there to mediation on that case.

Q.   And did the police plan receive an award
in this case?

A.   Yeah, I believe the police and fire were
together on that one, and I don't recall what the
numbers were, what police received on that and
fire.  I don't remember all the breakdowns and
everything like that.

Q.   And about how long did you work on that
case from filing up through the settlement at the
mediation?

A.   It went on for awhile, and I don't

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 84 of
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 83

remember the timeframe on it.

Q.   Ballpark it, if you can, maybe.

A.   I don't know how many hours I put in on that case.  I couldn't even ballpark it right now, to be honest with you.  I mean, I don't know how many, you know, the calls or the meetings that they had with the board, and then reviewing documents and stuff, like I don't even remember how many hours was put on that.

Q.   Do you know how long the case was pending before it was resolved?

A.   I don't.

Q.   Would it have been more than a few years, less than a few years?

A.   I would probably think it was probably less than a few years.

Q.   Okay.

A.   I'm just guessing.

Q.   Did you have any involvement with the Merit case?

A.   I don't remember all the things that I had involved in that case.  I don't remember.

Q.   Did the plan receive an award in that case?

A.   I believe that payout was around $18

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 85 of
165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 84

million.  Counsel can -- my counsel can maybe help me out on that if they want.  But I think that might have been what the number was, but I'm not exactly sure.

Q.  So if you as trustee didn't have any involvement with the Merit case, who else would have been involved in overseeing that case?

A.  That might have been the other trustee with fire, maybe, it was.  I can't remember who was all involved in that one.  It might have been the fire representative.

Q.  Does fire -- strike that.

Was policeman and fire both lead plaintiffs in that case?

A.  I believe so.

Q.  Do you and fire share responsibilities when it comes to monitoring litigation that both plans are involved in?

A.  We do.

Q.  Even though the investment -- sorry, strike that.

You testified earlier that the investment strategies for the different plans may be different, correct?

A.  They can be.

Page 85

Q. And you testified earlier also that you take personal responsibility for any losses the police plan may have suffered from securities fraud, correct?

A. That's correct.

Q. Why then were you not involved in the Merit case if the police plan allegedly suffered losses in that case?

A. I was. I just don't recall all the calls and how much I was involved in that one, I just don't recall how much time was involved in it.

Q. Were you involved in managing the GTT case?

A. I don't remember that case, how much I was involved in that case either.

Q. Okay. Do you recall whether or not there were any litigation matters filed during the period May 16th, 2019 to May 16th, 2022 that are not identified in paragraph 6 of Exhibit A -- I'm sorry, yeah, on Exhibit 6?

A. I don't recall.

Q. Aside from yourself, Mr. Light, anyone else at the police plan responsible for monitoring these actions or any securities class actions?

A. The investment board members can have

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 87 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 86

responsibility.

Q.   And how, if at all, are the investment
board responsibilities different from your
responsibilities as trustee?

A.   There is none.

Q.   Okay.  Were the plans offered any
incentives to serve as lead plaintiffs in these
three cases, Merit, GTT, or Advisory Board?

A.   Ask that question again real quick.

Q.   Sure.

MR. OUTLAW:  Could you read it.

(Stenographer read requested portion.)

A.   Not that I know of.

BY MR. OUTLAW:

Q.   Okay.  Were the plans offered any
incentive to serve as class representative in any
of these three cases?

A.   Not that I know of.

Q.   Have the plans --

Mr. Light, do you receive any
compensation from the investment board or the
police plan for monitoring these cases?

A.   No.

Q.   Do you receive compensation from the
police plan or the investment board for doing

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 88 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 87

anything?

A.   No.

Q.   Okay.  Have the plans ever been denied the role of class representative in a securities class action?

A.   Not that I know of.

Q.   Do you know if the plans ever received incentive payment for serving in any role in a class action or putative class action case?

A.   I don't think so.

Q.   Have the plans otherwise received any other kind of benefit from serving as class rep or lead plaintiff in a class action?

A.   As lead plaintiff, I don't think so.  And can you ask me that question again?  I'd like to retract that.  Can you ask that question again?

Q.   I'll read it back from the record.

Have the plans otherwise received any other kind of benefit from serving as class rep or lead plaintiff in a class action?

MS. MOYNA:  Objection, vague, but you can answer.

A.   I mean, I'm a little confused with the question.  Maybe on some other cases we were involved in where we won, that would be considered

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 89 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 88

benefit, right?  On something -- another case.

BY MR. OUTLAW:

Q.   Let me ask it this way, if you don't mind.

A.   Right.

Q.   For any securities class action where the plan served as either lead plaintiff or class representative, did the plan receive any benefit from serving in either of those roles on those cases?

A.   Oh, no, okay, yeah, no, we didn't.

Q.   Well, what benefit is there to the plans in serving as lead plaintiff?

A.   Possibly receiving our lost money and losses.

Q.   And as class representative, same thing?

A.   Yes.

Q.   But isn't it possible for another investor to serve in those roles and the plans to receive their losses?

A.   If I understand the question right, if another plan becomes lead plaintiff in a case and yes, we could still receive some benefit from that, from somebody else that becomes lead plaintiff.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 90 of
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C
165

Page 89

Q.   So why do you do it?

A.   Our losses are, I believe, probably higher than anybody else's losses.

Q.   So we've established that Grant & Eisenhofer represents the plan in this action, correct?

A.   Correct.

Q.   Which attorneys at Grant & Eisenhofer, specifically?

A.   We have two of them right here that are here present today.  The other one is -- is it Mr. -- I'm terrible with names sometimes.  I believe he's in several of these documents.  He's presented presentations on Zoom in front of the board when we were not meeting in person.  I believe his name is -- is it Berger, or did I -- I'm terrible with names sometimes.  When you don't meet in person enough, it's harder to remember things.

Q.   Around when were you not meeting in person?

A.   We just started -- I think we just started maybe earlier this year, I think we just started meeting in person, I think.

Q.   And --

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 91 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light     June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 90

A.   And a lot of times then too, a lot of the -- some of the presentations are not -- the presenters are -- the presenters are not at the meeting, they're on the screen.

Q.   How many presentations do you recall receiving from Mr. Berger?

A.   I'm not exactly sure how many.  Maybe it was two or three.  I'm not exactly sure on the number.

Q.   What was the subject matter of those presentations?

A.   On --

MS. MOYNA:  Objection.  You're getting into privileged areas.

BY MR. OUTLAW:

Q.   You can answer the question to the extent that you don't divulge privileged information.

A.   Okay.  Ask the question again.

Q.   Sure.  Let me rephrase it, make it less objectionable.  You mentioned that Mr. Berger has made presentations to the investment board when you guys -- made presentations virtually when you guys were not meeting in person.  What were the topics of those presentations?

A.   The topic was regarding the Celsius

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 92 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 91

matter.

Q.   Anything else?

A.   No.

Q.   The Celsius matter we're here for today?

A.   That we're here for today, that's correct.

Q.   Did those meetings with Mr. Berger begin after the class action complaint was filed?

A.   There possibly could have been some meetings prior to that on -- just informing us what was going on, the losses behind that.

Q.   Did any other firms meet with the board to inform them of the investment -- how the investment in Celsius stock was performing?

A.   Yeah, we have other counsel, and a couple firms looked at it also.

Q.   What about The Reeves Law Firm?

A.   They're currently involved with counsel.

Q.   What's The Reeves Law Firm's role in this action?

A.   Reeves --

MS. MOYNA:   Objection.   Just -- you know, you can answer at a very high level, but anything that we've talked about is privileged and --

A.   Okay, yeah, I mean, they're assisting

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 93 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 92

Grant & Eisenhofer with this case.

BY MR. OUTLAW:

Q.   Which attorney with The Reeves Law Firm?

A.   Jeff.

Q.   Any others?

A.   Jeffrey is the one that I know.

Q.   Okay.  Do you know the firm Klausner, Kaufman, Jensen & Levinson?  Are they the plaintiff's counsel in this action too?

A.   I do.

Q.   Do you know their role?

A.   I guess I can back up and answer a little bit more.  The only way I know of them is Mr. Klausner is a speaker at the GAPPT conferences.

Q.   What is GAPPT?

A.   Georgia Association of Public Pension Trustees.

Q.   You've met him at those conferences?

A.   I never met him in person, I just -- I mean, he's one of the guest speakers.  That's how I know him.  I've never talked to him, you know, one on one.  And that's how I knew him.

Q.   Any other lawyers at the Klausner Kaufman firm that are working on this case?

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 94 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 93

A.   No.

Q.   Aside from G&E, The Reeves Law Firm and the Klausner firm, are there any other attorneys representing you in this case?

A.   No.

Q.   Why did the plans hire multiple firms to represent them in this action?

A.   We have -- several of them do monitoring for all three plans, and several of them look at these investments, these situations that come up. And they give us reports back and we make decisions on, you know, who's going to take a case and who's not, and it changes sometimes.

Q.   When you say "monitoring," what do you mean by that?

A.   They monitor to see if everything I guess is -- looks good, if there's any trades or any losses that we're taking, and so they monitor that to see what kind of loss, and if there's any fraud, maybe, or wrongdoings that are going on. And a lot of times they'll give us preliminary reports on that there's losses and they're continuing to do investigations and analysis of those investments.

Q.   You mentioned that several of these firms

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 95 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 94

provide monitoring services for each of the funds.

I want to unpack that.  Which funds does G&E

monitor?

    A.  Which funds what?

    MS. MOYNA:  Objection.  This is -- I

mean, these are privileged questions, you're

getting into what particularly anybody monitors.

First of all, you haven't established that G&E

monitors any funds.  But . . .

    (Defendants' Exhibit 8 marked)

BY MR. OUTLAW:

    Q.  Mr. Light, I've just introduced into the

record as Exhibit 8 a copy of the minutes from the

May 19th, 2021 City of Atlanta Defined Benefit

Pension Investment Board meeting.  That document

bears Bates number AP ending in 95.

    Have you -- do you recognize this

document, Mr. Light?

    A.  Yes.

    Q.  Does this appear to be a true and correct

copy of the document you recognize?

    A.  Yes.

    Q.  If you turn to the page ending in 104 --

before we get there, sorry, on the page ending in

95 it says board members present and it mentions

Page 95

Rick "Bud" Light.  Does that refer to you?

A.   It does.

Q.   Do you recall attending this meeting?

A.   I do.

Q.   Turning to the page ending in 104 under the section 7 entitled new business, could you take a moment and read the subsection recommendation of certificate securities litigation firm?

A.   Hold on a second.  104 --

MS. MOYNA:  Uh-huh.

A.   Right here.

BY MR. OUTLAW:

Q.   Have you read it?

A.   Yes.

Q.   Okay.

A.   I was waiting.  Sorry about that.

Q.   Fair enough.  What services do those five firms provide to the plans, Mr. Light?

A.   They do security monitoring for the plans.

Q.   And is Grant & Eisenhofer listed as one of those plans?

A.   Yes, they are.

Q.   Were you at this -- excuse me.  In the

Page 96

next to last sentence of that paragraph under

recommendation of securities litigation firms, it

says, Based upon the decision from the

subcommittee, it is recommended that the board

sign agreements with all five firms, and then it

lists five firms, one of which is Grant &

Eisenhofer, correct?

A.   That's correct.

Q.   Do you know if the investment board

signed an agreement with Grant & Eisenhofer for

monitoring services?

A.   Yes.

Q.   Okay.  Were you present at the

subcommittee meeting referenced in that paragraph

where the decision was made to select Grant &

Eisenhofer?

A.   Yes.

Q.   What considerations went into deciding to

select Grant & Eisenhofer as a monitoring firm?

A.   Another trustee, Alfred Berry,

recommended them to the subcommittee, and we just

had a small list, we wanted around five, and they

were one of the ones that the subcommittee decided

to select.

Q.   And which of these five firms -- sorry,

Page 97

other than Grant & Eisenhofer, which of the other

five firms provide monitoring services to the

police plan?

A.  All of them do.

Q.  Do you know -- sorry.  Do they monitor

different aspects of the plans?

A.  I don't know all their strategies and how

they come up with what they look at and how they

monitor things.  But they give us reports, and if

there's something that they don't --

MS. MOYNA:  Just make sure you don't talk

about any substance that any of these five firms

give you.

THE WITNESS:  Okay.

MS. MOYNA:  Just keep it very high level.

A.  Yeah, it's just a monthly report and to

see if everything's going fine, or if there's

something that they're looking at and they're just

going to continue to monitor and give more updates

on it, maybe.

Q.  Are there presentations with the monthly

report or just the monthly report itself?

A.  It's just the monthly report.

Q.  Do any of these firms focus on small

growth -- small cap capital companies?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 99 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 98

MS. MOYNA:  I think these are getting very into the details of what kind of advice might be given from these firms.  These are privileged. I would instruct you not to answer.

MR. OUTLAW:  That's fine, Caitlin.  I'm just trying to get a sense of specializations of the five firms, if there are any between the five.

MS. MOYNA:  Okay.  Do you want to ask that question, is there a specialization.

BY MR. OUTLAW:

Q.  Sure.  Mr. Light, do each of these five firms specialize in different aspects of monitoring?

A.  I don't know of all the things that they look at.  I'm sure they look at all of our investments, so that would be small cap, mid cap, large cap, fixed income, alternatives.  I'm sure they look at all of them.

Q.  And which of these five firms first notified of about the potential claims against the defendants in this case?

MS. MOYNA:  Objection.  These are privileged questions about -- this is a communication, and you're asking substance of a communication between these firms.

Page 99

MR. OUTLAW:  I just want to know when did the plans first learn of it.

MS. MOYNA:  You said which of these firms first notified.

MR. OUTLAW:  That's a fact.

MS. MOYNA:  It's the substance of the communication would be revealed.

BY MR. OUTLAW:

Q.  When did the plans first learn of potential claims against the defendants?

A.  I would have -- we would have to go back and look at the minutes from the investment board meetings, and they would -- you know, that would have been brought to our attention maybe by -- through the board.  That's how it works.

Q.  From whom?

A.  Whatever -- whatever law firm, if they want to do a presentation or they want to -- they're looking at something and they want to do a presentation and notify the board, that's how -- it comes to the board.  And then from that point it will be discussed, or most of the times it will come to the board, and then there will be further research that that firm's doing.

Q.  In the form of a report or a

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 101 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 100

presentation?

A.   Yeah, they do reports.  But if there's something that's possible, it could be a possible litigation case possibly, then they'll -- the first things that we would want to know are what are the losses.  That's going to be one of the big things.  And then for the board to continue to look at it, and they'll just keep us updated on, you know, how things are going.  So it's a longer process, it's just not something that they come and go, Oh, yeah, we're going to decide today and we're going to go forward.  It's not how it works. It's a slow process.

Q.   How did the plans learn of the potential claims in this case?

A.   We learned through a couple of the firms notified us on the losses.

Q.   Which?

MS. MOYNA:  I'm going to direct you not to answer that, because then you'd be learning the substance of a communication between the police plan and whichever ones of these firms notified them.

MR.  OUTLAW:  I'm not asking --

MS.  MOYNA:  Yeah, you'd be learning -- I

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 102 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 101

mean, you've gone too far, really, as it is.

MR. OUTLAW:  I'm only asking which of these firms notified the plans --

MS. MOYNA:  I think that's privileged, of this lawsuit.

MR. OUTLAW:  On what grounds?

MS. MOYNA:  Because that's legal advice that the firms are giving to the plan.

MR. OUTLAW:  The fact that one of these firms notified the plans of the claims is not privileged.

MS. MOYNA:  I disagree.  The fact of the communication might not be they called it on, you know, May 15th, but you're talking about --

BY MR. OUTLAW:

Q.  Did you speak with any of these five firms about the potential claims in this lawsuit?

MS. MOYNA:  That's privileged.  I mean, you're even -- just the way you asked the question, you're talking about the substance of communication, what did you speak to them about, the claims in this lawsuit.

MR. OUTLAW:  I didn't ask about the substance of the communication.

MS. MOYNA:  That is the substance.  If

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 103
of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 102

they talked about the claims in this lawsuit, that is the substance.

MR. SAWICKI:  The subject is not advice.

BY MR. OUTLAW:

Q.  Did the plans decide to get involved in this case on its own?

A.  Yes.  I mean, when we had the discussions with counsel and after discussions with counsel we decided to go forward.

Q.  Who is "we"?

A.  The board, the investment board.  The investment board has to approve, you know, whether we're going to go forward with these actions.

Q.  When did the investment board approve that?  Was Grant & Eisenhofer one of the firms that notified you?

A.  Yes.

Q.  After receiving that notification did you discuss with anyone outside of the plans whether to get involved in this lawsuit?

A.  No.

Q.  Before today have you met the G&E attorneys in person?

A.  Yes.

Q.  When was the first time you met these

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 104 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 103

attorneys in person?

A.   I met Jeffrey.

Q.   Before today have you met the Grant & Eisenhofer lawyers in person?

A.   No.

Q.   No?

A.   No.

Q.   When was the first time you spoke with the Grant & Eisenhofer lawyers on the phone?

A.   I think I spoke -- well, we spoke last week, because we spoke for quite some time last week.  And there's presentations at the board, but I did not speak to them in person.

