# Exhibit 15

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80418-MIDDLEBROOKS/MATTHEWMAN

CITY OF ATLANTA POLICE          )   Class Action
OFFICERS' PENSION PLAN and       )
CITY OF ATLANTA                  )
FIREFIGHTERS' PENSION PLAN,      )
Individually and On Behalf       )
of All Others Similarly          )
Situated,                        )
                                 )
                Plaintiffs,      )
                                 )
        v.                       )
                                 )
CELSIUS HOLDINGS, INC., JOHN     )
FIELDLY, and EDWIN               )
NEGRON-CARBALLO,                 )
                                 )
                Defendants.      )
_____)


30(b)(6) DEPOSITION OF LEAD PLAINTIFF CITY OF ATLANTA
                FIREFIGHTERS' PENSION PLAN
                DEREK BRENT HULLENDER
                    June 7, 2023
                     10:04 a.m.
              1201 West Peachtree Street
                  Atlanta, Georgia




            Reported by:  Marcella Daughtry, RPR, RMR
                          CA CSR 14315
                          GA No. 6595-1471-3597-5424

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 3 of 90
30(b)(6) Derek Brent Hullender                                           June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 2

                              I N D E X

WITNESS                                                        PAGE
DEREK BRENT HULLENDER
     Examination by Mr. Outlaw                                  6




                        INDEX TO EXHIBITS
No.                      Description                            Page
Exhibit 10      Notice of Deposition                            8
Exhibit 11      City of Atlanta Firefighters'                   26
                Pension Plan Drie Purchases and
                Sales
                AF-00001719 to 1723

Exhibit 12      Company Exposure and Activity                   26
                AF-00001724 to 1729
                (Confidential)

Exhibit 13      City of Atlanta Defined Benefit                 34
                Pension Investment Board Meeting
                dated March 31, 2022
                AF-00001109 to 1117
Exhibit 14      Declaration of Daniel L. Berger                 43
Exhibit 15      Letter to Mr. Sims from Jay                     54
                Eisenhofer dated 4/22/22
                AF-00001716 to 1718
                (Confidential)



         PREVIOUSLY MARKED AND REFERENCED EXHIBITS


                        Exhibit 3

Page 3

          30(B)(6) DEPOSITION OF LEAD PLAINTIFF CITY OF

ATLANTA FIREFIGHTERS' PENSION PLAN (DEREK BRENT

HULLENDER) was taken on June 7, 2023 at the offices of

Alston & Bird LLP, 1201 West Peachtree Street, Atlanta,

Georgia, commencing at the hour of 10:04 a.m. before

Marcella Daughtry, a Registered Professional Reporter and

Registered Merit Reporter, in and for the State of

Georgia and State of California.


APPEARANCES:


     For the Plaintiffs:

          GRANT & EISENHOFER, P.A.

          MS. CAITLIN MOYNA

          MS. MICA COCCO

          485 Lexington Avenue, 29th Floor

          New York, New York 10017

          cmoyna@gelaw.com

          mcocco@gelaw.com

          And

          THE REEVES LAW FIRM, LLC

          MR. JEFFREY REEVES

          1100 Peachtree Street, Suite 250

          Atlanta, Georgia 30309

          jeff@reeveslawfirmpc.com

Page 4

For the Defendants:

ALSTON & BIRD LLP

MR. THEODORE J. SAWICKI

MR. JASON R. OUTLAW (pro hac vice)

1201 West Peachtree Street, Suite 4900

Atlanta, Georgia 30309

404.881.7000

tod.sawicki@alston.com

jason.outlaw@alston.com


Also Present:

Duke Stephenson, videographer

Kendra Hansey

Page 5

THE VIDEOGRAPHER:  Good morning, everybody.  We are going on the record at 10:04 a.m. Eastern Standard Time on Wednesday, June 7th, 2023.  Please note that the microphones are sensitive and may pick up private conversations.  Please mute your phones at this time.  Audio and video recording will continue to take place unless all parties agree to go off the record.

This begins Media Unit No. 1 of the video-recorded deposition of Derek Brent Hullender, taken in the matter of City of Atlanta Police Officers' Pension Plan versus Celsius Holdings, Inc.  The location of this deposition is Alston & Bird LLP in Atlanta, Georgia.  My name is Duke Stephenson.  I am the videographer, and our court reporter is Marcie Daughtry.  We both represent Veritext.

Will counsel please introduce their appearances for the record, after which, will the court reporter please swear in the witness.

MS. MOYNA:  I'm Caitlin Moyna from Grant & Eisenhofer for the plaintiffs.

MS. COCCO:  Mica Cocco from Grant & Eisenhofer for the plaintiffs.

MR. REEVES:  Jeffrey Reeves from The Reeves Law Firm for the plaintiffs.

MR. OUTLAW:  Jason Outlaw from Alston & Bird

Page 6

for the defendants.

MR. SAWICKI:  Tod Sawicki, Alston & Bird, for the defendants.

MS. HANSEY:  Kendra Hansey, summer associate, for the -- for the defendants.


DEREK BRENT HULLENDER,

called as a witness herein, having been first duly sworn by the shorthand reporter to speak the truth and nothing but the truth, was examined and testified as follows:


EXAMINATION

BY MR. OUTLAW:

Q   Good morning.  Could you please state your name for the record.

A   Derek Brent Hullender.

Q   And, Mr. Hullender, you understand you are under oath here today and you've sworn to tell the truth, right?

A   Yes.

Q   And I ask that you let me finish the question before you answer it so we are not talking over each other so she can get everything down.  Okay?

If you cannot hear a question, please ask me to repeat it.  If you don't understand a question, ask me to

Page 7

clarify it and I will try to.

Because we're transcribing the deposition today, please don't give shrugs or head nods.  Give verbal answers so she can pick it up.

A    Okay.

Q    And I will try to take breaks at regular intervals, but if you need a break at any time, let me know and I will try to oblige.  I just ask that you finish any question that's pending before taking a break.

A    Okay.

Q    Is there any reason why you cannot answer questions honestly today?

A    No.

Q    Are you on any medications that may prevent you from answering my questions today?

A    No.

Q    Would it be okay if I refer to the City of Atlanta Firefighters' Pension Plan and the City of Atlanta Police Officers' Pension Plan as "firefighters' plan," the "police plan" or "the plans" to make things easier?

A    Sure.

Q    And if you need to specify which plan when answering a question to clarify, please do so.

A    Okay.

Page 8

Q   And do you understand that you have been designated as a Rule 30(b)(6) witness representative for the police and firefighters' plan today?

A   Yes.

(Deposition Exhibit 10 was marked for identification.)

Q   BY MR. OUTLAW:  Mr. Hullender, I have just introduced into the record as Exhibit No. 10 the Notice of Federal Rules of Civil Procedure 30(b)(6) Deposition of Lead Plaintiff City of Atlanta Firefighters' Pension Plan.

Have you seen this document before?

A   I have.

Q   This document relates to the deposition of the firefighters' plan, right?

A   I need to look at it for a moment.

Q   The deposition you are sitting here for today?

A   Yes.

Q   Okay.  And are you the person most knowledgeable to testify as to the topics in Schedule A?

A   Yes.

Q   Are you prepared to answer questions as to those topics?

A   Yes.

Q   And is it your understanding that when you

Page 9

answer my questions, you are answering on behalf of the firefighters' plan?

A    Yes.

Q    Okay.  Mr. Hullender, when did you learn that you would be testifying on behalf of the plan today?

A    Actually for today, it was approximately two weeks ago.  I had some scheduling conflicts for the dates that were originally proposed.  I was out of town.

Q    Okay.  And did you meet with anyone or review any documents to prepare for today's deposition?

A    I met with my counsel and looked at all of the filings.

Q    Which counsel, sir?

A    Both Grant & Eisenhofer and Mr. Reeves.

Q    Okay.  And how long did you meet with them?

A    It was multiple meetings; probably three, four hours at least.

Q    When was the first meeting?

A    In May.

Q    Mid May, late May, early May?

A    Late May.

Q    Late May.  And the second meeting?

A    I believe it was late May.  It may have been early June.  The dates run together.  I would have to reference my calendar.

Q   Okay.  And approximately how long were each of these meetings?

A   At least an hour.

Q   Okay.  Did you review any documents that refreshed your recollection of the case at any of these meetings?

A   Yes.  We reviewed the filings.

Q   Okay.  At each of the three meetings?

A   I believe so.

Q   Okay.  And when you say "filings," you mean the filings filed with the court?

A   Yes, all of the documentation.

Q   Okay.  Did you review any documents that have not been produced in this case?

A   No.

Q   Other than meeting with counsel, did you talk with anyone else in preparation for your deposition today?

A   No.

Q   Where do you reside?

A   370 Johnson Ferry Road, Marietta, Georgia.

Q   Okay.  And have you ever been deposed before?

A   I have not.

Q   What is your educational background?

A   High school, some college, extensive fire

Page 11

service training.

Q   Do you have any formal training in the field of securities or investing?

A   Only as a trustee.  I'm a certified public pension trustee by the Georgia Association of Public Pension Trustees.

Q   How does one become a certified pension trustee?

A   It's a multi -- I won't say year course.  It's held annually at the GAPPT Trustee School.  You do Part 1 the first year, Part 2 the second year.  You test out of both parts, and then you maintain continuing education hours each year.

Q   Okay.  Have you ever held a job where you invested other people's money?

A   I have not.

Q   Okay.  And where are you currently employed?

A   The City of Atlanta Fire Department.

Q   And how long have you been employed there?

A   24 and a half years.

Q   And what is your current position?

A   Battalion chief.

Q   Who do you report to?

A   Dwayne Johnson, Assistant Chief.

Q   And what is your role at the firefighters'

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 13 of 90
30(b)(6) Derek Brent Hullender                                June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 12

plan?

    A   The firefighters' plan?  I am the firefighters representative trustee for active and retired employees on the City of Atlanta Defined Benefit Pension Investment Board that oversees all three plans, and I am the chair of the Firefighters' Pension Administration Committee.

    Q   And how long have you served as chair of the Administrative Committee?

    A   Since its inception in 2018.

    Q   Okay.  And what are your responsibilities as chair of the Admin Committee?

    A   Run the -- oversee the committee that oversees day-to-day operations of the fund, everything except investments.

    Q   Okay.  And does the Administrative Committee have subcommittees?

    A   The Administrative Committee does not.

    Q   Okay.  Does the Administrative Committee have any investment responsibilities as to the plan's funds?

    A   It does not.

    Q   What's the relationship between the plan and the City of Atlanta Defined Benefit Pension Investment Board?

    A   The firefighters' plan?

    Q   Yes, sir.

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 14 of 90
30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 13

A    So there was pension reform -- not reform. There was a change of pension legislation in, I believe, December 2017, where the firefighter, which previously had its own board that oversaw everything, police was separate, general is separate.  This was combined into one investment board.  And at that point, that was when the administration committees were established.

Q    Prior to this change, did each of the committees for the plans, were they responsible for their own investments?

A    Yes.  It was not -- it was actually at that point titled a board.

Q    A board.

A    It was the City of Atlanta Firefighters' Pension Board.

Q    And you sit on the investment board today, correct?

A    That is correct.

Q    And are there committees of the investment board?

A    There are ad hoc subcommittees as needed.

Q    Okay.  And are there formal ad hoc committee meetings?

A    Occasionally.  I would say formal -- there's never a quorum, so it doesn't really fall into an

Page 14

official meeting, and it's typically two or three, four people.

Q   Are there minutes at those meetings, the ad hoc committee meetings?

A   When it's just a working group, no.

Q   Okay.  Are there any --

A   And let me rephrase.  Probably these are not official committees; they are working groups.

Q   Okay.

A   The terminology was not correct.

Q   Understood.

What investment responsibility does the investment board have?

A   The investment board selects primarily our investment consultant, and our investment consultant directs all of our investments.  The investment board approves, but it is all done at the direction of our investment consultant.

Q   Okay.  And is it fair to use the term "investment manager" interchangeably with "investment consultant"?

A   No.

Q   No.  Okay.

A   I would consider investment manager an individual money manager.

30(b)(6) Derek Brent Hullender                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 15

Q    Okay.  What does the investment consultant do differently from a money manager?

A    The investment consultant does not manage any money directly.  I'm pretty sure you are aware of Marquette and -- and what they do.  They are a consultant, and a consultant and a manager in this space is two different things.  They do not manage money.

Q    Who -- does anyone manage the fund's money?

A    We manage our fund's money by making the selections based on the recommendations of our investment consultant, but, you know, I guess we're into semantics of it here.  But the -- the managing of individual money or whatever, that's the money manager.

Q    What are the investment board's duties with respect to securities litigation in which the plan is involved?

A    Well, we all have a fiduciary responsibility to the fund, to the participants, and the money.  And from time to time we will pursue securities litigation cases to try to recover funds for our plan participants.

Q    Okay.  Are you an officer, director, or employee for any entity other than the firefighters' plan or the City of Atlanta?

A    When you say "entity," this has nothing to do with this, but being transparent, I'm the CEO of a

30(b)(6) Derek Brent Hullender                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 16

nonprofit corporation that does firefighter training.

Q   Does the plan have any executive committees?

A   What would you refer to as an "executive committee"?

Q   Well, just any other committee than the subcommittee or a governing body that oversees executive decisions.  Or is it just the working sessions that you were referring to?

A   Just the working sessions.  Nothing -- nothing with the plan can be approved without the vote of the full board, obviously with a quorum in place.

Q   As trustee of the firefighters' plan, do you have any duties with respect to litigation the firefighters' plan is involved in?

A   If I am called as a witness or to be, you know, part of the lead plaintiff, and obviously, once again, my role from the firefighters' plan resides with all the plans on the investment board, and that's where the decisions are made.

Q   Do you have any role in overseeing counsel the plans hire to represent them in securities litigation?

A   We do an RFP every so often.  We did one about -- I believe it was 2001 for securities litigation firms, and the full board voted on it.

MR. SAWICKI:  Did you say 2001 or 2021?

THE WITNESS:  2021, excuse me.  Yeah, 2021.

Q   BY MR. OUTLAW:  And that RFP was for hiring securities litigation counsel or something else?

A   Securities litigation firms and monitoring.

Q   Monitoring, okay.

Do you have any responsibilities in making investment decisions for the plan?

A   Voting on -- approving what is put forward to us from our investment consultant, Marquette.

Q   Okay.  And we talked about monitoring with the RFP in 2021.  Do you have any responsibility to monitor stocks or investments purchased for the plans?

A   I do not.  We don't do any -- I have nothing to do with any direct stock whatsoever.

Q   Understood.

What is the plan's investment strategy?

A   That's within our investment policy statement. We have state law that guides what we can and can't invest in, as well as what our asset allocation is.

Q   Does the plan have any strategies with respect to certain financial segments?

A   What do you mean as far as segments?

