# Exhibit 16

Case 9:22-cv-80418-DMM  Document 100-17  Entered on FLSD Docket 06/15/2023  Page 2 of 7

## *Other reports*

01 Jan 21 - 31 Mar 22

◆ Company Exposure and Activity

| Asset Id Trade / Settle | Asset Id Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| **15118V207** | **CUS#** | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| | | OPENING BALANCE | | 0.00 | 0.00 | |
| 10-01-21 / | 10-05-21 | PURCHASED 9,876.00 SHARES 10-01-21 AT A PRICE OF $93.565500 | -924,052.88 | 9,876.00 | 924,052.88 | 0.00 |
| | 10-07-21 | 9,876.00 SHARES TRANSFERRED TO ACCT 44-09509 ATL POL - DRIEHAUS | 0.00 | -9,876.00 | -924,052.88 | 0.00 |
| | | CLOSING BALANCE | | 0.00 | 0.00 | |



CONFIDENTIAL

**Northern Trust**

Confidential

AP-00001707

◆ Company Exposure and Activity

| Asset Id Trade / Settle | Asset Id Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| 15118V207 | CUS# | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| | | OPENING BALANCE | | 0.00 | 0.00 | |
| 10-01-21 / | 10-05-21 | PURCHASED 9,188.00 SHARES 10-01-21 AT A PRICE OF $93.565500 | -859,679.81 | 9,188.00 | 859,679.81 | 0.00 |
| | 10-07-21 | 9,188.00 SHARES TRANSFERRED TO ACCT 44-09507 ATL FIRE - DRIEHAUS | 0.00 | -9,188.00 | -859,679.81 | 0.00 |
| | | CLOSING BALANCE | | 0.00 | 0.00 | |

CONFIDENTIAL

**Northern Trust**

Confidential

AP-00001708

Case 9:22-cv-80418-DMM  Document 100-17  Entered on FLSD Docket 06/15/2023  Page 4 of 7

## *Other reports*

01 Jan 21 - 31 Mar 22

◆ Company Exposure and Activity

| Asset Id Trade / Settle | Asset Id Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| **15118V207** | **CUS#** | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| | | OPENING BALANCE | | 0.00 | 0.00 | |
| | 10-07-21 | 9,188.00 SHARES TRANSFERRED FROM 26-77119 ATLFIR - LMCG US SM CAP | 0.00 | 9,188.00 | 859,679.81 | 0.00 |
| 10-08-21 / 10-13-21 | | PURCHASED 160.00 SHARES 10-08-21 AT A PRICE OF $94.276500 PLUS BROKER COMMISSION OF $1.60 LOOP CAPITAL MARKETS LLC | -15,085.84 | 160.00 | 15,085.84 | 0.00 |
| 01-07-22 / 01-11-22 | | SOLD 362.00 SHARES 01-07-22 AT A PRICE OF $57.029200 LESS BROKER COMMISSION OF $2.44 AND OTHER CHARGES OF $.11 GOLDMAN, SACHS & CO. | 20,642.02 | -362.00 | -33,875.18 | -13,233.16 |
| 01-07-22 / 01-11-22 | | SOLD 38.00 SHARES 01-07-22 AT A PRICE OF $57.645900 LESS BROKER COMMISSION OF $.76 AND OTHER CHARGES OF $.01 VIRTU AMERICAS LLC | 2,189.77 | -38.00 | -3,555.96 | -1,366.19 |
| 01-07-22 / 01-11-22 | | SOLD 722.00 SHARES 01-07-22 AT A PRICE OF $54.953381 LESS BROKER COMMISSION OF $14.44 AND OTHER CHARGES OF $.21 RBC CAPITAL MARKETS, LLC | 39,661.69 | -722.00 | -67,563.20 | -27,901.51 |
| 01-10-22 / 01-12-22 | | SOLD 195.00 SHARES 01-10-22 AT A PRICE OF $49.365000 LESS BROKER COMMISSION OF $3.90 AND OTHER CHARGES OF $.05 VIRTU AMERICAS LLC | 9,622.23 | -195.00 | -18,247.68 | -8,625.45 |
| 01-10-22 / 01-12-22 | | SOLD 1,012.00 SHARES 01-10-22 AT A PRICE OF $46.550000 LESS BROKER COMMISSION OF $6.07 AND OTHER CHARGES OF $.25 LUMINEX TRADING AND ANALYTICS | 47,102.28 | -1,012.00 | -94,700.77 | -47,598.49 |
| 01-10-22 / 01-12-22 | | SOLD 102.00 SHARES 01-10-22 AT A PRICE OF $46.950000 LESS BROKER COMMISSION OF $2.04 AND OTHER CHARGES OF $.03 ROBERT W. BAIRD & CO. INCORPORATED | 4,786.83 | -102.00 | -9,544.94 | -4,758.11 |
| 01-10-22 / 01-12-22 | | SOLD 341.00 SHARES 01-10-22 AT A PRICE OF $47.743500 LESS BROKER COMMISSION OF $2.30 AND OTHER CHARGES OF $.09 GOLDMAN, SACHS & CO. | 16,278.14 | -341.00 | -31,910.04 | -15,631.90 |
| 01-10-22 / 01-12-22 | | SOLD 953.00 SHARES 01-10-22 AT A PRICE OF $48.903893 LESS BROKER COMMISSION OF $19.06 AND OTHER CHARGES OF $.24 RBC CAPITAL MARKETS, LLC | 46,586.11 | -953.00 | -89,179.68 | -42,593.57 |
| 02-18-22 / 02-23-22 | | SOLD 1,407.00 SHARES 02-18-22 AT A PRICE OF $52.111500 LESS BROKER COMMISSION OF $56.28 AND OTHER CHARGES OF $.38 B. RILEY AND CO., LLC | 73,264.22 | -1,407.00 | -131,664.02 | -58,399.80 |
| 03-08-22 / 03-10-22 | | SOLD 25.00 SHARES 03-08-22 AT A PRICE OF $46.980500 LESS BROKER COMMISSION OF $.50 AND OTHER CHARGES OF $.01 RAYMOND JAMES & ASSOCIATES, INC. | 1,174.00 | -25.00 | -2,339.45 | -1,165.45 |

