# Exhibit 17

ATL-POLICE: CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN

46000117

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

Reporting Date: 5/10/2023

## DRIE PURCHASES AND SALES

| Trade Date | Settle Date | Tran Type | Investment ID | Investment Description | Custodian Account | Quantity | Price | SEC Fee | Amount | Book Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract Date | | Tran ID | | | Broker | Trader | Commission | Expenses | Currency | Book Amount |
| 10/8/2021 | 10/13/2021 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 173.000 | 94.2765 | 0.00 | -16,311.56 | -16,311.56 |
| 10/13/2021 | | 5065921 | | | Loop Capital Markets (Program Desk) | | 1.73 | 0.00 | USD.CCY | |
| 5/19/2022 | 5/23/2022 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 1,416.000 | 60.6826 | 0.00 | -85,954.88 | -85,954.88 |
| 5/23/2022 | | 5339226 | | | LiquidNet International | | 28.32 | 0.00 | USD.CCY | |
| 11/22/2022 | 11/25/2022 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 602.000 | 92.6943 | 0.00 | -55,814.01 | -55,814.01 |
| 11/25/2022 | | 5553259 | | | RBC Capital Markets Algos | | 12.04 | 0.00 | USD.CCY | |
| 12/8/2022 | 12/12/2022 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 237.000 | 115.4050 | 0.00 | -27,355.72 | -27,355.72 |
| 12/12/2022 | | 5571366 | | | J.P. Morgan (BIDS) | | 4.74 | 0.00 | USD.CCY | |
| 12/8/2022 | 12/12/2022 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 30.000 | 117.2261 | 0.00 | -3,516.98 | -3,516.98 |
| 12/12/2022 | | 5571392 | | | Goldman Sachs Execution and Clearing (REDI) | | 0.20 | 0.00 | USD.CCY | |
| 12/8/2022 | 12/12/2022 | Buy | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 358.000 | 117.3558 | 0.00 | -42,020.54 | -42,020.54 |
| 12/12/2022 | | 5571415 | | | RBC Capital Markets Algos | | 7.16 | 0.00 | USD.CCY | |
| | | | | | | | | Sub Total: | | -230,973.69 |
| 1/7/2022 | 1/11/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 41.000 | 57.6459 | 0.00 | 2,362.65 | 2,362.65 |
| 1/11/2022 | | 5166132 | | | Virtu Financial (Direct) | | 0.82 | 0.01 | USD.CCY | |
| 1/7/2022 | 1/11/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 389.000 | 57.0292 | 0.00 | 22,181.61 | 22,181.61 |
| 1/11/2022 | | 5166164 | | | Goldman Sachs Execution and Clearing (REDI) | | 2.63 | 0.12 | USD.CCY | |

2023-05-10T08:53:08

Page 1 of 4

ADVENT®

EXHIBIT
PENGAD 800-631-6989

Confidential

AP-00001703

Confidential

## ATL-POLICE: CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN

**46000117**

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

## DRIE PURCHASES AND SALES

**Reporting Date: 5/10/2023**

| Trade Date | Settle Date | Action | Symbol | Security | Account | Quantity | Price | | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2022 | 1/11/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 776.000 | 54.9534 | 0.00 | 42,628.10 | 42,628.10 |
| 1/11/2022 | | | 5166196 | | RBC Capital Markets Algos | | 15.52 | 0.22 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 1,088.000 | 46.5500 | 0.00 | 50,639.61 | 50,639.61 |
| 1/12/2022 | | | 5168171 | | Luminex Trading & Analytics, LLC | | 6.53 | 0.26 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 110.000 | 46.9500 | 0.00 | 5,162.27 | 5,162.27 |
| 1/12/2022 | | | 5168223 | | Baird (Robert W.) & Co. Incorporated (BIDS) | | 2.20 | 0.03 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 210.000 | 49.3650 | 0.00 | 10,362.40 | 10,362.40 |
| 1/12/2022 | | | 5168275 | | Virtu Financial (Direct) | | 4.20 | 0.05 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 1,025.000 | 48.9039 | 0.00 | 50,105.74 | 50,105.74 |
| 1/12/2022 | | | 5168327 | | RBC Capital Markets Algos | | 20.50 | 0.26 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 366.000 | 47.7435 | 0.00 | 17,471.56 | 17,471.56 |
| 1/12/2022 | | | 5168379 | | Goldman Sachs Execution and Clearing (REDI) | | 2.47 | 0.09 | USD.CCY | |
| 2/18/2022 | 2/23/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 1,512.000 | 52.1115 | 0.00 | 78,731.71 | 78,731.71 |
| 2/23/2022 | | | 5219877 | | B. Rily and Co. | | 60.48 | 0.40 | USD.CCY | |
| 3/8/2022 | 3/10/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 27.000 | 46.9805 | 0.00 | 1,267.92 | 1,267.92 |
| 3/10/2022 | | | 5246099 | | Raymond James - Algo | | 0.54 | 0.01 | USD.CCY | |
| 3/8/2022 | 3/10/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 114.000 | 47.4453 | 0.00 | 5,407.59 | 5,407.59 |
| 3/10/2022 | | | 5246150 | | Cowen & Co. Algo | | 1.14 | 0.03 | USD.CCY | |
| 8/24/2022 | 8/26/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 213.000 | 114.1453 | 0.00 | 24,308.13 | 24,308.13 |
| 8/26/2022 | | | 5446291 | | RBC Capital Markets Algos | | 4.26 | 0.56 | USD.CCY | |

