# Exhibit 18



### ATL-FIRE:  CITY OF ATLANTA FIRE FIGHTERS' PENSION PLAN

### 46000116

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

## DRIE PURCHASES AND SALES

**Reporting Date: 5/10/2023**

| Trade Date / Contract Date | Settle Date | Tran Type / Tran ID | Investment ID | Investment Description | Custodian Account / Broker | Quantity / Trader | Price / Commission | SEC Fee / Expenses | Amount / Currency | Book Amount / Book Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/2021 10/13/2021 | 10/13/2021 | Buy 5066034 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / Loop Capital Markets (Program Desk) | 160.000 | 94.2765 1.60 | 0.00 0.00 | -15,085.84 USD.CCY | -15,085.84 |
| 5/19/2022 5/23/2022 | 5/23/2022 | Buy 5339225 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / LiquidNet International | 1,318.000 | 60.6826 26.36 | 0.00 0.00 | -80,006.03 USD.CCY | -80,006.03 |
| 11/22/2022 11/25/2022 | 11/25/2022 | Buy 5553258 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / RBC Capital Markets Algos | 560.000 | 92.6943 11.20 | 0.00 0.00 | -51,920.01 USD.CCY | -51,920.01 |
| 12/8/2022 12/12/2022 | 12/12/2022 | Buy 5571365 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / J.P. Morgan (BIDS) | 220.000 | 115.4050 4.40 | 0.00 0.00 | -25,393.50 USD.CCY | -25,393.50 |
| 12/8/2022 12/12/2022 | 12/12/2022 | Buy 5571391 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / Goldman Sachs Execution and Clearing (REDI) | 28.000 | 117.2261 0.19 | 0.00 0.00 | -3,282.52 USD.CCY | -3,282.52 |
| 12/8/2022 12/12/2022 | 12/12/2022 | Buy 5571414 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / RBC Capital Markets Algos | 333.000 | 117.3558 6.66 | 0.00 0.00 | -39,086.14 USD.CCY | -39,086.14 |
| | | | | | | | | **Sub Total:** | | **-214,774.04** |
| 1/7/2022 1/11/2022 | 1/11/2022 | Sell 5166131 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST / Virtu Financial (Direct) | 38.000 | 57.6459 0.76 | 0.00 0.01 | 2,189.77 USD.CCY | 2,189.77 |



EXHIBIT

II

**ADVENT**

Confidential

AF-00001719



**ATL-FIRE:  CITY OF ATLANTA FIRE FIGHTERS' PENSION PLAN**

**46000116**

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

| DRIE PURCHASES AND SALES | | | | | | | | | | Reporting Date: 5/10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2022 | 1/11/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 362.000 | 57.0292 | 0.00 | 20,642.02 | 20,642.02 |
| 1/11/2022 | | | 5166163 | | Goldman Sachs Execution and Clearing (REDI) | | 2.44 | 0.11 | USD.CCY | |
| 1/7/2022 | 1/11/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 722.000 | 54.9534 | 0.00 | 39,661.70 | 39,661.70 |
| 1/11/2022 | | | 5166195 | | RBC Capital Markets Algos | | 14.44 | 0.21 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 1,012.000 | 46.5500 | 0.00 | 47,102.28 | 47,102.28 |
| 1/12/2022 | | | 5168170 | | Luminex Trading & Analytics, LLC | | 6.07 | 0.25 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 102.000 | 46.9500 | 0.00 | 4,786.83 | 4,786.83 |
| 1/12/2022 | | | 5168222 | | Baird (Robert W.) & Co. Incorporated (BIDS) | | 2.04 | 0.03 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 195.000 | 49.3650 | 0.00 | 9,622.23 | 9,622.23 |
| 1/12/2022 | | | 5168274 | | Virtu Financial (Direct) | | 3.90 | 0.05 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 953.000 | 48.9039 | 0.00 | 46,586.12 | 46,586.12 |
| 1/12/2022 | | | 5168326 | | RBC Capital Markets Algos | | 19.06 | 0.24 | USD.CCY | |
| 1/10/2022 | 1/12/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 341.000 | 47.7435 | 0.00 | 16,278.14 | 16,278.14 |
| 1/12/2022 | | | 5168378 | | Goldman Sachs Execution and Clearing (REDI) | | 2.30 | 0.09 | USD.CCY | |
| 2/18/2022 | 2/23/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 1,407.000 | 52.1115 | 0.00 | 73,264.23 | 73,264.23 |
| 2/23/2022 | | | 5219876 | | B. Rily and Co. | | 56.28 | 0.37 | USD.CCY | |

