# Exhibit 19

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): November 9, 2022

# CELSIUS HOLDINGS, INC.
(Exact name of Registrant as Specified in Its Charter)

| Nevada | 001-34611 | 20-2745790 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 2424 N. Federal Highway Boca Raton, Florida | 33431 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code: 561 276-2239

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $.001 par value | CELH | NASDAQ Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

When used in this Current Report on Form 8-K, unless otherwise indicated, the terms "**the Company**," "**Celsius**," "**we**," "**us**" and "**our**" refer to Celsius Holdings, Inc. and its subsidiaries.

**Item 2.02 Results of Operations and Financial Condition.**

The disclosure set forth in **Item 7.01** of this Current Report on Form 8-K is incorporated into this item by reference.

**Item 7.01 Regulation FD Disclosure.**

On November 9, 2022, Celsius issued a press release (a) releasing financial results for the three and nine months ended September 30, 2022; and (b) announcing that our management will then host a conference call that same day at 4:30 p.m. Eastern Time to discuss the results with the investment community.

Persons desiring to participate in the conference call, please call one of the following telephone numbers at least 10 minutes before the start of the call:

- Toll Free: 888-428-7458
- Toll/International: 404-267-0368

A copy of the press release is included as Exhibit 99.1 to this report.

In accordance with General Instruction B.2 of Form 8-K, the information furnished pursuant to this Item 7.01, and including Exhibit 99.1 furnished herewith, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No | Description |
|---|---|
| 99.1 | Press Release dated November 9, 2022 |
| Exhibit 104 | Cover Page Interactive Data File (embedded within the inline XBRL Document) |

1

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

CELSIUS HOLDINGS, INC.

Date:    November 9, 2022                    By:    /s/ John Fieldly
                                                    John Fieldly, Chief Executive Officer

2

**FOR IMMEDIATE RELEASE**



### *Celsius Holdings, Inc. Reports Record Third Quarter 2022 Financial Results*

*Revenue of $188.2 million, up 98% from $94.9 million in Q3 2021*
*North America revenue increased 112% to $179.5 million, up from $84.5 million in Q3 2021*

BOCA RATON, FL, November 9, 2022/PRNewswire/ -- Celsius Holdings, Inc., (Nasdaq: CELH), maker of the leading global fitness drink, CELSIUS®, today reported preliminary financial results for the third quarter ended September 30, 2022. Management will host a conference call today at 4:30 p.m. Eastern Time, to discuss the results with the investment community.

A PDF containing our third quarter 2022 results and full financial tables is available at:
https://www.celsiusholdingsinc.com/Q3_2022/

To participate in the conference call, please call one of the following telephone numbers at least 10 minutes before the start of the call:

US:                 **866-682-6100**
International:    **862-298-0702**

Webcast: https://event.choruscall.com/mediaframe/webcast.html?webcastid=mzHze3ra

An audio replay of the call will be available on the same webcast link above for 90 days.

**About Celsius Holdings, Inc.**
About Celsius Holdings, Inc.
Celsius Holdings, Inc. (Nasdaq: CELH), is a global consumer packaged goods company with a proprietary, clinically proven formula for its master brand CELSIUS®. A lifestyle energy drink born in fitness and a pioneer in the rapidly growing energy category. CELSIUS® offers proprietary, functional, essential energy formulas clinically-proven to offer significant health benefits to its users. CELSIUS® is backed by six university studies that were published in peer-reviewed journals validating the unique benefits CELSIUS® provides. For more information, please visit: http://www.celsiusholdingsinc.com

**Forward-Looking Statements**
This press release may contain statements that are not historical facts and are considered forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements contain projections of Celsius Holdings' future results of operations and/or financial position, or state other forward-looking information. In some cases, you can identify these statements by forward-looking words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "should," "will," "would," or similar words. You should not rely on forward-looking statements since Celsius Holdings' actual results may differ materially from those indicated by forward-looking statements as a result of a number of important factors. These factors include but are not limited to: general economic and business conditions; our business strategy for expanding our presence in our industry; anticipated trends in our financial condition and results of operation; the impact of competition and technology change; existing and future regulations affecting our business; the Company's ability to satisfy in a timely manner, all Securities and Exchange Commission (SEC) required filings and the requirements of Section 404 of the Sarbanes-Oxley Act of 2002 and the rules and regulations adopted under that Section; and other risks and uncertainties discussed in the reports Celsius Holdings has filed previously with the Securities and Exchange Commission. Celsius Holdings does not intend to and undertakes no duty to update the information contained in this press release.

