# Exhibit 23

# Jefferies

## Celsius

## Riding the Wave: Lifting Ests. Post (+) 4Q; Remains a Leading Growth Story

March 2, 2022

### Key Takeaway

**We lift our ests. post CELH's (+) 4Q, which incl. very strong sales (*+192% YoY vs. Street +158%*) and EBITDA beat. Delayed 10-K filing/accting control issue (*non-cash SBC*) was unwelcome news w/ unrelated SEC probe on-going. We expect little to amount from said issues, while CELH remains arguably the best growth story in staples w/ a disruptive brand in the (+) energy category and scope for material upside to Street ests. PT to $100 on lower market multiple.**

**Industry-Leading Momentum Evident in Strong 4Q Upside...** CELH reported much (+) 4Q sales of $104.3M (+192% YoY vs. Street +158%). Revs beat driven by NA (+238% YoY vs. Street +183%) as co. saw triple-digit growth in traditional channels, SKU expansion at existing accounts, and new store additions. Revs upside and slightly lower op-ex (*vs. JEF*) was partially offset by GM % pressure (*-900 bps YoY; -120 bps below Street*), owing to higher input cost envt. (*notably co.'s decision to source imported higher-cost alum. cans to fulfill demand*). 4Q EBITDA of $10.9M handily beat Street ests. of $6.3M.

**...with Long Runway for Disruptive Brand in Energy Drink Category:** Long-term (*supported by our distribution/velocity sales model*), we f-cast a ~55% FY21-24e sales CAGR for CELH vs. Street < 45% (*note: JEF ~20% for FY20-30 in our DCF*) as the co. benefits from strong secular tailwinds, an expanding consumer base, and vastly improved distribution (*largely AB network*). Our US industry model base case now presumes that CELH reaches 6.5-7% market share (up from 5-6% prior) in the US by 2025 vs. 3% in Feb. (*and more bullish views in the market of potentially ~8-9%*).

**Key Takeaways from Conf. Call:** i) <u>Delayed 10-K Filing:</u> a) 15-day extension filed as audit issues finalized w/ recently hired auditor (E&Y); b) correction to stock-based comp error (~$3M/$13M in 2Q/3Q), which resulted in material weakness; c) Mgmt. expressed high degree of confidence in unaudited financials; d) clearly unwelcome news w/ unrelated SEC investigation on-going (*mgmt. commented does not relate to current/future ops*); ii) <u>Shelf-Space Resets:</u> W/ Celsius brand now 3% share in Feb data, CEO "*anticipates material new placements, as well as further expansion into the club channel.*" iii) <u>GM %:</u> To remain even w/ 4Q21 levels through 3Q22 before improving to FY20 levels in 4Q; iv) <u>Inventory:</u> Mgmt. expects levels to normalize from 4Q and noted ability to fund capital needs of business organically.

**CELH Remains a Favored Growth Idea** based on: i) <u>Leading Growth:</u> Our f-casted ~55% sales CAGR ('21-24) and ~30% ten-year CAGR is well ahead of first quartile growth comps (MNST, NAPA, BYND) w/ material scope for upside; ii) <u>Substantial Margin Upside:</u> We see "MNST-like" EBITDA margins of near ~35% also possible in the intermediate term (vs. JEF/Street FY24 of 17.5%/16.2%); iii) <u>Unique Optionality:</u> Intl. expansion and potential strategic interest (*we have no specific knowledge on this front*). CELH is trading at 7.5x NTM EV/Sales, which is only slightly above first quartile consumer growth comps at 7x and below CELH's one/three year avgs. of 17x / 9x. Our $100 PT (vs. $130 prev.) is based on 50/50 DCF and 8.5x EV/4Q22 NTM sales multiple.

| Target Change | |
|---|---|
| USA | Beverages | |
| RATING | **BUY** |
| PRICE | **$62.80^** |
| MARKET CAP | **$4.9B** |
| PRICE TARGET (PT) | **$100.00 (FROM $130.00)** |
| UPSIDE SCENARIO PT | **$196.00** |
| DOWNSIDE SCENARIO PT | **$31.00** |

^Prior trading day's closing price unless otherwise noted.

### Relevant Jefferies Research

**MNST Hold:** *"The Cost of Growth: Trimming FY22-23 EPS Ests. and PT Post Mixed 4Q; Hold"* February 25, 2022 (link)

**MNST/STZ Talks:** *"Trial Balloon 2.0? MNST and STZ Talks Reportedly Progressing"* February 14, 2022 (link)

**CELH Mgmt. Meeting:** *"Positive Energy: Upbeat Management Meetings; Long Runway for (+) Growth Story"* December 16, 2021 (link)

**Convergence in US Beverages - Expert Panel:** *"Corporate Darwinism: Panel Highlights Convergence in the US Beverage Industry"* November 9, 2021 (link)

**US Energy Drink Landscape - Expert Panel:** *"Full of Energy: Panel Highlights Evolving US Energy Drink Landscape, CELH (+)"* November 3, 2021 (link)

**CELH Coverage Initiated:** *"A Brand Whose Time Has Come: Initiating With Buy Rating, $115 PT"* September 16, 2021 (link)

**Beverage Category Disruptors - Expert Panel:** *"Category Disruptors: Beverage Panel Highlights Strategies for Emerging Brands"* May 26, 2021 (link)

Kevin Grundy, CPA *
Equity Analyst
(212) 336-7091
kgrundy@jefferies.com

This report is intended for cdonahue@celsius.com. Unauthorized distribution prohibited.

