**SOUTHERN DISTRICT OF FLORIDA**

| |
|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br>       -v- <br><br>CELSIUS HOLDINGS, INC., et al., <br><br>       Defendants. |

Case No. 9:22-cv-80418-DMM

<u>CLASS ACTION</u>

## <u>LEAD PLAINTIFFS' MOTION TO COMPEL DISCOVERY</u>

Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan, on behalf of themselves and the putative Class by their undersigned attorneys, hereby move this Court for an order compelling Defendants to produce the documents of Ms. Cheryl Miller in the above-captioned matter.

This Motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Court Rules of the United States District Court for the Southern District of Florida, and is based upon this notice, the accompanying memorandum of law in support thereof with exhibits attached, and incorporated certificate of conferral, and proposed order filed, concurrently herewith, the pleadings on file in this case, and such other evidence and argument as this Court may consider.

## Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated: June 20, 2023

Respectfully submitted,

GRANT & EISENHOFER P.A.

*/s/ Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
Mica A. Cocco (*pro hac vice*)
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Emails: dberger@gelaw.com
        cmoyna@gelaw.com
        vpontrello@gelaw.com
        mcocco@gelaw.com

*Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan and Lead Counsel for the proposed class*

Robert D. Klausner
KLAUSNER KAUFMAN JENSEN & LEVINSON
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
THE REEVES LAW FIRM, LLC
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*