**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:22-cv-80418-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO. <br><br> Defendants. | CLASS ACTION |

**[PROPOSED] ORDER ON LEAD PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Having considered Lead Plaintiffs' Motion to Compel Discovery (DE __), including all exhibits attached thereto,

**IT IS HEREBY ORDERED THAT:**

Defendants are compelled to produce the documents of Cheryl Miller by no later than two weeks following entry of this Order.

**IT IS SO ORDERED.**

Dated:

_____
William Matthewman
United States Magistrate Judge