**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80418-CV-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, AND EDWIN NEGRON-CARBALLO,<br><br>            Defendants. | <u>CLASS ACTION</u> |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan ("Plaintiffs") and Defendants Celsius Holdings, Inc., and Edwin Negron-Carballo ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby give notice that the Parties have reached an agreement in principle to resolve this matter on behalf of a proposed class of persons who acquired Celsius common stock. Contemporaneous with this Joint Notice of Settlement, the Parties shall seek a stay of all pretrial deadlines to allow Parties to prepare and submit to the Court a stipulation of settlement, proposed Notice to the Class and other documents required to present the settlement to the proposed Class and the Court in compliance with Rule 23 of the Federal Rules of Civil Procedure.

Dated: July 17, 2023                Respectfully submitted,

/s/ Daniel L. Berger
Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
Mica A. Cocco (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Emails: dberger@gelaw.com
cmoyna@gelaw.com
vpontrello@gelaw.com
mcocco@gelaw.com

*Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan and Lead Counsel for the proposed class*

Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
**THE REEVES LAW FIRM, LLC**
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

2

/s/ *Theodore J. Sawicki*
Theodore J. Sawicki (Fla. Bar No: 656526)
tod.sawicki@alston.com
Joseph G. Tully, pro hac vice
joe.tully@alston.com
Jason R. Outlaw, pro hac vice
jason.outlaw@alston.com
Matthew LaGrone, pro hac vice
matt.lagrone@alston.com
Oyinkansola Y. Muraina, pro hac vice
oyinkan.muraina@alston.com
**ALSTON & BIRD**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants Celsius Holdings, Inc., and Edwin Negron-Carballo*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I caused the foregoing to be filed electronically with the Court's Case Management/Electronic Filing System ("CM/ECF"). Notice of this filing was sent to all parties of record by operation of the Notice of Electronic Filing System, and the parties to this action may access the filing through CM/ECF.

/s/ *Theodore J. Sawicki*
Theodore J. Sawicki