**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80418-CV-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, AND EDWIN NEGRON-CARBALLO,<br><br>Defendants. | CLASS ACTION |

**JOINT MOTION TO STAY ALL PRETRIAL DEADLINES AND HOLD CLASS CERTIFICATION IN ABEYANCE**

Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan ("Plaintiffs") and Defendants Celsius Holdings, Inc. ("Celsius") and Edwin Negron-Carballo (together with Celsius, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby state as follows:

1.      On April 10, 2023, Magistrate Judge William Matthewman entered the Pretrial Scheduling Order and Order Referring Case to Mediation, which set the case for a two-week trial commencing November 6, 2023. (ECF No. 75).

2.      On May 8, 2023, the Parties filed a joint motion for minor modification of the Pretrial Scheduling Order as to the expert discovery schedule. (ECF No. 88).  The motion proposed that: (1) Plaintiffs provide their expert(s) and report(s) by July 7, 2023; (2) Defendants provide

1

their expert(s) and report(s) by August 7, 2023; and (3) the Parties exchange their respective lists of witnesses intended to be called at trial by August 24, 2023. *Id.*

3.      On May 8, 2023, the Court entered an Order granting the Joint Motion for Minor Modification of Scheduling Order.  (ECF No. 88).

4.      On May 16, 2023,  the Parties filed a joint motion to extend the time for Defendants to oppose Lead Plaintiffs' motion for class certification and for Lead Plaintiffs to reply thereto. (ECF No. 91).

5.      On May 17, 2023 (ECF No. 92), the Court entered an Order granting the Motion for Extension of Time to File Opposition to the Motion for Class Certification and Reply.  (ECF No. 92).  The Order set the deadline for Defendants to file their opposition to class certification for June 15, 2023, and ordered any reply in support of the motion for class certification to be filed within 21 days of service of the opposition.  *Id.*

6.      As set forth in the Joint Notice of Settlement (ECF No. 109), after engaging in extensive negotiations, the Parties have reached an agreement in principle to resolve this matter.

7.      Here, the Parties propose that good cause exists to stay all pretrial deadlines to allow the parties to prepare and submit to the Court documents necessary to present the settlement to the proposed Class and the Court, in compliance with Rule 23 of the Federal Rules of Civil procedure.

8.      The Court has broad discretion to adjourn or stay proceedings incident to its power to control its docket. *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv.*, Inc., 556 F.3d 1232, 1240 (11th Cir. 2009).

9.      Additionally, the Parties request that the Court hold in abeyance any orders on Plaintiffs' motion for class certification (ECF No. 95).

10.     On May 18, 2023, Plaintiffs filed their motion for class certification. (ECF No. 95). On June 15, 2023, Defendants filed their memorandum of law in opposition to Lead Plaintiffs' motion for class certification. (ECF No. 100).

11.     Given the agreement to settle this case, the Parties request that the Court hold in abeyance any orders on Plaintiffs motion for class certification as they seek approval of their settlement.

12.     Courts in this Circuit have issued similar orders to permit parties to pursue and finalize settlement.  *See, e.g.*, *Celestrin v. Stulz*, No. 21-cv-23414-BLOOM/Otazo-Reyes, 2022 U.S. Dist. LEXIS 159128, at *1 (S.D. Fla. Aug. 31, 2022); *Seong Ho Hwang v. Gladden*, No. 3:16-cv-502-SRW, 2018 U.S. Dist. LEXIS 102986, at *19 n.5 (M.D. Ala. June 20, 2018) (commenting that the district court had held plaintiffs' motion to reopen the case and stay proceedings in abeyance so that the parties could pursue settlement).

13.     Pursuant to Rule 7.1(a)(2) of the Local Rules of the Southern District of Florida, this Motion is accompanied by a proposed Order granting the Motion.

**NOW, THEREFORE,** the Parties respectfully request that the Court enter an Order as follows:

1.     All pretrial deadlines in this matter shall be stayed pending Court consideration and possible approval of the parties' proposed settlement.

2.     The Court shall hold any ruling on Plaintiffs' motion for class certification in abeyance while the Parties seek approval of the settlement.

3.     The deadline for Plaintiffs to file a motion seeking preliminary approval of the class action settlement shall be August 15, 2023.

3

**<u>Local Rule 7.1(a)(3) Certification</u>**

Counsel for Lead Plaintiffs have conferred with counsel for Defendants Celsius and Negron-Carballo, and the Parties agree with the relief requested herein.

Dated: July 17, 2023

Respectfully submitted,

*/s/ Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
Mica A. Cocco (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Emails: dberger@gelaw.com
      cmoyna@gelaw.com
      vpontrello@gelaw.com
      mcocco@gelaw.com

*Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan and Lead Counsel for the proposed class*

Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
**THE REEVES LAW FIRM, LLC**
1100 Peachtree Street
Suite 250

4

Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police
Officers' Pension Plan and City of Atlanta
Firefighters' Pension Plan*

<u>/s/ Theodore J. Sawicki</u>
Theodore J. Sawicki (Fla. Bar No: 656526)
tod.sawicki@alston.com
Joseph G. Tully, pro hac vice
joe.tully@alston.com
Jason R. Outlaw, pro hac vice
jason.outlaw@alston.com
Matthew LaGrone, pro hac vice
matt.lagrone@alston.com
Oyinkansola Y. Muraina, pro hac vice
oyinkan.muraina@alston.com
**ALSTON & BIRD**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants Celsius Holdings,
Inc., and Edwin Negron-Carballo*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I caused the foregoing to be filed electronically with the Court's Case Management/Electronic Filing System ("CM/ECF").  Notice of this filing was sent to all parties of record by operation of the Notice of Electronic Filing System, and the parties to this action may access the filing through CM/ECF.

*/s/ Theodore J. Sawicki*
Theodore J. Sawicki

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, AND EDWIN NEGRON-CARBALLO,<br><br>Defendants. | Case No. 9:22-cv-80418 (DMM) (WDM)<br><br>The Honorable Donald M. Middlebrooks<br><br>The Honorable William D. Matthewman<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER ON JOINT**
**NOTICE OF SETTLEMENT**

Having considered the Joint Notice of Settlement filed on July 14, 2023 (ECF No. 109),

**IT IS HEREBY ORDERED THAT:**

1.  The parties' Joint Motion to Stay All Pretrial Deadlines and Hold Class Certification in Abeyance (ECF No. 110) is **GRANTED**;

2.  All deadlines currently scheduled in this matter, as listed in the Court orders dated April 10, 2023 (ECF No. 75), May 8, 2023 (ECF No. 88), and May 17, 2023 (ECF No. 92), are hereby **STAYED** pending Court consideration and possible approval of the parties' settlement agreement; and

3.  Plaintiffs shall file a motion seeking preliminary approval of the class action settlement on or before August 15, 2023.

**IT IS SO ORDERED.**

Dated:

_____
Donald M. Middlebrooks
United States District Court

cc: Counsel of Record