Q.   Was last week the first time you spoke with the Grant & Eisenhofer lawyers about this case?

A.   Yes.

Q.   How many times have you spoken with them since last week?

A.   None.

Q.   You mentioned not being able to recall the amount of hours spent on some of the plans' prior cases.  How much time have you spent on this case sitting here today?

A.   I spent several hours reviewing

Page 104

everything that -- reading all these documents that were sent to me.  Probably in the neighborhood of 13 to 15 hours with discussions and researching and reading all these things that are in front of me, all these documents in front of me.

Q.   So you spent --

A.   I mean, I think it's document 44, that's a pretty long document.

Q.   Yes, it is.

A.   So it's not like reading something fast. You take your time with it, and you lawyers sometimes make it a little bit tougher for a police officer sometimes to understand, but I do understand it, and it's -- I don't know how many lines are in there.  I know it's been -- it's pretty lengthy, so it's a slower read.  So that takes many hours on top of all the other documents to review and digest.

Q.   Before engaging the three law firms to represent you in this case did the plan do any independent assessment of the allegations that Celsius violated US federal securities law?

A.   The plan did not.

Q.   Did the plans review the first filed

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 106 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 105

complaint in this action before engaging Grant &

Eisenhofer, the Reeves firm, or the Klausner firm?

A. We review all those -- they have to be

reviewed to decide, you know, how we feel about

the case, the losses, and going forward, just like

that. So, you know, that's how we come up with

some of our ideas and what we want to go forward,

and then we work with and get feedback from

counsel.

Q. Mr. Light, are you aware that there was a

complaint filed in March of 2022 in this action?

A. Yes.

Q. Did you review -- did the plan review

that complaint before engaging counsel in this

action?

A. If that action was given to the board I'm

sure we read it, we read it.

Q. Was it given to the board?

A. I'm not sure if it was given to the

board. I'm sure it was given to the board at some

time. I don't remember the dates.

Q. Did you discuss the allegations in this

case with anyone outside the plans prior to

engaging Grant & Eisenhofer, the Reeves Firm, or

the Klausner firm?

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 107 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 106

A.   Can you rephrase that question?

Q.   I'll repeat it.  Did you discuss the allegations in this case with anyone outside of the plans prior to engaging Grant & Eisenhofer, the Reeves Firm, or the Klausner firm?

A.   Yes.

Q.   With whom?

A.   It would be other outside counsel that's listed on this page 10.  Or however you want to label this number, AP six zeroes 104.

Q.   So we're up to Exhibit --

A.   Hold on.  Exhibit 8.

Q.   -- Exhibit 8, are you referring to the five firms --

A.   That's correct, on page 10.

Q.   Page 104?

MS. MOYNA:  I'm going to direct you not to speak anymore about any conversations you had with any of the five firms about this case, or any legal issue.

MR. OUTLAW:  Can we go off the record for a second.

THE VIDEOGRAPHER:  Off the record at 1:32 p.m.

(Recess)

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 108 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light      June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 107

(Mr. Reeves re-entered the deposition.)

THE VIDEOGRAPHER:  Back on the record at 1:32 p.m.

BY MR. OUTLAW:

Q.  Mr. Light, before we went off the record you indicated that on the page ending in AP104 that the plans discussed this case with some of the five counsel listed on that page other than Grant & Eisenhofer, correct?

A.  That's correct.

Q.  Did the plans review any of Celsius's public filings, press releases, or conference call transcripts prior to engaging Grant & Eisenhofer in this action?

A.  Repeat that real quick.

Q.  Did the plans review any of Celsius's public filings, press releases, or conference call transcripts prior to engaging Grant & Eisenhofer in this action?

A.  No.

Q.  Okay.  Did the plans interview any other attorneys to represent the plans in this litigation?

A.  The plan talked to some other law firms regarding this case.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 109 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 108

Q.   Which law firms?

MS. MOYNA:  I'm going to direct you not to answer.  You keep asking the same questions. Conversations with other law firms about this case are privileged.  This is all privileged, frankly. But . . . not to mention irrelevant.

MR. OUTLAW:  Are you going to instruct him not to answer?

MS. MOYNA:  Yeah, I mean, I don't want you to talk about conversations you had with other law firms about this case.

MR. OUTLAW:  Who's not his current counsel.

MS. MOYNA:  I'm sorry?

MR. OUTLAW:  Who is not engaged to represent them in this case.

MS. MOYNA:  It doesn't matter, if they have an attorney-client relationship.

BY MR. OUTLAW:

Q.   Mr. Light, did the plans do any research on Grant & Eisenhofer before engaging them at counsel in this litigation?

A.   Not that I'm aware of.

Q.   Did the plans do any research on Grant & Eisenhofer before engaging the firm to provide

Page 109

security monitoring services?

A. Not that I'm aware of.

Q. Mr. Light, isn't your testimony that you attended the subcommittee meeting where Grant & Eisenhofer was selected as one of the five security monitoring firms?

A. I did.

Q. And at that subcommittee meeting what factors were considered when determining to engage Grant & Eisenhofer as one of the five firms listed on the page in the AP104?

A. One of the other trustees recommended to the subcommittee. And that's how they were -- there was a recommendation to the subcommittee from another trustee.

Q. Was that the extent of the research?

A. It was the extent -- that's the extent that I had. I don't know if the other trustee had any prior knowledge of Grant & Eisenhofer.

Q. And the full board approved the decision to engage Grant & Eisenhofer and the other five firms -- other four firms as well, right?

A. That's correct.

Q. The page ending in AP-104 indicates that there were 14 to 15 responses received and the

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 111
of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 110

five firms listed below were selected to represent the three plans.  Do you know sitting here today who those other firms were out of the 15 that were not selected?

A.  I don't recall.

Q.  Do you know how soon after this May 19th, 2021 meeting that the plans would have signed an engagement letter with Grant & Eisenhofer for monitoring services?

A.  It would have been, I think, fairly soon. I don't remember how long.  I guess I could cheat and look on this back page and see.  I think that's --

Q.  That's fine.  Mr. Light, am I correct that this is the first case that the plans have worked on with Grant & Eisenhofer?

A.  Yes.

Q.  Has Grant & Eisenhofer ever approached you about filing suit or serving as lead plaintiff and you said no?  By "you," I mean the investment board or the plans?

MS. MOYNA:  About other cases?

MR. OUTLAW:  Yes.

MS. MOYNA:  Objection.  I wouldn't answer that question.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 112 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 111

MR.  OUTLAW:   On the grounds?

MS.  MOYNA:   Privilege.

MR.  OUTLAW:   The fact that the plans may have declined to proceed as a plaintiff in a case is privileged?

MS.  MOYNA:   No.   The fact that there was a communication between us, Grant & Eisenhofer, and the plans about filing another unrelated lawsuit.

MR.  OUTLAW:   I'm not asking about the communication.   I'll rephrase the question.

MS.  MOYNA:   But it's still the -- all these questions have at their core a communication about the substance, about something substantive.

MR.  OUTLAW:   I'm asking about the plan's decision independently to decide not to pursue a case brought to it, be it by GE or anyone else. Is that better?

MS.  MOYNA:   So is your question just whether they ever -- a case was brought to them and they declined to proceed?   By any law firm? All law firms collectively?

MR.  OUTLAW:   The five monitoring service firms.

MS.  MOYNA:   You can answer.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 113
of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 112

MR. OUTLAW:  I'll repeat it for you.

THE WITNESS:  Yep.

MR. OUTLAW:  Got a little muddy there.

BY MR. OUTLAW:

Q.  Has any one of the monitoring firms ever approach the plans about filing suit and the plan said no?

A.  Yes.

Q.  Who made the decision to say no in those instances?

A.  The board.

Q.  Did the board perform an independent assessment of the --

A.  Well, I should back up a little bit on that.  It will be -- we have our own counsel.  We'll talk about it with counsel and the board.

MS. MOYNA:  I'm going to direct you not to reveal the substance of your communications with that counsel either.

THE WITNESS:  Okay.

BY MR. OUTLAW:

Q.  Mr. Light, do you know how these three firms representing the plans will get paid in this case?

A.  Well, I mean, if we win the case there

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 114 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 113

will be certain amounts after counsel and expenses are settled and certain amounts of money will go to other investors that lost money, and then we'll get our little -- our piece of the pie, I guess you would say. As far as how much, I have no idea, and that, of course, is going to be decided by possibly mediation or in a court in front of a judge. So I have no idea what that number will be.

Q. You said "we." I'm asking about the three law firms. How will they get paid?

A. I have no idea how all that's broken out. And you're asking about how percentages, maybe, or, I don't know, none of that stuff.

Q. No, just the mechanics of how they will get paid.

A. Yep.

Q. Did you attend to negotiate with Grant & Eisenhofer over what its fee would be in this case?

A. I don't recall on that.

Q. Do you recall any discussions about their fees in this case?

A. No.

Q. Okay. Any discussion about the Reeves'

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 115 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 114

Law Firm's fees in this case?

A.   No.

Q.   What about the Klausner firm?

A.   No.

Q.   Do you know what arrangement -- do you know what the arrangement between G&E, The Reeves Law Firm, and the Klausner firm is with regard to sharing the costs and fees in this lawsuit?

A.   No.

Q.   Are there any law firms or individuals at law firms who haven't entered an appearance in this case that are being compensated in connection with this matter?

A.   Not that I know of.

(Defendants' Exhibit 9 marked)

BY MR. OUTLAW:

Q.   Mr. Light, I'm introducing into the record as Exhibit 9, which is a copy of the minutes from the March 17th, 2022 City of Atlanta Police Officers' Defined Benefit Pension Administrative Committee Meeting.  And under committee members present it says Rick "Bud" Light.  Is that you?

A.   That's me.

Q.   Have you seen this document before?

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 116 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 115

A.  Yes, I have.

Q.  Does it appear to be a true and correct copy of the document you recognize?

A.  Yes, it is.

Q.  Mr. Light, on the page ending in AP-5 under section 6, new business, there is a section called Earthstone Energy memo.  Would you take a second and read that section for me.

A.  Okay.

Q.  To yourself.  Okay.  We established earlier that The Reeves Law Firm is representing the plans in this case.  Is The Reeves Law Firm currently providing legal services to the plans that are unrelated to this action?

A.  No.

Q.  Has The Reeves Law Firm provided legal services to the plans prior to March 16th, 2022?

A.  They were hired when he was -- when GE was hired is when Mr. Reeves was a part, attached to on GE.  So whatever date that was, was that -- was it May?  I don't exactly remember the date.  I think you said May 16th, so . . .

Q.  So the plans had no prior relationship with the Reeves Firm until it hired Grant & Eisenhofer to represent it as a plaintiff in this

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 117 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 116

action.

MS. MOYNA:  Objection.  I think that misstates -- you can answer.  Do you want to ask it again?

BY MR. OUTLAW:

Q.  Mr. Light, when did the plans first engage the Reeves firm?

A.  I'd have to look at the paperwork on that.

Q.  Was it prior to March 16, 2022?

A.  I'm not exactly sure on that date.

Q.  Have the plans engaged the Reeves firm for legal services outside of this representation in this action?

A.  No.

Q.  Mr. Light, do you know if the plans have ever opted out of a class before?

A.  Not that I know of.  But I'm not sure.

Q.  Are you aware of a gentleman named Frank Torchio?

A.  I don't believe so.

Q.  Have you personally ever owned any shares of Celsius stock?

A.  No.

Q.  Have you ever been accused of committing

800.808.4958                                                    770.343.9696

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 117

perjury in any legal proceeding?

A.   No.

Q.   Have you ever been sanctioned by a court?

A.   In criminal cases, I've testified in a lot of criminal cases, if that's what you're --

Q.   Have you ever been sanctioned for --

A.   No.

Q.   Have the plans?

A.   No.

Q.   Have you ever been charged or convicted of a crime?

A.   No.

Q.   Have you ever been held in contempt of court?

A.   No.

Q.   Have the plans?

A.   No.

MR. OUTLAW:  If we could take just a five-minute break.

MS. MOYNA:  Yep.

THE VIDEOGRAPHER:  Off the record at 1:50 p.m.

(Recess)

THE VIDEOGRAPHER:  Back on the record at 2 p.m.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 119 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 118

BY MR. OUTLAW:

Q.   Mr. Light, I want to go back to the prior exhibit, we're looking at the page ending in AP-00005, under section 6, new business, that's from the March 17th, 2022 administrative committee meeting minutes, and the Earthstone Energy memo section.  So that section indicates that Mr. Reeves brought a potential litigation matter to your attention, correct?

A.   What's that, sir?  I was reading at the same time.

Q.   Let me know when you're finished and I'll ask the question.

A.   Okay, go ahead.

Q.   That paragraph indicates that Mr. Reeves called you about a securities case that he heard about from Grant & Eisenhofer, correct?

A.   Correct.

Q.   And would you agree that this is an instance of Mr. Reeves providing a legal service to you?

A.   It was a case I believe he was calling about referring from Grant and -- GE.  So I don't know if it was talk -- it looks like it was talking about maybe a loss that we had in one of

Page 119

our -- one of the smaller cases with Earthstone

Energy that you're referring to.  And the loss

area was, like it says right here, 30,000.  And it

looks like our attorney, Mr. Emerson, was also

mentioned -- he mentioned something about that or

he would send a memo out -- he said he would

address the memo to GE about the communication.

Q.  Was Mr. Reeves compensated for alerting

you of this potential securities case?

A.  No.

Q.  How was Mr. Reeves compensated for his

role as counsel in this class action?

A.  I don't know.  He works along with GE,

and that's not -- I don't -- I'm not involved on

how that works out as far as if he's -- or how

much he's compensated.

Q.  Do you know if Mr. Reeves has been

compensated for providing any other services to

the plans?

A.  The -- I can tell you this, that the

Atlanta Investment Board has not made any

payments.

Q.  What about the police plan?

A.  No.  It's all the -- all three plans.

Nobody from Atlanta plans have made any payment to

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 121 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 120

Mr. Reeves.

Q.   Mr. Light, does the investment board for any of the plans have a security monitoring agreement with The Reeves Law Firm?

A.   No, and it could be -- I believe that there is an agreement where he works with Grant & Eisenhofer, and I would have to relook at that to verify that.  I believe he has a working relationship with GE, and I would need to revisit that.

Q.   Is that relationship separate and apart from The Reeves Law Firm's role as counsel in this class action?

A.   He works along with GE, and counsel from GE works along with Mr. Reeves and his firm. They're working together on this case, and any other cases he would have to be working along with GE on other -- if there is other cases pending or there isn't pending right now, but potential other cases in the future, he would be working with GE going forward.

Q.   Is there an agreement in place to that effect?

A.   I would have to look at the documents and reports from Mr. Emerson on that.  And

Page 121

agreement -- GE, I'm sure, would have that

agreement also, and the board would also.

Q.  Mr. Light --

A.  And I do remember it now, looking at what

Mr. Emerson stated he would draft the letter to GE

about the communication on this matter.

MR. OUTLAW:  Mr. Light, I want to thank

you for your time today.

THE WITNESS:  Okay.

MR. OUTLAW:  I don't have any more

questions.

MS. MOYNA:  Could we just take a minute

to confer off the record?

MR. OUTLAW:  Sure.  Absolutely.

THE VIDEOGRAPHER:  Off the record at 2:07

p.m.

(Recess)

THE VIDEOGRAPHER:  Back on the record at

2:12 p.m.

MS. MOYNA:  And I'll just say I don't

have any questions, so as long as you don't have

any questions, we're good.

MR. OUTLAW:  Mr. Light, thank you so much

again for your time.  Have a good day.

THE VIDEOGRAPHER:  Okay, two more things,

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 123
of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 122

did he want to read and sign or waive signature?

MS. MOYNA:  We're off the record, right?

THE VIDEOGRAPHER:  No.  You can decide off the record if you want.

MS. MOYNA:  We'll confer.

THE VIDEOGRAPHER:  Okay.  And secondly, does anybody need to order the transcript or the video?  They make us do it on the record.

MR. SAWICKI:  Yes, we want it all.

MS. MOYNA:  Yeah we just need the transcript.

Okay, sounds good.  This concludes the videorecorded deposition, we're off the record at 2:12 p.m.  Thank you.

(Deposition concluded at 2:12 p.m.)

(Signature reserved)

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 124 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 123

CERTIFICATE

STATE OF GEORGIA:

COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This the 9th day of June 2023.


Valerie Almand, CRR, RPR, CRC, B-531

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 125 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 124

VERITEXT LEGAL SOLUTIONS
FIRM CERTIFICATE AND DISCLOSURE

Veritext represents that the foregoing transcript as produced by our Production Coordinators, Georgia Certified Notaries, is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the certified court reporter in this case.  Veritext further represents that the attached exhibits, if any, are a true, correct and complete copy as submitted by the certified reporter, attorneys or witness in this case, and that the exhibits were handled and produced exclusively through our Production Coordinators, Georgia Certified Notaries. Copies of notarized production certificates related to this proceeding are available upon request to litsup-ga@veritext.com.