Q   Like large cap indice, small cap indice.

A   Yeah.  Our asset allocation breaks that out.

Q   Is there a specific percentage that you try --

Page 18

you got plans you are trying to attribute or allocate to each indice, large cap --

A    Yeah.

Q    -- mid cap, small cap?

A    It's in our asset allocation.  And, you know, just like I don't think you will speak to anything without having it in front of you, I'm not going to quote numbers out of our investment policies --

Q    Just asking in general, not for numbers specifically.

What metrics or information do the plans rely on when they decide to invest in a company?

A    Our investment consultant Marquette has a very robust research team, and they provide us data returns for any manager that we are looking at.  They are recommending the managers, and we are reviewing the information they provide.

Q    So Marquette recommends managers.  Who are the managers you are referring to?

A    Small cap, mid cap, large cap, private equity.

Q    Do you know what metrics Marquette relies upon when they do their research to figure out which?

A    I can't speak to that.

Q    You mentioned allocations earlier, so I assume the plans tries to diversify its investments so as not to

Page 19

have too much exposure in one particular market?

A   Yes.

Q   Are the plans generally interested in investing in energy drink companies?

A   I don't get to that granular level.

Q   Speaking about the investment market as a whole, is it normal for the market to fluctuate over time?

A   Yes.

Q   Okay.  For stock prices to go up and down?

A   Yes.

Q   Are you familiar with the valuation method discounted cash flow analysis?

A   No.

Q   Is there anyone internally at the plans responsible for monitoring investments, or is that left with the consultants or managers?

A   It's all with the investment consultant. Everyone on the board is either an elected trustee representing employees, or they are there because of their position with the City, whether it be the HR Commissioner, City Council members and so forth.

Q   Okay.  I'm going to talk about the purchase of Celsius stock and its competitor stock.  Who made the decision during the class period to purchase Celsius

Page 20

stock for the plans?

A    It would had to have been the money manager that was chosen.

Q    And --

A    We do not -- we don't invest in individual stocks as a board.

Q    Okay.  Which money manager was chosen?

A    Based on the complaint, it was Driehaus.

Q    Driehaus.

THE REPORTER:  Wait, what are you guys saying? Three house or?

THE WITNESS:  Drie, D-r-e-i, I believe --

MR. SAWICKI:  I-e.

MR. OUTLAW:  I-e-h-a-u-s.

Q    BY MR. OUTLAW:  Do you know who at Driehaus would have been responsible for making that decision?

A    I do not.

Q    And I believe you touched on this before, but how did the plan select outside managers and consultants like Driehaus to handle its investments?

A    Based on the recommendations of our investment consultant Marquette.

Q    Okay.  Do you know, did Marquette provide a presentation on Driehaus before you guys selected them?

A    They did.

30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 21

Q    Do you recall what factors Marquette presented as to why Driehaus was a suitable candidate?

A    I cannot recall that.  That's been several years ago.

Q    Did Driehaus make any presentations to the plans or the investment board?

A    Probably.  That is -- that is typically what happens, but I -- once again, I would have to look through notes.  I can't -- I can't swear one way or the other.

Q    Understood.

A    Definitely there would have been a presentation booklet where we would have reviewed all of their information.

Q    Okay.  And I know you don't have documents in front of you, but are you generally aware of Driehaus's investment strategy for the plans?

A    No.

Q    No.

A    Only the space that they are in.

Q    And what space is that?

A    They are small cap.

Q    Okay.  So the plans' investment managers have discretionary authority to buy and sell stocks on their own, correct?

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 23 of 90
30(b)(6) Derek Brent Hullender                                         June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 22

A   Absolutely.

Q   Okay.  Do the plans give directions to its managers in terms of investment strategy?

A   We do not.

Q   And I think we established that the plans monitor and evaluate the performance of its investment managers through Marquette?

A   That's correct.

Q   Okay.  You mentioned Driehaus is focused on small cap.  What do you understand small cap to mean?

A   It's based small, medium -- small, mid, and large as far as their market share.

Q   Uh-huh.

MR. SAWICKI:  Whose market share?

Q   BY MR. OUTLAW:  Whose market share?

A   The -- the whole market.

Q   Do you know which category Celsius fell in in terms of its market share, the share of the market?

A   Presumably if Driehaus was investing there, that they would have been small cap.  But once again, I hope you guys realize, I'm a fireman.

Q   Understood.

A   Okay.

Q   And I'm just a guy with some notes.

Bear with me for a second.  Can we go off the

Page 23

record for just one second.

THE VIDEOGRAPHER:  Off the record at 10:26 a.m.

(A short recess ensued.)

THE VIDEOGRAPHER:  Back on the record at 10:27 a.m.

MR. OUTLAW:  All right.  This was marked as Exhibit 3.

Q   BY MR. OUTLAW:  Mr. Hullender, I have just handed you what was marked as Exhibit 3 in a prior deposition, which is Driehaus's Form ADV Part 2A dated September 8th, 2021.

Can you take a moment to look through the document and let me know if you recognize it.

A   I've seen one before, but I'm not -- I'm not aware that I have actually looked at this one.  I'm not sure.

Q   Okay.  On the bottom right hand of the page are little sequential numbers called Bates labels.

A   Okay.

Q   Could you turn to the page ending in 1077.

A   Okay.

Q   And could you take a look, a moment to read the paragraphs under Item 8 going to the next page on 1078 and stopping before the section "Alternative Emerging Markets Strategy."

Page 24

A   Okay.

Q   Okay.  Is this document a presentation the plaintiffs had received before engaging or during Driehaus's engagement?

A   I don't know.

Q   Okay.  Are -- were you aware that this was Driehaus's investment strategy for small cap companies?

A   I don't get into the minutia of that.

Q   Do you -- looking at page 1077 and the paragraph under "Method of -- "Method of Analysis."  It says, "When evaluating investment opportunities, we employ fundamental, macro and technical research methods using various resources such as corporate data, stock prices, volume data, third-party research, SEC filings, company press releases, management conference calls and meetings, and proprietary research."

Are you aware of what corporate data of Celsius Driehaus evaluated before making the decision to purchase Celsius stock?

A   I have no idea whatsoever.

Q   Okay.  Do you know if Driehaus looked at any third-party research before purchasing Celsius stock?

A   No idea.

Q   Do you know which -- well, do you know whether Driehaus looked at any SEC filings before purchasing

Page 25

Celsius stock?

A    No idea.

Q    If they looked at any company press releases?

A    No idea.

Q    Okay.  Did you talk to anyone at the plans about Driehaus's investment strategy?

A    No.

Q    Okay.  Would Driehaus have consulted with anyone in advance of its decision to purchase Celsius stock?

A    Not that I'm aware.

Q    Okay.  Have the plans ever fired an investment manager?

A    Yes.

Q    Who was that?

A    I -- it would be numerous or multiple, and it's -- once again, it would be based on the recommendation of our investment consultant Marquette.

Q    Have they ever fired an investment manager in the small cap space?

A    The only thing that comes to mind like at this moment is LMCG.  And LMCG, the portfolio manager passed away, and I think the strategy was closed completely. That's the, you know, recent memory, but, you know, there's a lot of different managers between all three

Page 26

plans, so, you know, I'd have to go back through meeting minutes and everything else to -- to give you exact names.

Q   Understood.

No. 11.

(Deposition Exhibit 11 was marked for identification.)

MR. OUTLAW:  And No. 12.

(Deposition Exhibit 12 was marked for identification.)

Q   BY MR. OUTLAW:  Mr. Hullender, I have just introduced into the record as Exhibits No. 11 and 12. For 11, it's a document titled "Purchases and Sales Reporting Date 5/10/2023" bearing beginning Bates number ending in 1719, and as Exhibit 12, "Company Exposure and Activity Report" for the period 01 January '21 through March 31st, 2022, bearing Bates beginning in 1724.

A   Okay.

Q   Do you recognize these documents?

A   Just that I saw them as part of the information for this deposition.

Q   Okay.  And do these documents reflect all of the plans' transactions in Celsius stock during the class period?

A   No idea whatsoever.  Once again, not to keep

Page 27

repeating myself, but we don't have anything to do with any individual stock investing, so any question that you ask regarding individual stocks, I will not have an answer.

Q   Do you know when the class period is for this case?

A   Not without looking at it, actually, the -- the filing or the -- the information.  I can't -- I can't say.

Q   Do you recall when the amended complaint alleges that the truth of the alleged fraud was revealed to the market?

A   Not without looking at the complaint.

Q   Okay.  Does March 1st, 2022 sound familiar?

A   Once again, I -- without -- without looking at documentation, I'm not gonna make an answer on a date.

Q   Okay.  Do you know whether or not the plan sold all the Celsius stock upon learning of the alleged fraud?

A   No idea.

Q   Would it have been reasonable to do so?

A   I'm not a money manager.

Q   Okay.  Would you purchase shares in a company if you think they have committed securities fraud?

A   I am not a money manager.

Q   Would you invest your money in a company who

Page 28

you thought they were committing securities fraud?

A    I don't invest in direct stocks.

Q    Looking at Exhibit No. 11, it shows that Driehaus made five purchases after March 1st, 2022.

Do you see that?

A    You said after March 1st?

Q    2022, yes.

A    Okay.

Q    And if I told you these five purchases occurred after the alleged fraud was revealed, would you think it was reasonable for Driehaus to continue purchasing Celsius stock?

A    I am not gonna speculate on any investments that they made.  We look at their work as a whole, not on individual investments.

Q    Looking at this document, it appears, then, that all but one of Celsius -- one of the purchases of Celsius stock occurred after the class -- after that disclosure, right?  Just the -- the first page.

A    Oh, just the first, because there's a lot more pages way before that.

And what was the date again?

Q    March 1st, 2022.

A    Okay.

MS. MOYNA:  So you are just asking if there

Page 29

were purchases after March 1st, 2022?

        MR. OUTLAW:  Correct.

        THE WITNESS:  There are -- there are purchases
after March 1st, yes.

    Q   BY MR. OUTLAW:  Have you or someone from the
plan discussed these purchases with Driehaus?

    A   Absolutely not.

    Q   Why not?

    A   Once again, we don't make any direct stock
purchases.  We don't get into a money manager's strategy
on what they are purchasing.

    Q   And so you don't know why they are purchasing
or selling stock that they've invested on behalf of the
plans?

    A   I do not.  I'm sorry, I didn't mean to shake my
head.  I do not.

    Q   Do you know if the plans still own Celsius
stock?

    A   I do not.

    Q   Do you know if the plans made or lost money on
their transactions in Celsius securities over the course
of time they've held Celsius stock?

    A   I know that we have losses based on this case,
but the whole body of it, I do not know.

    Q   How much are those losses?

Page 30

A   Somewhere around 800,000, I believe.

Q   And during what period of time did those losses occur?

A   Once again, I'm not gonna go on the dates.  If you want me to pull the complaint and pull it from that; I mean, obviously you know.

Q   Have you ever read any analyst reports from Celsius?

A   I have not.

Q   Has anyone at the plans done so?

A   As far as our plan, I can't speak to what anyone else has done, but as a -- a normal practice, once again, our investment managers handle their own investments, and as a board, we don't get into that.

Q   Have you ever read any of Celsius's SEC filings?

A   No.

Q   Has anyone at the plans?

A   I have no idea.

Q   Have you ever read any of Celsius's press releases?

A   No.

Q   Has anyone at the plans?

A   No idea.

Q   Do you know any current or former employees,

Page 31

officers, or directors at Celsius?

A   I do not.

Q   Do you know if anyone at the plans do?

A   No idea.

Q   Did you ask anyone at the plans whether they knew any current or former employees, officers, or directors at Celsius?

A   I did not.

Q   Have you ever spoken to any current or former employees, officers, or directors at Celsius?

A   I have not.

Q   And do you know if anyone at the plans have?

A   I have no idea.

Q   Have you asked anyone at the plans if they have done so?

A   I have not.

Q   Outside of these stock investments on Exhibits 11 and 12, do the plans have a relationship with Celsius?

A   No.

Q   Have you ever used Celsius's products?

A   I have not.

Q   Mr. Hullender, in this action, who are the defendants?

A   Celsius.

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 33 of 90
30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 32

Q   Anyone else?

A   Well, let me back that up.  The complaint is specifically against the -- I believe it's the chief financial officer or accounting.  I know that the judge dismissed it from the CEO.

Q   Okay.  And how many versions of the complaint have been filed in this action?

A   I can't speak to that.

Q   Did the plans review the complaint filed on July 8th, 2022?

A   Whatever the actual filing date was, we did review it.

Q   Okay.  Who reviewed it?

A   It was provided to the board, as well as the chairman, which he is part of the board.

Q   Okay.  Did the board make any changes to that July 8th, 2022 complaint?

A   The board did not.

Q   What claims were asserted against the defendants in that July 8th, 2022 complaint?

A   It was accounting fraud.  It was based on how employees were paid.  I believe it was with stock options or something along those lines.  And basically that at some point Celsius admitted it and had to revise their projections and financials based on the previous

accounting fraud.

Q   Admitted it, what do you mean by "it"?

A   When I said "it," the accounting fraud.

Q   Okay.  What was the nature of the accounting fraud?

A   I just said that it was based upon how the employee stock was paid, I believe.

Q   How it was paid?

A   How it was either paid or accounted for.  Once again, I don't know the minutia of it.  It's not for me.

Q   What should the defendants have done differently with respect to that stock-based compensation?

A   I can't speak to that.

Q   Were there any misrepresentations made by Celsius?

A   Based on the complaint, it was accounting fraud, so that was a misrepresentation.

Q   Was the alleged truth of that misrepresentation ever revealed?

A   I'm not aware.

Q   Can you please describe to me the plans's role as lead plaintiff in this case.

A   Well, as lead plaintiff, we are not representing just ourselves but the entire class.

Page 34

Q   Okay.  And when did the plans make the decision to pursue appointment as lead plaintiff in this case?

A   I believe it was sometime late last year, but once again, I'd have to look at meeting minutes to confirm dates.

MR. OUTLAW:  Okay.  We are up to 12, right?

THE REPORTER:  13.

(Deposition Exhibit 13 was marked for identification.)

Q   BY MR. OUTLAW:  Mr. Hullender, I've just introduced into the record Exhibit No. 13 bearing Bates AF ending in 1109, a copy of the City of Atlanta Defined Benefit Pension Investment Board Meeting dated March 31st, 2022.

Do you recognize this document?

A   Yes.

Q   And is the Brent Hullender referred to under "Board Members Present" you?

A   That is me.

Q   Do you recall attending this meeting?

A   Absolutely.  I don't miss meetings, very rarely.

Q   Okay.  Can you take a second to review that document, under the page ending in 1116, Section VII, New Business, Securities Litigation Policy and Working

Session.

A    Okay.

Q    Is the reference to "Working Session" there one of the ad hoc committees you had referred to earlier?