CONFIDENTIAL

**Northern Trust**

*Generated by Northern Trust from periodic data on 11 May 23   c1726*

Confidential

AP-00001709

Case 9:22-cv-80418-DMM    Document 100-17    Entered on FLSD Docket 06/15/2023    Page 5 of 7

## *Other reports*

Account number  4409507

**ATL FIRE - DRIEHAUS**

### ◆ Company Exposure and Activity

| Asset Id Trade / Settle | Asset Id Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| 15118V207 | CUS# | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| 03-08-22  /  03-10-22 | | SOLD 106.00 SHARES 03-08-22 AT A PRICE OF $47.445300 LESS BROKER COMMISSION OF $1.06 AND OTHER CHARGES OF $.03 COWEN AND COMPANY, LLC | 5,028.11 | -106.00 | -9,919.25 | -4,891.14 |
| | | CLOSING BALANCE | | 4,085.00 | 382,265.48 | |

CONFIDENTIAL

**Northern Trust**

*Generated by Northern Trust from periodic data on 11 May 23    c1726*

Confidential

AP-00001710

Case 9:22-cv-80418-DMM   Document 100-17   Entered on FLSD Docket 06/15/2023   Page 6 of 7

## *Other reports*

01 Jan 21 - 31 Mar 22

### ◆ Company Exposure and Activity

| Asset Id Trade / Settle | Asset Id Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| 15118V207 | CUS# | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| | | OPENING BALANCE | | 0.00 | 0.00 | |
| | 10-07-21 | 9,876.00 SHARES TRANSFERRED FROM 26-77106 ATLPOL - LMCG US SM CAP | 0.00 | 9,876.00 | 924,052.88 | 0.00 |
| 10-08-21 / 10-13-21 | | PURCHASED 173.00 SHARES 10-08-21 AT A PRICE OF $94.276500 PLUS BROKER COMMISSION OF $1.73 LOOP CAPITAL MARKETS LLC | -16,311.56 | 173.00 | 16,311.56 | 0.00 |
| 01-07-22 / 01-11-22 | | SOLD 41.00 SHARES 01-07-22 AT A PRICE OF $57.645900 LESS BROKER COMMISSION OF $.82 AND OTHER CHARGES OF $.01 VIRTU AMERICAS LLC | 2,362.65 | -41.00 | -3,836.69 | -1,474.04 |
| 01-07-22 / 01-11-22 | | SOLD 776.00 SHARES 01-07-22 AT A PRICE OF $54.953381 LESS BROKER COMMISSION OF $15.52 AND OTHER CHARGES OF $.22 RBC CAPITAL MARKETS, LLC | 42,628.08 | -776.00 | -72,616.46 | -29,988.38 |
| 01-07-22 / 01-11-22 | | SOLD 389.00 SHARES 01-07-22 AT A PRICE OF $57.029200 LESS BROKER COMMISSION OF $2.63 AND OTHER CHARGES OF $.12 GOLDMAN, SACHS & CO. | 22,181.61 | -389.00 | -36,401.81 | -14,220.20 |