AP-00001704

2023-05-10T08:53:08

**ADVENT**

Confidential

# ATL-POLICE:  CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN

## 46000117

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

## DRIE PURCHASES AND SALES

Reporting Date: 5/10/2023

| Trade Date | Settle Date | Type / ID | Symbol | Security | Account / Broker | Quantity | Price / Commission | Other / Fees | Net Amount / Currency | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/2022 8/26/2022 | 8/26/2022 | Sell 5446325 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Raymond James - Algo | 291.000 | 112.8122 5.82 | 0.00 0.76 | 32,821.77 USD.CCY | 32,821.77 |
| 10/5/2022 10/7/2022 | 10/7/2022 | Sell 5491497 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN ITG via BBEMSX for ASIA | 85.000 | 87.3400 1.70 | 0.00 0.18 | 7,422.02 USD.CCY | 7,422.02 |
| 10/5/2022 10/7/2022 | 10/7/2022 | Sell 5491557 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN B. Rily and Co. | 181.000 | 88.6391 7.24 | 0.00 0.37 | 16,036.07 USD.CCY | 16,036.07 |
| 10/5/2022 10/7/2022 | 10/7/2022 | Sell 5491617 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Roth Capital Partners, LLC | 828.000 | 86.7916 33.12 | 0.00 1.65 | 71,828.67 USD.CCY | 71,828.67 |
| 10/5/2022 10/7/2022 | 10/7/2022 | Sell 5491677 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Jefferies & Co - ALGO Domestic | 285.000 | 87.3839 5.70 | 0.00 0.58 | 24,898.13 USD.CCY | 24,898.13 |
| 10/5/2022 10/7/2022 | 10/7/2022 | Sell 5491736 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Morgan Stanley Electronic Trading (Algo) | 114.000 | 87.2408 2.28 | 0.00 0.23 | 9,942.94 USD.CCY | 9,942.94 |
| 10/18/2022 10/20/2022 | 10/20/2022 | Sell 5506808 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Goldman Sachs Execution and Clearing (REDI) | 22.000 | 93.4896 0.15 | 0.00 0.05 | 2,056.57 USD.CCY | 2,056.57 |
| 10/18/2022 10/20/2022 | 10/20/2022 | Sell 5506838 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Jefferies & Co - ALGO Domestic | 68.000 | 88.7375 1.36 | 0.00 0.14 | 6,032.65 USD.CCY | 6,032.65 |
| 10/18/2022 10/20/2022 | 10/20/2022 | Sell 5506873 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN RBC Capital Markets Algos | 407.000 | 90.1960 8.14 | 0.00 0.85 | 36,700.78 USD.CCY | 36,700.78 |
| 10/18/2022 10/20/2022 | 10/20/2022 | Sell 5506908 | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN Wedbush Morgan Securities Inc. | 212.000 | 90.0898 6.36 | 0.00 0.44 | 19,092.24 USD.CCY | 19,092.24 |

2023-05-10T08:53:08

**ADVENT**

AP-00001705

Confidential

# ATL-POLICE:  CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN

## 46000117

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

| DRIE PURCHASES AND SALES | | | | | | | | | | Reporting Date: 5/10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 113.000 | 90.5718 | 0.00 | 10,232.11 | 10,232.11 |
| 10/20/2022 | | 5506942 | | | Morgan Stanley Electronic Trading (Algo) | | 2.26 | 0.24 | USD.CCY | |
| 10/25/2022 | 10/27/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 302.000 | 87.0287 | 0.00 | 26,276.02 | 26,276.02 |
| 10/27/2022 | | 5515082 | | | RBC Capital Markets Algos | | 6.04 | 0.61 | USD.CCY | |
| 10/25/2022 | 10/27/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-POLICE-NORTHERN | 375.000 | 87.4399 | 0.00 | 32,781.70 | 32,781.70 |
| 10/27/2022 | | 5515117 | | | Raymond James - Algo | | 7.50 | 0.76 | USD.CCY | |

| | | |
|---|---|---|
| Sub Total: | | 606,750.96 |
| Total: | | 375,777.27 |

2023-05-10T08:53:08

AP-00001706

**ADVENT**