Confidential

AF-00001720



**ATL-FIRE: CITY OF ATLANTA FIRE FIGHTERS' PENSION PLAN**

**46000116**

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

| DRIE PURCHASES AND SALES | | | | | | | | | | Reporting Date: 5/10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/8/2022<br>3/10/2022 | 3/10/2022 | Sell<br>5246098 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>Raymond James - Algo | 25.000 | 46.9805<br>0.50 | 0.00<br>0.01 | 1,174.00<br>USD.CCY | 1,174.00 |
| 3/8/2022<br>3/10/2022 | 3/10/2022 | Sell<br>5246149 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>Cowen & Co. Algo | 106.000 | 47.4453<br>1.06 | 0.00<br>0.03 | 5,028.11<br>USD.CCY | 5,028.11 |
| 8/24/2022<br>8/26/2022 | 8/26/2022 | Sell<br>5446290 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>RBC Capital Markets Algos | 199.000 | 114.1453<br>3.98 | 0.00<br>0.53 | 22,710.40<br>USD.CCY | 22,710.40 |
| 8/24/2022<br>8/26/2022 | 8/26/2022 | Sell<br>5446324 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>Raymond James - Algo | 271.000 | 112.8122<br>5.42 | 0.00<br>0.71 | 30,565.98<br>USD.CCY | 30,565.98 |
| 10/5/2022<br>10/7/2022 | 10/7/2022 | Sell<br>5491496 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>ITG via BBEMSX for ASIA | 79.000 | 87.3400<br>1.58 | 0.00<br>0.16 | 6,898.12<br>USD.CCY | 6,898.12 |
| 10/5/2022<br>10/7/2022 | 10/7/2022 | Sell<br>5491556 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>B. Rily and Co. | 168.000 | 88.6391<br>6.72 | 0.00<br>0.34 | 14,884.31<br>USD.CCY | 14,884.31 |
| 10/5/2022<br>10/7/2022 | 10/7/2022 | Sell<br>5491616 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>Roth Capital Partners, LLC | 769.000 | 86.7916<br>30.76 | 0.00<br>1.53 | 66,710.45<br>USD.CCY | 66,710.45 |
| 10/5/2022<br>10/7/2022 | 10/7/2022 | Sell<br>5491676 | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST<br>Jefferies & Co - ALGO Domestic | 265.000 | 87.3839<br>5.30 | 0.00<br>0.54 | 23,150.89<br>USD.CCY | 23,150.89 |

**ADVENT**

AF-00001721

Confidential



**ATL-FIRE: CITY OF ATLANTA FIRE FIGHTERS' PENSION PLAN**

**46000116**

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

| DRIE PURCHASES AND SALES | | | | | | | | | | Reporting Date: 5/10/2023 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2022 | 10/7/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 107.000 | 87.2408 | 0.00 | 9,332.41 | 9,332.41 |
| 10/7/2022 | | 5491735 | | | Morgan Stanley Electronic Trading (Algo) | | 2.14 | 0.22 | USD.CCY | |
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 20.000 | 93.4896 | 0.00 | 1,869.60 | 1,869.60 |
| 10/20/2022 | | 5506807 | | | Goldman Sachs Execution and Clearing (REDI) | | 0.14 | 0.05 | USD.CCY | |
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 63.000 | 88.7375 | 0.00 | 5,589.07 | 5,589.07 |
| 10/20/2022 | | 5506837 | | | Jefferies & Co - ALGO Domestic | | 1.26 | 0.13 | USD.CCY | |
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 378.000 | 90.1960 | 0.00 | 34,085.74 | 34,085.74 |
| 10/20/2022 | | 5506872 | | | RBC Capital Markets Algos | | 7.56 | 0.79 | USD.CCY | |
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 197.000 | 90.0898 | 0.00 | 17,741.37 | 17,741.37 |
| 10/20/2022 | | 5506907 | | | Wedbush Morgan Securities Inc. | | 5.91 | 0.41 | USD.CCY | |
| 10/18/2022 | 10/20/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 107.000 | 90.5718 | 0.00 | 9,688.81 | 9,688.81 |
| 10/20/2022 | | 5506941 | | | Morgan Stanley Electronic Trading (Algo) | | 2.14 | 0.23 | USD.CCY | |
| 10/25/2022 | 10/27/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 281.000 | 87.0287 | 0.00 | 24,448.87 | 24,448.87 |
| 10/27/2022 | | 5515081 | | | RBC Capital Markets Algos | | 5.62 | 0.57 | USD.CCY | |
| 10/25/2022 | 10/27/2022 | Sell | CELH | CELSIUS HOLDINGS INC | ATL-FIRE-NORTHERN TRUST | 349.000 | 87.4399 | 0.00 | 30,508.85 | 30,508.85 |
| 10/27/2022 | | 5515116 | | | Raymond James - Algo | | 6.98 | 0.70 | USD.CCY | |

AF-00001722

2023-05-10T08:53:07

**ADVENT**

Confidential



**ATL-FIRE:  CITY OF ATLANTA FIRE FIGHTERS' PENSION PLAN**

**46000116**

Updated Through: 5/10/2023 11:59:59 PM

Reporting Currency:

| DRIE PURCHASES AND SALES | Reporting Date: 5/10/2023 |
|---|---|

| | |
|---|---|
| Sub Total: | 564,520.30 |
| Total: | 349,746.26 |

2023-05-10T08:53:07

**ADVENT**

AF· J0001723