Investor Relations:
Cameron Donahue
(651) 707-3532
cdonahue@celsius.com



Nasdaq: CELH

# Celsius Holdings Announces Record Third Quarter 2022 Financial Results

*Revenue of $188.2 million, up 98% from $94.9 million in the year ago quarter*

*North America revenue increased 112% to $179.5 million, up from $84.5 million in the year ago quarter*

| Flash Financials $(000)'s* | 3Q 2022 | 3Q 2021 | % Change | 9M 2022 | 9M 2021 | % Change |
|---|---|---|---|---|---|---|
| Revenue | $188.2 | $94.9 | 98% | $475.6 | $210.0 | 126% |
| N. America | $179.5 | $84.5 | 112% | $448.1 | $177.1 | 153% |
| International | $8.7 | $10.4 | -17% | $27.5 | $32.9 | -16% |
| Gross Margin % (Ex OB Freight)** | 41.8% (49.6%) | 39.7% (48.8%) | +210 BPS (+80 BPS) | 40.3% (45.9%) | 41.2% (49.8%) | -90 BPS (-390 BPS) |
| Net Loss | -$181.9 | -$9.4 | -1,841% | -$166.1 | -$8.0 | -1,974% |
| Net Loss att. to Common Shareholders | -$186.5 | -$9.4 | -1,890% | -$170.7 | -$8.0 | -2,032% |
| Distributor Termination Expense | $155.4 | $ - | N/A | $156.2 | $ - | N/A |
| EBITDA** | $24.8 | $10.3 | 142% | $57.5 | $22.8 | 152% |

*Unaudited Financial Presentation     **Non-GAAP

## 3rd Quarter 2022 Highlights

- Revenue of $188.2 million, up 98% from $94.9 million in the year ago quarter
  - Domestic revenue increased 112% to $179.5 million, up from $84.5 million in the year ago quarter.
  - International revenue decreased 17% to $8.7 million, from $10.4 million in the year ago quarter
    - European revenues decreased 21% to $7.5 million compared to $9.5 million in the year ago period.
    - Revenues from other International markets totaled $1.1 million, up 30% from $0.9 million which included royalty revenues from China
- Gross profit of $78.7 million, up 109% from $37.7 million in the year ago quarter
- Gross Profit margins were 41.8% (**49.6%, excluding OB freight) of revenues for the three months ended September 30, 2022, from 39.7% (**48.8%, excluding OB freight) for the prior year quarter
- Net loss attributable to common shareholders totaled $186.5 million, or $2.46 per diluted share, compared to a loss of $9.4 million, or $0.13 per diluted share in the year ago quarter

*Growth Trends in Revenue By Quarter (Unaudited)*

**Sales Growth**

- Third quarter 2022 financial results were negatively impacted by a $155.4 million expense in Sales and Marketing related to a termination expense of prior distributors recognized
- **Non-GAAP Adjusted EBITDA increased 142% to approximately $24.8 million, compared to $10.3 million in the year ago quarter

## YTD September 30, 2022 Highlights

- Revenue of $475.6 million, up 126% from $210.0 million for the nine months ended September 30, 2022
  - Domestic revenue increased 153% to $448.1 million, up from $177.1 million in the year ago period
  - International revenue decreased 16% to $27.5 million, from $32.9 million in the 2021 period
    - European revenues decreased by 23% to $23.5 million from $30.7 million in the prior year period
    - Revenues from other International markets totaled $4.0 million, an increase of 78% from $2.2 million for the prior year period
- Gross profit of $191.9 million, up 122% from $86.5 million for the nine months ended September 30, 2022
- Gross profit margins were 40.3% (**45.9%, excluding outbound freight), for the nine months ended September 30, 2022, from 41.2% (**49.8%, excluding outbound freight), for the prior year period