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 12 to 17 of this report.**

\* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

**EQUITY RESEARCH**
Celsius Holdings Inc. (CELH)

## CELSIUS (CELH)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2021E | 2022E | 2023E | 2024E |
| Rev. (MM) | ↑ 314.3 | ↑ 592.7 | ↑ 900.4 | 1,160.4 |
| Previous | 297.5 | 509.6 | 747.0 | |
| EBITDA - Consensus | ↓ 27.3 | ↑ 54.3 | ↑ 103.4 | 153.0 |
| Previous | 28.7 | 53.0 | 86.1 | |
| EBITDA (MM) | | | | |
| Q1 | 5.0A | 12.1 | - | - |
| Previous | | | | |
| Q2 | 7.9A | 13.5 | - | - |
| Previous | | | | |
| Q3 | 10.1A | 16.7 | - | - |
| Previous | | | | |
| Q4 | ↑ 10.9A | 98.9 | - | - |
| Previous | 9.9 | | | |
| FY Dec | ↑ 33.9 | ↑ 70.4 | ↑ 138.5 | 204.0 |
| Previous | 32.9 | 69.8 | 120.2 | |

| Valuation | | | | |
|---|---|---|---|---|
| | 2021E | 2022E | 2023E | 2024E |
| EV/Rev | 15.6x | 8.3x | 5.5x | 4.2x |

| Market Data | |
|---|---|
| 52-Week Range: | $110.22 - $39.45 |
| Total Entprs. Value | $4.9B |
| Avg. Daily Value MM (USD) | 66.11 |
| Float (%) | 49.0% |

| Financial Summary | |
|---|---|
| Long-Term Debt (MM) | $0.7 |
| Cash & ST Invest. (MM) | $16.3 |

## The Long View

### Scenarios

#### Base Case

- CAGR of ~55% from FY21-24e due to distribution and geographic expansion resulting in mkt share gains
- EBITDA margins ~30% once company matures, margin leverage fueled by operating leverage and productivity efficiencies
- $100 price target: based on 50/50 DCF and 8.5x EV/sales multiple on ~$900M 4Q22 NTM sales

#### Upside Scenario

- EBITDA margins expand to low 40s (%) once company matures
- 20 pts of sales upside from market share gains in energy drinks
- 500 bps of sales growth and margin expansion due to one time costs leveling off, channel growth, and international expansion
- $196 price target: based on 50/50 DCF and 14x EV/sales multiple on ~$1.1B 4Q22 NTM sales

#### Downside Scenario

- -25 pts of sales growth downside driven by higher competition weighing on Celsius's sales
- -300 bps EBITDA downside driven by pressure from maintaining inventory levels and input prices rising
- $31 price target: based on 50/50 DCF and 4x EV/sales multiple on ~$684M 4Q22 NTM sales

### Investment Thesis / Where We Differ

- Celsius is a disruptive brand with a long runway for growth in the fast-growing energy drink category
- Improved distribution is a game changer – Celsius has potential to gain substantial market share
- On-line strength
- Attractive international opportunity
- Strategic potential: large global beverage companies under-index in energy drinks

### Catalysts

- Nielsen data (3/8, 4/5, etc.)

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.

2

**Jefferies**

## CELH 4Q21 EPS Review - Key Financial Metrics

**Chart 1 - CELH Results vs. Estimates**

| $ in millions, except EPS | Actual Dec-21 | JEF Est Dec-21e | +/- | Consensus Dec-21e | +/- |
|---|---|---|---|---|---|
| Net Sales | $104.3 | $87.5 | 19.2% | $92.1 | 13.2% |
| Cost of Sales | 62.6 | 51.3 | 22.1% | 54.2 | 15.5% |
| Gross Profit | 41.6 | 36.2 | 15.1% | 37.9 | 9.9% |
| Selling and Marketing Expense | 24.6 | 21.4 | 14.9% | 23.1 | |
| Adj. General and Administrative Expenses | 6.4 | 5.3 | 20.5% | 12.7 | |
| | | | | | |
| Adj. Operating Income | 10.6 | 9.5 | 12.6% | 3.5 | 204.0% |
| Adj. EBITDA | 10.9 | 9.9 | 10.6% | 6.3 | 73.6% |
| Interest and other income, net | 0.1 | 0.0 | | | |
| Pretax Income | 10.7 | 9.4 | 13.5% | 3.7 | 189.6% |
| Taxes | 8.8 | 0.0 | | | |
| Adj. Net Income | 19.5 | 9.4 | | | |
| Adj. Diluted EPS | $0.25 | $0.12 | 108.3% | $0.06 | 315.5% |
| | | | | | |
| Basic Shares | 74.8 | 75.0 | | | |
| Diluted Shares | 78.4 | 78.9 | | | |
| Gross Margin | 39.9% | 41.4% | -141 bps | 41.2% | -120 bps |
| SG&A Margin | 29.7% | 30.6% | -81 bps | 38.8% | -911 bps |
| EBITDA Margin | 10.5% | 11.3% | -81 bps | 6.8% | 365 bps |
| Operating Margin | 10.2% | 10.8% | -60 bps | 3.8% | 641 bps |

Source: FactSet, Visible Alpha, Company reports, Jefferies

CELH delivered +192% YoY sales growth (vs Street +158%), GM % of 39.9% was lower than Street by -120 bps, though offset by lower SG&A (29.7% vs. 38.8%), resulting in an EBITDA beat of ~74%. Adj. EPS of $0.25 handily beat Street ests. of $0.06.

March 2, 2022
Please see important disclosure information on pages 12 - 17 of this report.