Veritext is not taking this deposition under any relationship that is prohibited by OCGA 15-14-37(a)and(b).  Case-specific discounts are automatically applied to all parties, at such time as any party receives a discount. Ancillary services such as calendar and financial reports are available to all parties upon request.

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 126 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 125

TO: Caitlin Moyna, Esquire
    cmoyna@gelaw.com
Re: Signature of Deponent Richard Light
Job No. ATL5931438


Greetings:  The deponent has reserved the right to read and sign.  Please have the deponent review the attached PDF transcript, noting any changes or corrections on the attached PDF Errata.  The deponent may fill out the Errata electronically or print and fill out manually.

Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext (below).

When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the original transcript.  We will also send copies of the Errata to all ordering parties.
If the signed Errata is not returned within the time above, the original transcript may be filed with the Court without the signature of the deponent.
Please send completed Errata to:
Veritext Production Facility
20 Mansell Court
Suite 300
Roswell, GA 30076
770-343-9696
Litsup-ga@veritext.com

Page 126

Job No. ATL5931438       ERRATA

I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that

___ There are no changes noted.

___ The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them.  To assist you in making any such corrections, please use the form below.  If additional pages are necessary, please furnish same and attach.

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Page _____ Line _____

Change_____
_____

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 128 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 127

Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
Page _____ Line _____
Change_____
_____
          DEPONENT'S SIGNATURE
   Sworn to and subscribed before me this ___ day of
_____, _____.


          _____
          NOTARY PUBLIC
          My Commission Expires:_____

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 129 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[& - 30]**                                                      Page 1

**&**

**&** 1:16 4:5,22
6:14,22,23 7:2
7:4,6 11:10,15
79:18 89:4,8
92:1,8 95:22
96:6,10,15,19
97:1 102:15
103:3,9,15
105:1,24 106:4
107:9,13,18
108:21,24
109:4,10,19,21
110:8,16,18
111:7 113:18
115:24 118:17
120:6

**0**

**00000003-07**
3:21
**000000371-78**
2:14
**00000095-105**
3:15
**00000375** 39:2
**00001067-92**
2:17
**00001703-06**
2:22
**00001707-12**
2:25
**00005** 118:4

**1**

**1** 2:4 6:10 9:21
9:24 63:3
**1.5** 68:2
**10** 37:11 106:9
106:15
**10017** 4:7
**104** 94:23 95:5
95:10 106:10
106:16 109:24
**1077** 44:5,6
**1078** 44:9
**10:56** 49:7
**1100** 4:13
**114** 3:16 57:2,3
**11:10** 49:10
**11:52** 77:10,16
**1201** 1:16 4:23
**12:49** 77:21
**12th** 58:7 70:22
**13** 24:18,18,21
104:3
**13620** 123:16
**14** 109:25
**15** 17:13 104:3
109:25 110:3
**15-14-37**
124:11
**15th** 101:14
**16** 17:13
116:10
**16th** 85:18,18
115:17,22
**17** 3:19

**1703** 60:1
62:25
**1704** 56:20
59:24
**1705** 59:25
**1707** 51:9
**173** 50:19
**17703** 51:18
**17th** 114:19
118:5
**18** 83:25
**18th** 56:10
**19** 3:13
**19th** 94:14
110:6
**1st** 55:3,20,20
56:3,6 57:8
58:7,13,18,22
59:20 60:3,10
60:13 70:23
75:22

**2**

**2** 2:9 38:10,12
43:5 75:10
117:25
**20** 125:17
**20,000** 67:23
69:13
**2017** 15:25
**2019** 85:18
**202** 3:13
**2021** 3:20 39:3
39:18 43:2
55:4 58:7
70:22 73:17

94:14 110:7
**2022** 25:21
55:20 56:6,21
57:8 58:8,13
58:18,22 59:21
60:3,10,13
63:3 65:20
70:23 73:17
75:23 76:21
85:18 105:11
114:19 115:17
116:10 118:5
**2023** 1:15 6:4
123:13
**21** 55:3
**22** 56:11
**23rd** 39:3
**24th** 58:1
**25** 21:2
**250** 4:14
**2677106** 51:7
**27** 57:1,4
**2:12** 121:19
122:14,15
**2a** 2:16 40:11
43:1,5

**3**

**3** 2:15 37:11
42:22,23,25
44:20 49:13
**3/10/2022**
56:23
**30** 1:13 2:5
9:13,22 24:19
25:5 29:13

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[30 - adjusted]**

Page 2

30:16 126:6
**30,000**   119:3
**300**   125:18
**30076**   125:19
**30309**   4:15
**30309-3424**   4:24
**33-2**   53:5
**35**   15:21
**350**   68:22
**370**   68:22
**376**   40:8
**38**   2:9

**4**

**4**   2:18 50:10,13 51:17,20 53:24 54:1,11 56:13 56:17 59:23 63:4 75:13,21
**404.881.7639**   4:25
**42**   2:15
**420,000**   68:21
**44**   104:8
**46000117**   2:20
**485**   4:6

**5**

**5**   1:15 2:23 37:11 51:2,5 51:21 54:5,12 54:17,18,21 56:14 115:5
**5/10/2023**   2:22 50:16,17

**50**   2:18
**51**   2:23
**52**   3:1
**531**   123:16
**5th**   6:4

**6**

**6**   1:13 2:5 3:1 9:13,22 52:23 52:25 80:23,23 80:24 85:19,20 115:6 118:4
**646.722.8513**   4:8
**678.727.6956**   4:16

**7**

**7**   3:8,24 21:6 37:11 78:14 79:21,24 80:19 95:6 126:6
**750**   68:22
**770-343-9696**   125:20
**79**   3:8

**8**

**8**   3:11 43:2 44:5,8,19 45:7 94:10,13 106:12,13
**800,000**   68:23
**80418**   1:2
**88**   53:24
**8th**   55:4 56:21 57:24 76:21

**9**

**9**   2:4 3:16 114:15,18
**9-11-30**   126:6
**94**   3:11
**95**   94:16,25
**95-1**   80:1
**9:22**   1:2
**9:59**   1:15 6:3
**9th**   123:13

**a**

**a.m.**   1:15 6:3 49:7,10 75:7 75:11 77:16
**able**   103:21
**above**   57:4 125:13
**absolute**   123:11
**absolutely**   121:14
**accelerating**   40:13 41:2,5
**account**   40:12 51:7 76:17 79:5
**accounting**   67:20,21 69:10 69:11,17,20,23 70:11
**accuracy**   53:11 53:19
**accurate**   60:20
**accused**   116:25

**act**   35:23
**action**   1:6 24:8 24:9,11,13 53:17 65:6,20 71:20 72:21 77:4,25 80:2 87:5,9,9,13,20 88:6 89:5 91:8 91:20 92:9 93:7 105:1,11 105:15,16 107:14,19 115:14 116:1 116:14 119:12 120:13 123:7 123:10
**actions**   81:7 85:24,24 102:13
**active**   71:9
**actively**   46:20
**activity**   2:24 51:6
**actual**   27:9
**actually**   80:20
**actuaries**   17:2
**additional**   57:16 59:1 64:20 126:9
**address**   119:7
**adequately**   26:8
**adhere**   21:17
**adjusted**   42:15

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 131 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[administers - approved]**                                        Page 3

**administers**
  18:6
**administrative**
  3:18 17:24
  67:11 114:21
  118:5
**adv**  2:16 40:11
  43:1,5
**advance**  70:6
**advancement**
  37:22
**advantage**
  73:14
**advice**  98:2
  101:7 102:3
**advise**  73:23
**advising**  48:11
**advisory**  2:9
  14:4 38:13
  78:5,13,15
  81:23 82:6
  86:8
**affirmatively**
  75:19
**aggressive**
  29:16
**ago**  11:4 17:17
  23:1 25:1
  28:11 82:12,13
**agree**  6:8
  118:19
**agreement**  2:10
  10:1 38:13
  96:10 120:4,6
  120:22 121:1,2

  123:10
**agreements**
  96:5
**ahead**  31:7
  57:12 72:4
  118:14
**alerting**  119:8
**alfred**  96:20
**allegations**
  69:6 70:14
  81:24 82:1
  104:22 105:22
  106:3
**alleged**  56:2
  57:8,17 81:18
**allegedly**  85:7
**alleges**  55:19
**allow**  29:3
**almand**  1:18
  6:17 123:16
**alston**  1:16
  4:22 6:14 7:2,4
  7:6
**alternative**
  21:19 44:12
**alternatives**
  98:17
**amended**  55:18
  56:2 65:25
  66:4,10,22
  67:6
**amount**  22:16
  57:1 68:7
  74:18,19,20
  79:11 103:22

**amounts**  113:1
  113:2
**analysis**  31:4
  31:11,13 93:23
**analyst**  22:7
  63:10
**analyze**  34:6
**ancillary**
  124:12
**announced**
  58:14 59:20
**announcement**
  58:18,22 60:14
**annual**  17:5
**answer**  7:25
  8:10,18,20
  10:19,23 35:8
  57:11,12,19
  59:5 60:19,21
  61:3 76:1
  87:22 90:16
  91:23 92:12
  98:4 100:20
  108:3,8 110:24
  111:25 116:3
**answering**  8:25
  9:9 10:23
**answers**  8:9
  12:6 123:3
  124:4
**anybody**  30:9
  89:3 94:7
  122:7
**anymore**
  106:18

**ap**  2:14,17,22
  2:25 3:15,21
  39:2 50:18
  51:8 94:16
  106:10 109:24
  115:5 118:4
**ap104**  107:6
  109:11
**apart**  120:11
**appear**  50:21
  51:13,21 70:14
  80:5 94:20
  115:2
**appearance**
  114:11
**appearances**
  4:1
**appears**  39:2
  55:10 56:25
**applied**  124:11
**appointed**
  16:14 73:1
**appointment**
  3:6 53:4
**approach**
  112:6
**approached**
  78:19,22
  110:18
**approval**  3:7
  53:4
**approve**  102:12
  102:14
**approved**
  72:16 109:20

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 132 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light     June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[approving - beating]**                                          Page 4

**approving** 53:16

**approximately** 11:17

**area** 68:22 119:3

**areas** 90:14

**arrangement** 114:5,6

**arrangements** 123:11

**aside** 85:22 93:2

**asked** 64:11 76:16 101:19

**asking** 7:25 98:24 100:24 101:2 108:3 111:10,15 113:10,13

**aspects** 97:6 98:12

**assessment** 104:22 112:13

**assigned** 15:24 16:5

**assist** 126:8

**assisting** 91:25

**associate** 7:9

**associate's** 14:15

**association** 22:2 92:17

**assume** 8:6

**athletic** 15:24 16:5,7

**atl** 2:18 50:13 51:7

**atl5931438** 125:3 126:1

**atlanta** 1:4,5,14 1:17 2:7,12,19 3:3,4,11,16 4:15,24 6:12 6:15 9:4,4,23 13:20 15:18 16:2 18:23 24:25 38:14 39:9,10 50:14 52:5 53:2,3 65:8 80:17 94:14 114:19 119:21,25

**attach** 126:9

**attached** 54:6 115:19 124:5 125:6,6

**attend** 19:4,6 47:3 113:18

**attended** 14:19 15:2 46:20,25 109:4

**attending** 95:3

**attention** 59:16 78:12 99:14 118:9

**attorney** 13:11 66:14,15,16 92:3 108:18

119:4 123:6 125:11

**attorney's** 13:10

**attorneys** 72:22 89:8 93:3 102:23 103:1 107:22 124:6

**attractive** 42:2

**audio** 6:7

**august** 57:24 57:25 58:7 70:22

**authority** 35:1 35:5

**authorization** 67:3

**automatically** 124:11

**available** 124:9 124:12

**avenue** 4:6

**award** 82:15 83:23

**aware** 41:10 47:6,6,25 49:16 65:19,22 65:25 66:4 105:10 108:23 109:2 116:19

**awhile** 82:25

**b**

**b** 1:13 2:5 9:13 9:22 123:16 124:11

**back** 26:4,20 34:10,16 37:2 39:14 49:9 57:24 58:5 70:3 72:11,14 74:16 75:10,13 77:12,20 81:15 87:17 92:12 93:11 99:11 107:2 110:12 112:14 117:24 118:2 121:18

**background** 14:14 69:9

**backgrounds** 69:11

**balla** 39:8,15

**ballpark** 83:2,4

**based** 19:25 70:1 76:9 96:3 123:10

**basic** 65:5 81:10

**basis** 25:17 27:3,7,14 37:7 71:18

**bates** 38:18 50:18 51:8 62:24 94:16

**bearing** 51:8 62:24

**bears** 50:18 94:16

**beating** 25:20 25:21

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 133 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[beginning - cap]**                                                        Page 5

**beginning**
  59:24
**begins**  6:10
  44:5 75:9
**behalf**  1:6 4:2
  4:17 10:23
  35:6 75:22
  80:16
**believe**  19:2
  30:15 31:14,17
  33:9 35:7
  39:17 40:6
  48:17 49:23
  56:7 61:10
  64:24 67:25
  70:25 72:12
  78:18 81:9
  82:17 83:25
  84:15 89:2,13
  89:16 116:21
  118:22 120:5,8
**believed**  60:25
**benchmark**
  37:12,14,15
**benefit**  2:13
  3:12,17 38:15
  87:12,19 88:1
  88:8,12,23
  94:14 114:20
**berger**  3:2,9
  53:1 79:25
  89:16 90:6,20
  91:7
**berger's**  53:22

**berry**  96:20
**best**  10:3 21:6
  22:8 37:16
  74:15
**better**  21:8
  25:19 34:17,17
  36:25 37:14
  41:8 111:18
**big**  20:20 28:23
  28:24 48:4
  100:6
**bills**  18:1
**bird**  1:16 4:22
  6:14 7:3,4,7
**bit**  19:14 25:21
  28:6,11 29:18
  92:13 104:13
  112:14
**board**  2:14
  3:13 12:23
  13:9 14:4,25
  15:7 16:13,15
  16:20,23,25
  17:7,10,18,21
  17:24 18:2,8
  18:11,16,24
  19:15,16 20:1
  20:9,12,13,16
  20:18 22:8,9
  23:25 30:7,10
  34:10 35:22
  36:14 38:15
  39:15,18,20
  45:3 53:15,18
  61:12 62:21,21

  62:22 66:17,19
  72:3,8,18,19,19
  74:1,12 78:6
  78:13,16,21,22
  78:23,23,24,25
  78:25 79:2,5
  80:14 81:24
  82:6,7 83:7
  85:25 86:3,8
  86:21,25 89:15
  90:21 91:12
  94:15,25 96:4
  96:9 99:12,15
  99:20,21,23
  100:7 102:11
  102:11,12,14
  103:12 105:16
  105:18,20,20
  109:20 110:21
  112:11,12,16
  119:21 120:2
  121:2
**board's**  61:15
**boards**  72:23
**bolts**  41:7
**bottom**  38:18
  56:20
**brand**  80:16
**brands**  12:23
**break**  8:16 49:4
  49:12 77:10
  117:19
**breakdowns**
  82:20

**bring**  20:1,3
  22:7 32:14
  34:1,4,8,22
**bringing**  67:16
**brochure**  2:16
  43:2
**broken**  113:12
**brought**  35:22
  99:14 111:17
  111:20 118:8
**bud**  95:1
  114:22
**business**  95:6
  115:6 118:4
**buy**  31:15,19
  35:1,6,9 76:7
  76:21

**c**

**caitlin**  4:3 6:21
  98:5 125:1
**calendar**
  124:12
**call**  19:19 50:5
  107:12,17
**called**  38:18
  101:13 115:7
  118:16
**calling**  118:22
**calls**  18:21
  46:21 83:6
  85:9
**cap**  29:23,24
  31:17,22 37:17
  37:18,24 43:20
  43:24 45:9,21

**[cap - city]**                                                                    Page 6

45:25 48:12,16
49:15,21 51:8
62:8 97:25
98:16,16,17
**capacity** 14:11
**capital** 2:11,15
38:13 43:3
97:25
**caption** 123:3
**carballo** 1:11
**case** 1:2 11:23
13:14 14:2,6
23:17 28:19,21
28:23 32:4
53:5 55:19
57:8 58:4
61:23 65:14
66:5 67:16
72:7,17 73:2
73:10,11 79:9
81:11,12,16,19
81:25 82:6,9
82:14,16,23
83:4,10,20,22
83:24 84:6,7
84:14 85:7,8
85:13,14,15
87:9 88:1,22
92:1,25 93:4
93:12 98:21
100:4,15 102:6
103:16,24
104:21 105:5
105:23 106:3
106:19 107:7