A    Yes.

Q    And based on these minutes, who were the members of that particular ad hoc committee?

A    So are you -- so that would have been myself, Mr. Light, Mr. Sims and Mr. Berry, as well as our legal counsel.

Q    Legal counsel?

A    Ed Emerson.

Q    Ed Emerson.

A    Is our outside counsel representing.

Q    Were there any working sessions held to discuss the Celsius matter?

A    Not that I'm aware.  If it -- if it was, it would have been with counsel.

Q    Yeah, I just want to know if there were any working sessions held to discuss potential litigation against Celsius, not what you talked about.

A    There would not have been a working session. It would have been executive session to discuss -- whenever we discuss any litigation, we're in executive session.

Q   The entire board?

A   Yes, or whoever is there that day.

Q   Okay.  Did you participate in those executive sessions?

A   Yes.

Q   How many were there?

A   I'd have to go back through meeting minutes; probably only one.

Q   Okay.  Did Mr. Light attend any of those sessions?

A   You'd have to see if he was at that meeting or not, but he typically does not miss, so -- I think he's missed occasionally, but he was probably there.

Q   Okay.  And if you look at the third paragraph under Section VII, it notes, "Mr. Reeves of The Reeves Law Firm spoke and noted that his firm partners with" G&E -- I'm sorry, "Grant & Eisenhofer" --

A   Yeah.

Q   -- "on litigation matters.  He submitted memorandums on two matters.  The first was in regards to EarthStone Energy and was to perform a diligence investigation.  The second was for Celsius Holdings which had a combined loss to the Police and Fire plans of 800,000."

THE REPORTER:  Wait.  Slow down a little bit.

30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 37

Say that again.

MR. OUTLAW:  Which part did you miss?

THE REPORTER:  "To perform a diligence investigation.  The second was for"?

MR. OUTLAW:  "Celsius Holdings which had a combined loss to the Police and Fire plans of 800,000."

Q   BY MR. OUTLAW:  Was The Reeves Law Firm one of the firms you -- you referred to as providing monitoring services?

A   Yeah.  All of our funds monitor -- all of our securities litigations firms monitor.

Q   And The Reeves Law Firm was one of those firms?

A   Yes.

Q   Is there an agreement with The Reeves Law Firm to provide those services?

A   Through Grant & -- Grant & Eisenhofer.

Q   Okay.  Do you know how -- is The Reeves Law Firm compensated for those services?

A   I can't speak to that.

Q   If appointed class representative, what would the plans' obligations be?

A   Obligated to get the best outcome for the entire class, not just ourselves.

Q   Okay.  Would the plans have a fiduciary responsibility to the class?

30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 38

A     The plans always have a fiduciary responsibility.

Q     To the class here?

A     We have the responsibility to make the best outcome for the class.  I don't know if it actually says "fiduciary responsibility," but we -- I think it -- pretty much common sense that as class representative that we should be getting the best outcome for the class. It's not just us as lead plaintiff and our funds.

Q     Okay.  And have you or anyone at the plans spoken to anyone of that class?

A     I have not.

MR. OUTLAW:  Okay.  We've been going for almost an hour.  Do you want to take a quick break?

MS. MOYNA:  Okay.

THE VIDEOGRAPHER:  Off the record at 10:52 a.m.

(The deposition was at recess from 10:52 a.m. to 11:06 a.m.)

THE VIDEOGRAPHER:  Back on the record at 11:06 a.m.

Q     BY MR. OUTLAW:  Mr. Hullender, before we broke, we were talking about The Reeves Firm providing services through Grant & Eisenhofer.  Beyond those services, do the plans have any agreement with Mr. Reeves to provide legal services?

A   They work -- he works with Grant & Eisenhofer. I don't know exactly what the contract has done.  My legal counsel, Ed Emerson, handles all of that.  When I say "my," I mean the board's legal counsel.  So I can't tell you the exact -- how the contracting was done, but I know that Mr. Reeves works with Grant & Eisenhofer.

Q   Separate from working with Grant & Eisenhofer, does The Reeves Law Firm have an agreement to provide legal services to the plaintiffs?

A   Not that I'm aware of.

Q   Okay.  We spoke earlier about Driehaus focusing on the small cap allocation for the plans.  Does Driehaus handle the small cap allocation for both the firefighters' plan and the police plan?

A   Not the -- I don't think it's -- they are not the only manager that we have.  They are a manager in small cap space.

Q   Okay.  And are they a manager for both the police and firefighters?

A   Yes.

Q   Okay.  In that small cap space?

A   Yes.

Q   Okay.  And are -- do you know if Driehaus is implementing the same strategy with respect to their investments in the small cap space for both the

30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 40

firefighters' plan and the police plan?

A    That's my understanding.

Q    Okay.  How many times have the plans sought to serve as lead plaintiff or class representative in any action under the federal securities laws in the last four years?

A    I don't know specifically.  I can -- there's -- there definitely have been two or three cases.

Q    Okay.  And were those cases pre-2021?

A    They would have originated pre-2021.

Q    And that was before the plans had monitoring agreements with G&E and other firms, correct?

A    No.  So the separate plans had agreements with firms, because police was its own entity; fire was its own entity; general was its own entity.

Q    Okay.  And when fire was its own entity, which firms provided monitoring services for that plan?

A    Saxena White, Robbins Geller, Berns -- there are two Bernsteins.  You will have to actually look at our stuff to know which one it was.

Q    Yeah.

A    Not the BLBG.

Q    Do you know which firms provided monitoring services for the police plan prior to 2021?

A    Well, actually, I can say that Saxena White and

Veritext Legal Solutions
800.808.4958                                              770.343.9696

Page 41

Robbins Geller did.  I know those two did, but I can't speak beyond that.

Q    And why did fire have multiple firms providing those services pre-2021?

A    They were legacy firms even prior to me being on the board.  I think I started in 20 -- the end of 2013 or the beginning of 2014.

Q    Okay.

A    Multiple firms monitoring.

Q    So in those cases that originated before 2021, would those cases have been brought to the firefighters' plan's attention by one of those firms?

A    Yes.

Q    Okay.  How does the plan decide to seek lead plaintiff status -- how did the plans seek to seek -- seek lead plaintiff status when those firms brought those cases to your attention?

A    Based on the size of our plan, our losses are typically some of the higher versus the small plan, which puts us to be a -- I would say a good person or a good representative to be lead plaintiff.

Q    Okay.  And post 2021, is this the only case that G&E has brought to your attention?

A    It's the only case that we've gone lead plaintiff on.

30(b)(6) Derek Brent Hullender                                      June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 42

Q   Okay.  On --

A   I mean, I think it even says here there's another case that they were looking at.

Q   Have you ever turned down a case that G&E brought to your attention?

A   Not that I'm aware.

Q   Post 2021, have you ever turned down a case any of the other four monitoring firms brought to your attention?

A   I believe that's privileged information.

Q   That you turned it down?

A   That's attorney-client privilege.

Q   Okay.  Did any of the other four monitoring firms bring the Celsius matter to your attention?

MS. MOYNA:  I'm going to object to that one as attorney-client privilege.

Q   BY MR. OUTLAW:  Okay.  Did you discuss the Celsius matter with any of the other four monitoring firms?

MS. MOYNA:  The same objection, privileged.

Q   BY MR. OUTLAW:  Okay.  Before deciding to pursue lead plaintiff in this case, did you discuss with anyone at the plans whether or not to pursue this litigation?

A   The board discussed it.

30(b)(6) Derek Brent Hullender                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 43

Q   Okay.  And did the board perform any independent analysis apart from the advice you got from counsel whether or not to pursue this case?

A   No.  That's why we hire counsel.

Q   Okay.

(Deposition Exhibit 14 was marked for identification.)

Q   BY MR. OUTLAW:  Mr. Hullender, I've introduced to the record as Exhibit 14, which is the Declaration of Daniel L. Berger In Support of Motion of the Atlanta Police -- sorry, Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan For Appointment of Lead Plaintiff and Approval of Counsel.

A   Yes.

Q   Do you recognize this document?

A   I do.

Q   I want to focus on Exhibit B to Mr. Berger's declaration.  Do you recognize this document?

A   I do.

Q   Did you help prepare this document?

A   I did not.  I am not an attorney.

Q   But this document contains information about the firefighters' plan, correct?

A   It contains information about the firefighters' plan.  Chairman Sims was the previous chairman of the

Page 44

investment board up until January of this year.

Q   Do you know what steps the plans did to verify if the information about the plan was correct?

A   Anything as far as being about the plan would be done by counsel, as well as the pension administrator.

Q   Who was the pension administrator?

A   SBA, Strategic Benefits Advisor.

Q   Okay.  If you look at paragraph 6 of Exhibit B, it lists two different lawsuits in which the plan sought to serve and was appointed as lead plaintiff --

A   Uh-huh.

Q   -- in the prior three-year period, correct?

A   Yes.

Q   Are there any other cases that are not listed here where the plans sought to be appointed lead plaintiff?

A   Not that I'm aware of, but it is -- it is possible.

Q   Okay.  And the plan was appointed lead plaintiff in both these cases, Merit Medical Systems and GTT Communications, correct?

A   Yes.

Q   What were the basic facts of Merit Medical Systems?

A   This has been several years ago, but I was

Page 45

actually involved in the mediation for this Merit Medical

case, and I personally went for the settlement of it just

as the class representative.

Q   And what about GTT Communications?  Do you

recall the basic facts of that case?

A   Not without reviewing the case itself.  I do

know that it settled.  I was supposed to be deposed in

it, and it was settled before I was deposed.

Q   Okay.  Do you recall the litigation with

Advisory Board Company that was filed in the District of

DC?

A   Yeah.  I went to Manhattan, and that was with

Robbins Geller, and I was also at the mediation for that

case.

Q   Did you have any involvement managing your

counsel in those three cases?

A   When you say "managing counsel," what do you

mean?

Q   Providing oversight, meeting with them, discuss

strategy.

A   We hire counsel for a reason; you're attorneys,

I'm a fireman, and I listen to the attorneys.

Q   So you were just a potential witness or a

witness in those three cases?

MS. MOYNA:  Objection.  That mischaracterizes

Page 46

testimony.

THE WITNESS:  Sir, I'm married to an attorney. I've got sense enough to know when to listen and when not to.  And attorneys are -- you know, they have their forte and what they are good in, and I take the advice of my attorneys.

Q   BY MR. OUTLAW:  Did the police plan receive an award in the Merit Systems -- Merit Medical Systems case?

A   I -- I'm sure that we did.  I'll have to, you know, go back and look at the actual finalization of it. I know it was settled.

Q   And the GTT Communications case was settled as well for a monetary award?

A   Yes.

Q   And what about Advisory Board Company?

A   Yes.

Q   Okay.  How long did you work on each of those cases?

A   I would have to go back and look at my records, but, you know, there is always multiple hours of reviewing and preparing for it, as well as travel and, you know, time in general.

Q   And you mentioned the plans hire counsel to monitor the lawsuits.  Would anyone at the plans besides yourself been responsible for monitoring these actions?

A    I can't speak for anyone else.

Q    Okay.  Were the plans offered any incentives to serve as lead plaintiff in any of those actions?

A    Absolutely not.

Q    Were the plans offered any incentive to serve as class representatives in each of those -- in any of those actions?

A    No.

Q    Have the plans ever been denied the role of class representative in a securities class action?

A    I can't -- not that I'm aware of, but I'm not saying it hasn't happened.

Q    Okay.  Have the plans ever received any incentive payment for serving in any role in a class action?

A    No.

Q    Have the plans received -- ever received any benefits for serving in any role in a securities class action?

A    No.

Q    What benefit is there, then, to serve as lead plaintiff?

A    We are trying to recover lost funds for our participants.

Q    Is that a benefit to the plans?

Page 48

A    I'm sorry, say that again.

Q    Is that a benefit to the plan?  You testified "We were trying to recover lost funds for our participants," and I asked --

A    Okay.  So if -- if you were meaning it as is it a payback or is it a gratuity or whatever else, no.  We are trying to get money that was ours that was lost.  I see you trying to trip me up in something here, but I would ask that you not do that.  We are getting a portion of what was ours back.

Q    Do you personally -- have you personally ever received a benefit for serving as --

A    No.

Q    Okay.  From any source, not just from a lawyer?

A    No.

Q    Okay.  So your -- strike that.

Which attorneys at Grant & Eisenhofer represent the plan in this case?

A    Well, I work closely with Caitlin and Mica.

Q    Any others?

A    Well, Mr. Berger actually is the main one that's filed it, and then Mr. Reeves works in conjunction with all of us.

Q    Any other attorneys at Grant & Eisenhofer besides Ms. Moyna, Ms. Cocco, and Mr. Berger?

Page 49

A    I am sure that there are others.  It's a large firm, but specifically these are the three that I have worked with the most.

Q    Okay.  And which attorneys at The Reeves Law Firm have you worked with?

A    Mr. Reeves.

Q    Okay.  Any others?

A    No.

Q    And the Klausner, Kaufman, Jensen & Levinson firm is also the plans' counsel in this action, right?

A    Yeah.

Q    Which attorneys at that firm are your counsel in this action?

A    Mr. Klausner.  I believe his name is Bob or Robert.  He was -- he was on a call with us very early on dealing with it, I guess once it was determined that it was in Florida.

Q    Any others besides Mr. Bob Klausner?

A    There may have been another from his firm, but I can't say yes or no.

Q    Okay.  And what's his role in this action?

A    This case is in Florida, and he is licensed to practice in Florida.

Q    So he is local counsel for it?

A    Yes.

Q   Okay.  Do any other attorneys -- attorneys represent you?

A   In this case?

Q   Yes.

A   No.

Q   Okay.  Why -- putting aside Mr. Klausner who is local, why did the plan elect to hire multiple firms in this action?

A   Possibly for -- you know what, I cannot speculate on that.

Q   Before deciding to get involved in this case, did you or anyone else at the plans discuss with anyone outside of the plans whether to get involved?

A   Could you repeat that?

Q   Yes.  Did you speak with anyone outside of the plans about getting involved in this case?

A   No.

Q   Before today, have you met the G&E attorneys in person?

A   Not in person; it's all been via Zoom.

Q   And Mr. Reeves, have you met him in person before today?

A   Yes.  Mr. -- I think that he has been at board meetings.  I'm fairly certain, but possibly not, but...

Q   Did you meet him at those meetings related to

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 52 of
30(b)(6) Derek Brent Hullender                                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 51

this action or another matter?

A    He's just -- honestly, I don't know.

Q    Okay.

A    I just know that he works with Grant &
Eisenhofer, and they are our -- one of our five firms.

Q    And he was working with Grant & Eisenhofer
pre-2021 before the consolidation?

A    I don't know.

Q    Okay.  Did you meet him during that time
period?

A    Before 2021?

Q    Uh-huh.

A    Not that I'm aware.