| 01-10-22 / 01-12-22 | | SOLD 366.00 SHARES 01-10-22 AT A PRICE OF $47.743500 LESS BROKER COMMISSION OF $2.47 AND OTHER CHARGES OF $.09 GOLDMAN, SACHS & CO. | 17,471.56 | -366.00 | -34,249.52 | -16,777.96 |
| 01-10-22 / 01-12-22 | | SOLD 1,025.00 SHARES 01-10-22 AT A PRICE OF $48.903893 LESS BROKER COMMISSION OF $20.50 AND OTHER CHARGES OF $.26 RBC CAPITAL MARKETS, LLC | 50,105.73 | -1,025.00 | -95,917.36 | -45,811.63 |
| 01-10-22 / 01-12-22 | | SOLD 1,088.00 SHARES 01-10-22 AT A PRICE OF $46.550000 LESS BROKER COMMISSION OF $6.52 AND OTHER CHARGES OF $.26 LUMINEX TRADING AND ANALYTICS | 50,639.62 | -1,088.00 | -101,812.77 | -51,173.15 |
| 01-10-22 / 01-12-22 | | SOLD 210.00 SHARES 01-10-22 AT A PRICE OF $49.365000 LESS BROKER COMMISSION OF $4.20 AND OTHER CHARGES OF $.05 VIRTU AMERICAS LLC | 10,362.40 | -210.00 | -19,651.36 | -9,288.96 |
| 01-10-22 / 01-12-22 | | SOLD 110.00 SHARES 01-10-22 AT A PRICE OF $46.950000 LESS BROKER COMMISSION OF $2.20 AND OTHER CHARGES OF $.03 ROBERT W. BAIRD & CO. INCORPORATED | 5,162.27 | -110.00 | -10,293.57 | -5,131.30 |
| 02-18-22 / 02-23-22 | | SOLD 1,512.00 SHARES 02-18-22 AT A PRICE OF $52.111500 LESS BROKER COMMISSION OF $60.48 AND OTHER CHARGES OF $.41 B. RILEY AND CO., LLC | 78,731.70 | -1,512.00 | -141,489.80 | -62,758.10 |
| 03-08-22 / 03-10-22 | | SOLD 114.00 SHARES 03-08-22 AT A PRICE OF $47.445300 LESS BROKER COMMISSION OF $1.14 AND OTHER CHARGES OF $.03 COWEN AND COMPANY, LLC | 5,407.59 | -114.00 | -10,667.88 | -5,260.29 |

CONFIDENTIAL

**Northern Trust**

*Generated by Northern Trust from periodic data on 11 May 23   c1726*

Confidential

AP-00001711

## Other reports

01 Jan 21 - 31 Mar 22

### ◆ Company Exposure and Activity

| Asset Id<br>Trade / Settle | Asset Id<br>Type | Description | Cash | Share/Par | Cost | Gain/Loss |
|---|---|---|---|---|---|---|
| *Equities* | | | | | | |
| **Common stock** | | | | | | |
| 15118V207 | CUS# | **CELSIUS HLDGS INC COM NEW COM NEW** | | | | |
| 03-08-22 / 03-10-22 | | SOLD 27.00 SHARES 03-08-22 AT A PRICE OF $46.980500 LESS BROKER COMMISSION OF $.54 AND OTHER CHARGES OF $.01 RAYMOND JAMES & ASSOCIATES, INC. | 1,267.92 | -27.00 | -2,526.60 | -1,258.68 |
| | | CLOSING BALANCE | | 4,391.00 | 410,900.62 | |

CONFIDENTIAL

**Northern Trust**

*Generated by Northern Trust from periodic data on 11 May 23   c1726*

Confidential

AP-00001712