- Net loss attributable to common shareholders totaled $170.7 million, or $2.26 per diluted share, compared to a loss of $8.0 million, or $0.11 per diluted share, in the 2021 period
- The nine months ended September 30, 2022, financial results were negatively impacted by a $156.2 million expense in Sales and Marketing related to a termination expense of prior distributors recognized
- **Non-GAAP Adjusted EBITDA totaled approximately $57.5 million compared to $22.8 million in 2021, an increase of 152%



*  *The Company reports financial results in accordance with generally accepted accounting principles generally accepted in the United States ("GAAP"), but management believes that disclosure of adjusted EBITDA and Gross profit margins excluding outbound freight, each a non-GAAP financial measure, may provide users investors with additional insights into operating performance. Reconciliations of each of these non-GAAP measures to the most directly comparable GAAP measure can be found in the tables below.*

## PepsiCo Distribution Initial Launch Gains

Per IRI 1W data ending 10/23/22:
- In MULOC, Celsius has surpassed Bang (4.4%), to become the **#3 Energy Drink** in the US with a **4.9%** market share
- In MULOC Celsius has seen an approximate **11%** increase in ACV since Oct 1st
- In Convenience Celsius has seen an approximate **23%** increase in ACV since Oct 1st

## Transaction Overview

 **PEPSICO**

| | |
|---|---|
| **Overview** | • Celsius and PepsiCo have entered into a long-term strategic distribution agreement and investment<br>• PepsiCo to acquire certain Celsius distribution rights in the U.S. with future expansion opportunity as preferred global distribution partner<br>• PepsiCo has made a $550 million investment in Celsius convertible preferred stock |
| **Distribution Agreement** | • PepsiCo to become Celsius' primary distribution partner in the U.S. through its leading DSD network and the preferred partner internationally<br>• Celsius represents a rapidly growing lifestyle energy brand that enhances PepsiCo's existing energy portfolio<br>• Celsius to manage transition of and make buy-out payment to existing distributors; PepsiCo to contribute funding to Celsius related thereto |
| **Preferred Equity Investment** | • PepsiCo made a net cash investment of $550 million in Celsius in exchange for convertible preferred stock (representing an estimated 8.5% ownership in Celsius on an as-converted basis[1]) and is entitled to a 5% annual dividend paid quarterly in cash or at Celsius' option, paid-in-kind (PIK)<br>• Convertible preferred stock to automatically convert into common shares after 6 years on certain market share triggers and if above conversion price<br>• Primary proceeds used to fund growth CapEx and operating expenses<br>• PepsiCo has the right to nominate one director to the Board, increasing the Board size from 8 to 9 |
| **Strategic Rationale** | • Transformational opportunity to gain immediate scale and accelerate market share by securing access to leading North America DSD network with global reach<br>• Access to new consumption occasions through diversified channel exposure<br>• Go-to-market portfolio optimization through strategic alliance with a global leader in beverages<br>• Meaningful preferred equity investment aligns long-term interests while strengthening balance sheet position for working capital and growth investment |
| **Pro Forma Impact** | • Cash proceeds of $550 million will strengthen balance sheet position and fund ongoing growth initiatives<br>• Distribution agreement expected to add significant topline scale and accelerate growth<br>• Substantial margin accretion expected from leveraging PepsiCo's leading DSD network to rapidly scale the business |

Note:
1. Based on fully diluted shares outstanding of 78.3 million as of March 31, 2022. Assumes $550mm of convertible preferred stock is converted to common at a conversion price of $75.00 per share, implying 7.3 million of additional diluted shares outstanding



**Distribution Highlights**

CELSIUS BRAND PERFORMANCE VS. CATEGORY — OUTPACING ENERGY GROWTH +12X — 12W (10.22.22 IRI MULOC+C)

*CELSIUS is the #1 Brand Driver of Growth to the Energy Category, responsible for 29% of the category growth, driving over $122.7 million in incremental sales*

Weeks Ending 7.3.22-10.2.22 IRI MULO+C

⇒ The most recent reported Nielsen scan data as of 10.22.22, shows Celsius sales up +118% y/y for 2-wks, +120% for 12-wks and +126% for the third quarter. This compares to the energy category which grew +10% y/y for 2-wks, +10% for 12-wks and +10% in the third quarter over the same time period