3

# Jefferies

EQUITY RESEARCH
Celsius Holdings Inc. (CELH)

## Our CELH Thesis in Six Charts

**Chart 2 - Supported by the emergence of the performance segment, we expect energy drinks to continue to be one of the fastest growing beverage categories in the US for years to come.**



Source: Nielsen xAOC+C, Jefferies

**Chart 4 - Post a big lift in 21-22 (> 160% CAGR), our five-year forecast for CELH's US retail business includes a moderation of growth during '23-25 to < 25%, and further (~10%) in 26-30.**



Source: Nielsen xAOC+C, Jefferies

**Chart 6 - CELH is trading at 7.6x NTM EV/Sales vs. a first quartile consumer growth comp avg. of ~7x, and CELH's one/three year avgs. of 17x / 9x.**



Source: FactSet, Jefferies

**Chart 3 - We forecast US per capita consumption of energy drinks to grow at a +6% CAGR through '25, which would still leave the category at < 15% of CSDs.**



Source: Euromonitor, Jefferies

**Chart 5 - Our forecast implies that Celsius will reach ~5-7% market share in US retail over the next 3-5 years (with potential upside given more bullish views in the market of ~9-10%).**



Source: Nielsen xAOC + C, Jefferies

**Chart 7 - CELH's higher sales CAGR vs. high-growth peers (~70% vs. ~20%) warrants a premium, in our view. Our $100 PT presumes CELH trades at 8.5x our 4Q22 NTM sales estimates.**



Source: FactSet, Jefferies *Top quartile peers incl. MNST, FRPT, BYND



# Price Target Scenarios

**Below we summarize our price target forecast, upside, and downside scenarios for CELH's stock** based on our 4Q22 NTM forecasts for the company. We utilize a 50/50 DCF and EV/sales methodology for our 12-month PT. Net, we see +59% TSR for the shares over the next 12 months. Our upside scenario calls for +212% TSR and our downside scenario -51%.

**Key risks:** (i) deceleration in global energy drink category; (ii) US market share gains below expectations, owing to competition or execution missteps; (iii) pricing pressure; (iv) margin downside vs. expectations; (v) sharp increase in interest rates resulting in relatively higher degree of multiple compression vs. value stocks.

**Our $100 PT is based on 50 / 50 DCF / EV/Sales multiple of 8.5x EV/Sales** vs ~7.5x current NTM avg. for first quartile consumer growth comps (i.e., MNST, BYND, NAPA) and CELH's one/three year avgs. of 17x / 9x.

**Chart 8 - Price Target Methodology**

*Based on 4Q22 NTM forecasts*

| JEF PT Scenarios | EV/Sales (50%) | | | DCF (50%) | | | | Price Target | TSR |
|---|---|---|---|---|---|---|---|---|---|
| | Sales | Multiple | Price | Sales CAGR | OM % Expansion | Exit Multiple | Price | | |
| Upside | $1,125 | 14.0x | $203 | 40% | 225 bps | 25.2x | $188 | $196 | 212% |
| Target | $900 | 8.5x | $100 | 34% | 175 bps | 21.4x | $99 | $100 | 59% |
| Downside | $684 | 4.0x | $37 | 20% | 50 bps | 18.1x | $24 | $31 | -51% |

| JEF Scenarios | Key Value Drivers |
|---|---|
| Upside | **Better than expected market share gains, Increased distribution drives sales growth/margin expansion upside**<br>- 20 pts of sales upside from market share gains in energy drinks<br>- 500 bps of sales growth and margin expansion due to one time costs leveling off, channel growth, and international expansion<br>- We apply 50/50 DCF and 14x EV/sales multiple |
| Target | **Celsius delivers on its growth and margin expansion targets**<br>- Celsius delivers CAGR of ~55% from FY21-24e due to distribution gains, and geographic expansion - resulting in mkt share gains<br>- Celsius' EBITDA margins expand to ~30% once company matures<br>- We apply 50/50 DCF and 8.5x EV/Sales multiple |
| Downside | **Celsius falls short of growth and margin expansion targets**<br>- ~-25 pts of sales growth downside driven by higher competition weighing on Celsius' sales<br>- ~-300 bps EBITDA downside driven by pressure from inventory levels and input prices rising<br>- We apply 50/50 DCF and 4x EV/sales multiple |

Source: Jefferies

March 2, 2022
Please see important disclosure information on pages 12 - 17 of this report.

5

# Jefferies

## CELH: Premier Growth Story in Staples, Industry Leading Growth and Attractive Margin Upside; Call Option on Strategic and International Optionality

**Chart 9 - CELH NTM EV/Sales vs. History**



Source: FactSet, Jefferies

**Chart 11 - BYND NTM EV/Sales vs. History**



Source: FactSet, Jefferies

**Chart 13 - LRB NTM EV/Sales vs. History**



Source: FactSet, Jefferies. Note: LRB Basket includes: KO, KDP, PEP, MNST, and FIZZ.

**Chart 10 - MNST NTM EV/Sales vs. History**



Source: FactSet, Jefferies

**Chart 12 - FRPT NTM EV/Sales vs. History**



Source: FactSet, Jefferies

---

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.

6

# Jefferies

## Nielsen Results for the Period Ended 1/29

**Chart 14 - Celsius' four-week and quarterly sales growth**



Source: Nielsen xAOC+C, Jefferies

**Chart 15 - Celsius' 4/12/52 week tracked channel trends**

| Celsius | xAOC+C % Mix | Dollar Sales - %Chg vs. YAG | | | EQ Units Sales - %Chg vs. YAG | | | Avg. EQ Unit Price - % Chg vs. YAG | | | Dollar Share - Pt. Chg vs. YAG | | | EQ Units Share - Pt. Chg vs. YAG | | | % Sold on Promo $ - Pt. Chg vs. YAG | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Latest 4 | Latest 12 | Latest 52 | Latest 4 | Latest 12 | Latest 52 | Latest 4 | Latest 12 | Latest 52 | Latest 4 | Latest 12 | Latest 52 | Latest 4 | Latest 12 | Latest 52 | Latest 4 | Latest 12 | Latest 52 |
| Celsius | 100% | 216.9% | 221.4% | 203.9% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Celsius Holdings Inc | 100% | 216.9% | 221.4% | 203.9% | 188.7% | 195.0% | 186.5% | 9.8% | 8.9% | 6.1% | 186 | 155 | 110 | 188 | 151 | 108 | (187) | 360 | 603 |

**Source: Nielsen xAOC+C Note: Nielsen definitions may differ from how the company defines**

March 2, 2022
Please see important disclosure information on pages 12 - 17 of this report.