107:25 108:4
108:11,16
110:15 111:4
111:17,20
112:24,25
113:20,23
114:1,12
115:12 118:16
118:22 119:9
120:16 124:5,7
124:11
**cases** 13:22,23
14:3 78:11
79:19 86:8,17
86:22 87:24
88:10 103:23
110:22 117:4,5
119:1 120:17
120:18,20
**cash** 31:4,11,13
31:25 74:5,8
74:15 75:17,23
**cause** 48:8
**celsius** 1:10
6:13 27:3,4
30:8,11,13
31:25 33:8,14
33:17 42:6,12
45:16,17 46:8
46:12,16,21
47:1,4,8 49:18
51:22 52:13
55:2,7,15,24
56:22 57:7,16
58:14,18,22

59:1 60:12,17
62:11,16,22
63:7,11,15,22
64:3,7,15,21,23
65:10 68:19
69:2,5 70:10
73:16,24 74:8
74:24 75:17,21
75:24 76:4,14
77:2,7 90:25
91:4,14 104:23
116:23
**celsius's** 41:10
41:19 46:7,15
107:11,16
**ceo** 67:25 69:10
**certain** 19:22
20:24 22:17
45:8 59:3 62:2
67:23 113:1,2
**certainly** 73:13
74:3
**certificate** 95:8
123:1 124:1
**certificates**
124:8
**certification**
3:10 53:12
54:5,7,14
80:19
**certified** 124:3
124:4,6,8
**certify** 123:2,5
126:2

**cfo** 39:8
**chairman**
12:22 53:13
67:1,4 80:13
**chances** 21:6
**change** 47:16
47:17 75:5
126:11,13,15
126:17,19,21
126:23 127:1,3
127:5,7,9,11,13
127:15,17,19
**changes** 21:12
25:13 47:19,21
47:24 48:8
67:8 93:13
125:6 126:4,5
126:6
**characteristics**
37:16
**charged** 117:10
**chart** 54:22,25
55:6
**charts** 54:22
**cheat** 110:11
**check** 24:20
**chicago** 19:25
**chief** 39:9 69:9
**circumstances**
48:20
**city** 1:4,5,14
2:6,12,18 3:4
3:11,16 6:12
9:3,4,23 13:10
14:9 15:18,23

30(b)(6) City of Atlanta Police Pention Plan- Rick Light      June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[city - conference]**

Page 7

16:2,8,9 26:4
38:14 39:8,10
50:14 53:3
61:11 65:8
66:14,14,16
80:17 94:14
114:19
**civil** 126:6
**claims** 67:15,19
98:20 99:10
100:15 101:10
101:17,22
102:1
**clarify** 8:14 9:8
9:16
**class** 1:6 3:10
24:8,9,11,13
33:8 41:11,21
51:23 52:14
55:3,8,16 58:3
58:3 62:23
65:5 71:20
72:21 73:1,3
76:25 77:3,4
77:24 79:6
80:2,19 81:6
85:24 86:16
87:4,5,9,9,12
87:13,19,20
88:6,7,16 91:8
116:17 119:12
120:13
**classes** 15:2
73:4

**classification**
80:1
**client** 108:18
**close** 68:22
**closer** 23:6
**cmoyna** 125:1
**cocco** 4:4 6:23
6:23
**code** 123:9
**collectively**
111:22
**colloquies**
123:3 124:4
**come** 17:3
33:22 35:18
37:25,25 78:11
93:10 97:8
99:23 100:10
105:6
**comes** 37:6
84:17 99:21
**comfortable**
34:13,19
**coming** 25:24
**commingled**
17:20
**commission**
127:25
**commitment**
34:20 123:11
**committed**
59:12 60:18,25
**committee** 3:19
18:5,9 24:4,5,6
67:12 114:21

114:22 118:5
**committing**
116:25
**common** 51:22
**communicate**
26:3
**communication**
98:24,25 99:7
100:21 101:13
101:21,24
111:7,11,13
119:7 121:6
**communicati...**
81:3,17 112:18
**companies**
20:20 30:2
31:20,22 34:1
34:21,23 37:17
37:22 40:11
45:10,21,25
48:12,16 49:15
49:21 62:9
97:25
**company** 2:23
20:2,5 30:6
51:6 59:19
60:25 69:7
75:23 76:11
**company's**
41:4 59:2,11
**compare** 34:3
**compared**
43:25
**comparing**
37:13

**compensated**
16:19 114:12
119:8,11,16,18
**compensation**
86:21,24
123:10
**complaint**
12:20 55:18
56:2 65:13,16
65:19,22,25
66:4,7,11,22
67:6,9,12
71:25 91:8
105:1,11,14
**complaints**
66:20
**complete** 69:16
124:4,6
**completed**
125:15
**completely**
8:25 10:4
**compliance**
20:25 123:8
**concern** 47:23
48:5
**concluded**
122:15
**concludes**
122:12
**confer** 121:13
122:5
**conference**
107:12,17

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 136 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[conferences - cv]**                                                Page 8

| | | | |
|---|---|---|---|
| **conferences** 92:15,19 | **continuing** 14:25 93:23 | 55:4,8,9,11,20 55:21 56:3 | 113:1 119:12 120:12,14 |
| **confused** 87:23 | **continuously** 21:5 | 58:1 59:21,22 60:4,10,11,14 | **countries** 21:24 21:24 |
| **confusing** 58:11 | **contract** 60:8 123:9 | 60:15 64:22 68:24 75:18 | **county** 123:2 |
| **connection** 114:12 | **conversation** 62:14 | 80:5 81:8 84:24 85:4,5 | **couple** 11:3 12:25 14:3,4 |
| **consider** 29:11 | **conversations** 6:6 12:9 | 89:6,7 91:6 94:20 96:7,8 | 19:4 47:20 54:9 91:15 |
| **considerations** 49:14 76:17 79:4 96:18 | 106:18 108:4 108:10 | 106:15 107:9 107:10 109:23 | 100:16 |
| **considered** 31:24 45:20 49:17 87:25 109:9 | **convicted** 117:10 | 110:14 115:2 118:9,17,18 123:4 124:4,6 | **course** 20:4,12 70:7 113:6 |
| **constantly** 26:20 | **coordinators** 124:3,8 | **corrections** 125:6 126:8 | **courses** 14:16 14:19,23 |
| **consultant** 19:24 22:6 23:23 25:13 32:8 35:16 74:2 | **copies** 124:8 125:11 | **costs** 114:8 | **court** 1:1 6:16 6:19 8:8 12:13 113:7 117:3,14 123:12 124:5 125:14,17 |
| **consultant's** 22:6 | **copy** 38:23 43:4 50:22 51:10,14 52:25 80:6 94:13,21 114:18 115:3 124:6 | **counsel** 3:7 4:1 6:18 11:10,14 12:2 13:3,8 28:25 53:5,14 61:10,11,11,13 61:20,25 62:19 62:20 66:1,14 66:15 68:12 70:8 72:24 73:15 74:4,12 78:17 84:1,1 91:15,18 92:9 102:8,8 105:9 105:14 106:8 107:8 108:13 108:22 112:15 112:16,19 | **covid** 39:23 |
| **consultants** 23:22 33:21 | **core** 111:13 | | **crc** 1:18 123:16 |
| **contempt** 117:13 | **corner** 50:17 51:7 | | **crime** 117:11 |
| **continue** 6:7 25:25 60:16 97:19 100:7 | **corporate** 45:12,15,20 | | **criminal** 117:4 117:5 |
| **continued** 76:6 | **correct** 15:1 18:4 27:11 29:7 31:22 35:7 38:23 39:11 43:4 50:21 51:13 | | **crr** 1:18 123:16 |
| **continues** 25:15 44:8 64:21 | | | **current** 15:22 28:15 63:21 64:2,5 108:12 |
| | | | **currently** 15:17 91:18 115:13 |
| | | | **custodian** 52:6 |
| | | | **cv** 1:2 |

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 137 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[d.c. - discrepancies]**                                                    Page 9

| d |
|---|

**d.c.** 14:7
**damages** 73:22
**daniel** 3:1,8
  53:1 79:24
**data** 45:8,12,13
  45:15,20 56:13
**date** 26:16
  36:22 38:9
  50:16 56:4,11
  57:1 58:3,13
  58:14 60:3,7,8
  60:8,8 71:22
  76:21,22
  115:20,21
  116:11
**dated** 43:2
**dates** 52:10
  58:5,10,12
  60:9 71:23
  72:11 76:7,7
  105:21
**david** 80:16
**day** 11:20
  24:24 39:3,18
  52:3,3 121:24
  123:13 127:22
**death** 48:23,24
  48:25 49:1
**december**
  76:21
**decide** 23:11
  100:11 102:5
  105:4 111:16
  122:3

**decided** 96:23
  102:9 113:6
**decides** 79:2
**deciding** 79:5
  96:18
**decision** 33:7
  33:13 34:19
  39:11,13 44:3
  45:17 46:7,15
  47:8 59:2
  71:19,24 72:2
  72:16 96:3,15
  109:20 111:16
  112:9
**decisions** 27:20
  34:11 45:9,25
  46:4 52:12
  93:12
**declaration** 3:1
  3:8 53:1,22
  79:24 80:16,20
**declined** 111:4
  111:21
**defendants**
  1:12 4:17 7:3,5
  7:7,9 9:24
  38:10 42:23
  50:10 51:2
  52:23 65:6,7
  67:16 69:19
  79:21 94:10
  98:21 99:10
  114:15
**defined** 2:12
  3:11,17 38:14

  94:14 114:20
**degree** 14:15
**delegate** 29:5
**denied** 87:3
**department**
  15:18
**depends** 21:13
**deponent** 125:2
  125:5,5,7,8,14
**deponent's**
  127:21
**deposed** 13:21
  13:24 14:10
**deposition** 1:13
  2:2,5 6:11,14
  9:22 10:14
  11:4,7 13:4,7
  13:17 107:1
  122:13,15
  124:10 126:7
**describe** 71:2
**description** 2:3
  16:10
**designated**
  9:12,17
**desire** 126:7
**details** 81:21
  98:2
**determining**
  45:16 109:9
**different** 12:3
  16:24 17:1,12
  17:14 18:3
  21:19,23 22:3
  23:5,13,20,20

  23:21,22 24:1
  24:2,3 29:14
  34:4 41:12
  84:23,24 86:3
  97:6 98:12
**differently**
  69:20
**dig** 36:10
**digest** 104:19
**diligence** 20:5
  22:7
**direct** 100:19
  106:17 108:2
  112:17 123:9
**directing** 54:16
**direction** 35:13
  36:15 74:22
  123:4
**directors** 63:22
  64:3,6
**disability** 17:25
**disagree**
  101:12
**disclosed** 55:25
**disclosure** 56:3
  124:1
**discount** 31:16
  31:19 124:12
**discounted**
  31:4,7,10,11,13
  31:25
**discounts**
  124:11
**discrepancies**
  67:20

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 138 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[discretionary - eisenhofer]** Page 10

**discretionary** 35:1,5

**discuss** 42:1,5 42:11 43:18 44:18 46:10,18 46:23 58:17,21 67:5 102:19 105:22 106:2

**discussed** 43:22 61:6 64:14 72:3,7 99:22 107:7

**discussing** 43:15 49:13

**discussion** 12:6 13:8 72:6 113:25

**discussions** 79:1 102:7,8 104:3 113:22

**disqualify** 123:8

**district** 1:1,1

**disturbing** 67:22 68:3 69:17

**diversify** 29:9

**divulge** 90:17

**docket** 53:5

**document** 10:10,13 38:17 38:23 39:2,7 42:25 43:7,9 50:13,18,19 51:5,11,18,19

52:21 53:6,8 53:12,13,19 55:13 62:24 71:1 80:1,3,6,8 80:21 81:1 94:15,18,21 104:8,9 114:25 115:3

**document's** 10:4

**documents** 11:6,22,25 12:1,3,7,13 38:16 40:3 52:18 70:13 83:8 89:13 104:1,5,18 120:24

**doing** 17:22 21:11,12 24:16 25:10,10,11 26:11,12,17 27:7 28:4,5,12 37:14 41:5 44:23 59:8 71:11 86:25 99:24

**draft** 121:5

**drei** 50:15

**drie** 60:2

**driehaus** 2:10 2:15 27:5,7 29:17 30:4,5,8 30:10 31:21,24 32:2 33:9,11

33:12,18 36:14 38:1,13,24 39:4,11,22 40:4,18 42:9 43:3 44:23 45:8,16,19,24 46:2,6,10,14,20 46:25 48:18 49:14,16,20,25 50:2,3,4,5,6 51:24 52:1,8 57:20 58:17 59:8 60:16 61:2 64:18,19 73:23 74:3,12 75:2,22 76:3 76:15,16 77:2 77:2

**driehaus's** 40:11 43:4,19 43:23 44:19 47:7

**drink** 30:2

**drinks** 41:6 65:1

**dropped** 70:5

**dropping** 41:15

**due** 20:5 22:7

**duke** 1:18 5:2 6:15

**duly** 7:11

**duties** 15:9 16:22,24 24:7 24:8

**duty** 71:6

**e**

**e** 126:6,6

**earlier** 23:1 32:18 35:10 36:20 55:23 71:5 84:22 85:1 89:23 115:11

**earned** 28:14

**earnings** 40:13 40:14 41:3,8 46:21

**earthstone** 115:7 118:6 119:1

**easier** 10:8

**eastern** 6:3

**ebitda** 42:13,15

**economy** 23:15

**education** 14:25

**educational** 14:13

**edwin** 1:10

**effect** 120:23

**eisenhofer** 4:5 6:22,24 11:11 11:15 79:18 89:5,8 92:1 95:22 96:7,10 96:16,19 97:1 102:15 103:4,9 103:15 105:2 105:24 106:4

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 139 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[eisenhofer - far]**                                    Page 11

107:9,13,18
108:21,25
109:5,10,19,21
110:8,16,18
111:7 113:19
115:25 118:17
120:7
**either** 85:15
88:7,9 112:19
**electronically**
125:7
**else's** 89:3
**emerging** 44:12
**emerson** 119:4
120:25 121:5
**employed**
15:16,17,19
16:1,2
**employee** 123:6
**employees**
23:23 63:22
64:2,6
**energy** 30:2
65:1 115:7
118:6 119:2
**enforcement**
13:23 14:16
**engage** 39:11
109:9,21 116:7
**engaged** 108:15
116:12
**engagement**
38:24 110:8
**engaging** 39:22
104:20 105:1

105:14,24
106:4 107:13
107:18 108:21
108:25
**ensure** 26:7
**enter** 19:13
**entered** 56:21
107:1 114:11
126:7
**entire** 20:9 43:8
**entitled** 43:1
95:6
**equities** 21:17
**errata** 125:6,7
125:8,10,12,13
125:15 126:1
**especially**
24:24 68:4
**esquire** 4:3,4
4:10,18,19,20
4:21 125:1
**established**
29:1 32:10
59:19 89:4
94:8 115:10
**ethics** 123:9
**evaluate** 36:18
37:3 46:3
**evaluated**
49:14
**evaluates** 45:8
**evaluating**
49:17
**everybody** 6:2
74:13

**everybody's**
26:15
**everything's**
22:15 97:17
**evidence** 123:5
**exact** 38:6
78:10
**exactly** 38:9
52:10 78:2
84:4 90:7,8
115:21 116:11
**examination**
3:23 7:13
**examined** 7:11
**example** 21:1
**exclusively**
124:7
**excuse** 95:25
**executive** 24:4
24:5,6
**exhibit** 2:3,4,9
2:15,18,23 3:1
3:8,11,16 9:21
9:24 10:17
38:10,12 42:21
42:23,25 43:5
44:20 49:13
50:10,13 51:2
51:5,17 52:23
52:25 53:21
56:13,17 59:23
63:4 75:13,20
79:21,24 80:15
80:15,22,23,24
85:19,20 94:10

94:13 106:11
106:12,13
114:15,18
118:3
**exhibits** 2:1
10:2 51:20
124:5,7
**expenses** 71:14
113:1
**expertise** 62:4
69:10 76:13
**expires** 127:25
**explain** 40:4
**exposed** 29:10
**exposure** 2:23
51:6,14
**extent** 90:16
109:16,17,17

**f**

**facility** 125:16
**fact** 99:5 101:9
101:12 111:3,6
**factors** 109:9
**facts** 65:5
81:10,12 82:4
**factually** 60:20
**fair** 24:14 27:8
95:18
**fairly** 77:11
110:10
**fall** 37:1
**familiar** 31:3
**far** 14:20 24:17
52:2,9 101:1
113:5 119:15

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 140 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 12

**[fast - former]**

fast  104:11
february  56:10
fed.r.civ.p.  2:4
federal  78:1
  104:23 126:6
fee  113:19
feedback  20:6
  105:8
feel  43:9 105:4
fees  20:22 23:7
  26:20,22 34:19
  43:25 44:22
  113:23 114:1,8
fiduciary  15:9
  71:6
field  15:11
  37:23
fieldly  1:10
  68:1
file  79:10
  125:11
filed  53:5 55:19
  65:14,17,20
  66:1,5,8,11,20
  67:6,9,13
  69:18 72:15
  77:25 80:1
  85:17 91:8
  104:25 105:11
  125:13
filing  60:17
  82:23 110:19
  111:8 112:6
filings  12:13,17
  46:7,11 69:11