Q    Before this lawsuit was brought to your
attention?

A    I'm not sure time frame wise.  No, I don't
know.

Q    Have you met Mr. Klausner in person?

A    Actually, he has spoken at the GAPPT, Georgia
Association of Public Pension Trustees many, many times,
and so probably met him five, six years ago.  He may or
may not remember me, but he speaks at the conference
every year.

Q    But have you not met him in person in
connection with this action?

Page 52

A    No.

Q    And I think we -- you testified earlier you talked with attorneys from Grant & Eisenhofer on three separate occasions about your preparation for today's deposition?

A    Preparation for today and just the case in general.

Q    The case in general, okay.  And you had mentioned that those sessions were about an hour a piece, correct?

A    Yeah, give or take.  Probably some -- some longer than an hour.

Q    Okay.  Did the plans review the first filed complaint in this case before engaging counsel?

A    Did we -- did we review what before engaging counsel?

Q    The initial complaint that was filed in this action.

A    Not to my knowledge.  I believe that we reviewed it before it was filed, like --

Q    The amended complaint but not the first filed complaint in March of 2022?

A    I'm not certain.

Q    Did the plans interview any other attorneys to represent them in this action before deciding to engage

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 54 of 90
30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 53

Grant & Eisenhofer?

A   We don't interview attorneys looking for cases. Our attorneys come to us.

Q   And again, was Grant & Eisenhofer the only attorney that came to you about this case?

A   I don't have to disclose what -- that's attorney-client privilege.

Q   Did any of the four other monitoring firms seek to represent the plans in this case?

A   That's attorney-client privilege.

Q   Did the plans consider any other firms besides G&E before proceeding with this case?

A   That's attorney-client privilege.

Q   Did the plans discuss internally amongst themselves outside the presence of any attorneys whether or not to engage any other attorneys before pursuing --

A   We did not.  We did not discuss any legal matters without our counsel, whether it be one of those or whether it's Mr. Emerson.

Q   How many other cases has the plans worked with G&E on?

A   This is the first.

Q   How many other cases has the plan worked with The Reeves Law Firm on?

A   This is the first.

Page 54

Q   And the Klausner firm?

A   The first to my knowledge, but I couldn't say historically.

Q   Okay.  Have the plans ever said no when approached by other firms about serving as lead plaintiff in a securities class action?

A   I'm trying to recall.  I can't -- I can't say one way or the other.

Q   Okay.

A   Nothing -- nothing comes to memory.

Q   Do you know how these three law firms representing the plans in this case will be paid?

A   I do not.

Q   Do you know what fee Grant & Eisenhofer intends to seek in the event of a recovery in this litigation?

A   I do not.

MR. OUTLAW:  15?

THE REPORTER:  Yes.

(Deposition Exhibit 15 was marked for identification.)

Q   BY MR. OUTLAW:  Mr. Hullender, I have introduced into the record as Exhibit 15 a letter dated April 22nd, 2022, addressed to Mr. Frank Sims, Chairman of the City of Atlanta Defined Pension Plan Investment Board regarding U.S. securities class action against

Page 55

Celsius Holdings, Incorporated.

Have you ever seen this document?

A   Not that I am aware.  It's -- it's possible, but quite frankly, I have probably been given 30 or 40 documents in this case roughly.  I don't know.  There's been a lot, so.  And this one is addressed to Mr. Sims, so there's no reason that it would have come directly to me.

Q   Would the board have discussed this engagement letter at one of its meetings?

A   We would have discussed the authorization to proceed as lead plaintiff and authorizing the chairman to do that.

Q   Would the board have discussed the terms of this engagement letter amongst themselves?

A   No terms.

Q   Were you aware that Grant & Eisenhofer were seeking a fee of up to 25 percent as reflected in this letter?

MS. MOYNA:  Objection.  That's not accurate.  I don't know if you want to read exactly what it says.

Q   BY MR. OUTLAW:  Sure.  "However, while our fee will be set by the court, the plans have agreed that G&E will request and the plans will support a fee of up to 25 percent of the recovery to the class."

30(b)(6) Derek Brent Hullender                                      June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 56

Were you aware of that 25 percent?

A    An exact number, no.  I know that firms have to be paid, but I don't get into that.

Q    Do the plans attempt to negotiate any limit or cap on fees for securities counsel?

A    Not that I am aware of.

Q    Do you know how the Klausner law firm is being compensated?

A    I do not.

Q    Do the plans receive periodic reports on time spent on this file from any of the law firms?

A    The administrator may just for record, but I have not seen it, nor do I need to see it.

Q    Do you know what arrangement between Grant & Eisenhofer, The Reeves Law Firm, and Klausner is with regard to sharing costs and fees of this lawsuit?

A    I do not.

Q    Are there any law firms or individuals at law firms who haven't entered an appearance in this case that are being compensated in connection with this action?

A    I have no idea.

Q    Other than Grant & Eisenhofer, were the plans contacted by other attorneys regarding potential litigation against Celsius?

MS. MOYNA:  Objection.  I think we're asking

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 58 of 90
30(b)(6) Derek Brent Hullender                June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 57

the same question multiple times, and so the same objection. It's privileged.

Q   BY MR. OUTLAW:  Were the plans contacted by anyone other than Grant & Eisenhofer about potential litigation against Celsius?

MS. MOYNA:  So you are talking about nonlawyers?

MR. OUTLAW:  Anyone.

THE WITNESS:  Nonlawyers, no; anything lawyer-wise, that's attorney-client privilege.

Q   BY MR. OUTLAW:  Were you contacted by lawyers who you have no relationship with?

A   As in outside of our firms?

Q   Yes.

A   No.

Q   And by "our firms," you mean the five monitoring firms?

A   Correct.

Q   What is your understanding of the scope of services each of the five monitoring firms provide?  What are they -- what are they looking at?

MS. MOYNA:  I think this is getting into privileged.  You know, you can know that they have a monitoring agreement with the five firms, but if you are asking about what they are looking at, that's getting

Page 58

into the substance of what type of advice they give.

Q   BY MR. OUTLAW:  Are the monitoring firms compensated for providing monitoring services?

A   We do not pay them.

Q   All right.  Have the plans ever lost a similar amount of money in the stock market before as it alleges it's lost in this case?

A   Yes.

Q   Did those -- were those losses related to securities fraud?

A   It would have been multiple times that we've had losses based on security fraud; obviously, our history based on the -- the other cases that we have taken lead plaintiff in.

Q   Did the plan sue in those instances where it lost money in other -- on other investments?

A   We definitely have some.

Q   Have the plans ever opted out of a class action before?

A   I don't know.  I can't -- oh, opted out of a class action?  Not to my knowledge, no.

Q   Okay.  Would you be prepared to attend a two-week trial of this case in Florida in November?

A   Yes.

Q   Who is Frank Torchio?

A   Doesn't -- doesn't ring a bell.

Q   Have you -- you testified earlier you don't invest directly into stock, so I assume you have never owned any Celsius stock, correct, personally?

A   Well, I mean, considering that I have my 457 in a target-date fund, there is a possibility that somehow or another I do, but once again, I think you are familiar with what target-date funds are.

Q   No, I'm not actually.

A   Okay.  So when you have a 401 or a 457, it is ING or whoever the custodian of your money is managing it with indexed funds.  So there is a possibility that somewhere deep down I did, and then because I am a pensioner in this defined benefit plan, you could say that I own Celsius.

Q   Have you ever --

A   But me personally choosing to buy Celsius, no.

Q   Okay.  Have you ever been accused of committing perjury in any legal proceeding?

A   I have not.

Q   Have you ever been sanctioned by a court?

A   I have not.

Q   Have the plans?

A   No.

Q   Have you ever been charged with or convicted of

Page 60

a crime?

A    Other than a speeding ticket, no.

Q    Have you ever been held in contempt of court?

A    No.

Q    Have the plans?

A    No.

Q    Okay.  Let's take a break.

A    Okay.

THE VIDEOGRAPHER:  Off the record at 11:38 a.m.

(The deposition was at recess from 11:38 a.m. to 11:51 a.m.)

THE VIDEOGRAPHER:  Back on the record at 11:51 a.m.

MR. OUTLAW:  Mr. Hullender, thank you for your time today.  I have no further questions.  Thank you again.

THE WITNESS:  Thank you.

MS. MOYNA:  And I have no questions.

Thank you, everyone.

THE VIDEOGRAPHER:  All right.  Before we go off, read or waive for the officer?

MS. MOYNA:  We'll read.

THE VIDEOGRAPHER:  Okay.  And secondly, transcript and video orders?

MR. OUTLAW:  Rough tonight, along with PDFs of

Page 61

the exhibits introduced today, and then whatever standard

expedited.

          THE VIDEOGRAPHER:  Okay.  Thank you.

          This concludes the video-recorded deposition,

and we are off the record at 11:51 a.m.

          (The deposition concluded at 11:51 a.m.)

30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 62

        The following reporter and firm disclosures were presented at this proceeding for review by counsel:

        REPORTER DISCLOSURES
        The following representations and disclosures are made in compliance with Georgia Law, more specifically:
Article 10(B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms)
OCGA 9-11-28(c) (disqualification of reporter for financial interest)
OCGA 15-14-37(a) and (b) (prohibitions against contracts except on a case-by-case basis).
- I am a certified reporter in the State of Georgia.
- I am a subcontractor for Veritext Legal Solutions.
- I have been assigned to make a complete and accurate record of these proceedings.
- I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.
- I have no direct contract with any party in this action and my compensation is determined solely by the terms of my subcontractor agreement.

                    FIRM DISCLOSURES
- Veritext Legal Solutions was contacted to provide reporting services by the noticing or taking attorney in this matter.
- There is no agreement in place that is prohibited by OCG 15-14-37(a) and (b).  Any case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.
- Transcripts:  The transcript of this proceeding as produced will be a true, correct, and complete record of the colloquies, questions, and answers as submitted by the certified court reporter.
- Exhibits:  No changes will be made to the exhibits as submitted by the reporter, attorneys, or witnesses.
- Password-Protected Access:  Transcripts and exhibits relating to this proceeding will be uploaded to a password-protected repository, to which all ordering parties will have access.

Page 63

CERTIFICATE

STATE OF GEORGIA          )
                         )    ss:
COUNTY OF DEKALB          )

I HEREBY CERTIFY that the foregoing transcript was taken before me; that I was then and there a Registered Professional Reporter and Registered Merit Reporter, License No. 6595-1471-3597-5424 for the State of Georgia, and License No. 14315 in the State of California; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed under my direction; and that the foregoing pages contain a full, true, and accurate transcript of all deposition testimony and proceedings had, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to, nor employed by any of the parties hereto, nor am I in any way interested in the outcome.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

DATED at Dunwoody, Georgia, this 8th day of June, 2023.

MARCELLA L. DAUGHTRY, RPR, RMR
GA License No. 6595-1471-3597-5424
CA CSR 14315

Page 64

To:  Ms. Caitlin Moyna, Esq.  cmoyna@gelaw.com
Re:  Signature of Deponent DEREK BRENT HULLENDER
Date Errata due back to our offices:  30 days
Greetings:
This deposition has been requested for read and sign by the deponent.  It is the deponent's responsibility to review the transcript, noting any changes or corrections on the attached PDF Errata.  The deponent may fill out the Errata electronically or print and fill out manually.

Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext (below). When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the original transcript.  We will also send copies of the Errata to all ordering parties.

If the signed Errata is not returned within the time above, the original transcript may be filed with the court without the signature of the deponent.

Please send completed Errata to:

Veritext Production Facility
20 Mansell Court, Suite 300
Roswell, Georgia 30076
(770) 343-9696
cs-southeast@veritext.com

Page 65

ERRATA for Assignment #5931509

I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that

        There are no changes noted.

        The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them.  To assist you in effecting corrections, please use the form below.  If additional pages are necessary, please furnish same and attach.

Page_____Line_____Change_____

_____Reason _____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Case 9:22-cv-80418-DMM   Document 100-16   Entered on FLSD Docket 06/15/2023   Page 67 of 90
30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

Page 66

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

Page_____Line_____Change_____

_____Reason_____

DEPONENT'S SIGNATURE

Sworn to and subscribed before me, this_____day of

_____, 20_____.

Notary Public

My commission expires:

30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C
June 7, 2023

**[& - 7th]**                                                                     Page 1

**&**

**&**  3:4,13 4:2
  5:12,19,21,25
  6:2 9:14 36:17
  37:16,16 38:23
  39:1,6,7 48:17
  48:24 49:9
  51:4,6 52:3
  53:1,4 54:14
  55:17 56:14,22
  57:4

**0**

**00001109**  2:17
**00001716**  2:20
**00001719**  2:12
**00001724**  2:14
**01**  26:16

**1**

**1**  5:8 11:10
**10**  2:10 8:5,8
  62:4
**10017**  3:15
**1077**  23:20
  24:9
**1078**  23:23
**10:04**  1:19 3:5
  5:2
**10:26**  23:2
**10:27**  23:5
**10:52**  38:16,17
**11**  2:11 26:5,6
  26:12,13 28:3
  31:18

**1100**  3:19
**1109**  34:12
**1116**  34:24
**1117**  2:17
**11:06**  38:18,20
**11:38**  60:9,10
**11:51**  60:11,13
  61:5,6
**12**  2:13 26:8,9
  26:12,15 31:18
  34:6
**1201**  1:20 3:4
  4:3
**13**  2:15 34:7,8
  34:11
**14**  2:18 43:6,9
**14018**  63:22
**14315**  1:24
  63:7,23
**15**  2:19 54:17
  54:19,22
**15-14-37**  62:6
  62:17
**1718**  2:20
**1719**  26:15
**1723**  2:12
**1724**  26:17
**1729**  2:14
**1st**  27:14 28:4,6
  28:23 29:1,4

**2**

**2**  11:11
**20**  41:6 64:14
  66:20

**2001**  16:23,25
**2013**  41:6
**2014**  41:7
**2017**  13:3
**2018**  12:9
**2021**  16:25
  17:1,1,11
  23:11 40:9,10
  40:24 41:4,10
  41:22 42:7
  51:7,11
**2022**  2:16
  26:17 27:14
  28:4,7,23 29:1
  32:10,17,20
  34:14 52:22
  54:23
**2023**  1:19 3:3
  5:3 63:18
**21**  26:16
**22nd**  54:23
**24**  11:20
**25**  55:18,25
  56:1
**250**  3:19
**26**  2:11,13
**29th**  3:14
**2a**  23:10

**3**

**3**  2:23 23:7,9
**30**  1:17 3:1 8:2
  8:9 55:4 64:2
  65:4
**300**  64:14

**30076**  64:14
**30309**  3:19 4:4
**31**  2:16
**31st**  26:17
  34:14
**34**  2:15
**343-9696**  64:15
**370**  10:21