⇒ On Amazon, CELSIUS® is the SECOND largest energy drink with a 18.51 % share of the Energy Drink Category, ahead of RED BULL® at a 12.01% share, and behind MONSTER® at a 26.22% (YTD period ending 10/22/22, Stackline, Energy Drink Category: Total US)

⇒ CELSIUS YoY Growth up 79.2%, compared to Amazon's Energy Drink Category at 39.1% growth (CELSIUS is outpacing category growth by almost 2x YoY) (YTD period ending 10/22/22, Stackline, Energy Drink Category: Total US)

⇒ Amazon YTD 2022: $42.9 million vs YTD 2021: $20.6 million, up 108%

⇒ US store count now exceeds 174,000 locations nationally, growing over 60,000 doors or 54%, from the 114,000 doors in Q3 2021, with additional expansion planned throughout 2022, accelerated by the PepsiCo distribution agreement

⇒ Convenience Channel store locations increased by 77%, or over 37,000 locations to 86,000 locations at the end of the third quarter, compared to 49,000 locations at the end of the third quarter of 2021

⇒ 92% of MULO+C retail stores are now serviced by Direct Store Delivery (DSD), up from 72% in Q3 2022.  Mass Channel now 100% DSD serviced, 99% of Convenience, with majority of all expansions immediately launching with DSD

⇒ The Company placed an additional 550 coolers in the third quarter of 2022 and over 3,500 since the beginning of 2021. The Company anticipates a continued acceleration of cooler placements through 2023

⇒ Club channel revenue totaled $91.7 million for the first nine months of 2022, up 285%, compared to $23.8 million in the year ago period





**Conference Call**

Management will host a conference call today, Wednesday, November 9, 2022 at 4:30 p.m. ET to discuss the results with the investment community.

To participate in the conference call, please call one of the following telephone numbers at least 10 minutes before the start of the call:

US:                 866-682-6100
International:       862-298-0702

Webcast: https://event.choruscall.com/mediaframe/webcast.html?webcastid=mzHze3ra

Replay of the conference call can be accessed through the webcast link above

Disclosures can be found on the Company's online disclosure portal at: https://www.celsiusholdingsinc.com/sec-filings/

**Investor Contact:** Cameron Donahue: (651) 707-3532: cdonahue@celsius.com

**About Celsius Holdings, Inc.**
Celsius Holdings, Inc. (Nasdaq: CELH), is a global consumer packaged goods company with a proprietary, clinically proven formula for its master brand CELSIUS®. A lifestyle energy drink born in fitness and a pioneer in the rapidly growing energy category. CELSIUS® offers proprietary, functional, essential energy formulas clinically-proven to offer significant health benefits to its users. CELSIUS® is backed by six university studies that were published in peer-reviewed journals validating the unique benefits CELSIUS® provides. For more information, please visit: http://www.celsiusholdingsinc.com

**Forward-Looking Statements**
This press release may contain statements that are not historical facts and are considered forward-looking within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements contain projections of Celsius Holdings' future results of operations and/or financial position, or state other forward-looking information. In some cases, you can identify these statements by forward-looking words such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "should," "will," "would," or similar words. You should not rely on forward-looking statements since Celsius Holdings' actual results may differ materially from those indicated by forward-looking statements as a result of a number of important factors. These factors include but are not limited to: general economic and business conditions; our business strategy for expanding our presence in our industry; anticipated trends in our financial condition and results of operation; the impact of competition and technology change; existing and future regulations affecting our business;  the Company's ability to satisfy in a timely manner, all Securities and Exchange Commission (SEC) required filings and the requirements of Section 404 of the Sarbanes-Oxley Act of 2002 and the rules and regulations adopted under that Section; and other risks and uncertainties discussed in the reports Celsius Holdings has filed previously with the Securities and Exchange Commission. Celsius Holdings does not intend to and undertakes no duty to update the information contained in this press release.