7

# Jefferies

## US Market Share Dashboard

**Chart 16 - Celsius sales growth vs. industry growth (left) and % of portfolio gaining market ($) share (right)**





Source: Nielsen xAOC+C, Jefferies

---

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.



EQUITY RESEARCH
Celsius Holdings Inc. (CELH)

**Chart 17 - CELH: Income Statement**

Jefferies

Kevin Grundy, CPA 212-336-7091
kgrundy@jefferies.com

**Consolidated Income Statement**

| $ in millions, except EPS | FY2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $75.1 | $28.2 | $30.0 | $36.8 | $35.7 | $130.7 | $50.0 | $65.1 | $94.9 | $104.3 | $314.3 | $130.1 | $139.1 | $156.0 | $167.5 | $592.7 | $900.4 | $1,160.4 |
| Cost of sales | 43.8 | 15.2 | 17.0 | 19.3 | 18.2 | 69.8 | 29.5 | 36.8 | 57.2 | 62.6 | 186.1 | 78.2 | 83.2 | 94.9 | 91.4 | 347.7 | 503.4 | 625.5 |
| Gross Profit | 31.3 | 13.0 | 13.0 | 17.5 | 17.4 | 61.0 | 20.6 | 28.2 | 37.7 | 41.6 | 128.2 | 51.9 | 55.9 | 61.2 | 76.1 | 245.0 | 397.0 | 534.9 |
| Selling and Marketing Expense | 21.1 | 7.5 | 7.9 | 8.3 | 11.2 | 34.9 | 12.0 | 15.5 | 22.6 | 24.6 | 74.7 | 30.8 | 32.9 | 36.9 | 39.2 | 139.8 | 210.2 | 270.9 |
| Adj. General and Administrative Expenses | 7.0 | 3.2 | 2.9 | 2.8 | 3.6 | 12.4 | 3.9 | 5.0 | 5.5 | 6.4 | 20.9 | 9.6 | 10.1 | 8.3 | 9.5 | 37.4 | 52.3 | 65.1 |
| Adj. EBITDA | 4.0 | 2.8 | 2.6 | 6.9 | 3.0 | 15.3 | 5.0 | 7.9 | 10.1 | 10.9 | 33.9 | 12.1 | 13.5 | 16.7 | 28.1 | 70.4 | 138.5 | 204.0 |
| Interest Expense, Net | (0.2) | (0.0) | (0.0) | (0.1) | 0.0 | (0.1) | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) |
| Amortization of Discount on NP and BP | (0.8) | (0.3) | (0.4) | (0.4) | 0.5 | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Income (Expense), Net | (0.0) | (0.2) | 0.0 | 0.0 | 0.1 | (0.1) | (0.0) | 0.0 | (0.1) | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income Before Minority Interest and Taxes | 2.1 | 1.8 | 1.8 | 6.0 | 3.3 | 12.8 | 4.8 | 7.8 | 9.5 | 10.7 | 32.8 | 11.5 | 12.9 | 16.0 | 27.4 | 67.8 | 134.5 | 198.8 |
| Taxes | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | (0.1) | 0.0 | 0.0 | (0.8) | 8.8 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 20.2 | 48.7 |
| Adj. Net Income (Loss) | 2.1 | 1.8 | 1.8 | 6.0 | 3.2 | 12.7 | 4.8 | 7.8 | 8.7 | 19.5 | 40.8 | 11.5 | 12.9 | 16.0 | 27.4 | 67.8 | 114.3 | 150.1 |
| Preferred Stock Dividend | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adj. Net Income Available to Common Shareholders | 2.1 | 1.8 | 1.8 | 6.0 | 3.2 | 12.7 | 4.8 | 7.8 | 8.7 | 19.5 | 40.8 | 11.5 | 12.9 | 16.0 | 27.4 | 67.8 | 114.3 | 150.1 |
| Forex Gain/(Loss) | (0.1) | (0.1) | (0.1) | 0.1 | 0.7 | 0.6 | (0.2) | 0.3 | (0.3) | (0.6) | (0.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Comprehensive Income | 2.0 | 1.7 | 1.7 | 6.1 | 3.8 | 13.2 | 4.6 | 8.0 | 8.4 | 19.0 | 40.0 | 11.5 | 12.9 | 16.0 | 27.4 | 67.8 | 114.3 | 150.1 |
| Adj. EPS Diluted | $0.03 | $0.03 | $0.03 | $0.08 | $0.04 | $0.17 | $0.06 | $0.10 | $0.11 | $0.25 | $0.52 | $0.15 | $0.16 | $0.20 | $0.35 | $0.86 | $1.46 | $1.92 |
| Basic Shares | 60.8 | 69.3 | 69.4 | 70.5 | 70.2 | 70.2 | 72.5 | 73.2 | 74.6 | 74.8 | 74.8 | 74.8 | 74.8 | 74.8 | 74.8 | 74.8 | 74.8 | 74.8 |
| Diluted Shares | 64.2 | 70.3 | 71.5 | 74.8 | 74.4 | 74.4 | 76.9 | 77.2 | 78.5 | 78.4 | 78.4 | 78.4 | 78.4 | 78.4 | 78.4 | 78.4 | 78.4 | 78.4 |