  107:12,17
fill  125:7,7
filled  48:18,19
finally  8:16
financial  42:12
  69:9 124:12
financially
  25:16 123:6
financials
  58:23 59:4
fine  8:3 21:12
  97:17 98:5
  110:14
finish  7:25
finished  118:12
fire  17:19 23:22
  28:23 68:21
  82:17,20 84:9
  84:11,12,13,16
fired  47:11
firefighters  1:5
  3:5 9:4,5 53:3
firm  2:16 4:12
  7:1 43:1 78:17
  79:7 91:17
  92:3,7,25 93:2
  93:3 95:9
  96:19 99:17
  105:2,2,24,25
  106:5,5 108:25
  111:21 114:3,7
  114:7 115:11
  115:12,16,24
  116:7,12 120:4
  120:15 124:1

firm's  91:19
  99:24 114:1
  120:12
firms  79:14
  91:12,16 93:6
  93:25 95:19
  96:2,5,6,25
  97:2,12,24
  98:3,7,12,19,25
  99:3 100:16,22
  101:3,8,10,17
  102:15 104:20
  106:14,19
  107:24 108:1,4
  108:11 109:6
  109:10,22,22
  110:1,3 111:22
  111:24 112:5
  112:23 113:11
  114:10,11
first  45:7 47:15
  54:1,13 78:15
  94:8 98:19
  99:2,4,9 100:5
  102:25 103:8
  103:14 104:25
  110:15 116:6
fit  20:21 23:14
  36:3
five  17:17 25:1
  49:4 60:3,12
  62:23 75:21
  76:7,7,18
  95:18 96:5,6
  96:22,25 97:2

  97:12 98:7,7
  98:11,19
  101:16 106:14
  106:19 107:8
  109:5,10,21
  110:1 111:23
  117:19
fixed  21:1
  29:22 33:24
  98:17
flip  43:11
florida  1:1
flow  31:4,11,13
flows  31:25
fluctuate  30:21
fluctuations
  31:1
focus  51:17
  53:21 58:13
  97:24
follow  36:12
  58:11
followed  82:7
following  126:5
follows  7:12
followup  75:14
foregoing
  123:2 124:2
forget  82:1
form  2:16
  40:11 43:1,4
  99:25 126:7,9
formal  15:10
former  63:21
  64:2,6 67:24

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 141 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[former - going]**                                                    Page 13

80:13
**forms** 12:22
**forth** 14:21
  17:23 26:4
  31:16 33:10
  34:6,10 37:2
  40:10 52:19
  58:10 68:3
  76:11
**forward** 21:8
  53:16,16 73:3
  73:5 79:3,6
  100:12 102:9
  102:13 105:5,7
  120:21 125:11
**four** 78:1 82:12
  109:22
**frank** 67:1,5,8
  80:12 116:19
**frankly** 108:5
**fraud** 57:8,17
  59:13 60:18
  61:1 62:3,3
  67:20 71:8
  85:4 93:20
**free** 43:9
**front** 72:23
  78:9 89:14
  104:5,5 113:7
**full** 7:17 27:13
  74:12,18 79:1
  109:20
**fully** 35:12
**fulton** 123:2

**fund** 19:22
  21:5,8 24:15
  24:16 25:9
  29:20,21 34:20
  35:5,6 36:23
  48:1,3,23
**funded** 26:8
  35:12
**fundraising**
  16:7
**funds** 17:19
  20:17 22:16
  27:25 28:23
  30:18 31:15,18
  31:18,19 36:25
  37:1 61:16,21
  62:1,8 75:25
  94:1,2,4,9
**furnish** 126:9
**further** 99:23
  123:5 124:5
**future** 40:16
  42:7 120:20

**g**

**g&e** 66:1 93:2
  94:2,8 102:22
  114:6
**ga** 124:9
  125:19,21
**gained** 69:2
**gappt** 22:1
  92:14,16
**ge** 111:17
  115:18,20
  118:23 119:7

119:13 120:9
  120:14,15,18
  120:20 121:1,5
**gears** 65:4
**gelaw.com**
  125:1
**geller** 78:18,19
  82:10
**general** 17:19
  23:23 35:11
  81:18,24
**generally** 28:8
  30:1 40:12
  78:11
**gentleman**
  116:19
**georgia** 1:17
  4:15,24 6:15
  20:23 22:1
  92:17 123:1
  124:3,8
**getting** 34:16
  74:13 90:13
  94:7 98:1
**girls** 25:3
**give** 8:9 17:4
  19:11,13 20:6
  20:11,11 32:25
  34:25 35:12,16
  36:1 70:8
  72:22 93:11,21
  97:9,13,19
**given** 12:1 13:9
  98:3 105:16,18
  105:19,20

123:5 126:8
**gives** 17:4
  26:14
**giving** 12:6
  36:14 101:8
**go** 6:8 23:12
  24:17 30:23
  31:7 34:10
  37:25 57:12
  72:4 74:6,22
  75:13 77:9
  78:25 79:5
  81:15 82:2
  99:11 100:11
  100:12 102:9
  102:13 105:7
  106:21 113:2
  118:2,14
**goes** 21:14 22:5
  23:10
**going** 6:2 7:24
  11:4 20:21,21
  20:22 21:3
  22:6,8,13 23:5
  23:15 24:25
  26:20,23 29:16
  30:11 35:16,18
  36:25 37:1
  38:18 41:8
  45:4 47:16
  48:5 53:15,16
  57:24 59:9,17
  61:24 62:2
  68:12 69:15
  70:6 71:7 73:3

30(b)(6) City of Atlanta Police Pention Plan- Rick Light June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[going - hurt]**                                                                 Page 14

73:4,11 74:16
76:2,10 79:3,8
79:10,12 91:11
93:12,20 97:17
97:19 100:6,9
100:11,12,19
102:13 105:5
106:17 108:2,7
112:17 113:6
120:21
**good** 6:1 7:15
7:16,17 26:3
36:7 37:20
49:3 93:17
121:22,24
122:12
**gotten** 23:6
**grant** 4:5 6:22
6:23 11:10,15
79:18 89:4,8
92:1 95:22
96:6,10,15,19
97:1 102:15
103:3,9,15
105:1,24 106:4
107:9,13,18
108:21,24
109:4,10,19,21
110:8,16,18
111:7 113:18
115:24 118:17
118:23 120:6
**great** 23:21
**greetings** 125:5

**grind** 35:19
**gross** 42:19
**grounds** 101:6
111:1
**growth** 21:14
29:20,21,23
31:17,22 36:23
36:25 37:6,17
37:18 40:13
41:3,9 43:20
43:24 45:10,21
45:25 48:12,16
49:15,21 62:9
97:25
**gtt** 81:3,17
85:12 86:8
**guess** 44:1
92:12 93:16
110:11 113:4
**guessing** 38:6
82:13 83:18
**guest** 92:21
**guidance** 20:11
**guidelines**
22:10
**guys** 25:3 49:4
60:17 81:2
90:22,23
**gym** 16:6

**h**

**half** 11:19,21
15:21 17:13
25:18 38:5
78:14

**halfway** 40:9
**hand** 50:16
51:6
**handle** 33:21
**handled** 124:7
**hansey** 4:21 5:1
7:8
**happen** 70:7
73:10
**happened** 14:8
17:12 24:25
56:3 57:23
74:7,21
**happens** 35:25
47:19
**hard** 25:22
28:14
**harder** 89:18
**head** 8:9 75:19
**hear** 8:4 36:8
48:13
**heard** 31:5
118:16
**hearing** 14:8
**held** 117:13
**help** 15:8 16:6
52:20 53:8
70:8 80:8,10
84:1
**helping** 28:22
**helps** 27:16
**hey** 9:25
**high** 40:14
91:23 97:15

**higher** 89:3
**hire** 20:10,18
25:22 28:1,2
36:5 71:11
93:6
**hired** 38:9 52:1
52:8 115:18,19
115:24
**hiring** 62:1
**hold** 44:6 95:10
106:12
**holdings** 1:10
6:13
**honest** 69:21
83:5
**honestly** 8:21
9:1
**hopefully** 21:7
34:15 37:14
73:5
**hot** 21:13
**hour** 11:20
**hours** 11:20,21
77:12,13 83:3
83:9 103:22,25
104:3,18
**huh** 8:19 30:19
31:23 32:20,23
34:24 45:11,14
56:1 61:17
75:19 78:4
95:11
**hurt** 59:18

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 143 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[i.e. - investment]**                                        Page 15

| **i** | | | |
|---|---|---|---|
| **i.e.** 40:15 | 118:15 | **interest** 74:15 | **investigation** |
| **idea** 26:14 27:4 | **individual** | 123:7 | 59:17 69:15,16 |
| 33:11 52:11 | 26:25 27:9 | **interested** 20:3 | **investigations** |
| 73:19 76:23 | 29:15 33:1 | 21:23 30:1 | 93:23 |
| 113:6,8,12 | 48:3 | 123:6 | **investing** 15:4 |
| **ideas** 22:8 | **individually** | **internally** 32:5 | 15:11 21:22 |
| 35:18 105:7 | 1:6 | 33:3 | 29:13 30:2 |
| **identified** | **individuals** | **international** | 46:12 48:16 |
| 62:24 63:4 | 114:10 | 21:3 29:24 | **investment** 2:9 |
| 85:19 | **industry** 30:25 | 33:25 | 2:13 3:12 |
| **immediately** | 34:3 | **interrupt** 9:25 | 14:20,23 16:13 |
| 57:6 | **inflated** 41:14 | 75:4 | 16:23,25 17:7 |
| **impacts** 123:11 | 41:24 55:25 | **intervals** 8:17 | 17:10,16 18:2 |
| **impartial** | 70:2 | **interview** 34:14 | 18:10,15,24 |
| 123:12 | **inform** 91:13 | 107:21 | 19:15,16,22 |
| **impartiality** | **information** | **interviewing** | 20:9,10,12,15 |
| 123:8 | 9:10 36:1 46:3 | 34:13 | 20:16,18 22:19 |
| **incentive** 86:16 | 53:11 57:22 | **introduce** 6:18 | 22:22 27:20,23 |
| 87:8 | 76:4 82:9 | 9:21 42:21 | 28:9,10 29:6 |
| **incentives** 86:7 | 90:17 | **introduced** | 29:12 30:3,7 |
| **income** 21:2 | **informing** | 10:5 50:12 | 30:20 31:21 |
| 29:22 33:24 | 91:10 | 51:4 79:23 | 32:1 34:25 |
| 42:17 98:17 | **initial** 65:19 | 94:12 | 35:4,11,13,14 |
| **increased** | **initially** 12:3 | **introducing** | 36:15,19 38:2 |
| 41:20 | **initiating** 65:17 | 114:17 | 38:2,12,15 |
| **independent** | **inner** 16:8 | **invest** 21:20 | 39:4,15,19 |
| 104:22 112:12 | **inside** 76:10 | 22:3 30:11 | 40:4,18 43:19 |
| **independently** | **insider** 69:6 | 45:9,25 46:4,8 | 44:18,19,25 |
| 15:6 111:16 | **instance** 21:1 | 46:16 47:8 | 45:17 47:11 |
| **index** 2:1 3:23 | 21:21 118:20 | 49:17 52:3,4 | 61:7,15,21,22 |
| **indicated** 107:6 | **instances** | 73:23 | 62:7,7,8,16 |
| **indicates** 45:8 | 112:10 | **invested** 15:14 | 64:20 66:17,19 |
| 55:1 56:20 | **instruct** 98:4 | 26:25 27:4 | 68:19 72:3,8 |
| 109:24 118:7 | 108:7 | 30:5,8 33:1 | 73:6 74:10 |
| | | 49:21 | 78:23 80:14 |

**[investment - know]**

84:20,22 85:25 86:2,21,25 90:21 91:13,14 94:15 96:9 99:12 102:11 102:12,14 110:20 119:21 120:2

**investments** 14:20 17:22,22 22:3 25:11,24 26:7 28:3 29:9 29:15,22 30:17 32:7,13 33:4,5 33:21 37:17 42:2 44:25 45:2,21 48:11 49:15 71:7,10 71:17 73:14 93:10,24 98:16

**investor** 47:1,4 88:19

**investors** 68:10 73:8 113:3

**invests** 27:24 40:12

**involved** 24:10 35:9 53:14,15 74:13 79:12,18 80:25 81:3,7 82:3 83:22 84:7,10,18 85:6,10,11,12 85:15 87:25 91:18 102:5,20

119:14

**involvement** 53:18 82:5 83:19 84:6

**irrelevant** 108:6

**irrespective** 75:24

**issue** 106:20

**issued** 59:3

**issues** 62:2

**it'd** 66:14

**item** 44:4,7,19 45:7

**j**

**j** 4:19

**jason** 4:18 7:2

**jeff** 92:4

**jeffrey** 4:10 6:25 92:6 103:2

**jensen** 92:8

**job** 15:13 16:9 25:9 36:5 125:3 126:1

**john** 1:10 67:25

**jon** 39:9

**judge** 113:8

**jumped** 69:12

**june** 1:15 6:3 123:13

**jurisdiction** 79:9

**k**

**kaufman** 92:8 92:24

**keen** 39:9

**keep** 20:25 21:8 26:23 97:15 100:8 108:3

**kendra** 4:21 5:1 7:8

**key** 42:12

**kids** 16:9

**kind** 14:2 23:8 23:9 26:19 45:23 46:2 69:11 71:13 87:12,19 93:19 98:2

**klausner** 92:7 92:14,24 93:3 105:2,25 106:5 114:3,7

**knew** 64:2 70:1 70:6 92:23

**know** 8:13 12:17 15:3,8 19:14 20:2 21:25 22:14 23:8,19,24 25:4,12,14,18 25:20 28:3,17 28:20,21,22 30:4,4,5,7 31:20,24 32:2 32:17 33:7,12 35:19,25 36:9

36:10 37:8 38:1,6 44:1 45:1,3,15,23 46:6,14,20,25 47:23,24 48:5 48:6 51:25,25 52:4,7,9,13,18 52:19 53:10 56:5 57:13,20 57:20,21,22 58:4 59:7,7 60:22 61:4 62:13 63:2,5,6 63:20,21,24,25 64:9,10,25 65:18 66:7 67:8,14,15,25 68:4,10 69:1 69:13,14,16 71:22 73:9,11 73:21 74:23 76:2,3,5,19 78:8 79:2,10 79:12 81:13,15 82:3 83:3,5,6 83:10 86:13,18 87:6,7 91:22 92:6,7,11,13,22 92:22 93:12 96:9 97:5,7 98:14 99:1,13 100:5,9 101:14 102:12 104:15 104:16 105:4,6 109:18 110:2,6

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 145 of 165
30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[know - little]**                                                                                    Page 17

112:22 113:14 114:5,6,14 116:16,18 118:12,24 119:13,17
**knowing** 52:10
**knowledge** 70:3 76:10,14 109:19
**knowledgeable** 10:16
**knows** 62:21

**l**

**l** 3:1,8 53:1 79:24
**label** 106:10
**labels** 38:17,18
**large** 29:23 98:17
**law** 4:12 7:1 13:23 14:16 79:14 91:17,19 92:3 93:2 99:17 104:20 104:23 107:24 108:1,4,11 111:21,22 113:11 114:1,7 114:10,11 115:11,12,16 120:4,12
**laws** 20:23 78:1
**lawsuit** 65:6,17 71:21 75:25 78:16 101:5,17

101:22 102:1 102:20 111:9 114:8
**lawyers** 92:24 103:4,9,15 104:12
**lead** 2:6 3:6 9:22 35:17 36:12 53:4 71:3,20 72:2,6 72:17,21 77:24 78:20 79:6 80:18 84:13 86:7 87:13,14 87:20 88:7,13 88:22,24 110:19
**leading** 48:20 72:24
**league** 15:25 16:6,7
**leagues** 16:8
**learn** 11:1 78:15 99:2,9 100:14
**learned** 57:7 100:16
**learning** 57:17 100:20,25
**left** 27:21 54:25 73:7
**legal** 1:18 5:2 101:7 106:20 115:13,16 116:13 117:1

118:20 124:1
**lengthy** 104:17
**letter** 38:24 110:8 121:5
**level** 91:23 97:15
**levinson** 92:8
**lexington** 4:6
**liability** 81:14
**life** 24:23
**light** 1:14 2:2 6:11 7:10,15 7:19 9:17 10:10 12:5 43:8 47:10 49:12 50:12 51:4,11,20 52:25 54:20 55:18 56:17 59:2 61:14 73:16 75:13 77:23 79:23 80:3 85:22 86:20 94:12,18 95:1,19 98:11 105:10 107:5 108:20 109:3 110:14 112:22 114:17,23 115:5 116:6,16 118:2 120:2 121:3,7,23 125:2
**liked** 24:2