**4**

**4/22/22**  2:19
**40**  55:4
**401**  59:10
**404.881.7000**
  4:4
**43**  2:18
**457**  59:5,10
**485**  3:14
**4900**  4:3

**5**

**5/10/2023**
  26:14
**54**  2:19
**5931509**  65:1

**6**

**6**  1:17 2:4 3:1
  8:2,9 44:8
**6595-1471-3...**
  1:25 63:6,23

**7**

**7**  1:19 3:3 65:4
**770**  64:15
**7th**  5:3

Veritext Legal Solutions

800.808.4958                                                          770.343.9696

**[8 - approximately]**

Page 2

| 8 |
|---|
| **8** 2:10 23:23 |
| **800,000** 30:1 36:24 37:6 |
| **80418** 1:3 |
| **8th** 23:11 32:10 32:17,20 63:18 |

| 9 |
|---|
| **9-11-28** 62:5 |
| **9-11-30** 65:4 |
| **9:22** 1:3 |

| a |
|---|
| **a.m.** 1:19 3:5 5:2 23:2,5 38:16,17,18,20 60:9,10,11,13 61:5,6 |
| **ability** 63:11 |
| **above** 64:11 |
| **absolute** 63:16 |
| **absolutely** 22:1 29:7 34:21 47:4 |
| **access** 62:21,23 |
| **accounted** 33:9 |
| **accounting** 32:4,21 33:1,3 33:4,17 |
| **accurate** 55:20 62:9 63:10 |
| **accused** 59:18 |
| **action** 1:4 31:23 32:7 40:5 47:10,15 |

47:19 49:10,13 49:21 50:8 51:1,25 52:18 52:25 54:6,25 56:20 58:18,21 62:12 63:14
**actions** 46:25 47:3,7
**active** 12:3
**activity** 2:13 26:16
**actual** 32:11 46:10
**actually** 9:6 13:11 23:15 27:7 38:5 40:19,25 45:1 48:21 51:19 59:9
**ad** 13:21,22 14:3 35:4,7
**additional** 65:7
**addressed** 54:23 55:6
**admin** 12:11
**administration** 12:6 13:7
**administrative** 12:8,15,17,18
**administrator** 44:5,6 56:12
**admitted** 32:24 33:2
**adv** 23:10

**advance** 25:9
**advice** 43:2 46:5 58:1
**advisor** 44:7
**advisory** 45:10 46:15
**af** 2:12,14,17 2:20 34:12
**ago** 9:7 21:4 44:25 51:21
**agree** 5:7
**agreed** 55:23
**agreement** 37:14 38:24 39:8 57:24 62:13,16 63:15
**agreements** 40:12,13
**alleged** 27:11 27:18 28:10 33:19
**alleges** 27:11 58:6
**allocate** 18:1
**allocation** 17:19,24 18:5 39:12,13
**allocations** 18:24
**alston** 3:4 4:2 5:12,25 6:2
**alston.com** 4:5 4:5
**alternative** 23:24

**amended** 27:10 52:21
**amount** 58:6
**analysis** 19:13 24:10 43:2
**analyst** 30:7
**annually** 11:10
**answer** 6:22 7:11 8:22 9:1 27:4,16
**answering** 7:15 7:24 9:1
**answers** 7:4 62:19 63:8
**apart** 43:2
**appearance** 56:19
**appearances** 3:10 5:16
**appears** 28:16
**applied** 62:17
**appointed** 37:20 44:10,15 44:19
**appointment** 34:2 43:12
**approached** 54:5
**approval** 43:13
**approved** 16:10
**approves** 14:17
**approving** 17:8
**approximately** 9:6 10:1

**[april - blbg]** Page 3

april 54:23
arrangement 56:14
arrangements 63:16
article 62:4
aside 50:6
asked 31:14 48:4
asking 18:9 28:25 56:25 57:25
asserted 32:19
asset 17:19,24 18:5
assigned 62:9
assignment 65:1
assist 65:6
assistant 11:24
associate 6:4
association 11:5 51:20
assume 18:24 59:3
atlanta 1:4,5,17 1:20 2:11,15 3:2,4,19 4:4 5:10,12 7:18 7:19 8:10 11:18 12:4,22 13:14 15:23 34:12 43:10,12 54:24

attach 65:7
attached 64:5
attempt 56:4
attend 36:9 58:22
attending 34:20
attention 41:12 41:17,23 42:5 42:9,14 51:15
attorney 42:12 42:16 43:21 46:2 53:5,7,10 53:13 57:10 62:15 64:8
attorneys 45:21 45:22 46:4,6 48:17,24 49:4 49:12 50:1,1 50:18 52:3,24 53:2,3,15,16 56:23 62:21
attribute 18:1
audio 5:6
authority 21:24
authorization 55:11
authorizing 55:12
automatically 62:17
avenue 3:14
award 46:8,13
aware 15:4 21:16 23:15

24:6,17 25:11 33:21 35:17 39:10 42:6 44:17 47:11 51:13 55:3,17 56:1,6

**b**

b 1:17 3:1 8:2,9 43:17 44:8 62:4,6,17
back 23:4 26:1 32:2 36:7 38:19 46:10,19 48:10 60:12 64:2
background 10:24
based 15:10 20:8,21 22:11 25:17 29:23 32:21,25 33:6 33:12,17 35:6 41:18 58:12,13 63:14
basic 44:23 45:5
basically 32:23
basis 62:7
bates 23:18 26:14,17 34:11
battalion 11:22
bear 22:25
bearing 26:14 26:17 34:11

beginning 26:14,17 41:7
begins 5:8
behalf 1:6 9:1,5 29:13
believe 9:23 10:9 13:2 16:23 20:12,18 30:1 32:3,22 33:7 34:3 42:10 49:14 52:19
bell 59:1
benefit 2:15 12:4,22 34:13 47:21,25 48:2 48:12 59:14
benefits 44:7 47:18
berger 2:18 43:10 48:21,25
berger's 43:17
berns 40:18
bernsteins 40:19
berry 35:9
best 37:22 38:4 38:8 63:11
beyond 38:23 41:2
bird 3:4 4:2 5:12,25 6:2
bit 36:25
blbg 40:22

[board - class]

Page 4

**board** 2:16 12:5,23 13:4,6 13:12,13,15,16 13:20 14:13,14 14:16 16:11,18 16:24 19:19 20:6 21:6 30:14 32:14,15 32:16,18 34:13 34:18 36:1 41:6 42:25 43:1 44:1 45:10 46:15 50:23 54:25 55:9,14 62:4
**board's** 15:14 39:4
**bob** 49:14,18
**body** 16:6 29:24
**booklet** 21:13
**bottom** 23:17
**break** 7:7,9 38:14 60:7
**breaks** 7:6 17:24
**brent** 1:18 2:3 3:2 5:9 6:7,16 34:17 64:1
**bring** 42:14
**broke** 38:21
**brought** 41:11 41:16,23 42:5 42:8 51:14

**business** 34:25
**buy** 21:24 59:17

**c**

**c** 62:5 63:1,1
**ca** 1:24 63:23
**caitlin** 3:13 5:19 48:19 64:1
**calendar** 9:25
**california** 3:8 63:7
**call** 49:15
**called** 6:8 16:15 23:18
**calls** 24:15
**candidate** 21:2
**cap** 17:23,23 18:2,4,4,20,20 18:20 21:22 22:10,10,20 24:7 25:20 39:12,13,17,21 39:25 56:5
**carballo** 1:11
**case** 1:3 10:5 10:14 27:6 29:23 33:23 34:2 41:22,24 42:3,4,7,22 43:3 45:2,5,6 45:14 46:8,12 48:18 49:22 50:3,11,16 52:6,8,14 53:5

53:9,12 54:12 55:5 56:19 58:7,23 62:7,7 62:17
**cases** 15:19 40:8,9 41:10 41:11,17 44:14 44:20 45:16,24 46:18 53:2,20 53:23 58:13
**cash** 19:13
**category** 22:17
**celsius** 1:10 5:11 19:24,25 22:17 24:17,19 24:22 25:1,9 26:23 27:18 28:12,17,18 29:17,21,22 30:8 31:1,7,10 31:19,25 32:24 33:16 35:16,21 36:22 37:5 42:14,18 55:1 56:24 57:5 59:4,15,17
**celsius's** 30:15 30:20 31:21
**ceo** 15:25 32:5
**certain** 17:21 50:24 52:23
**certified** 11:4,7 62:8,20
**certify** 63:5,12 65:1

**chair** 12:5,7,11
**chairman** 32:15 43:25,25 54:23 55:12
**change** 13:2,8 65:9,11,13,15 65:17,19,21,23 66:1,3,5,7,9,11 66:13
**changes** 32:16 62:20 64:4 65:3,3,4
**charged** 59:25
**chief** 11:22,24 32:3
**choosing** 59:17
**chosen** 20:3,7
**city** 1:4,5,17 2:11,15 3:1 5:10 7:17,18 8:10 11:18 12:4,22 13:14 15:23 19:21,22 34:12 43:11 54:24
**civil** 8:9 65:4
**claims** 32:19
**clarify** 7:1,24
**class** 1:4 19:25 26:23 27:5 28:18 33:25 37:20,23,25 38:3,5,7,8,11 40:4 45:3 47:6 47:10,10,14,18

**[class - counsel]**

Page 5

54:6,25 55:25 58:18,21
**client** 42:12,16 53:7,10,13 57:10
**closed** 25:23
**closely** 48:19
**cmoyna** 3:15 64:1
**cocco** 3:14 5:21 5:21 48:25
**code** 62:11
**college** 10:25
**colloquies** 62:19
**combined** 13:5 36:23 37:6
**come** 53:3 55:7
**comes** 25:21 54:10
**commencing** 3:5
**commission** 66:24
**commissioner** 19:22
**commitment** 63:16
**committed** 27:23
**committee** 12:6 12:8,11,12,15 12:17,18 13:22 14:4 16:4,5 35:7

**committees** 13:7,9,19 14:8 16:2 35:4
**committing** 28:1 59:18
**common** 38:7
**communicati...** 44:21 45:4 46:12
**companies** 19:4 24:7
**company** 2:13 18:12 24:15 25:3 26:15 27:22,25 45:10 46:15
**compensated** 37:18 56:8,20 58:3
**compensation** 33:13 62:13 63:14
**competitor** 19:24
**complaint** 20:8 27:10,13 30:5 32:2,6,9,17,20 33:17 52:14,17 52:21,22
**complete** 62:9 62:19
**completed** 64:12
**completely** 25:23

**compliance** 62:3,11
**concluded** 61:6
**concludes** 61:4
**conference** 24:15 51:22
**confidential** 2:14,20
**confirm** 34:5
**conflicts** 9:7
**conjunction** 48:22
**connection** 51:25 56:20
**consider** 14:24 53:11
**considering** 59:5
**consolidation** 51:7
**consultant** 14:15,15,18,21 15:1,3,6,6,11 17:9 18:13 19:18 20:22 25:18
**consultants** 19:17 20:19
**consulted** 25:8
**contacted** 56:23 57:3,11 62:15
**contain** 63:10
**contains** 43:22 43:24

**contempt** 60:3
**continue** 5:6 28:11
**continuing** 11:12
**contract** 39:2 62:12 63:14
**contracting** 39:5
**contracts** 62:6
**conversations** 5:5
**convicted** 59:25
**copies** 64:9
**copy** 34:12
**corporate** 24:13,17
**corporation** 16:1
**correct** 13:17 13:18 14:10 21:25 22:8 29:2 40:12 43:23 44:3,12 44:21 52:10 57:18 59:4 62:19
**corrections** 64:4 65:6
**costs** 56:16
**council** 19:22
**counsel** 5:16 9:11,13 10:16 16:20 17:3

**[counsel - disqualification]**

35:10,11,14,18
39:3,4 43:3,4
43:13 44:5
45:16,17,21
46:23 49:10,12
49:24 52:14,16
53:18 56:5
62:1 63:8
**county** 63:3
**course** 11:9
29:21
**court** 1:1 5:14
5:17 10:11
55:23 59:21
60:3 62:5,20
63:17 64:11,14
**crime** 60:1
**cs** 64:15
**csr** 1:24 63:23
**current** 11:21
30:25 31:6,9
**currently** 11:17
**custodian**
59:11
**cv** 1:3

**d**

**d** 2:1 20:12
**daniel** 2:18
43:10
**data** 18:14
24:13,14,17
**date** 26:14
27:16 28:22
32:11 59:6,8
64:2

**dated** 2:16,19
23:10 34:13
54:22 63:18
**dates** 9:7,24
30:4 34:5
**daughtry** 1:24
3:6 5:14 63:22
**day** 12:13,13
36:2 63:18
66:19
**days** 64:2
**dc** 45:11
**dealing** 49:16
**december** 13:3
**decide** 18:12
41:14
**deciding** 42:21
50:11 52:25
**decision** 19:25
20:16 24:18
25:9 34:1
**decisions** 16:7
16:19 17:7
**declaration**
2:18 43:9,18
**deep** 59:13
**defendants**
1:12 4:1 6:1,3
6:5 31:24
32:20 33:11
**defined** 2:15
12:4,22 34:12
54:24 59:14
**definitely** 21:12
40:8 58:17

**dekalb** 63:3
**denied** 47:9
**department**
11:18
**deponent** 64:1
64:4,5,6,11
**deponent's**
64:4 66:18
**deposed** 10:22
45:7,8
**deposition** 1:17
2:10 3:1 5:9,12
7:2 8:5,9,14,17
9:10 10:17
23:10 26:6,9
26:21 34:8
38:17 43:6
52:5 54:19
60:10 61:4,6
63:10 64:3
65:5
**derek** 1:18 2:3
3:2 5:9 6:7,16
64:1
**describe** 33:22
**description** 2:9
**designated** 8:2
**desire** 65:5
**determined**
49:16 62:13
**different** 15:7
25:25 44:9
**differently** 15:2
33:12

**diligence** 36:21
37:3
**direct** 17:14
28:2 29:9
62:12 63:14
**direction** 14:17
63:9
**directions** 22:2
**directly** 15:4
55:7 59:3
**director** 15:21
**directors** 31:1
31:7,10
**directs** 14:16
**disclose** 53:6
**disclosure**
28:19 62:5
**disclosures**
62:1,2,3,14
**discount** 62:18
**discounted**
19:13
**discounts** 62:17
**discretionary**
21:24
**discuss** 35:15
35:20,23,24
42:17,22 45:19
50:12 53:14,17
**discussed** 29:6
42:25 55:9,11
55:14
**dismissed** 32:5
**disqualificati...**
62:5