**Financial Tables**

**Celsius Holdings, Inc.**
Condensed Consolidated Balance Sheets
(In thousands, except par value)
(Unaudited)

| | September 30, 2022 | December 31, 2021 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash | $ 592,134 | $ 16,255 |
| Restricted cash | 134,838 | — |
| Accounts receivable-net | 117,003 | 38,741 |
| Note receivable-current | 2,888 | 2,588 |
| Inventories-net | 153,933 | 191,222 |
| Prepaid expenses and other current assets | 12,096 | 13,555 |
| Deferred other costs-current | 14,124 | — |
| Total current assets | 1,027,016 | 262,361 |
| | | |
| Note receivable | 3,465 | 7,117 |
| Property and equipment-net | 5,782 | 3,180 |
| Deferred tax asset | — | 9,019 |
| Right of use assets-operating leases | 1,105 | 1,128 |
| Right of use assets-finance leases | 222 | 86 |
| Other long-term assets | 242 | 300 |
| Deferred other costs-non-current | 265,993 | — |
| Intangibles | 11,322 | 16,301 |
| Goodwill | 12,502 | 14,527 |
| **Total Assets** | $ 1,327,649 | $ 314,019 |
| | | |
| **LIABILITIES,  MEZZANINE EQUITY AND STOCKHOLDERS' EQUITY** | | |
| | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 143,947 | $ 91,479 |
| Accrued distributor termination fees | 115,551 | — |
| Lease liability obligation-operating leases | 663 | 512 |
| Lease liability obligation-finance leases | 95 | 157 |
| Deferred revenue-current | 7,770 | — |
| Other current liabilities | 3,267 | 976 |
| Total current liabilities | 271,293 | 93,124 |
| | | |
| Long-term liabilities: | | |
| Lease liability obligation-operating leases | 462 | 658 |
| Lease liability obligation-finance leases | 167 | 45 |
| Deferred tax liability | 25,457 | 3,146 |
| Deferred revenue-non-current | 146,333 | — |
| **Total Liabilities** | 443,712 | 96,973 |
| | | |
| Mezzanine Equity: | | |
| Series A convertible preferred shares, $0.001 par value, 5% cumulative dividends; 1,467 and 0 shares issued and outstanding at September 30, 2022 and December 31,2021, respectively, aggregate liquidation preference of $550,000 and $0 as of September 30, 2022 and December 31, 2021, respectively | 824,488 | — |
| **Total Mezzanine Equity** | 824,488 | — |
| | | |
| Stockholders' Equity: | | |
| Common stock, $0.001 par value, 100,000 shares authorized, 76,216 and 74,909 shares issued and outstanding at September 30, 2022 and December 31, 2021, respectively | 76 | 75 |
| Additional paid-in capital | 281,133 | 267,847 |
| Accumulated other comprehensive income (loss) | (4,211) | 614 |
| Accumulated deficit | (217,549) | (51,490) |
| Total Stockholders' Equity | 59,449 | 217,046 |
| **Total Liabilities, Mezzanine Equity and Stockholders' Equity** | $ 1,327,649 | $ 314,019 |

**Celsius Holdings, Inc.**
**Consolidated Statements of Operations and Comprehensive Loss**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | For the three months ended September 30, | | For the nine months ended September 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Revenue | $ 188,233 | $ 94,909 | $ 475,640 | $ 210,017 |
| Cost of revenue | 109,583 | 57,216 | 283,778 | 123,495 |
| Gross profit | 78,650 | 37,693 | 191,862 | 86,522 |
| | | | | |
| Selling and marketing expenses | 198,756 | 22,621 | 262,782 | 50,111 |
| General and administrative expenses | 27,493 | 23,257 | 54,135 | 43,363 |
| Total operating expenses | 226,249 | 45,878 | 316,917 | 93,474 |
| | | | | |
| **Loss from operations** | $ (147,599) | $ (8,185) | $ (125,055) | $ (6,952) |
| | | | | |
| Other income/(expense) | | | | |
| | | | | |
| Interest income on note receivable | 53 | 76 | 186 | 241 |
| Interest income (expense), net | 1,396 | (101) | 1,393 | (8) |
| Foreign exchange loss | (254) | (327) | (930) | (452) |
| Total other expense | 1,195 | (352) | 649 | (219) |
| | | | | |
| **Net loss before income taxes** | $ (146,404) | $ (8,537) | $ (124,406) | $ (7,171) |
| | | | | |
| Income tax expense | 35,492 | 834 | 41,653 | 834 |
| | | | | |
| **Net loss** | $ (181,896) | $ (9,371) | $ (166,059) | $ (8,005) |
| | | | | |
| Less: dividends on Series A convertible preferred shares | $ (4,596) | $ — | $ (4,596) | $ — |
| Net loss attributed to common shareholders | $ (186,492) | $ (9,371) | $ (170,655) | $ (8,005) |
| | | | | |
| Other comprehensive loss: | | | | |
| Foreign currency translation gain/(loss) | (2,038) | 1,282 | (4,813) | 1,367 |
| **Comprehensive loss** | $ (188,530) | $ (8,089) | $ (175,468) | $ (6,638) |
| | | | | |
| Loss per common share: | | | | |
| Basic and dilutive | $ (2.46) | $ (0.13) | $ (2.26) | $ (0.11) |
| Weighted average common shares outstanding: | | | | |
| Basic and dilutive | 75,796 | 74,609 | 75,625 | 73,759 |