**Margin analysis:**

| | FY2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross margin | 41.7% | 46.1% | 43.3% | 47.6% | 48.9% | 46.6% | 41.1% | 43.4% | 39.7% | 39.9% | 40.8% | 39.9% | 40.2% | 39.2% | 45.4% | 41.3% | 44.1% | 46.1% |
| Marketing | 28.1% | 26.6% | 26.2% | 22.4% | 31.5% | 26.7% | 23.9% | 23.9% | 23.8% | 23.6% | 23.8% | 23.7% | 23.7% | 23.6% | 23.4% | 23.6% | 23.3% | 23.3% |
| Adj. G&A | 9.4% | 11.2% | 9.6% | 7.6% | 10.1% | 9.5% | 7.9% | 7.7% | 5.8% | 6.1% | 6.6% | 7.4% | 7.2% | 5.3% | 5.7% | 6.3% | 5.8% | 5.6% |
| Adj. EBITDA | 5.4% | 9.8% | 8.6% | 18.7% | 8.5% | 11.7% | 10.0% | 12.2% | 10.6% | 10.5% | 10.8% | 9.3% | 9.7% | 10.7% | 16.8% | 11.9% | 15.4% | 17.6% |
| Adj. Operating Profit | 4.2% | 8.3% | 7.5% | 17.6% | 7.3% | 10.4% | 9.4% | 11.8% | 10.1% | 10.2% | 10.4% | 8.8% | 9.3% | 10.3% | 16.4% | 11.4% | 14.9% | 17.1% |
| Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 3.5% | 0.9% | 0.0% | 0.0% | 8.7% | -82.4% | 24.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 24.5% |

**Margin Change YoY:**

| | FY2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross margin | 162 bps | 664 bps | 73 bps | 538 bps | 701 bps | 499 bps | -500 bps | 9 bps | -788 bps | -891 bps | -586 bps | -125 bps | -325 bps | -50 bps | 550 bps | 56 bps | 275 bps | 200 bps |
| Marketing | -1221 bps | 177 bps | -831 bps | -167 bps | 230 bps | -144 bps | -273 bps | -232 bps | 139 bps | -788 bps | -290 bps | -20 bps | -20 bps | -20 bps | -21 bps | -19 bps | -25 bps | 0 bps |
| Adj. G&A | 2 bps | 193 bps | 73 bps | -62 bps | -62 bps | 16 bps | -339 bps | -187 bps | -176 bps | -393 bps | -287 bps | -50 bps | -50 bps | -50 bps | -45 bps | -32 bps | -50 bps | -20 bps |
| Adj. EBITDA | 118 bps | 374 bps | 872 bps | 611 bps | 600 bps | 631 bps | 17 bps | 358 bps | -807 bps | 197 bps | -88 bps | -70 bps | -251 bps | 10 bps | 631 bps | 108 bps | 350 bps | 220 bps |
| Adj. Operating Profit | 13 bps | 294 bps | 831 bps | 767 bps | 534 bps | 617 bps | 112 bps | 428 bps | -751 bps | 290 bps | 1 bps | -55 bps | -255 bps | 20 bps | 616 bps | 107 bps | 350 bps | 220 bps |

**Growth:**

| | FY2019 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Organic revenue | 42.9% | 94.6% | 86.3% | 80.4% | 47.9% | 74.0% | 77.5% | 116.6% | 157.6% | 192.3% | 140.4% | n.m.f. | 113.7% | 64.4% | 60.6% | 88.6% | 51.9% | 28.9% |
| Two-year avg. | 44.2% | 57.3% | 79.8% | 51.8% | 56.1% | 58.4% | 86.0% | 101.5% | 119.0% | 120.1% | 107.2% | #VALUE! | 115.2% | 111.0% | 126.5% | 114.5% | 70.3% | 40.4% |
| Reported revenue | 42.9% | 94.6% | 86.3% | 80.4% | 47.9% | 74.0% | 77.5% | 116.6% | 157.6% | 192.3% | 140.4% | n.m.f. | 113.7% | 64.4% | 60.6% | 88.6% | 51.9% | 28.9% |
| Gross profit | 48.6% | 127.3% | 89.5% | 103.4% | 72.7% | 94.8% | 58.3% | 117.1% | 115.0% | 139.0% | 110.2% | n.m.f. | 97.7% | 62.3% | 82.7% | 91.2% | 62.0% | 34.7% |
| Marketing | -0.4% | n.m.f. | 41.4% | 67.9% | 59.5% | 65.1% | 59.3% | 97.4% | 173.6% | 119.2% | 114.3% | n.m.f. | 63.0% | 59.2% | 87.1% | 50.3% | 28.9% | |
| Adj. G&A | 43.2% | n.m.f. | n.m.f. | 66.7% | 39.3% | 76.9% | 24.0% | 74.5% | 97.8% | 77.9% | 67.8% | n.m.f. | 99.9% | 50.3% | 48.8% | 79.4% | 39.9% | 24.4% |
| Adj. EBITDA | 83.2% | n.m.f. | n.m.f. | n.m.f. | n.m.f. | n.m.f. | 80.6% | n.m.f. | 46.4% | n.m.f. | 122.2% | n.m.f. | 69.8% | 65.9% | n.m.f. | n.m.f. | 96.7% | 47.3% |
| Adj. Operating Profit | 47.5% | n.m.f. | n.m.f. | n.m.f. | n.m.f. | n.m.f. | 101.6% | n.m.f. | 47.5% | n.m.f. | 140.7% | n.m.f. | 67.6% | 67.7% | n.m.f. | n.m.f. | 98.4% | 47.9% |
| EPS | -5.2% | n.m.f. | n.m.f. | n.m.f. | n.m.f. | n.m.f. | n.m.f. | n.m.f. | 37.5% | n.m.f. | n.m.f. | n.m.f. | 63.4% | 84.3% | 40.2% | 66.2% | 68.7% | 31.4% |

Source: Company data, Jefferies estimates

March 2, 2022

9

Please see important disclosure information on pages 12 - 17 of this report.