**likelihood** 40:15 42:5
**limitations** 22:9
**line** 24:24 25:8 28:18 60:5 71:15 126:10 126:12,14,16 126:18,20,22 127:1,3,5,7,9 127:11,13,15 127:17,19
**lines** 104:16
**list** 96:22
**listed** 81:8 95:22 106:9 107:8 109:10 110:1
**lists** 96:6
**litigation** 13:22 66:1 81:1,3 84:17 85:17 95:9 96:2 100:4 107:23 108:22 118:8
**litsup** 124:9 125:21
**little** 19:14 21:7 23:4 25:19,21 25:22 28:6,11 29:18 38:17 58:11 68:3 72:13 87:23 92:12 104:13 112:3,14 113:4

800.808.4958                                                                                    770.343.9696

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 146 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[lives - managers]** Page 18

**lives** 28:18
**llc** 2:11 4:12
  38:14
**llp** 1:16 4:22
**lmcg** 48:17
  49:24 50:1,2
  51:8
**lncg's** 48:21
**location** 6:14
**long** 11:14,17
  12:7 15:16,19
  37:11 38:1
  44:23 82:22
  83:10 104:9
  110:11 121:21
**longer** 100:9
**look** 19:12
  20:20,20,21,22
  23:11,13,14
  26:9,15,16,19
  26:24 28:25
  29:2,4,12
  31:18 34:2,6,6
  34:12 35:25
  36:13,21 37:4
  37:4,9,12 38:4
  40:8 44:4
  54:13 56:17
  59:23,24 60:1
  61:25 69:8,18
  70:12 71:12,22
  71:25 78:8
  79:8 80:15,24
  93:9 97:8
  98:15,15,18

99:12 100:8
110:12 116:8
120:24
**looked** 43:24
  45:16,24 46:6
  46:11,14 91:16
**looking** 19:12
  21:10 26:7,21
  26:22 29:12
  30:17 33:25
  35:15 37:5
  41:18 47:21,22
  56:9 57:21
  73:12 75:20
  76:9,20 97:18
  99:19 118:3
  121:4
**looks** 56:11
  70:12 93:17
  118:24 119:4
**lose** 68:18
**loss** 28:23,24
  68:7,25 74:18
  79:11 93:19
  118:25 119:2
**losses** 85:2,8
  88:15,20 89:2
  89:3 91:11
  93:18,22 100:6
  100:17 105:5
**lost** 28:21
  62:15 63:3
  68:10,20,21
  73:8 88:14
  113:3

**lot** 10:8 21:9,21
  23:3,6,20
  24:22,23 25:7
  25:7,8,8 28:15
  28:16 29:14
  35:19,21 37:19
  37:22 43:16
  47:16,19 58:9
  68:5,6,6,7,9
  71:15,23 76:3
  79:10 90:1,1
  93:21 117:5
**low** 29:11
  32:24
**lower** 26:12
**lunch** 77:11,13

**m**

**m** 4:3
**made** 30:3 33:7
  39:13 47:6
  52:14 55:2,7
  55:15 62:15
  63:2,7 67:8
  69:22 70:10
  90:21,22 96:15
  112:9 119:21
  119:25 123:11
**mail** 125:9
**main** 79:15
**maintain** 21:2
**maintaining**
  123:8
**make** 21:4,5
  22:9,14 24:15
  24:16,23 25:9

25:13,14,16
28:12,19 34:18
35:11 37:20,22
39:10 45:17
47:8 48:8
51:25 64:25
71:6,13,14,19
90:19 93:11
97:11 104:13
122:8 126:7
**makes** 10:7
  20:8
**makeup** 23:25
  47:18
**making** 25:10
  27:20 30:17
  31:25 33:13
  34:11 45:9,20
  45:24 46:4,7
  46:15 47:24
  49:14 76:18
  126:8,8
**manage** 52:2
  61:16
**management**
  2:11,15 38:14
  43:3 47:24
  74:24 75:18
**manager** 17:3
  28:2,2,3 38:2,2
  39:5 48:10,15
  49:20 64:20
**managers**
  19:11,22 20:1
  20:10,19 21:11

**[managers - microphones]**                                                    Page 19

23:3,4,18
26:21 27:5,6,9
27:21 29:6,6
32:11,21 33:20
34:4,14,23
35:1,5,5,13
36:19 37:21,24
44:2 45:5
47:11,20 61:7
61:21,22 62:1
62:7 71:10
**managing**
61:21,25 82:5
85:12
**mansell** 125:17
**manually** 125:7
**march** 3:19
55:20,20 56:3
56:6,21 57:8
57:24 58:7,13
58:18,22 59:20
60:3,10,13
63:3 65:20
70:23 75:22
105:11 114:19
115:17 116:10
118:5
**margin** 42:19
**marijuana**
21:22
**marked** 9:24
38:10,12 42:23
42:25 50:10
51:2 52:23,25
79:21 94:10

114:15
**market** 30:14
30:20 32:19
40:14 44:12
70:18
**market's** 25:19
**marquette** 17:4
18:20 19:19,21
19:24 20:4,4,7
23:1,10 26:10
27:12,12 30:13
32:8,10,19,25
33:22 34:5,22
35:8,22 36:7
36:21 40:6,7
43:15,18 44:17
**materials** 43:16
**matter** 6:12
90:10 91:1,4
108:17 114:13
118:8 121:6
123:8
**matters** 85:17
**matthewman**
1:2
**mean** 26:13
27:5 28:22
31:6,9 35:24
37:8,18 41:2
64:19 67:19
69:8,15 74:16
76:20 83:5
87:23 91:25
92:21 93:15
94:6 101:1,18

102:7 104:8
108:9 110:20
112:25
**means** 41:4
**meant** 72:20
**mechanics**
113:15
**media** 6:10
75:9
**mediation** 14:8
82:2,10,14,24
113:7
**medication**
8:23
**meet** 11:5,9,14
16:25 39:23
89:18 91:12
**meeting** 3:13
3:19 17:1
18:21,23 20:13
21:6 45:3
72:13 89:15,20
89:24 90:4,23
94:15 95:3
96:14 109:4,8
110:7 114:21
118:6
**meetings** 13:2,9
18:10,10,13
19:1,5,7,9,17
19:18 47:1,4
72:24 83:6
91:7,10 99:13
**member** 16:22
39:19

**members** 19:16
23:25 76:25
85:25 94:25
114:22
**memo** 115:7
118:6 119:6,7
**mention** 12:5
68:14 108:6
**mentioned**
14:24 19:19
30:16 31:21
32:25 41:23
47:10 60:24
80:25 81:23
90:20 93:25
103:21 119:5,5
**mentions** 94:25
**merged** 17:17
23:6,20,24
**merit** 78:6
80:25 81:10
83:20 84:6
85:7 86:8
**met** 11:10,16
12:7 76:24
77:6 92:19,20
102:22,25
103:2,3
**method** 31:4
**metrics** 42:1,12
49:16
**mica** 4:4 6:23
**microphones**
6:4

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 148 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[mid - never]**                                                                Page 20

| | | | |
|---|---|---|---|
| **mid**  29:24 98:16 | 68:5,6,7,11 73:7,7,8,9,24 73:25 74:10,21 88:14 113:2,3 | **months**  34:11 | **muddy**  112:3 |
| **middle**  65:20 | **monitor**  26:3 | **morning**  6:2 7:15 | **multiple**  93:6 |
| **middlebrooks** 1:2 | 27:16 36:18 71:17 73:15 | **motion**  3:2,10 53:2 79:25 80:18 | **muraina**  4:20 7:6,6 |
| **midtown**  25:2 | 93:16,18 94:3 97:5,9,19 | **movement** 40:16 42:6 | **mute**  6:6 |
| **million**  68:2 78:14 84:1 | **monitored** 73:16 | **moving**  21:8 | **n** |
| **mind**  47:12 88:4 | **monitoring** 26:6 27:1,8 | **moyna**  4:3 6:21 6:21 9:16,19 | **n**  1:18 |
| **minute**  23:1 39:14 117:19 121:12 | 32:6 33:4 73:15 84:17 85:23 86:22 93:8,14 94:1 95:20 96:11,19 97:2 98:13 109:1,6 110:9 111:23 112:5 120:3 | 10:7 12:4 40:21 43:10 44:14 49:5 54:1,8,13,16 56:12 57:9,12 57:18 59:5 60:19 61:3 68:13 70:19 76:1 77:13 87:21 90:13 91:22 94:5 | **name**  6:15 7:18 18:18,22 68:1 89:16 |
| **minutes**  3:14 3:21 18:13,25 94:13 99:12 114:19 118:6 | | | **named**  116:19 |
| **misrepresent...** 69:22 70:11,16 | | | **names**  89:12,17 |
| **misstates**  116:3 | | | **nature**  12:12 |
| **mohamed**  39:8 | | | **near**  40:16 42:7 |
| **mohammed** 39:15 | | | **necessarily** 37:8 |
| **moment**  44:7 51:19 95:7 | **monitors**  32:8 32:9,11 94:7,9 | 95:11 97:11,15 98:1,8,22 99:3 99:6 100:19,25 101:4,7,12,18 101:25 106:17 108:2,9,14,17 110:22,24 111:2,6,12,19 111:25 112:17 116:2 117:20 121:12,20 122:2,5,10 125:1 | **necessary** 126:9 |
| **monday**  6:3 | **month**  25:18,18 26:16 37:7,7 45:5 | | **necessity**  67:2 |
| **money**  15:14 17:3 20:24,24 23:2,3,7,18 24:22,23 25:7 25:23 28:14,15 28:16,21 36:5 37:20,23 44:2 52:2 62:1,8,15 62:15 63:3,7 | **monthly**  16:25 17:5 18:1,11 18:11,12 24:20 25:17 26:10 27:3,7,11,13 36:21 37:4 71:18 97:16,21 97:22,23 | | **need**  9:8 25:12 25:13 43:8 47:25 58:14,23 59:20 120:9 122:7,10 |
| | | | **needed**  18:20 |
| | | | **negotiate** 113:18 |
| | | | **negron**  1:11 |
| | | | **neighborhood** 104:3 |
| | | | **net**  24:19 42:17 |
| | | | **never**  10:3 73:11 76:16 92:20,22 |

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 149 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[new - outlaw]**                                      Page 21

**new** 4:7,7 10:6
  14:9 19:11
  82:11 95:6
  115:6 118:4
**nine** 55:10
**nods** 8:9 75:19
**nonverbal** 8:9
**normal** 30:20
**northern** 2:24
  51:14 52:6,6
**notaries** 124:3
  124:8
**notarized**
  124:8 125:9
**notary** 127:24
**note** 6:4
**noted** 4:11
  126:4,5
**notice** 2:4 9:22
**notification**
  11:3 102:18
**notified** 98:20
  99:4 100:17,22
  101:3,10
  102:16
**notify** 99:20
**noting** 125:6
**number** 6:10
  10:2 38:7
  42:22 50:18
  51:5,7 53:5
  56:17 57:25
  75:10 78:10
  80:1,23 84:3
  90:9 94:16

106:10 113:8
**numbers** 41:12
  41:13,16,17,23
  55:25 82:19
**nuts** 41:7

**o**

**oath** 7:21
**objection** 57:9
  57:18 59:5
  60:19 61:3
  70:19 76:1
  87:21 90:13
  91:22 94:5
  98:22 110:24
  116:2
**objectionable**
  90:20
**obligation** 73:4
  123:8
**obligations**
  73:3
**ocga** 124:10
  126:6
**october** 55:3,4
**offered** 86:6,15
**offhand** 41:17
  66:9
**office** 13:11
**officer** 39:10
  69:9 104:14
  123:12
**officers** 1:4,14
  2:7,19 3:3,17
  6:12 9:5,23
  24:18,22 25:23

50:14 53:2
  63:22 64:3,6
  68:6 80:17
  114:20
**offices** 125:9
**oh** 31:11 54:1
  88:11 100:11
**okay** 7:24 8:2,4
  8:7,11,14,15,16
  8:23 9:3,8,11
  11:5,22 12:10
  12:15,21 13:2
  13:16,19,24
  14:6,13,18
  15:13 16:14
  17:6 18:2,9,25
  19:3 20:15
  22:12 24:14
  28:7 29:8 32:5
  33:7,12 34:25
  38:21 39:7,16
  44:4,6,10,13,15
  47:10 49:20
  51:1,4 52:17
  52:22 53:10,21
  53:25 54:3,15
  54:18 55:13
  56:15 57:6
  58:16 62:11
  68:16,16 75:15
  79:4 81:17
  83:17 85:16
  86:6,15 87:3
  88:11 90:18
  91:25 92:7

95:16 96:13
  97:14 98:8
  107:21 112:20
  113:25 115:9
  115:10 118:14
  121:9,25 122:6
  122:12
**once** 28:2 125:8
**ones** 20:1 28:14
  28:16 96:23
  100:22
**operating** 39:9
**operations** 52:3
**opinion** 70:7
  74:23 75:1,17
**opinions** 20:12
  20:14
**opposed** 27:9
**opted** 116:17
**optional** 19:15
**order** 122:7
**ordering**
  125:12
**original** 125:11
  125:13
**outcome** 123:6
**outlaw** 3:24
  4:18 7:2,2,8,14
  9:18,20 10:9
  12:11 38:11
  41:1 42:24
  43:17 44:16
  49:3,11 50:11
  51:3 52:24
  54:4,12,19

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 150 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[outlaw - perceived]**                                    Page 22

56:16 57:10,14
59:10 60:23
61:5 68:17
70:21 75:12
77:9,14,22
79:22 86:11,14
88:2 90:15
92:2 94:11
95:13 98:5,10
99:1,5,8
100:24 101:2,6
101:9,15,23
102:4 106:21
107:4 108:7,12
108:15,19
110:23 111:1,3
111:10,15,23
112:1,3,4,21
114:16 116:5
117:18 118:1
121:7,10,14,23
**outlined**  44:18
44:19
**outside**  33:20
61:12,25 62:23
64:13 73:8
76:10 78:17
102:19 105:23
106:3,8 116:13
**overall**  21:10
43:19 63:6
**oversee**  17:21
71:9
**overseeing**  48:3
62:7 84:7

**oversees**  17:18
17:21,25 18:2
**overweighted**
22:17
**own**  35:2 62:11
102:6 112:15
**owned**  116:22
**oyinka**  7:6
**oyinkansola**
4:20

**p**

**p.a.**  4:5
**p.m.**  50:18
77:21 106:24
107:3 117:22
117:25 121:16
121:19 122:14
122:15
**page**  2:3 3:24
39:1,8 40:8,10
44:5,8 53:23
54:2,9,10,17,21
56:19,20 60:1
94:23,24 95:5
106:9,15,16
107:6,8 109:11
109:24 110:12
115:5 118:3
126:10,12,14
126:16,18,20
126:22 127:1,3
127:5,7,9,11,13
127:15,17,19
**pages**  38:20
59:24 126:9

**paid**  24:18 26:1
112:23 113:11
113:16
**paperwork**
116:8
**paragraph**
40:9,19 45:7
54:5,11,17,21
80:19,22,24
85:19 96:1,14
118:15
**part**  2:16 8:12
14:24 24:2
26:25 40:11,17
43:1,5 115:19
**participants**
28:13
**participate**
19:16
**particular**  29:2
29:4 37:5
**particularly**
94:7
**parties**  6:8 46:4
123:12 124:11
124:13 125:12
**party**  45:23
123:6,9 124:12
**passed**  48:2
**past**  13:12 78:1
81:4,7
**pay**  17:25
24:18
**paying**  26:20

**payment**  87:8
119:25
**payments**
25:16 71:13
119:22
**payout**  83:25
**pdf**  125:6,6
**peachtree**  1:16
4:13,23
**peers**  16:18
**pending**  8:18
14:6 83:10
120:18,19
**pension**  1:4,5
1:14 2:8,13,20
3:4,5,12,18
6:13 9:23
12:23 14:21
16:11 17:10
18:3 22:2
24:18,19,20
25:6,7 29:14
35:12 38:15
50:14 53:2,3
61:12 66:15
80:17 92:17
94:15 114:20
**pensions**  17:25
17:25 25:25
**people**  19:4
28:20 34:5
68:5
**people's**  15:14
**perceived**
40:14

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 151 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[percent - plans]**