**[disqualify - exhibits]** Page 7

**disqualify** 62:10
**district** 1:1,2 45:10
**diversify** 18:25
**document** 8:12 8:14 23:13 24:2 26:13 28:16 34:15,24 43:15,18,20,22 55:2
**documentation** 10:12 27:16
**documents** 9:10 10:4,13 21:15 26:19,22 55:5
**drie** 2:11 20:12
**driehaus** 20:8,9 20:15,20,24 21:2,5 22:9,19 24:18,21,25 25:8 28:4,11 29:6 39:11,12 39:23
**driehaus's** 21:16 23:10 24:4,7 25:6
**drink** 19:4
**due** 64:2
**duke** 4:8 5:13
**duly** 6:8 63:7
**dunwoody** 63:18

**duties** 15:14 16:13
**dwayne** 11:24

**e**

**e** 2:1 20:12,13 20:14 63:1,1 65:4,4
**earlier** 18:24 35:4 39:11 52:2 59:2
**early** 9:20,24 49:15
**earthstone** 36:21
**easier** 7:21
**eastern** 5:2
**ed** 35:12,13 39:3
**education** 11:12
**educational** 10:24
**edwin** 1:10
**effecting** 65:6
**eisenhofer** 2:19 3:13 5:20,21 9:14 36:17 37:16 38:23 39:1,6,7 48:17 48:24 51:5,6 52:3 53:1,4 54:14 55:17 56:15,22 57:4
**either** 19:19 33:9

**elect** 50:7
**elected** 19:19
**electronically** 64:5
**emerging** 23:24
**emerson** 35:12 35:13 39:3 53:19
**employ** 24:12
**employed** 11:17,19 63:12
**employee** 15:22 33:7
**employees** 12:3 19:20 30:25 31:6,10 32:22
**energy** 19:4 36:21
**engage** 52:25 53:16
**engagement** 24:4 55:9,15
**engaging** 24:3 52:14,15
**ensued** 23:3
**entered** 56:19 65:5
**entire** 33:25 36:1 37:23
**entity** 15:22,24 40:14,15,15,16
**equity** 18:20
**errata** 64:2,5,5 64:6,8,9,10,12 65:1

**esq** 64:1
**established** 13:7 22:5
**ethics** 62:12
**evaluate** 22:6
**evaluated** 24:18
**evaluating** 24:11
**event** 54:15
**everybody** 5:1
**exact** 26:2 39:5 56:2
**exactly** 39:2 55:21
**examination** 2:4 6:12
**examined** 6:10
**except** 12:13 62:7
**excuse** 17:1
**executive** 16:2 16:3,6 35:23 35:24 36:3
**exhibit** 2:10,11 2:13,15,18,19 2:23 8:5,8 23:7 23:9 26:6,9,15 28:3 34:8,11 43:6,9,17 44:8 54:19,22
**exhibits** 2:8,22 26:12 31:18 61:1 62:20,20 62:21

**[expedited - funds]** Page 8

**expedited** 61:2
**expires** 66:24
**exposure** 2:13
  19:1 26:15
**extensive** 10:25

**f**

**f** 63:1
**facility** 64:13
**factors** 21:1
**facts** 44:23
  45:5
**fair** 14:19
**fairly** 50:24
**fall** 13:25
**familiar** 19:12
  27:14 59:7
**far** 17:22 22:12
  30:11 44:4
**federal** 8:9 40:5
  65:4
**fee** 54:14 55:18
  55:22,24
**fees** 56:5,16
**fell** 22:17
**ferry** 10:21
**fiduciary** 15:17
  37:24 38:1,6
**field** 11:2
**fieldly** 1:10
**figure** 18:22
**file** 56:11 64:8
**filed** 10:11 32:7
  32:9 45:10
  48:22 52:13,17
  52:20,21 64:11

**filing** 27:8
  32:11
**filings** 9:12
  10:7,10,11
  24:14,25 30:16
**fill** 64:5,5
**finalization**
  46:10
**financial** 17:21
  32:4 62:6
**financials**
  32:25
**finish** 6:21 7:9
**fire** 10:25 11:18
  36:23 37:6
  40:14,16 41:3
**fired** 25:12,19
**firefighter** 13:3
  16:1
**firefighters** 1:5
  1:17 2:11 3:2
  7:18,19 8:3,10
  8:15 9:2 11:25
  12:2,2,6,24
  13:14 15:22
  16:12,14,17
  39:14,19 40:1
  41:11 43:12,23
  43:24
**fireman** 22:21
  45:22
**firm** 3:18 5:24
  36:16,16 37:7
  37:12,14,18
  38:22 39:8

  49:2,5,10,12,19
  53:24 54:1
  56:7,15 62:1
  62:14
**firms** 16:24
  17:4 37:8,11
  37:12 40:12,14
  40:17,23 41:3
  41:5,9,12,16
  42:8,14,19
  50:7 51:5 53:8
  53:11 54:5,11
  56:2,11,18,19
  57:13,16,17,20
  57:24 58:2
**first** 6:8 9:18
  11:11 28:19,20
  36:20 52:13,21
  53:22,25 54:2
**five** 28:4,9 51:5
  51:21 57:16,20
  57:24
**floor** 3:14
**florida** 1:2
  49:17,22,23
  58:23
**flow** 19:13
**fluctuate** 19:7
**focus** 43:17
**focused** 22:9
**focusing** 39:11
**following** 62:1
  62:3 65:3
**follows** 6:10

**foregoing** 63:5
  63:10
**form** 23:10
  65:4,6
**formal** 11:2
  13:22,24
**former** 30:25
  31:6,9
**forms** 62:5
**forte** 46:4
**forth** 19:22
**forward** 17:8
  64:8
**four** 9:16 14:1
  40:5 42:8,13
  42:18 53:8
**frame** 51:16
**frank** 54:23
  58:25
**frankly** 55:4
**fraud** 27:11,18
  27:23 28:1,10
  32:21 33:1,3,5
  33:18 58:10,12
**front** 18:7
  21:16
**full** 16:11,24
  63:10
**fund** 12:13
  15:18 59:6
**fund's** 15:8,9
**fundamental**
  24:12
**funds** 12:19
  15:20 37:10

30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C
June 7, 2023

**[funds - implementing]**

Page 9

38:9 47:23 48:3 59:8,12
**furnish** 65:7
**further** 60:15 63:12

**g**

**g&e** 36:17 40:12 41:23 42:4 50:18 53:12,21 55:23
**ga** 1:25 63:23
**gappt** 11:10 51:19
**gelaw.com** 3:15 3:16 64:1
**geller** 40:18 41:1 45:13
**general** 13:5 18:9 40:15 46:22 52:7,8
**generally** 19:3 21:16
**georgia** 1:20 3:5,8,19 4:4 5:12 10:21 11:5 51:19 62:3,8 63:2,7 63:18 64:14
**getting** 38:8 48:9 50:16 57:22,25
**give** 7:3,3 22:2 26:2 52:11 58:1

**given** 55:4 65:6
**go** 5:7 19:10 22:25 26:1 30:4 36:7 46:10,19 60:20
**going** 5:2 18:7 19:23 23:23 38:13 42:15
**gonna** 27:16 28:13 30:4
**good** 5:1 6:14 41:20,20 46:5
**governing** 16:6
**grant** 3:13 5:19 5:21 9:14 36:17 37:16,16 38:23 39:1,6,7 48:17,24 51:4 51:6 52:3 53:1 53:4 54:14 55:17 56:14,22 57:4
**granular** 19:5
**gratuity** 48:6
**greetings** 64:3
**group** 14:5
**groups** 14:8
**gtt** 44:21 45:4 46:12
**guess** 15:11 49:16
**guides** 17:18
**guy** 22:24
**guys** 20:10,24 22:21

**h**

**h** 20:14
**hac** 4:3
**half** 11:20
**hand** 23:17
**handed** 23:9
**handle** 20:20 30:13 39:13
**handles** 39:3
**hansey** 4:8 6:4 6:4
**happened** 47:12
**happens** 21:8
**head** 7:3 29:16
**hear** 6:24
**held** 11:10,14 29:22 35:15,20 60:3
**help** 43:20
**hereto** 63:12
**high** 10:25
**higher** 41:19
**hire** 16:21 43:4 45:21 46:23 50:7
**hiring** 17:2
**historically** 54:3
**history** 58:13
**hoc** 13:21,22 14:3 35:4,7
**holdings** 1:10 5:11 36:22 37:5 55:1

**honestly** 7:12 51:2
**hope** 22:21
**hour** 3:5 10:3 38:14 52:9,12
**hours** 9:17 11:13 46:20
**house** 20:11
**hr** 19:21
**huh** 22:13 44:11 51:12
**hullender** 1:18 2:3 3:3 5:9 6:7 6:16,17 8:7 9:4 23:8 26:11 31:23 34:10,17 38:21 43:8 54:21 60:14 64:1

**i**

**idea** 24:20,23 25:2,4 26:25 27:19 30:19,24 31:4,13 56:21
**identification** 8:6 26:7,10 34:9 43:7 54:20
**impacts** 63:16
**impartial** 63:17
**impartiality** 62:11
**implementing** 39:24

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 77 of 90
30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C
June 7, 2023

**[incentive - knowledge]**

**incentive** 47:5
47:14
**incentives** 47:2
**inception** 12:9
**incorporated**
55:1
**independent**
43:2
**index** 2:8
**indexed** 59:12
**indice** 17:23,23
18:2
**individual**
14:25 15:12
20:5 27:2,3
28:15
**individually**
1:6
**individuals**
56:18
**information**
18:11,17 21:14
26:20 27:8
42:10 43:22,24
44:3
**ing** 59:11
**initial** 52:17
**instances** 58:15
**intends** 54:14
**interchangea...**
14:20
**interest** 62:6,10
**interested** 19:3
63:13

**internally**
19:15 53:14
**intervals** 7:7
**interview** 52:24
53:2
**introduce** 5:16
**introduced** 8:8
26:12 34:11
43:8 54:22
61:1
**invest** 17:19
18:12 20:5
27:25 28:2
59:3
**invested** 11:15
29:13
**investigation**
36:22 37:4
**investing** 11:3
19:3 22:19
27:2
**investment**
2:16 12:4,19
12:22 13:6,16
13:19 14:12,13
14:14,15,15,16
14:18,20,20,24
15:1,3,10,14
16:18 17:7,9
17:16,17 18:8
18:13 19:6,18
20:21 21:6,17
21:23 22:3,6
24:7,11 25:6
25:12,18,19

30:13 34:13
44:1 54:24
**investments**
12:14 13:10
14:16 17:12
18:25 19:16
20:20 28:13,15
30:14 31:17
39:25 58:16
**involved** 15:16
16:14 45:1
50:11,13,16
**involvement**
45:15
**item** 23:23

**j**

**j** 4:2
**january** 26:16
44:1
**jason** 4:3 5:25
**jason.outlaw**
4:5
**jay** 2:19
**jeff** 3:20
**jeffrey** 3:18
5:23
**jensen** 49:9
**job** 11:14
**john** 1:10
**johnson** 10:21
11:24
**judge** 32:4
**july** 32:10,17
32:20

**june** 1:19 3:3
5:3 9:24 63:18

**k**

**kaufman** 49:9
**keep** 26:25
**kendra** 4:8 6:4
**klausner** 49:9
49:14,18 50:6
51:18 54:1
56:7,15
**knew** 31:6
**know** 7:8 15:11
16:15 18:5,21
20:15,23 21:15
22:17 23:13
24:5,21,24,24
25:24,24 26:1
27:5,17 29:12
29:17,20,23,24
30:6,25 31:3
31:12 32:4
33:10 35:19
37:17 38:5
39:2,6,23 40:7
40:20,23 41:1
44:2 45:7 46:3
46:4,10,11,20
46:22 50:9
51:2,4,8,17
54:11,14 55:5
55:21 56:2,7
56:14 57:23,23
58:20
**knowledge**
52:19 54:2

**[knowledge - manager's]** Page 11

58:21

**knowledgeable** 8:20

**l**

**l** 2:18 43:10 63:22

**labels** 23:18

**large** 17:23 18:2,20 22:12 49:1

**late** 9:20,21,22 9:23 34:3

**law** 3:18 5:23 17:18 36:16 37:7,12,14,17 39:8 49:4 53:24 54:11 56:7,11,15,18 56:18 62:3

**laws** 40:5

**lawsuit** 51:14 56:16

**lawsuits** 44:9 46:24

**lawyer** 48:14 57:10

**lawyers** 57:11

**lead** 1:17 3:1 8:10 16:16 33:23,24 34:2 38:9 40:4 41:14,16,21,24 42:22 43:13 44:10,15,19 47:3,21 54:5

55:12 58:14

**learn** 9:4

**learning** 27:18

**left** 19:16

**legacy** 41:5

**legal** 35:9,11 38:25 39:3,4,9 53:17 59:19 62:8,15

**legislation** 13:2

**letter** 2:19 54:22 55:10,15 55:19

**level** 19:5

**levinson** 49:9

**lexington** 3:14

**license** 63:6,7 63:23

**licensed** 49:22

**light** 35:9 36:9

**limit** 56:4

**line** 65:9,11,13 65:15,17,19,21 65:23 66:1,3,5 66:7,9,11,13

**lines** 32:23

**listed** 44:14

**listen** 45:22 46:3

**lists** 44:9

**litigation** 15:15 15:19 16:13,21 16:23 17:3,4 34:25 35:20,24 36:19 42:24

45:9 54:15 56:24 57:5

**litigations** 37:11

**little** 23:18 36:25

**llc** 3:18

**llp** 3:4 4:2 5:12

**lmcg** 25:22,22

**local** 49:24 50:7

**location** 5:11

**long** 9:15 10:1 11:19 12:7 46:17

**longer** 52:12

**look** 8:16 21:8 23:12,22 28:14 34:4 36:14 40:19 44:8 46:10,19

**looked** 9:11 23:15 24:21,25 25:3

**looking** 18:15 24:9 27:7,13 27:15 28:3,16 42:3 53:2 57:21,25

**loss** 36:23 37:6

**losses** 29:23,25 30:2 41:18 58:9,12

**lost** 29:20 47:23 48:3,7

58:5,7,16

**lot** 25:25 28:20 55:6

**m**

**macro** 24:12

**made** 16:19 19:24 28:4,14 29:20 33:15 62:3,20 63:16

**mail** 64:7

**main** 48:21

**maintain** 11:12

**maintaining** 62:11

**make** 7:20 21:5 27:16 29:9 32:16 34:1 38:4 62:9 65:5

**making** 15:9 17:6 20:16 24:18 62:11 65:6

**manage** 15:3,7 15:8,9

**management** 24:15

**manager** 14:20 14:24,25 15:2 15:6,13 18:15 20:2,7 25:13 25:19,22 27:21 27:24 39:16,16 39:18

**manager's** 29:10

**[managers - motion]**                                              Page 12

**managers**
  18:16,18,19
  19:17 20:19
  21:23 22:3,7
  25:25 30:13
**managing**
  15:12 45:15,17
  59:11
**manhattan**
  45:12
**mansell**  64:14
**manually**  64:5
**marcella**  1:24
  3:6 63:22
**march**  2:16
  26:17 27:14
  28:4,6,23 29:1
  29:4 34:14
  52:22
**marcie**  5:14
**marietta**  10:21
**marked**  2:22
  8:5 23:6,9 26:6
  26:9 34:8 43:6
  54:19
**market**  19:1,6
  19:7 22:12,14
  22:15,16,18,18
  27:12 58:6
**markets**  23:25
**marquette**  15:5
  17:9 18:13,18
  18:21 20:22,23
  21:1 22:7
  25:18