Celsius Holdings, Inc.
Reconciliation of Non-GAAP Financial Measure*
(Unaudited)

| | Three months ended September 30, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Net loss (GAAP measure) | $ (181,896) | $ (9,371) |
| *Add back/(Deduct):* | | |
| Income tax expense (benefit) | 35,492 | 834 |
| Depreciation and amortization expense | 537 | 518 |
| Net interest | (1,449) | 25 |
| **Non-GAAP EBITDA** | (147,316) | (7,994) |
| Stock-based compensation | 6,263 | 17,920 |
| Foreign exchange | 254 | 327 |
| Func Food brand impairment charge | 2,379 | - |
| Distributor termination expenses | 155,389 | - |
| Class action litigation settlement | 7,800 | - |
| **Non-GAAP Adjusted EBITDA** | $ 24,769 | $ 10,253 |

| | Nine months ended September 30, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Net loss (GAAP measure) | $ (166,059) | $ (8,005) |
| *Add back/(Deduct):* | | |
| Income tax expense (benefit) | 41,653 | 834 |
| Depreciation and amortization expense | 1,368 | 1,071 |
| Net interest | (1,579) | (233) |
| **Non-GAAP EBITDA** | (124,617) | (6,333) |
| Stock-based compensation | 14,780 | 28,697 |
| Foreign exchange | 930 | 452 |
| Func Food brand impairment charge | 2,379 | - |
| Distributor termination expenses | 156,194 | - |
| Class action litigation settlement | 7,800 | - |
| **Non-GAAP Adjusted EBITDA** | $ 57,466 | $ 22,816 |

*The Company reports financial results in accordance with accounting principles generally accepted in the United States ("GAAP"), but management believes that disclosure of adjusted EBITDA and Gross Margins excluding Outbound Freight, a non-GAAP financial measure, may provide users with additional insights into operating performance.

**Celsius Holdings, Inc.**
**Reconciliation of Non-GAAP Financial Measure\***
**(Unaudited)**

| | Three months ended September 30, | |
| --- | --- | --- |
| | **2022** | **2021** |
| Gross Profit (GAAP measure) | $ 78,650 | $ 37,693 |
| Gross Profit % | 41.8% | 39.7% |
| *Add back/(Deduct):* | | |
| Out Bound Freight | 14,626 | 8,648 |
| **Non-GAAP Adjusted Gross Profit** | $ 93,276 | $ 46,341 |
| Non-GAAP Adjusted Gross Margin % | 49.6% | 48.8% |

| | Nine months ended September 30, | |
| --- | --- | --- |
| | **2022** | **2021** |
| Gross Profit (GAAP measure) | $ 191,862 | $ 86,522 |
| Gross Profit % | 40.3% | 41.2% |
| *Add back/(Deduct):* | | |
| Out Bound Freight | 26,338 | 18,148 |
| **Non-GAAP Adjusted Gross Profit** | $ 218,200 | $ 104,670 |
| Non-GAAP Adjusted Gross Margin % | 45.9% | 49.8% |

*\*The Company reports financial results in accordance with accounting principles generally accepted in the United States ("GAAP"), but management believes that disclosure of adjusted EBITDA and Gross Margins excluding Outbound Freight, a non-GAAP financial measure, may provide users with additional insights into operating performance.*

###