**Chart 18 - CELH: Balance Sheet**

Jefferies

Kevin Grundy, CPA 212-336-7091

kgrundy@jefferies.com

**Balance Sheet**

| $ in millions | FY2019 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| Cash & Equivalents | 23.1 | 43.2 | 31.6 | 83.8 | 61.4 | 16.3 | 16.3 | 0.0 | 35.4 | 57.1 | 92.5 | 92.5 | 133.4 | 223.0 |
| Accounts Receivable- Net | 7.8 | 15.0 | 24.0 | 32.4 | 43.5 | 38.7 | 38.7 | 62.4 | 69.2 | 71.5 | 62.2 | 62.2 | 95.2 | 123.1 |
| Notes Receivable - Current | 1.2 | 1.9 | 2.5 | 2.5 | 2.5 | 2.6 | 2.6 | 2.7 | 2.8 | 3.0 | 3.1 | 3.1 | 3.6 | 0.0 |
| Inventories, Net | 15.3 | 18.4 | 36.9 | 63.8 | 122.3 | 191.2 | 191.2 | 219.0 | 166.4 | 170.7 | 164.4 | 164.4 | 239.2 | 297.3 |
| Prepaid Expenses and Other Current Assets | 4.2 | 14.6 | 17.2 | 22.7 | 22.8 | 13.6 | 13.6 | 43.7 | 46.7 | 52.4 | 56.3 | 56.3 | 86.1 | 111.3 |
| **Total Current Assets** | **51.5** | **93.2** | **112.2** | **205.3** | **252.6** | **262.4** | **262.4** | **327.9** | **320.6** | **354.8** | **378.5** | **378.5** | **557.6** | **754.7** |
| | | | | | | | | | | | | | | |
| Notes Receivable | 10.6 | 9.4 | 6.9 | 7.0 | 7.0 | 7.1 | 7.1 | 6.4 | 5.7 | 5.0 | 4.2 | 4.2 | 0.7 | 0.0 |
| PPE, Net | 0.9 | 1.6 | 2.1 | 2.4 | 2.5 | 3.2 | 3.2 | 3.9 | 4.7 | 5.6 | 6.5 | 6.5 | 11.5 | 18.0 |
| Intangible Assets, Net | 27.2 | 27.0 | 26.9 | 26.7 | 31.7 | 30.8 | 30.8 | 30.8 | 30.8 | 30.8 | 30.8 | 30.8 | 30.8 | 30.8 |
| Other Assets | 0.1 | 0.1 | 0.1 | 0.1 | 1.3 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 |
| **Total Assets** | **90.4** | **131.3** | **148.2** | **241.5** | **295.0** | **314.0** | **314.0** | **379.6** | **372.4** | **406.7** | **430.6** | **430.6** | **611.2** | **814.1** |
| | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | |
| Accounts Payable and Accrued Expenses | 17.3 | 25.4 | 37.5 | 53.0 | 91.9 | 91.5 | 91.5 | 118.9 | 124.8 | 142.3 | 137.9 | 137.9 | 200.7 | 249.4 |
| Short-term Debt | 9.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| Other Current Liabilities | 0.1 | 0.4 | 0.6 | 0.8 | 1.0 | 1.0 | 1.0 | 26.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | **26.7** | **26.4** | **38.6** | **54.3** | **93.4** | **93.1** | **93.1** | **146.4** | **125.5** | **142.9** | **138.6** | **138.6** | **201.3** | **250.1** |
| | | | | | | | | | | | | | | |
| Long-Term Debt | 0.2 | 0.6 | 0.5 | 0.5 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| Other Noncurrent Liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 3.1 | 3.1 | 4.0 | 4.8 | 5.6 | 6.5 | 6.5 | 10.1 | 14.1 |
| **Total Liabilities** | **26.9** | **27.0** | **39.2** | **54.7** | **97.6** | **97.0** | **97.0** | **151.1** | **131.0** | **149.3** | **145.8** | **145.8** | **212.1** | **264.9** |
| | | | | | | | | | | | | | | |
| **Stockholders' Equity** | | | | | | | | | | | | | | |
| Common Stock | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Paid-in Capital | 127.6 | 159.9 | 164.2 | 237.8 | 244.3 | 267.8 | 267.8 | 267.8 | 267.8 | 267.8 | 267.8 | 267.8 | 267.8 | 267.8 |
| Accumulated Other Comprehensive Loss | -0.8 | -0.2 | -0.4 | -0.1 | 1.2 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Accumulated Deficit | -63.4 | -55.4 | -54.8 | -50.9 | -48.1 | -51.5 | -51.5 | -40.0 | -27.1 | -11.1 | 16.3 | 16.3 | 130.6 | 280.7 |
| **Total S/E** | **63.5** | **104.3** | **109.0** | **186.8** | **197.4** | **217.0** | **217.0** | **228.5** | **241.4** | **257.4** | **284.8** | **284.8** | **399.1** | **549.2** |
| | | | | | | | | | | | | | | |
| **Total Liabilities & S/E** | **90.4** | **131.3** | **148.2** | **241.5** | **295.0** | **314.0** | **314.0** | **379.6** | **372.4** | **406.7** | **430.6** | **430.6** | **611.2** | **814.1** |
| | | | | | | | | | | | | | | |
| Check: | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| | | | | | | | | | | | | | | |
| **Debt Leverage** | | | | | | | | | | | | | | |
| Total Debt | **9.5** | **1.1** | 1.1 | 1.0 | 1.2 | 1.4 | **1.4** | 1.4 | 1.4 | 1.4 | 1.4 | **1.4** | **1.4** | **1.4** |
| Cash | **23.1** | **43.2** | 31.6 | 83.8 | 61.4 | 16.3 | **16.3** | 0.0 | 35.4 | 57.1 | 92.5 | **92.5** | **133.4** | **223.0** |
| Net Debt | **-13.6** | **-42.1** | -30.6 | -82.8 | -60.2 | -14.9 | **-14.9** | 1.4 | -34.0 | -55.8 | -91.1 | **-91.1** | **-132.0** | **-221.6** |
| Interest Coverage Ratio | 21.8x | n.m.f. | -58.7x | -105.6x | -140.0x | -145.4x | **-110.4x** | n.m.f. | n.m.f. | n.m.f. | n.m.f. | **n.m.f.** | **n.m.f.** | **n.m.f.** |
| Interest Rate | 1.9% | 8.2% | -31.2% | -29.8% | -27.0% | -23.7% | **-22.4%** | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| Net Debt/LTM EBITDA | **-3.4x** | **-2.8x** | -1.7x | -3.6x | -2.3x | -0.4x | **-0.4x** | 0.0x | -0.7x | -1.0x | -1.3x | **-1.3x** | **-1.0x** | **-1.1x** |
| Total Debt/LTM EBITDA | **2.4x** | **0.1x** | 0.1x | 0.0x | 0.0x | 0.0x | **0.0x** | 0.0x | 0.0x | 0.0x | 0.0x | **0.0x** | **0.0x** | **0.0x** |
| | | | | | | | | | | | | | | |
| **ROIC** | | | | | | | | | | | | | | |
| Capital Employed | **50.0** | **62.6** | 79.0 | 104.8 | 141.7 | 206.3 | **206.3** | 260.7 | 212.2 | 207.3 | 200.1 | **200.1** | **277.2** | **341.7** |
| Tangible Capital | **22.8** | **35.6** | 52.2 | 78.1 | 110.0 | 175.5 | **175.5** | 229.9 | 181.3 | 176.4 | 169.3 | **169.3** | **246.3** | **310.9** |
| Operating Profit | **3.1** | **13.5** | 4.7 | 7.7 | 9.6 | 10.6 | **32.6** | 11.5 | 12.9 | 16.0 | 27.4 | **67.8** | **134.5** | **198.9** |
| Tax Rate | **0.0%** | **0.9%** | 0.0% | 0.0% | 8.7% | -82.4% | **24.4%** | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | **15.0%** | **24.5%** |
| NOPAT | **3.1** | **13.4** | 4.7 | 7.7 | 8.7 | 19.4 | **24.6** | 11.5 | 12.9 | 16.0 | 27.4 | **67.8** | **114.3** | **150.2** |
| ROIC | **8.1%** | **22.8%** | 24.7% | 28.1% | 24.3% | 30.5% | **18.5%** | 26.5% | 25.6% | 27.0% | 30.8% | **30.8%** | **37.6%** | **40.2%** |
| Tangible ROIC | **9.8%** | **42.4%** | 42.6% | 43.5% | 34.2% | 39.0% | **23.7%** | 31.9% | 30.1% | 31.3% | 35.8% | **35.8%** | **41.9%** | **43.8%** |