Page 23

| | | | |
|---|---|---|---|
| **percent**  21:2,7 24:18,19,21 | **personally** 116:22 | 13:25 14:22 16:1,4,12 17:5 | 75:22 78:12 111:15 |
| **percentages** 113:13 | **personnel** 47:19,21 | 17:10,11 18:6 19:23 21:15 | **plans**  9:6 13:6 15:9 17:14,19 |
| **perform**  112:12 | **peruse**  43:9 | 22:18,19,22,25 23:8 24:10 | 18:3 23:2,3,18 24:5 29:8,8,14 |
| **performance** 26:15,19,22,24 | **phone**  39:25 103:9 | 25:15,24 26:8 27:17,20,24 | 30:1 32:6,9 33:20 34:22 |
| 32:11 42:12 43:25 44:22 | **phones**  6:6 | 33:1,3 34:25 35:10 37:20 | 35:4,12 36:16 36:18 37:19 |
| 47:16 48:22 59:18 | **pick**  6:5 8:8 37:20 | 38:15,24 39:5 47:18 48:5,10 | 38:3 39:13,21 42:3,7,11 |
| **performers** 26:11,12 32:24 | **pie**  113:4 | 48:14 49:22 50:14 52:14 | 43:18 44:17 47:3,11 53:10 |
| 32:24 34:2 | **piece**  45:12 113:4 | 53:3,3 54:5 55:1,2,7,15 | 58:17,21 59:1 62:11,15 63:2 |
| **performing** 26:14 30:14 | **place**  6:8 15:3 22:15 120:22 | 56:5 57:6,16 63:24 64:9 | 63:6,13,19 64:1,14 65:9 |
| 32:22 73:20 91:14 | **plaintiff**  2:6 3:6 7:1 9:22 53:4 | 67:12 68:20 71:6,7 80:18 | 66:10 67:15 68:18,23 71:19 |
| **period**  33:8 41:11,21 44:23 | 71:3,20 72:2,7 72:17,21 77:24 | 82:15 83:23 85:3,7,23 | 73:1,22 76:24 77:23 84:18,23 |
| 49:22 51:23 52:7,15 55:3,8 | 78:20 79:6 87:13,14,20 | 86:22,25 88:7 88:8,22 89:5 | 86:6,15,19 87:3,7,11,18 |
| 55:16 58:3,4 62:23 63:8 | 88:7,13,22,25 110:19 111:4 | 97:3 100:22 101:8 104:21 | 88:12,19 93:6 93:9 95:19,21 |
| 67:24 68:11 70:22,24 85:18 | 115:25 | 104:24 105:13 107:24 112:6 | 95:23 97:6 99:2,9 100:14 |
| **perjury**  117:1 | **plaintiff's**  92:9 | 119:23 | 101:3,10 102:5 102:19 103:22 |
| **person**  10:16 34:15,16 39:24 | **plaintiffs**  1:8 3:9 4:2 6:22,24 | **plan's**  20:16 26:6,25 28:8 | 104:25 105:23 106:4 107:7,11 |
| 72:13 89:15,18 89:21,24 90:23 | 9:13 79:25 80:18 84:14 | 28:10 30:18 32:6,13 33:4 | 107:16,21,22 108:20,24 |
| 92:20 102:23 103:1,4,13 | 86:7 **plan**  1:4,6,14 2:8,13,20 3:4,5 | 37:16 51:21 71:3 74:15 | 110:2,7,15,21 |
| **personal**  14:10 61:11 85:2 | 6:13 9:4,5,5,5,8 9:17,18,23 10:14,24 13:11 | | |

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 152 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light     June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[plans - proceed]**                                                                 Page 24

111:3,8 112:6
112:23 115:12
115:13,17,23
116:6,12,16
117:8,16
119:19,24,25
120:3
**play** 73:12
**please** 6:4,6,18
6:20 7:17 8:5
8:10,13 9:10
29:19 71:2
72:5 125:5,9
125:15 126:9,9
**pm** 2:21
**point** 21:6
35:17 55:24
61:11 99:21
**pol** 51:8
**police** 1:4,14
2:7,18,19 3:3
3:16 6:12 9:5
9:17,18,23
10:14,24 15:18
15:23,24 16:1
16:3,4,5,7,11
17:10,11,11,15
17:19 18:6,8
22:19,22,25
23:22 24:17,22
25:23 28:23
49:22 50:13,14
51:21 52:5,14
53:2 55:1,7
56:5 67:12

68:6,20 69:1
80:17 82:15,17
82:19 85:3,7
85:23 86:22,25
97:3 100:21
104:14 114:20
119:23
**policeman**
84:13
**political** 14:17
**portfolio** 23:15
27:10,16 29:22
29:25 37:3
47:14,15
**portion** 21:3
77:19 86:12
**position** 15:22
75:24
**possible** 31:19
62:3 73:6
88:18 100:3,3
**possibly** 14:8
21:24 29:15
31:12,15 40:2
43:13 65:3
70:12 88:14
91:9 100:4
113:7
**post** 63:3
**potential** 37:19
98:20 99:10
100:14 101:17
118:8 119:9
120:19

**preliminary**
93:21
**preparation**
11:6 13:16
**prepare** 13:3
53:8,9 80:8,9
80:10,11
**prepared** 10:19
**preparing**
19:14
**present** 5:1
77:18 89:11
94:25 96:13
114:22
**presentation**
39:25 99:18,20
100:1
**presentations**
13:10 17:1
39:21 43:14
72:20,22 89:14
90:2,5,11,21,22
90:24 97:21
103:12
**presented**
89:14
**presenters** 90:3
90:3
**press** 46:15
63:15 107:12
107:17
**pressure** 25:17
**pretty** 37:10
104:9,17

**prevent** 8:24
**previously** 59:3
61:14
**price** 30:25
40:16 42:6
70:5 73:17,20
**prices** 30:23
**print** 125:7
**prior** 76:22
91:10 103:23
105:23 106:4
107:13,18
109:19 115:17
115:23 116:10
118:2
**private** 6:5
**privilege** 111:2
**privileged** 12:9
68:15 90:14,17
91:24 94:6
98:3,23 101:4
101:11,18
108:5,5 111:5
**probably** 11:19
21:20 38:5,7
66:25 70:6
74:5 82:12
83:15,15 89:2
104:2
**probation**
26:13
**procedure**
126:6
**proceed** 111:4
111:21

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 153 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[proceeded - receive]**

Page 25

proceeded   82:9
proceeding
  117:1 123:5,11
  124:9
process   27:1
  35:15 50:1
  76:6 100:10,13
produced
  124:3,7
product   41:6
production
  124:3,7,8
  125:16
products   64:23
professional
  123:9
prohibited
  124:10
pronounces
  67:25
proprietary
  47:7
protect   71:9
provide   35:4
  72:19 94:1
  95:19 97:2
  108:25
provided   51:14
  115:16
provides   32:19
providing
  115:13 118:20
  119:18
public   22:2
  92:17 107:12

107:17 127:24
purchase   33:8
  33:14 57:16
  59:1,11 60:24
  69:2
purchased
  64:20
purchases
  50:15 52:1,13
  55:1,2,15 60:2
  60:3,12 61:6
  62:24 63:3,7
  75:21 76:18
purchasing
  33:17 60:16
purpose   19:9
pursuant   126:6
pursue   72:6
  111:16
put   24:23 25:5
  25:6 26:13
  28:16,18 50:24
  75:6 80:20,21
  83:3,9
putative   76:25
  87:9
putting   28:13
  28:15

**q**

qualities   42:2
quality   40:14
quarter   41:20
  41:20
question   7:25
  8:4,13,17,18

9:9 23:21
32:15 45:3
55:22 57:11
72:4 74:17
75:14 76:12
86:9 87:15,16
87:24 88:21
90:16,18 98:9
101:20 106:1
110:25 111:11
111:19 118:13
question's
  60:20
questions   8:21
  8:24 10:19,23
  20:13 35:19
  36:11 45:6
  94:6 98:23
  108:3 111:13
  121:11,21,22
  123:3 124:4
quick   49:4 75:5
  86:9 107:15
quickly   77:11
quite   103:11

**r**

r   4:18
ran   21:24
range   58:3
rates   40:13
  41:3,9
rather   10:6
reach   78:24
read   35:25 43:8
  63:10,15,17

69:24 86:11,12
87:17 95:7,14
104:17 105:17
105:17 115:8
122:1 125:5
126:2
reading   31:15
  33:10 68:2
  70:1 71:1
  104:1,4,11
  118:10
real   86:9
  107:15
really   36:3 59:6
  75:5 101:1
reason   8:20
reasonable
  57:15 58:25
  61:1
reasons   23:7
  79:15 126:8
rebalance   21:5
recall   12:12
  13:1 14:7
  36:14 39:24
  40:1,3 43:11
  43:22 48:9,14
  81:12,16,24
  82:4,18 85:9
  85:11,16,21
  90:5 95:3
  103:21 110:5
  113:21,22
receive   24:20
  39:21 46:3

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 154 of 165

30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[receive - reports]**                                              Page 26

82:15 83:23
86:20,24 88:8
88:20,23
**received** 43:14
82:19 87:7,11
87:18 109:25
**receives** 124:12
**receiving** 40:3
88:14 90:6
102:18
**recess** 49:8
75:8 77:17
106:25 117:23
121:17
**recognize**
38:22 43:3
53:6 80:3,6
94:17,21 115:3
**recollection**
11:23 55:14
81:2
**recommend**
19:22
**recommendat...**
95:8 96:2
109:14
**recommendat...**
20:9 82:8
**recommended**
96:4,21 109:12
**record** 6:2,9,19
7:18 37:11
48:6 49:7,9
51:5 75:7,10
77:9,16,20

79:24 80:21
87:17 94:13
106:21,23
107:2,5 114:18
117:21,24
121:13,15,18
122:2,4,8,13
123:4
**recorded** 6:11
**recording** 6:7
**recover** 73:22
**recovered**
73:25 74:17
**recovery** 75:25
**reduced** 26:21
123:4
**reeves** 4:10,12
6:25,25 7:1
77:18 91:17,19
91:21 92:3
93:2 105:2,24
106:5 107:1
113:25 114:6
115:11,12,16
115:19,24
116:7,12 118:8
118:15,20
119:8,11,17
120:1,4,12,15
**refer** 9:3 38:19
56:12,13 58:5
72:11 80:22
95:1
**referenced** 43:5
54:21 96:14

**referred** 34:21
**referring** 24:11
34:23 38:19
57:23 60:5
69:23 76:8
77:1 106:13
118:23 119:2
**reflect** 51:21
**reflecting**
75:21
**refresh** 11:23
55:14 81:2
**regard** 114:7
**regarding**
90:25 107:25
**regular** 8:17
**reinvest** 73:6
74:10,21
**related** 124:8
**relates** 10:13
**relationship**
17:9 64:14,17
64:18 76:14
108:18 115:23
120:9,11 123:7
124:10
**relative** 123:5
**releases** 46:15
63:15 107:12
107:17
**relevant** 49:22
**relook** 120:7
**remember**
12:24 38:9
40:2 41:13,13

41:14,17,18,24
72:14 78:3,10
81:20 82:11,20
83:1,8,21,22
84:9 85:14
89:18 105:21
110:11 115:21
121:4
**remind** 12:4
68:13
**rep** 87:12,19
**repeat** 8:5,6
22:21 27:22
35:3 55:22
65:15 77:5
106:2 107:15
112:1
**rephrase** 32:14
55:23 90:19
106:1 111:11
**report** 2:20,23
17:6 30:10,13
32:19,25 36:21
51:14 68:2
69:24 76:20
97:16,22,22,23
99:25
**reported** 70:13
**reporter** 6:16
6:20 8:8 124:5
124:6
**reporting**
50:16
**reports** 26:10
27:3,12,13,15

Case 9:22-cv-80418-DMM  Document 100-15  Entered on FLSD Docket 06/15/2023  Page 155 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[reports - rule]**                                                        Page 27

31:14 33:10
41:18 63:10
67:21 93:11,22
97:9 100:2
120:25 124:12
**represent**  6:17
28:20 62:5
77:4 93:7
104:21 107:22
108:16 110:1
115:25
**representation**
116:13
**representative**
13:25 18:7
73:2 77:25
79:6 84:11
86:16 87:4
88:8,16
**representing**
93:4 112:23
115:11
**represents**  18:7
89:5 124:2,5
**request**  124:9
124:13
**requested**
86:12
**research**  20:6
36:1 45:24
47:7 99:24
108:20,24
109:16
**researching**
104:4

**reserved**
122:16 125:5
**reside**  13:19
**resolved**  83:11
**respect**  24:7,9
36:6 62:6
**responses**
109:25
**responsibilities**
20:15 21:9
22:19,23,24
26:2 27:19,24
61:15 84:16
86:3,4
**responsibility**
28:1 29:5
61:24 85:2
86:1
**responsible**
32:6 33:4,13
33:17 48:11,15
85:23
**rest**  20:13
**restate**  58:23
59:3
**restatement**
58:15,19 59:20
60:13
**restrictions**
21:16,18
**retired**  15:25
28:16
**retirees**  25:15
71:9

**retract**  87:16
**return**  21:7
**returned**
125:10,13
**returns**  21:10
23:14 24:17
34:7 37:4,6
71:12
**reveal**  112:18
**revealed**  70:16
70:23 99:7
**revenues**  41:10
41:20
**reverses**  37:1
**review**  11:6,22
12:2,3 44:7
51:19 66:10,19
67:5,12 70:8
81:15 104:19
104:25 105:3
105:13,13
107:11,16
125:5
**reviewed**  55:13
105:4
**reviewing**
53:19 81:1
83:7 103:25
**revisit**  120:9
**richard**  1:14
7:10,19 125:2
**rick**  6:11 95:1
114:22
**right**  6:1 7:22
10:14,24 18:11

22:16 24:12
25:1,2,17,24
28:12 32:12
33:2 37:21
38:18 40:21,23
47:20,22 49:6
50:16 51:6
54:9,10 55:6
56:9,10,10,18
57:4 58:8,9,10
74:24 81:23
83:4 88:1,5,21
89:10 95:12
109:22 119:3
120:19 122:2
125:5
**risk**  20:22
23:14 25:7,8
29:10,11,12
34:7 44:24
**robbins**  78:18
78:19 82:9
**role**  16:4,11
61:20 62:6
71:3 87:4,8
91:19 92:11
119:12 120:12
**roles**  88:9,19
**room**  37:22
**roswell**  125:19
**roughly**  17:17
**rpr**  1:18 123:16
**rule**  1:13 9:13
126:6

30(b)(6) City of Atlanta Police Pention Plan- Rick Light       June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[rules - side]**                                                Page 28

| | | | |
|---|---|---|---|
| **rules** 126:6 | 95:10 106:22 | 51:10 52:18 | 119:18 124:12 |
| **run** 48:5 | 115:8 | 54:22 65:2 | **serving** 78:20 |
| **running** 47:18 | **secondly** 122:6 | 76:19 114:25 | 87:8,12,19 |
| **s** | **section** 44:11 | **select** 33:20 | 88:9,13 110:19 |
| **salary** 24:19,22 | 60:2 95:6 | 96:15,19,24 | **session** 11:18 |
| **sale** 67:22,23 | 115:6,6,8 | **selected** 109:5 | **set** 18:20 40:10 |
| 69:12,13 70:4 | 118:4,7,7 | 110:1,4 | **settled** 56:22 |
| **sales** 40:13 | **sector** 33:23 | **sell** 35:1,6,9 | 60:8 78:13,14 |
| 41:2,5 50:15 | 37:6,13 44:2 | 56:22 57:7 | 113:2 |
| 55:7,10,15 | **securities** 15:11 | **selling** 41:7,8 | **settlement** |
| 56:9,10 60:2 | 24:9,13 59:12 | **send** 119:6 | 82:23 |
| 69:12 | 60:18 61:1 | 125:11,15 | **several** 14:19 |
| **sanctioned** | 72:21 85:3,24 | **sense** 98:6 | 16:8,24 17:12 |
| 117:3,6 | 87:4 88:6 95:8 | **sensitive** 6:5 | 34:11 55:7 |
| **save** 23:7 | 96:2 104:23 | **sent** 104:2 | 69:24 78:2 |
| **saw** 50:22 | 118:16 119:9 | **sentence** 96:1 | 89:13 93:8,9 |
| **sawicki** 4:19 | **security** 13:22 | **separate** 17:20 | 93:25 103:25 |
| 7:4,4 9:25 49:1 | 73:15 78:1 | 29:21 120:11 | **share** 23:18 |
| 50:7 102:3 | 95:20 109:1,6 | **september** 39:3 | 84:16 |
| 122:9 | 120:3 | 39:18 43:2 | **shareholders** |
| **saying** 50:3 | **see** 26:10,16,21 | **seriatim** 10:2 | 77:3,6 |
| 61:18,20 | 27:6 30:25 | **serious** 24:21 | **shares** 52:10 |
| **says** 40:10 43:1 | 35:20 37:9 | **serve** 71:20 | 57:1,2 59:1,11 |
| 50:17 51:6 | 40:23 52:5 | 72:16,20 77:24 | 64:20 67:23,23 |
| 94:25 96:3 | 53:14 56:24 | 86:7,16 88:19 | 69:13 70:3,4 |
| 114:22 119:3 | 57:2,3,5 76:22 | 123:11 | 116:22 |
| **schedule** 54:6 | 78:9 93:16,19 | **served** 88:7 | **sharing** 114:8 |
| 54:20 | 97:17 110:12 | **service** 15:6 | **short** 49:12 |
| **science** 14:17 | **seeing** 43:11 | 16:19 111:23 | 77:10 |
| **screen** 90:4 | 74:6 | 118:20 | **show** 52:20 |
| **seal** 125:11 | **seek** 72:2 | **services** 94:1 | **shows** 55:6 |
| **sec** 44:6 46:7 | **seeking** 77:4 | 95:18 96:11 | **shrugs** 8:9 |
| 46:11 69:14 | **seen** 10:10 | 97:2 109:1 | **side** 17:16 |
| **second** 40:9,19 | 31:13 41:12 | 110:9 115:13 | 50:24 80:22 |
| 55:4 65:4 | 43:7,13 50:19 | 115:17 116:13 | |