**married**  46:2
**matter**  5:10
  35:16 42:14,18
  51:1 62:10,16
**matters**  36:19
  36:20 53:18
**matthewman**
  1:3
**mcocco**  3:16
**mean**  10:10
  17:22 22:10
  29:15 30:6
  33:2 39:4 42:2
  45:18 57:16
  59:5
**meaning**  48:5
**media**  5:8
**mediation**  45:1
  45:13
**medical**  44:20
  44:23 45:1
  46:8
**medications**
  7:14
**medium**  22:11
**meet**  9:9,15
  50:25 51:9
**meeting**  2:16
  9:18,22 10:16
  14:1 26:1 34:4
  34:13,20 36:7
  36:11 45:19
**meetings**  9:16
  10:2,6,8 13:23
  14:3,4 24:16

  34:21 50:24,25
  55:10
**members**  19:22
  34:18 35:7
**memorandums**
  36:20
**memory**  25:24
  54:10
**mentioned**
  18:24 22:9
  46:23 52:9
**merit**  3:7 44:20
  44:23 45:1
  46:8,8 63:6
**met**  9:11 50:18
  50:21 51:18,21
  51:24
**method**  19:12
  24:10,10
**methods**  24:12
**metrics**  18:11
  18:21
**mica**  3:14 5:21
  48:19
**microphones**
  5:4
**mid**  9:20 18:4
  18:20 22:11
**middlebrooks**
  1:3
**mind**  25:21
**minutes**  14:3
  26:2 34:4 35:6
  36:7

**minutia**  24:8
  33:10
**mischaracteri...**
  45:25
**misrepresent...**
  33:18,19
**misrepresent...**
  33:15
**missed**  36:13
**moment**  8:16
  23:12,22 25:22
**monetary**
  46:13
**money**  11:15
  14:25 15:2,4,7
  15:8,9,12,13,18
  20:2,7 27:21
  27:24,25 29:10
  29:20 48:7
  58:6,16 59:11
**monitor**  17:11
  22:6 37:10,11
  46:24
**monitoring**
  17:4,5,10
  19:16 37:8
  40:11,17,23
  41:9 42:8,13
  42:18 46:25
  53:8 57:17,20
  57:24 58:2,3
**morning**  5:1
  6:14
**motion**  43:10

**[moyna - ordering]**

**moyna** 3:13 5:19,19 28:25 38:15 42:15,20 45:25 48:25 55:20 56:25 57:6,22 60:18 60:22 64:1
**multi** 11:9
**multiple** 9:16 25:16 41:3,9 46:20 50:7 57:1 58:11
**mute** 5:5

**n**

**n** 2:1
**name** 5:13 6:14 49:14
**names** 26:3
**nature** 33:4
**necessary** 65:7
**need** 7:7,23 8:16 56:13
**needed** 13:21
**negotiate** 56:4
**negron** 1:11
**never** 13:25 59:3
**new** 3:15,15 34:24
**nods** 7:3
**nonlawyers** 57:7,9
**nonprofit** 16:1
**normal** 19:7 30:12

**notarized** 64:6
**notary** 66:23
**note** 5:3
**noted** 36:16 65:3,3
**notes** 21:9 22:24 36:15
**notice** 2:10 8:8
**noticing** 62:15
**noting** 64:4
**november** 58:23
**number** 26:14 56:2
**numbers** 18:8,9 23:18
**numerous** 25:16

**o**

**oath** 6:18
**object** 42:15
**objection** 42:20 45:25 55:20 56:25 57:2
**obligated** 37:22
**obligation** 62:11
**obligations** 37:21
**oblige** 7:8
**obviously** 16:11,16 30:6 58:12
**occasionally** 13:24 36:13

**occasions** 52:4
**occur** 30:3
**occurred** 28:9 28:18
**ocg** 62:17
**ocga** 62:5,6 65:4
**offered** 47:2,5
**officer** 15:21 32:4 60:21 63:17
**officers** 1:4 5:10 7:19 31:1 31:6,10 43:11
**offices** 3:3 64:2 64:7
**official** 14:1,8
**oh** 28:20 58:20
**okay** 6:23 7:5 7:10,17,25 8:19 9:4,9,15 10:1,4,8,10,13 10:22 11:14,17 12:10,15,18 13:22 14:6,9 14:19,23 15:1 15:21 17:5,10 19:10,23 20:7 20:23 21:15,23 22:2,9,23 23:17,19,21 24:1,2,6,21 25:5,8,12 26:18,22 27:14 27:17,22 28:8

28:24 32:6,13 32:16 33:4 34:1,6,23 35:2 36:3,9,14 37:17,24 38:10 38:13,15 39:11 39:18,21,23 40:3,9,16 41:8 41:14,22 42:1 42:13,17,21 43:1,5 44:8,19 45:9 46:17 47:2,13 48:5 48:14,16 49:4 49:7,21 50:1,6 51:3,9 52:8,13 54:4,9 58:22 59:10,18 60:7 60:8,23 61:3
**once** 16:16 21:8 22:20 25:17 26:25 27:15 29:9 30:4,12 33:9 34:4 49:16 59:7 64:6
**operations** 12:13
**opportunities** 24:11
**opted** 58:18,20
**options** 32:22
**ordering** 62:22 64:9

**[orders - plan]**                                                   Page 14

**orders** 60:24
**original** 64:9
64:11
**originally** 9:8
**originated**
40:10 41:10
**outcome** 37:22
38:5,8 63:13
**outlaw** 2:4 4:3
5:25,25 6:13
8:7 17:2 20:14
20:15 22:15
23:6,8 26:8,11
29:2,5 34:6,10
37:2,5,7 38:13
38:21 42:17,21
43:8 46:7
54:17,21 55:22
57:3,8,11 58:2
60:14,25
**outside** 20:19
31:17 35:14
50:13,15 53:15
57:13
**oversaw** 13:4
**oversee** 12:12
**overseeing**
16:20
**oversees** 12:5
12:12 16:6
**oversight** 45:19
**own** 13:4,10
21:25 29:17
30:13 40:14,15
40:15,16 59:15

**owned** 59:4

**p**

**p.a.** 3:13
**page** 2:2,9
23:17,20,23
24:9 28:19
34:24 65:9,11
65:13,15,17,19
65:21,23 66:1
66:3,5,7,9,11
66:13
**pages** 28:21
63:10 65:7
**paid** 32:22 33:7
33:8,9 54:12
56:3
**paragraph**
24:10 36:14
44:8
**paragraphs**
23:23
**part** 11:10,11
16:16 23:10
26:20 32:15
37:2
**participants**
15:18,20 47:24
48:4
**participate**
36:3
**particular** 19:1
35:7
**parties** 5:7
62:17,23 63:12
63:17 64:9

**partners** 36:16
**parts** 11:12
**party** 24:14,22
62:12,18 63:14
**passed** 25:22
**password**
62:21,22
**pay** 58:4
**payback** 48:6
**payment** 47:14
**pdf** 64:5
**pdfs** 60:25
**peachtree** 1:20
3:4,19 4:3
**pending** 7:9
**pension** 1:4,5
1:17 2:11,16
3:2 5:10 7:18
7:19 8:10 11:5
11:6,7 12:4,6
12:22 13:1,2
13:15 34:13
43:11,12 44:5
44:6 51:20
54:24
**pensioner**
59:14
**people** 14:2
**people's** 11:15
**percent** 55:18
55:25 56:1
**percentage**
17:25
**perform** 36:21
37:3 43:1

**performance**
22:6
**period** 19:25
26:16,24 27:5
30:2 44:12
51:10
**periodic** 56:10
**perjury** 59:19
**person** 8:19
41:20 50:19,20
50:21 51:18,24
**personally** 45:2
48:11,11 59:4
59:17
**phones** 5:5
**pick** 5:4 7:4
**piece** 52:9
**place** 5:6 16:11
62:16
**plaintiff** 1:17
3:1 8:10 16:16
33:23,24 34:2
38:9 40:4
41:15,16,21,25
42:22 43:13
44:10,16,20
47:3,22 54:5
55:12 58:14
**plaintiffs** 1:8
3:12 5:20,22
5:24 24:3 39:9
**plan** 1:4,5,17
2:11 3:2 5:11
7:18,19,20,20
7:23 8:3,11,15

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 82 of 90
30(b)(6) Derek Brent Hullender                                    June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[plan - proceedings]**                                    Page 15

9:2,5 12:1,2,21
12:24 15:15,20
15:22 16:2,10
16:12,14,17
17:7,20 20:19
27:17 29:6
30:11 39:14,14
40:1,1,17,24
41:14,18,19
43:11,12,23,25
44:3,4,9,19
46:7 48:2,18
50:7 53:23
54:24 58:15
59:14
**plan's** 12:19
  17:16 41:12
**plans** 7:20 12:5
  13:9 16:18,21
  17:12 18:1,11
  18:25 19:3,15
  20:1 21:6,17
  21:23 22:2,5
  25:5,12 26:1
  26:23 29:14,17
  29:20 30:10,18
  30:23 31:3,5
  31:12,14,18
  32:9 34:1
  36:23 37:6,21
  37:24 38:1,10
  38:24 39:12
  40:3,11,13
  41:15 42:23
  44:2,15 46:23

46:24 47:2,5,9
47:13,17,25
49:10 50:12,13
50:16 52:13,24
53:9,11,14,20
54:4,12 55:23
55:24 56:4,10
56:22 57:3
58:5,18 59:23
60:5
**plans's** 33:22
**please** 5:3,5,16
  5:18 6:14,24
  7:3,24 33:22
  64:7,12 65:6,7
**point** 13:6,12
  32:24
**police** 1:4 5:10
  7:19,20 8:3
  13:4 36:23
  37:6 39:14,19
  40:1,14,24
  43:11,11 46:7
**policies** 18:8
**policy** 17:17
  34:25
**portfolio** 25:22
**portion** 48:9
**position** 11:21
  19:21
**possibility** 59:6
  59:12
**possible** 44:18
  55:3

**possibly** 50:9
  50:24
**post** 41:22 42:7
**potential** 35:20
  45:23 56:23
  57:4
**practice** 30:12
  49:23
**pre** 40:9,10
  41:4 51:7
**preparation**
  10:17 52:4,6
**prepare** 9:10
  43:20
**prepared** 8:22
  58:22
**preparing**
  46:21
**presence** 53:15
**present** 4:7
  34:18
**presentation**
  20:24 21:12
  24:2
**presentations**
  21:5
**presented** 21:1
  62:1
**press** 24:15
  25:3 30:20
**presumably**
  22:19
**pretty** 15:4
  38:7

**prevent** 7:14
**previous** 32:25
  43:25
**previously** 2:22
  13:3
**prices** 19:10
  24:14
**primarily**
  14:14
**print** 64:5
**prior** 13:8 23:9
  40:24 41:5
  44:12
**private** 5:4
  18:20
**privilege** 42:12
  42:16 53:7,10
  53:13 57:10
**privileged**
  42:10,20 57:2
  57:23
**pro** 4:3
**probably** 9:16
  14:7 21:7 36:8
  36:13 51:21
  52:11 55:4
**procedure** 8:9
  65:4
**proceed** 55:12
**proceeding**
  53:12 59:19
  62:1,18,22
  63:16
**proceedings**
  62:9 63:10

30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C

June 7, 2023

**[produced - reference]**

Page 16

**produced** 10:14 62:19

**production** 64:13

**products** 31:21

**professional** 3:6 62:11 63:6

**prohibited** 62:16

**prohibitions** 62:6

**projections** 32:25

**proposed** 9:8

**propounded** 63:8

**proprietary** 24:16

**protected** 62:21,22

**provide** 18:14 18:17 20:23 37:15 38:24 39:8 57:20 62:15

**provided** 32:14 40:17,23

**providing** 37:8 38:22 41:3 45:19 58:3

**public** 11:4,5 51:20 66:23

**pull** 30:5,5

**purchase** 19:23 19:25 24:18

25:9 27:22

**purchased** 17:12

**purchases** 2:11 26:13 28:4,9 28:17 29:1,3,6 29:10

**purchasing** 24:22,25 28:11 29:11,12

**pursuant** 65:4

**pursue** 15:19 34:2 42:22,23 43:3

**pursuing** 53:16

**put** 17:8

**puts** 41:20

**putting** 50:6

**q**

**question** 6:21 6:24,25 7:9,24 27:2 57:1

**questions** 7:12 7:15 8:22 9:1 60:15,18 62:19 63:8

**quick** 38:14

**quite** 55:4

**quorum** 13:25 16:11

**quote** 18:7

**r**

**r** 4:3 20:12 63:1

**rarely** 34:22

**read** 23:22 30:7 30:15,20 55:21 60:21,22 64:3 65:1

**realize** 22:21

**really** 13:25

**reason** 7:11 45:21 55:7 65:10,12,14,16 65:18,20,22,24 66:2,4,6,8,10 66:12,14

**reasonable** 27:20 28:11

**reasons** 65:6

**recall** 21:1,3 27:10 34:20 45:5,9 54:7

**receive** 46:7 56:10

**received** 24:3 47:13,17,17 48:12

**receives** 62:18

**recent** 25:24

**recess** 23:3 38:17 60:10

**recognize** 23:13 26:19 34:15 43:15,18

**recollection** 10:5

**recommendat...** 25:18

**recommendat...** 15:10 20:21

**recommending** 18:16

**recommends** 18:18

**record** 5:2,7,17 6:15 8:8 23:1,2 23:4 26:12 34:11 38:16,19 43:9 54:22 56:12 60:9,12 61:5 62:9,11 62:19

**recorded** 5:9 61:4

**recording** 5:6

**records** 46:19

**recover** 15:20 47:23 48:3

**recovery** 54:15 55:25

**reeves** 3:18,18 5:23,23,23 9:14 36:15,15 37:7,12,14,17 38:22,24 39:6 39:8 48:22 49:4,6 50:21 53:24 56:15

**reeveslawfir...** 3:20

**refer** 7:17 16:3

**reference** 9:25 35:3

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 84 of 90
30(b)(6) Derek Brent Hullender June 7, 2023
City of Atlanta Police Officers' Pension Plan v. C