Source: Company data, Jefferies estimates



**Chart 19 - CELH: Cash Flow Statement**

Jefferies

Kevin Grundy, CPA 212-336-7091

*kgrundy@jefferies.com*

**Cash Flow Statement**

| $ in millions | FY2019 | FY2020 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | FY2021 | Mar-22e | Jun-22e | Sep-22e | Dec-22e | FY2022e | FY2023e | FY2024e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 2.1 | 12.7 | 4.8 | 7.8 | 8.7 | 19.5 | 40.8 | 11.5 | 12.9 | 16.0 | 27.4 | 67.8 | 114.3 | 150.1 |
| **Adjustments:** | | | | | | | | | | | | | | |
| Depreciation and Amortization | 0.9 | 1.7 | 0.3 | 0.3 | 0.5 | 0.3 | 1.4 | 0.6 | 0.6 | 0.7 | 0.7 | 2.6 | 4.0 | 5.1 |
| Depreciation | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | | | | | | | | | |
| Amortization | 0.8 | 1.6 | 0.2 | 0.2 | 0.2 | | | | | | | | | |
| Other (Stock Based Comp, Misc Gains, etc.) | 0.7 | 2.7 | 0.4 | 1.4 | -33.0 | 34.3 | 3.0 | 0.8 | 0.8 | 0.8 | 0.8 | 3.3 | 3.6 | 4.0 |
| **Changes in A/L:** | | | | | | | | | | | | | | |
| Accounts Receivable | -1.4 | -7.5 | -9.2 | -9.0 | -10.0 | 4.8 | -23.5 | -23.7 | -6.8 | -2.3 | 9.3 | -23.5 | -33.0 | -27.9 |
| Inventories | -2.2 | -3.9 | -19.2 | -27.4 | -57.2 | -68.9 | -172.8 | -27.8 | 52.6 | -4.3 | 6.3 | 26.8 | -74.8 | -58.1 |
| Accounts Payable | 2.6 | 8.1 | 12.1 | 15.5 | 39.1 | -0.5 | 66.2 | 27.4 | 5.9 | 17.5 | -4.3 | 46.5 | 62.7 | 48.8 |
| Other | -1.6 | -10.5 | -2.4 | -5.4 | 30.2 | -32.8 | -10.4 | -4.3 | -29.8 | -5.7 | -3.8 | -43.7 | -29.9 | -25.2 |
| **Cash Provided by Operations** | **1.0** | **3.4** | **-13.3** | **-17.0** | **-21.7** | **-43.3** | **-95.3** | **-15.5** | **36.2** | **22.7** | **36.4** | **79.8** | **47.0** | **96.8** |
| | | | | | | | | | | | | | | |
| **Cash Flows from Investing Activities:** | | | | | | | | | | | | | | |
| Proceeds from Note Receivable | 0.0 | 1.3 | 1.9 | 0.0 | 0.0 | -0.2 | 1.7 | 0.6 | 0.6 | 0.6 | 0.7 | 2.4 | 2.9 | 4.4 |
| Purchase of PPE | -0.1 | -0.6 | -0.7 | -0.5 | -1.2 | -1.0 | -3.4 | -1.3 | -1.4 | -1.6 | -1.7 | -5.9 | -9.0 | -11.6 |
| Proceeds from Sale of PPE | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (Investment in)/ Distribution from Acquisitions | -14.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -0.8 | -0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Used for Investing Activities** | **-14.3** | **0.8** | **1.2** | **-0.5** | **-1.2** | **-2.0** | **-2.6** | **-0.7** | **-0.8** | **-0.9** | **-1.0** | **-3.5** | **-6.1** | **-7.3** |
| | | | | | | | | | | | | | | |
| **Cash Flows from Financing Activities:** | | | | | | | | | | | | | | |
| Proceeds (Repayment) from Notes Payable | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Issuance of Long-Term Debt | 0.0 | -9.6 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Principle Payments on Financial Lease Obligations | 0.0 | -0.3 | 0.0 | 0.0 | 0.0 | 0.0 | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from Exercised Stock Options | 0.2 | 4.1 | 0.7 | 1.8 | 0.7 | 0.0 | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from Sale of Stock | 27.0 | 21.9 | 0.0 | 67.8 | 0.0 | 0.0 | 67.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | -0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Used for Financing Activities** | **28.7** | **15.6** | **0.7** | **69.5** | **0.7** | **0.2** | **71.1** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| | | | | | | | | | | | | | | |
| Exchange Rate Effect on Cash | -0.1 | 0.4 | -0.2 | 0.1 | -0.2 | 0.0 | -0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Increase (Decrease) in Cash and Cash Equivs | 15.3 | 20.2 | -11.6 | 52.2 | -22.4 | -45.1 | -27.0 | -16.3 | 35.4 | 21.8 | 35.4 | 76.2 | 40.9 | 89.6 |
| Cash and Cash Equivs, Beg | 7.7 | 23.1 | 43.2 | 31.6 | 83.8 | 61.4 | 43.2 | 16.3 | 0.0 | 35.4 | 57.1 | 16.3 | 92.5 | 133.4 |
| **Cash and Cash Equivs, End** | **23.1** | **43.2** | **31.6** | **83.8** | **61.4** | **16.3** | **16.3** | **0.0** | **35.4** | **57.1** | **92.5** | **92.5** | **133.4** | **223.0** |
| | | | | | | | | | | | | | | |