30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[sign - stock]**                                                              Page 29

| | | | |
|---|---|---|---|
| **sign** 39:19 67:4 96:5 122:1 125:5 | 96:22 97:24,25 98:16 | 101:16,21 103:13 106:18 | **standard** 6:3 |
| **signature** 122:1 122:16 123:16 125:2,14 127:21 | **smaller** 119:1 | **speaker** 92:14 | **stands** 22:1 |
| | **sold** 56:5 70:4 | **speakers** 92:21 | **started** 47:15 89:22,23,24 |
| | **solely** 123:10 | **speaking** 28:8 | **state** 7:17 22:10 123:1 |
| | **solid** 31:20 34:8 | **specialist** 1:18 5:2 | **stated** 121:5 123:3 |
| **signed** 12:23 39:2,8 53:13 96:10 110:7 125:8,10,13 | **solutions** 124:1 | **specialization** 98:9 | **statement** 126:8 |
| | **somebody** 48:2 88:24 | **specializations** 98:6 | **states** 1:1 54:6 |
| **similarly** 1:7 | **somewhat** 71:5 | **specialize** 98:12 | **status** 72:3,7 |
| **sims** 53:13 67:1 80:12 | **soon** 110:6,10 | **specific** 33:5 38:19 124:11 | **stay** 75:6 |
| **sir** 53:23 60:5 118:10 | **sorry** 15:16 19:23 22:20 24:8 40:25 53:12 54:1,12 54:23 75:4 80:21,23 84:20 85:20 94:24 95:17 96:25 97:5 108:14 | **specifically** 40:10,22 89:9 | **stenographer** 50:9 86:12 |
| | | **specify** 9:9 | **steps** 53:10 |
| **sit** 24:4 66:16 74:2 | | **spelling** 50:8 | **stevenson** 1:18 5:2 6:15 |
| | | **spend** 19:14 | |
| **sitting** 25:2 75:20 80:2 103:24 110:2 | | **spent** 103:22 103:23,25 104:7 | **stipulation** 10:1 |
| | | | **stock** 30:14,23 33:8,14,17 35:2,6,9 46:8 46:12,16 49:18 51:22 52:14 55:2,8,15 56:6 56:22 57:7,16 59:2,8,12 60:13,17,25 62:12 63:8 64:13 67:23,24 69:3 70:2,5 73:17,19 75:17 75:21 91:14 116:23 |
| **situated** 1:7 | **sort** 65:5 | **spoke** 103:8,10 103:10,11,14 | |
| **situations** 93:10 | **sought** 77:24 | **spoken** 64:5 76:25 103:18 | |
| | **sound** 58:8 | | |
| **six** 12:2,15 25:1 106:10 | **sounds** 58:9 122:12 | **spot** 48:19 | |
| | **southern** 1:1 | **spread** 29:24 | |
| **slice** 60:9 | **space** 20:21 21:19 35:16 37:23 52:2 | **spreadsheet** 37:9 | |
| **slow** 100:13 | | | |
| **slower** 104:17 | | **springtime** 38:8 | |
| **small** 29:21,23 31:17,22 37:17 37:18,24 43:19 43:24 45:9,21 45:25 48:11,16 49:15,21 62:8 | **spaces** 19:12 20:25 22:16,17 23:12 | | |
| | | **stable** 25:16 | |
| | **speak** 13:6 62:18 81:22 | | |

800.808.4958                                                              770.343.9696

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 158 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light            June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[stocks - termination]**                                                    Page 30

| | | | |
|---|---|---|---|
| **stocks** 26:25 27:10,24 29:2 29:4 33:1 | **subcommittees** 18:15 | **supposed** 24:17 25:10,11 26:5 71:11 | **taken** 6:11 25:20 51:20 73:13 123:3 |
| **stop** 44:11,14 | **subcontractor** 123:10 | **sure** 10:8 21:4 21:5,16 22:9 | **takes** 104:18 |
| **stories** 36:8 | **subject** 90:10 102:3 | 22:14 24:15,16 25:9,11,14 | **talk** 8:1 12:7 21:21,25 23:13 |
| **strategies** 14:20 22:11 23:13 24:1 31:17 84:23 97:7 | **submitted** 124:4,6 | 28:12,19 32:16 35:11 49:5 51:24 53:14 | 33:23 45:2,4 52:9 62:22 65:5 72:23 74:4 97:11 |
| | **subscribed** 127:22 | 56:4 58:2 62:13 63:14 | 108:10 112:16 118:24 |
| **strategy** 28:4,9 28:10 29:16,20 29:21 31:22 34:20 35:11,14 35:20,23 36:15 40:5,18 43:19 43:23 44:12,18 44:19 57:21 | **subsection** 95:7 | 68:9 71:6,14 72:1 76:3 84:4 86:10 90:7,8 90:19 97:11 98:11,15,17 105:17,19,20 116:11,18 121:1,14 | **talked** 32:3 43:25 44:21,22 44:22 69:6 71:4 91:24 92:22 102:1 107:24 |
| | **subsequent** 60:10 69:2 | | |
| | **substance** 12:8 68:14 97:12 98:24 99:6 100:21 101:20 101:24,25 102:2 111:14 112:18 126:7 | | **talking** 22:25 65:7 74:17 77:1 101:14,20 118:25 |
| **street** 1:16 4:13 4:23 | | **swear** 6:20 | |
| **strike** 29:3 41:25 59:25 61:18 84:12,21 | **substantive** 111:14 | **switch** 65:4 | **tapes** 75:5 |
| | **sue** 65:9 | **sworn** 7:11,21 127:22 | **teleconference** 3:14,20 |
| **strong** 79:8 | **suffered** 85:3,7 | | |
| **struggle** 25:22 25:25 | **suit** 60:17 110:19 112:6 | **t** | **tell** 7:21 12:19 119:20 |
| | | **table** 74:3 | |
| **stuff** 26:11 83:8 113:14 | **suite** 4:14 125:18 | **take** 6:8 24:21 36:2,12 43:10 44:4,7 49:4,4 51:18 54:13 74:9 77:15 79:5 85:2 93:12 95:7 104:12 115:7 117:18 121:12 | **ten** 49:4 |
| **subcommittee** 18:19,22,23 19:1,6,17,18 20:8 34:12 96:4,14,21,23 109:4,8,13,14 | **summer** 7:8 | | **terminate** 47:22 71:12 |
| | **summertime** 38:8 | | **terminated** 48:10,15 |
| | **support** 3:2,9 53:1 79:25 80:18 | | **termination** 48:21 |

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 159 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light        June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[terms - total]**                                                                          Page 31

**terms** 31:5
  35:13 37:15
  123:10
**terrible** 89:12
  89:17
**testified** 7:11
  32:18 35:10
  55:24 61:14
  75:16 84:22
  85:1 117:4
**testify** 10:17
  52:9
**testifying** 11:2
**testimony**
  70:10 109:3
  126:2,7
**thank** 50:9 54:3
  121:7,23
  122:14
**thanks** 77:8
**theodore** 4:19
**theory** 81:13
**thing** 88:16
**things** 10:8
  12:8 17:12
  20:20 21:19,25
  28:12,17,24
  35:22 36:13
  47:16,17 48:7
  52:11 67:21
  69:25 71:13,15
  71:16,17 79:11
  83:21 89:19
  97:9 98:14
  100:5,7,9

104:4 121:25
**think** 10:7 12:2
  12:24 21:22
  28:11 29:1
  32:17,18 34:16
  35:8,8,15,17
  36:3,7,20
  37:18,18,19,21
  38:4,7 44:21
  45:1 48:18,22
  49:3 50:5
  52:20 57:25
  59:16,17 61:23
  66:25 67:1
  68:1,20,21,24
  69:21,25 70:5
  71:4 73:25
  74:1,2,5,9,14
  74:20,23 75:23
  77:11 78:5,13
  79:7,9,13,14
  80:20 83:15
  84:2 87:10,14
  89:22,23,24
  98:1 101:4
  103:10 104:8
  110:10,12
  115:22 116:2
**thinking** 23:9
  32:3
**third** 45:23
  46:4
**thought** 32:10
  59:12 76:6

**three** 17:14,18
  18:3 23:2,3,4
  81:4,7 82:12
  82:13 86:8,17
  90:8 93:9
  104:20 110:2
  112:22 113:11
  119:24
**thrown** 71:23
**time** 6:3,7
  17:15 19:14
  23:5,5 30:21
  31:20 36:2,8
  36:13 39:4,24
  43:10 44:24
  45:2,6 48:9,14
  49:3 52:7 59:7
  61:11 63:8
  67:1,4,22
  68:11 70:24
  72:10 85:11
  102:25 103:8
  103:11,14,23
  104:12 105:21
  118:11 121:8
  121:24 124:11
  125:13
**timeframe** 58:1
  68:2 70:20,25
  83:1
**timelines** 40:15
**times** 4:11
  11:16 35:21
  77:23 90:1
  93:21 99:22

103:18
**title** 50:13
**titled** 44:12
  54:25
**titles** 13:1
**tod** 4:19 7:4
**today** 6:16 8:21
  9:14 10:5,14
  10:20 11:2,7
  13:4,7 23:16
  24:25 61:13
  62:4 64:14
  73:17,21 75:20
  75:24 80:2
  89:11 91:4,5
  100:11 102:22
  103:3,24 110:2
  121:8
**today's** 24:11
**together** 51:20
  82:18 120:16
**told** 41:19
**took** 28:22,24
  49:12 53:11
**top** 14:17 26:11
  32:24 34:2
  47:24 48:2,3
  50:16 51:6
  104:18
**topic** 90:25
**topics** 10:17,20
  90:24
**torchio** 116:20
**total** 68:23

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 160 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[touched - veritext]**

| | | | |
|---|---|---|---|
| **touched** 28:11 | 74:24 75:18 | **u** | **unrelated** |
| **tough** 25:25 | **trustee** 14:25 | | 111:8 115:14 |
| 26:1 | 20:2,3 24:14 | **uh** 8:19 30:19 | **unusual** 30:25 |
| **tougher** 72:14 | 26:3 36:3 | 31:23 32:20,23 | **update** 17:4 |
| 104:13 | 47:13 71:5 | 34:24 45:11,14 | **updated** 2:21 |
| **towards** 56:20 | 82:7 84:5,8 | 56:1 61:17 | 50:17 68:12 |
| **track** 37:11 | 86:4 96:20 | 75:19 78:4 | 100:8 |
| 48:6 | 109:15,18 | 95:11 | **updates** 13:10 |
| **trade** 60:7,8 | **trustees** 22:2 | **ultimately** 22:5 | 13:12,14 17:5 |
| **trades** 93:17 | 26:18 28:25 | 34:18 | 19:11 68:14 |
| **trading** 56:13 | 34:4 35:17 | **under** 7:20 | 70:9 97:19 |
| 69:6 | 36:9 92:18 | 45:7 51:7 | **upper** 42:6 |
| **training** 15:10 | 109:12 | 59:17 60:2 | 74:24 75:18 |
| **transaction** | **truth** 7:21 | 77:25,25 95:5 | **upward** 40:15 |
| 56:21,22 | 55:19 70:15,23 | 96:1 114:21 | **use** 10:5 126:9 |
| **transactions** | **truthfully** 8:21 | 115:6 118:4 | **used** 17:14 47:8 |
| 51:22 56:25 | 8:25 | 123:4 124:10 | 64:23 |
| 62:23 64:13 | **try** 8:13,16 | **underneath** | **usfm** 51:8 |
| **transcribed** | 10:3 36:10 | 50:15 | **using** 10:5 |
| 18:13 | **trying** 58:10 | **undersigned** | **v** |
| **transcript** | 66:25 98:6 | 126:2 | |
| 122:7,11 123:3 | **turn** 38:16 39:1 | **understand** | **v** 7:19 |
| 123:4 124:3,4 | 54:9,10,20 | 7:20 8:6,12 | **vague** 87:21 |
| 125:6,11,13 | 56:19 94:23 | 9:12 22:18 | **valerie** 1:18 |
| 126:2 | **turning** 95:5 | 40:17 44:24 | 6:17 50:7 |
| **transcripts** | **two** 11:16,19 | 58:2 88:21 | 123:16 |
| 107:13,18 | 11:21 12:24 | 104:14,15 | **valuation** 31:3 |
| **transfer** 50:2 | 13:2 38:6 | **understanding** | **value** 21:13 |
| **true** 38:23 43:4 | 48:22 55:2 | 8:24 10:22 | 29:25 36:23,24 |
| 50:21 51:13 | 56:25 76:12 | **unexpected** | 36:24 59:7 |
| 80:5 94:20 | 77:12,13 81:8 | 49:2 | **various** 10:3 |
| 115:2 123:4 | 89:10 90:8 | **unions** 26:4 | 49:13 |
| 124:3,6 | 121:25 | **unit** 6:10 75:9 | **verify** 53:11 |
| **trust** 2:24 | **typewriting** | **united** 1:1 | 120:8 |
| 51:15 52:6,6 | 123:4 | **unpack** 28:6 | **veritext** 6:17 |
| | | 94:2 | 124:1,2,5,10 |

Case 9:22-cv-80418-DMM Document 100-15 Entered on FLSD Docket 06/15/2023 Page 161 of 165
30(b)(6) City of Atlanta Police Pention Plan- Rick Light    June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[veritext - years]**                                    Page 33

125:9,16
**veritext.com**
125:21
**veritext.com.**
124:9
**version** 10:6
50:22
**versions** 65:13
65:16
**versus** 6:13
**video** 1:13,18
5:2 6:7,11
122:8
**videographer**
6:1,16 49:6,9
75:4,9 77:15
77:20 106:23
107:2 117:21
117:24 121:15
121:18,25
122:3,6
**videorecorded**
122:13
**violated** 104:23
**virtually** 90:22
**voice** 20:14
**voiced** 75:1
**voted** 20:19
**vs** 1:9

**w**

**wait** 7:24 36:12
**waiting** 95:17
**waive** 122:1
**want** 9:16 12:4
19:13 20:4

21:20 22:3
23:11,12 24:15
24:16 33:23
34:5 36:4 38:5
38:7 42:21
44:4 60:9 65:4
68:13 73:13
74:6,9,21
75:13 81:21
84:2 94:2 98:8
99:1,18,18,19
100:5 105:7
106:9 108:9
116:3 118:2
121:7 122:1,4
122:9
**wanted** 70:4
96:22
**watch** 22:13
**watches** 27:12
**way** 54:9 74:6
88:3 92:13
101:19
**we've** 23:6,6
25:20 29:23
37:23 64:13
71:4,23 72:24
89:4 91:24
**webex** 3:14,20
**wednesday**
11:19
**week** 11:16
103:11,12,14
103:19

**weeks** 11:3
25:1
**went** 68:12
69:25 70:3
72:14 82:10,13
82:25 96:18
107:5
**west** 1:16 4:23
**whatsoever**
49:16
**whichever**
100:22
**whispering** 6:5
**wide** 30:25
**win** 73:10,10
112:25
**window** 29:13
30:16
**witness** 1:14
6:20 9:13
12:10 40:23
44:15 49:2
54:3,15,18
56:12,15 68:16
97:14 112:2,20
121:9 124:6
**witnesses** 10:3
**won** 87:25
**word** 66:2
**work** 51:24
79:8,14 82:22
105:8
**work's** 79:12
**worked** 110:16

**working** 25:4
92:25 120:8,16
120:17,20
**works** 34:17,17
99:15 100:12
119:13,15
120:6,14,15
**wrap** 77:11
**write** 80:11
**wrong** 68:24
69:5,7 80:20
81:22
**wrongdoing**
81:18,25
**wrongdoings**
93:20

**y**

**y** 4:20
**yeah** 15:8
21:15 26:9
28:5 40:23
43:10,16 48:25
49:2 65:10
77:14 82:13,17
85:20 88:11
91:15,25 97:16
100:2,11,25
108:9 122:10
**year** 13:13
25:21 26:15
29:13 30:16
36:22 38:5
82:11 89:23
**years** 14:4,21
15:21 17:13,17

Case 9:22-cv-80418-DMM   Document 100-15   Entered on FLSD Docket 06/15/2023   Page 162 of 165

30(b)(6) City of  Atlanta Police Pention Plan- Rick  Light          June 5, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[years - zoom]**                                        Page 34

24:20 25:6
29:23 37:11,24
38:6 78:1 81:4
81:8 82:12,13
83:13,14,16
**yep**   10:7 78:7
78:18 112:2
113:17 117:20
**york**   4:7,7 14:9
82:11

**z**

**zeroes**   106:10
**zoom**   11:16
34:15 39:25
89:14

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
              VERITEXT LEGAL SOLUTIONS
      COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.