**[referenced - saw]**                                    Page 17

referenced 2:22
referred 34:17
    35:4 37:8
referring 16:8
    18:19
reflect 26:22
reflected 55:18
reform 13:1,1
refreshed 10:5
regard 56:16
regarding 27:3
    54:25 56:23
regards 36:20
registered 3:6,7
    63:6,6
regular 7:6
regulations
    62:4
related 50:25
    58:9 63:12
relates 8:14
relating 62:22
relationship
    12:21 31:18
    57:12 62:10
releases 24:15
    25:3 30:21
relies 18:21
rely 18:11
remember
    51:22
repeat 6:25
    50:14
repeating 27:1

rephrase 14:7
report 11:23
    26:16 62:10
reported 1:24
reporter 3:6,7
    5:14,17 6:9
    20:10 34:7
    36:25 37:3
    54:18 62:1,2,5
    62:8,20,21
    63:6,6
reporting
    26:14 62:5,15
reports 30:7
    56:10
repository
    62:22
represent 5:14
    16:21 48:17
    50:2 52:25
    53:9
representations
    62:3
representative
    8:2 12:3 37:20
    38:7 40:4
    41:21 45:3
    47:10
representatives
    47:6
representing
    19:20 33:25
    35:14 54:12
request 55:24

requested 64:3
research 18:14
    18:22 24:12,14
    24:16,22
reside 10:20
resides 16:17
resources
    24:13
respect 15:15
    16:13 17:20
    33:12 39:24
responsibilities
    12:10,19 17:6
responsibility
    14:12 15:17
    17:11 37:25
    38:2,4,6 64:4
responsible
    13:9 19:16
    20:16 46:25
retired 12:3
returned 64:8
    64:10
returns 18:14
revealed 27:11
    28:10 33:20
review 9:9 10:4
    10:13 32:9,12
    34:23 52:13,15
    62:1 64:4
reviewed 10:7
    21:13 32:13
    52:20
reviewing
    18:16 45:6

    46:21
revise 32:24
rfp 16:22 17:2
    17:11
right 6:19 8:15
    23:6,17 28:19
    34:6 49:10
    58:5 60:20
ring 59:1
rmr 1:24 63:22
road 10:21
robbins 40:18
    41:1 45:13
robert 49:15
robust 18:14
role 11:25
    16:17,20 33:22
    47:9,14,18
    49:21
roswell 64:14
rough 60:25
roughly 55:5
rpr 1:24 63:22
rule 8:2 65:4
rules 8:9 62:4
    65:4
run 9:24 12:12

**s**

s 20:14
sales 2:12
    26:13
sanctioned
    59:21
saw 26:20

**[sawicki - sound]**

Page 18

| | | | |
|---|---|---|---|
| **sawicki** 4:2 6:2 6:2 16:25 20:13 22:14 | **security** 58:12 | **service** 11:1 | **signed** 64:6,8 64:10 |
| **saxena** 40:18 40:25 | **see** 28:5 36:11 48:8 56:13 | **services** 37:9 37:15,18 38:22 38:23,25 39:9 40:17,24 41:4 57:20 58:3 62:15 | **similar** 58:5 |
| **saying** 20:10 47:12 | **seek** 41:14,15 41:15,16 53:8 54:15 | | **similarly** 1:6 |
| **says** 24:11 38:5 42:2 55:21 | **seeking** 55:18 | | **sims** 2:19 35:9 43:25 54:23 55:6 |
| **sba** 44:7 | **seen** 8:12 23:14 55:2 56:13 | **serving** 47:14 47:18 48:12 54:5 | **sir** 9:13 12:25 46:2 |
| **schedule** 8:20 | **segments** 17:21 17:22 | | **sit** 13:16 |
| **scheduling** 9:7 | **select** 20:19 | **session** 35:1,3 35:22,23,25 | **sitting** 8:17 |
| **school** 10:25 11:10 | **selected** 20:24 | **sessions** 16:7,9 35:15,20 36:4 36:10 52:9 | **situated** 1:7 |
| **scope** 57:19 | **selections** 15:10 | | **six** 51:21 |
| **seal** 64:8 | **selects** 14:14 | **set** 55:23 | **size** 41:18 |
| **sec** 24:14,25 30:15 | **sell** 21:24 | **settled** 45:7,8 46:11,12 | **skill** 63:11 |
| **second** 9:22 11:11 22:25 23:1 34:23 36:22 37:4 | **selling** 29:13 | **settlement** 45:2 | **slow** 36:25 |
| | **semantics** 15:11 | **several** 21:3 44:25 | **small** 17:23 18:4,20 21:22 22:10,10,11,11 22:20 24:7 25:20 39:12,13 39:17,21,25 41:19 |
| **secondly** 60:23 | **send** 64:9,12 | **shake** 29:15 | |
| **section** 23:24 34:24 36:15 | **sense** 38:7 46:3 | **share** 22:12,14 22:15,18,18 | |
| | **sensitive** 5:4 | **shares** 27:22 | **sold** 27:17 |
| **securities** 11:3 15:15,19 16:21 16:23 17:3,4 27:23 28:1 29:21 34:25 37:11 40:5 47:10,18 54:6 54:25 56:5 58:10 | **separate** 13:5,5 39:7 40:13 52:4 | **sharing** 56:16 | **solely** 62:13 63:14 |
| | **september** 23:11 | **short** 23:3 | **solutions** 62:8 62:15 |
| | **sequential** 23:18 | **shorthand** 6:9 63:9 | **sorry** 29:15 36:17 43:11 48:1 |
| | **serve** 40:4 44:10 47:3,5 47:21 63:16 | **shows** 28:3 | |
| | | **shrugs** 7:3 | |
| | | **sign** 64:3 | **sought** 40:3 44:9,15 |
| | **served** 12:7 | **signature** 63:22 64:1,11 66:18 | **sound** 27:14 |

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 86 of 90

30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C
June 7, 2023

[source - things]

Page 19

| | | | |
|---|---|---|---|
| **source** 48:14 | **statement** 17:17 65:5 | **subcommittees** 12:16 13:21 | **taken** 3:3 5:9 58:14 63:5,9 |
| **southeast** 64:15 | **states** 1:1 | **subcontractor** 62:8,13 63:15 | **talk** 10:16 19:23 25:5 |
| **southern** 1:2 | **status** 41:15,16 | **submitted** 36:19 62:19,21 | **talked** 17:10 35:21 52:3 |
| **space** 15:6 21:20,21 25:20 39:17,21,25 | **stephenson** 4:8 5:13 | **subscribed** 66:19 | **talking** 6:22 38:22 57:6 |
| **speak** 6:9 18:6 18:23 30:11 32:8 33:14 37:19 41:2 47:1 50:15 | **steps** 44:2 | **substance** 58:1 65:5 | **target** 59:6,8 |
| | **stock** 17:14 19:10,24,24 20:1 24:13,19 24:22 25:1,10 26:23 27:2,18 28:12,18 29:9 29:13,18,22 31:17 32:22 33:7,12 58:6 59:3,4 | **sue** 58:15 | **team** 18:14 |
| **speaking** 19:6 | | **suitable** 21:2 | **technical** 24:12 |
| **speaks** 51:22 | | **suite** 3:19 4:3 64:14 | **tell** 6:18 39:5 |
| **specific** 17:25 62:17 | | **summer** 6:4 | **term** 14:19 |
| **specifically** 18:10 32:3 40:7 49:2 62:4 | | **support** 43:10 55:24 | **terminology** 14:10 |
| | | **supposed** 45:7 | **terms** 22:3,18 55:14,16 62:13 63:15 |
| **specify** 7:23 | **stocks** 17:12 20:6 21:24 27:3 28:2 | **sure** 7:22 15:4 23:16 46:9 49:1 51:16 55:22 | **test** 11:11 |
| **speculate** 28:13 50:10 | **stopping** 23:24 | | **testified** 6:10 48:2 52:2 59:2 |
| **speeding** 60:2 | **strategic** 44:7 | **swear** 5:18 21:9 | **testify** 8:20 63:8 |
| **spent** 56:11 | **strategies** 17:20 | **sworn** 6:8,18 63:8 66:19 | **testifying** 9:5 63:7 |
| **spoke** 36:16 39:11 | **strategy** 17:16 21:17 22:3 23:25 24:7 25:6,23 29:10 39:24 45:20 | **systems** 44:20 44:24 46:8,8 | **testimony** 46:1 63:10 65:2,5 |
| **spoken** 31:9 38:11 51:19 | | | **thank** 60:14,15 60:17,19 61:3 |
| **ss** 63:3 | | **t** | |
| **standard** 5:2 61:1 | **street** 1:20 3:4 3:19 4:3 | **t** 63:1,1 | **theodore** 4:2 |
| **started** 41:6 | **strike** 48:16 | **take** 5:6 7:6 23:12,22 34:23 38:14 46:5 52:11 60:7 | **thereto** 63:9 |
| **state** 3:7,8 6:14 17:18 62:8 63:2,6,7 | **stuff** 40:20 | | **thing** 25:21 |
| | **subcommittee** 16:6 | | **things** 7:20 15:7 |

Case 9:22-cv-80418-DMM Document 100-16 Entered on FLSD Docket 06/15/2023 Page 87 of 90

30(b)(6) Derek Brent Hullender
City of Atlanta Police Officers' Pension Plan v. C
June 7, 2023

[think - videographer]

Page 20

**think** 18:6 22:5 25:23 27:23 28:10 36:12 38:6 39:15 41:6 42:2 50:23 52:2 56:25 57:22 59:7
**third** 24:14,22 36:14
**thought** 28:1
**three** 9:16 10:8 12:5 14:1 20:11 25:25 40:8 44:12 45:16,24 49:2 52:3 54:11
**ticket** 60:2
**time** 5:3,5 7:7 15:19,19 19:8 29:22 30:2 46:22 51:9,16 56:10 60:15 62:17 64:10
**times** 40:3 51:20 57:1 58:11
**titled** 13:12 26:13
**tod** 6:2
**tod.sawicki** 4:5
**today** 6:18 7:3 7:12,15 8:3,17 9:5,6 10:18 13:16 50:18,22

52:6 60:15 61:1
**today's** 9:10 52:4
**together** 9:24
**told** 28:9
**tonight** 60:25
**topics** 8:20,23
**torchio** 58:25
**touched** 20:18
**town** 9:8
**training** 11:1,2 16:1
**transactions** 26:23 29:21
**transcribed** 63:9
**transcribing** 7:2
**transcript** 60:24 62:18 63:5,10 64:4,9 64:11 65:2
**transcripts** 62:18,21
**transparent** 15:25
**travel** 46:21
**trial** 58:23
**tries** 18:25
**trip** 48:8
**true** 62:19 63:10
**trustee** 11:4,5,8 11:10 12:3

16:12 19:19
**trustees** 11:6 51:20
**truth** 6:9,10,18 27:11 33:19 63:8
**try** 7:1,6,8 15:20 17:25
**trying** 18:1 47:23 48:3,7,8 54:7
**turn** 23:20
**turned** 42:4,7 42:11
**two** 9:6 14:1 15:7 36:20 40:8,19 41:1 44:9 58:23
**type** 58:1
**typically** 14:1 21:7 36:12 41:19

**u**

**u** 20:14
**u.s.** 54:25
**uh** 22:13 44:11 51:12
**under** 6:18 23:23 24:10 34:17,24 36:15 40:5 63:9
**undersigned** 65:1
**understand** 6:17,25 8:1

22:10
**understanding** 8:25 40:2 57:19
**understood** 14:11 17:15 21:11 22:22 26:4
**unit** 5:8
**united** 1:1
**uploaded** 62:22
**use** 14:19 65:6
**used** 31:21
**using** 24:13

**v**

**v** 1:9
**valuation** 19:12
**various** 24:13
**verbal** 7:4
**verbatim** 62:11
**verify** 44:2
**veritext** 5:15 62:8,15 64:7 64:13
**veritext.com** 64:15
**versions** 32:6
**versus** 5:11 41:19
**vice** 4:3
**video** 5:6,9 60:24 61:4
**videographer** 4:8 5:1,13 23:2 23:4 38:16,19

**[videographer - zoom]**

Page 21

60:9,12,20,23 61:3

**vii**   34:24 36:15

**volume**   24:14

**vote**   16:10

**voted**   16:24

**voting**   17:8

**w**

**wait**   20:10 36:25

**waive**   60:21

**want**   30:5 35:19 38:14 43:17 55:21

**way**   21:9 28:21 54:8 63:12,13

**we've**   38:13 41:24 58:11

**wednesday**   5:3

**week**   58:23

**weeks**   9:7

**went**   45:2,12

**west**   1:20 3:4 4:3

**whatsoever** 17:14 24:20 26:25

**white**   40:18,25

**wise**   51:16 57:10

**witness**   2:2 5:18 6:8 8:2 16:15 17:1 20:12 29:3 45:23,24 46:2

57:9 60:17 63:7,9

**witnesses**   62:21

**work**   28:14 39:1 46:17 48:19

**worked**   49:3,5 53:20,23

**working**   14:5,8 16:7,9 34:25 35:3,15,20,22 39:7 51:6

**works**   39:1,6 48:22 51:4

**x**

**x**   2:1

**y**

**yeah**   17:1,24 18:3 35:19 36:18 37:10 40:21 45:12 49:11 52:11

**year**   11:9,11,11 11:13 34:3 44:1,12 51:23

**years**   11:20 21:4 40:6 44:25 51:21

**york**   3:15,15

**z**

**zoom**   50:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
                    VERITEXT LEGAL SOLUTIONS
          COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

   Veritext Legal Solutions represents that the
   foregoing transcript is a true, correct and complete
   transcript of the colloquies, questions and answers
   as submitted by the court reporter. Veritext Legal
   Solutions further represents that the attached
   exhibits, if any, are true, correct and complete
   documents as submitted by the court reporter and/or
   attorneys in relation to this deposition and that
   the documents were processed in accordance with
   our litigation support and production standards.

   Veritext Legal Solutions is committed to maintaining
   the confidentiality of client and witness information,
   in accordance with the regulations promulgated under
   the Health Insurance Portability and Accountability
   Act (HIPAA), as amended with respect to protected
   health information and the Gramm-Leach-Bliley Act, as
   amended, with respect to Personally Identifiable
   Information (PII). Physical transcripts and exhibits
   are managed under strict facility and personnel access
   controls. Electronic files of documents are stored
   in encrypted form and are transmitted in an encrypted
   fashion to authenticated parties who are permitted to
   access the material. Our data is hosted in a Tier 4
   SSAE 16 certified facility.

   Veritext Legal Solutions complies with all federal and
   State regulations with respect to the provision of
   court reporting services, and maintains its neutrality
   and independence regardless of relationship or the
   financial outcome of any litigation. Veritext requires
   adherence to the foregoing professional and ethical
   standards from all of its subcontractors in their
   independent contractor agreements.

   Inquiries about Veritext Legal Solutions'
   confidentiality and security policies and practices
   should be directed to Veritext's Client Services
   Associates indicated on the cover of this document or
   at www.veritext.com.
```