| **Cash Flow Statistics** | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE | TRUE |
| Free cash flow | 1.0 | 2.8 | -14.0 | -17.5 | -22.9 | -44.3 | **-98.8** | -16.8 | 34.8 | 21.1 | 34.7 | **73.8** | **38.0** | **85.2** |
| Free cash flow conversion | 45% | 22% | (294.2%) | -226% | -263% | -227% | **-242%** | -147% | 270% | 132% | 127% | **109%** | **33%** | **57%** |
| Free cash flow per share | $0.01 | $0.04 | -$0.18 | -$0.23 | -$0.29 | -$0.57 | **-$1.26** | -$0.21 | $0.44 | $0.27 | $0.44 | **$0.94** | **$0.48** | **$1.09** |
| Cash Returned to Shareholders | 0.2 | 3.6 | 0.7 | 1.8 | 0.7 | 0.0 | **3.2** | 0.0 | 0.0 | 0.0 | 0.0 | **0.0** | **0.0** | **0.0** |
| Cash Returned to Shareholders as % Available | 23% | n.m.f. | -5% | -10% | -3% | 0% | **-3%** | 0% | 0% | 0% | 0% | **0%** | **0%** | **0%** |
| Capex as % net sales | 0.1% | 0.4% | 1.4% | 0.8% | 1.2% | 1.0% | **1.1%** | 1.0% | 1.0% | 1.0% | 1.0% | **1.0%** | **1.0%** | **1.0%** |
| D&A as % of sales | 1.2% | 1.3% | 0.6% | 0.4% | 0.5% | 0.5% | **0.4%** | 0.4% | 0.4% | 0.4% | 0.4% | **0.4%** | **0.4%** | **0.4%** |
| Dividends Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** | **$0.00** | **$0.00** |
| Dividend Payout Ratio | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | **0.0%** | **0.0%** |

Source: Company data, Jefferies estimates

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.

11



## Company Description

**Celsius**

Celsius Holdings engages in the development, marketing, sale and distribution of functional calorie-burning fitness and lifestyle beverages under the Celsius brand name. The company seeks to combine nutritional science with mainstream beverages by using its proprietary thermogenic (calorie-burning) MetaPlus formulation, while fostering the goal of healthier everyday refreshment by being as natural as possible without the artificial preservatives often found in many energy drinks and sodas. The company's products are sold across a variety of channels in the US, Europe, and Asia. Founded in 2004, the company is headquartered in Boca Raton, FL.

## Company Valuation/Risks

**Celsius**

Our price target is based on 50/50 DCF and EV/sales methodology. Key risks include deceleration in global energy drink category; US market share gains below expectations, owing to competition or execution missteps; pricing pressure; margin downside vs. expectations; and sharp increase in interest rates, resulting in higher degree of multiple compression vs. value stocks.

## Analyst Certification:

I, Kevin Grundy, CPA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Completion | March 2, 2022 , 02:43 ET. |
| Recommendation Distributed | March 2, 2022 , 02:43 ET. |

## Company Specific Disclosures

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Celsius Holdings Inc..

Jefferies Group LLC, its affiliates or subsidiaries is acting as a manager or co-manager in the underwriting or placement of securities for Celsius Holdings Inc. or one of its affiliates.

Within the past twelve months, Celsius Holdings Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

### Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

# Jefferies

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.

13

# Jefferies

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 2004 | 63.88% | 146 | 7.29% | 27 | 1.35% |
| **HOLD** | 1000 | 31.88% | 23 | 2.30% | 3 | 0.30% |
| **UNDERPERFORM** | 133 | 4.24% | 0 | 0.00% | 0 | 0.00% |

March 2, 2022
Please see important disclosure information on pages 12 - 17 of this report.

14



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the

March 2, 2022

15

Please see important disclosure information on pages 12 - 17 of this report.



financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

March 2, 2022

16

Please see important disclosure information on pages 12 - 17 of this report.



This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2022 Jefferies Group LLC

March 2, 2022

Please see important disclosure information on pages 12 - 17 of this report.

17