# EXHIBIT 2

**WHAT IS THE PROPOSED PLAN OF ALLOCATION?**

The Settlement Amount of $7.9 million and any interest earned thereon is the "Settlement Fund."   The Settlement Fund, less all taxes, tax expenses, notice and claims administration expenses, and approved fees and expenses (the "Net Settlement Fund") shall be distributed to Settlement Class Members who submit timely and valid Proof of Claim and Release Forms to the Claims Administrator[1] ("Authorized Claimants").  The Plan of Allocation provides that you will be eligible to participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in Celsius common stock during the Class Period (August 12, 2021 through March 1, 2022, inclusive.

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among the Settlement Class Members.

The Claims Administrator shall determine each Settlement Class Member's share of the Net Settlement Fund based upon the recognized loss formula (the "Recognized Loss") described below.  A Recognized Loss will be calculated for each share of Celsius common stock purchased or otherwise acquired during the Class Period.  The calculation of a Recognized Loss will depend upon several factors, including when the shares were purchased or otherwise acquired and in what amounts, whether they were ever sold, and, if so, when they were sold and for what amounts.  The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to the Settlement Class Member pursuant to the Settlement.  The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to Settlement Class Members.

Your share of the Net Settlement Fund will depend on the number of valid Proof of Claim and Release Forms that Settlement Class Members submit to the Claims Administrator and how many shares of you purchased or otherwise acquired during the Class Period, and whether you sold any of those shares and when you sold them.

The calculation of claims below is not an estimate of the amount you will receive.  It is a formula for allocating the Net Settlement Fund among all Authorized Claimants.

**CALCULATION OF RECOGNIZED LOSS AMOUNTS**

1.      In the event a Settlement Class Member has more than one purchase, acquisition and/or sale of Celsius common stock during the Class Period, all purchases, acquisitions and/or sales shall be matched on a First-In, First-Out ("FIFO") basis.  Sales will be matched, first against any holdings of Celsius common stock at the beginning of the Class Period, and then against purchases or acquisitions in chronological order, beginning with the earliest acquisition or purchase made.

2.      For each purchase or acquisition of Celsius common stock made in the Class Period that is properly documented, a "Recognized Loss Amount" will be calculated according to the

---

[1] The Claims Administrator is KCC Class Action Services, and can be reached at (866) 690-1317, or by e-mail to: info@CelsiusHoldingsSecuritiesSettlement.com

- 1 -

formulas described below.  Such "Recognized Loss Amounts" will be aggregated across all purchases or acquisitions of a Settlement Class Member to determine the "Recognized Claim" for each Settlement Class Member.

3.      The Recognized Claim is calculated based on all matched purchases and sales for a given claimant.  If the matched purchases and sales for a given claimant reflect an overall gain, the Recognized Claim involved in the claimant's transactions will be $0.00.  The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, their, or its Recognized Claim as compared to the Recognized Claims of all Authorized Claimants.  No distribution shall be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

4.      The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh the claims of the claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

## RECOGNIZED LOSS AMOUNTS

5.      The Plan of Allocation was developed based on the alleged inflation per share shown below, as well as the statutory 90-day look-back limitation.[2]  A Recognized Claim is calculated for each Settlement Class Member who purchased Celsius common stock during the Class Period based on when that claimant purchased and sold shares, or retained shares beyond the end of the Class Period.

6.      Based on the formulas presented below, a "Recognized Loss Amount" will be calculated for each purchase or acquisition of Celsius common stock during the Class Period that is listed on the Proof of Claim and Release Form and for which adequate documentation is provided.

| Alleged Inflation Period | Alleged Inflation Per Share |
|---|---|
| August 12, 2021 – March 1, 2022 | $6.19 |
| March 2, 2022 – Present | $0 |

[2]Under §21(D)(e)(1) of the 1934 Act, "in any private action arising under this Act in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."  As set forth herein, Recognized Loss Amounts for Celsius common stock are reduced to an appropriate extent by taking into account the closing prices of Celsius common stock during the 90-day look-back period.  The mean (average) closing price for Celsius common stock during this 90-day look-back period was $54.70 per share as shown in Table 1.  The 90-day look-back period ends on Friday, May 27, 2022.

7.      For shares of Celsius common stock purchased or acquired on or between August 12, 2021, through and including the close of trading on March 1, 2022, the Recognized Loss (per share) shall be as follows:

a)  If sold prior to the close of trading on March 1, 2022, the Recognized Loss is zero.

b)  Retained through the close of trading on March 1, 2022 and sold on or before May 27, 2022, the Recognized Loss amount is equal to the *lesser* of:

    i.    the inflation at the time of purchase;

    ii.    the purchase price minus the Average Closing Price up to the date of sale, as set forth in Table 1 below, but the computed Recognized Loss cannot be less than zero.

c)  If held at the close of trading on May 27, 2022, the Recognized Loss amount is equal to the *lesser* of:

    i.    the inflation at the time of purchase;

    ii.    the purchase price minus \$54.70[3], but the computed Recognized Loss cannot be less than zero.

8.      A purchase, acquisition or sale of Celsius common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.[4]  All purchase, acquisition and sale prices shall exclude any fees and commissions.  The receipt or grant by gift, devise, or operation of law of Celsius common stock shall not be deemed a purchase, acquisition or sale of Celsius common stock for the calculation of a claimant's recognized claim nor shall it be deemed an assignment of any claim relating to the purchase or acquisition of such shares unless specifically provided in the instrument of gift or assignment.

9.      "Short" sales shall not be recognized for any amount of loss on the cover or purchase transaction, and no Recognized Loss will be computed for any such covering purchase transaction.

10.     The Claims Administrator will determine if the claimant had a "Market Gain" or a "Market Loss" with respect to her/his/their/its overall transactions in Celsius common stock during the Class Period.  For purposes of making this calculation, the Claims Administrator will determine

---

[3] The mean (average) closing price for Celsius common stock during the 90-day look-back period was \$54.70 per share as shown in Table 1 below.

[4] Option contracts are not securities eligible to participate in the Settlement.  With respect to shares of Celsius common stock purchased or sold through the exercise of an option, the purchase/sale date of the Celsius common stock is the exercise date of the option and the purchase/sale price of the Celsius common stock is the exercise price of the option.

the difference between: (i)  the claimant's Total Purchase Amount[5] and (ii) the sum of the claimant's Total Sales Proceeds[6] and the claimant's Holding Value.[7]  If the claimant's Total Purchase Amount minus the sum of the claimant's Total Sales Proceeds and the Holding Value is a positive number, that number will be the claimant's Market Loss; the number is negative or zero, that number will be the claimant's Market Gain.

11.     If the claimant had a Market Gain with respect to her/his/their/its overall transactions in Celsius common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero, and the claimant will in any event be bound by the Settlement.  If a claimant suffered an overall Market Loss with respect to her/his/their/its transactions in Celsius common stock during the Class Period, but that Market Loss was less than the Claimant's Recognized Claim, then the claimant's Recognized Claim will be limited to the amount of the Market Loss.

12.     Distributions will be made to Authorized Claimants after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved. If there is any balance remaining in the Net Settlement Fund after at least six (6) months from the initial date of distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), the Claims Administrator shall, if feasible, reallocate such balance among Authorized Claimants in an equitable and economic fashion.  These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically feasible to distribute to Settlement Class Members.  Thereafter, any balance that still remains in the Net Settlement Fund shall be donated to any appropriate non-profit charitable organization(s) serving the public interest unaffiliated with any party or their counsel serving the public interest.

13.     Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim and Release.  If you are dissatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

14.     The Court has retained jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

15.     Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants.  No Person shall have any claim against Lead Plaintiffs, Lead Counsel, any Claims Administrator, any other Person designated by Lead Plaintiffs' Counsel, or

---

[5] The "Total Purchase Amount" is a total amount the Authorized Claimant paid (excluding any fees, commissions, and taxes) for all shares of Celsius common stock purchased/acquired during the Class Period.

[6] The "Total Sales Proceeds" will be the total amount received (not deducting any fees, commissions, and taxes) for sales of Celsius common stock that were purchased and sold by the Authorized Claimant during the Class Period.  The FIFO method as described in ¶1 above will be applied for matching sales of Celsius common stock to prior purchases/acquisitions of Celsius common stock.

[7] The Claims Administrator will ascribe a "Holding Value" of $57.05 to each share of Celsius common stock purchased/acquired during the Class Period that was still held as of the close of trading on March 1, 2022.

any of the Released Parties based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court.  All Settlement Class Members who fail to complete and submit a valid and timely Proof of Claim and Release Form shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Settlement, including the terms of any judgment entered and the releases given.

**Table 1**

**CELSIUS COMMON STOCK
AVERAGE CLOSING PRICES
MARCH 2, 2022 – MAY 27, 2022**

**PLSRA 90-Day Lookback Price for Celsius Common Stock**

| Date | Close Price | Average Close Price from 3/2/2022 | Date | Close Price | Average Close Price from 3/2/2022 |
|---|---|---|---|---|---|
| 3/2/2022 | $64.82 | $64.82 | 4/14/2022 | $53.78 | $54.03 |
| 3/3/2022 | $57.60 | $61.21 | 4/18/2022 | $53.05 | $54.00 |
| 3/4/2022 | $54.87 | $59.10 | 4/19/2022 | $57.24 | $54.10 |
| 3/7/2022 | $48.87 | $56.54 | 4/20/2022 | $58.06 | $54.21 |
| 3/8/2022 | $46.61 | $54.55 | 4/21/2022 | $55.16 | $54.24 |
| 3/9/2022 | $50.44 | $53.87 | 4/22/2022 | $52.46 | $54.19 |
| 3/10/2022 | $49.56 | $53.25 | 4/25/2022 | $57.50 | $54.28 |
| 3/11/2022 | $45.14 | $52.24 | 4/26/2022 | $53.33 | $54.25 |
| 3/14/2022 | $42.39 | $51.14 | 4/27/2022 | $53.96 | $54.24 |
| 3/15/2022 | $45.04 | $50.53 | 4/28/2022 | $55.74 | $54.28 |
| 3/16/2022 | $49.82 | $50.47 | 4/29/2022 | $52.00 | $54.23 |
| 3/17/2022 | $56.89 | $51.00 | 5/2/2022 | $54.58 | $54.23 |
| 3/18/2022 | $61.18 | $51.79 | 5/3/2022 | $54.08 | $54.23 |
| 3/21/2022 | $59.76 | $52.36 | 5/4/2022 | $57.77 | $54.31 |
| 3/22/2022 | $58.30 | $52.75 | 5/5/2022 | $50.79 | $54.23 |
| 3/23/2022 | $57.90 | $53.07 | 5/6/2022 | $50.73 | $54.16 |
| 3/24/2022 | $56.71 | $53.29 | 5/9/2022 | $41.89 | $53.90 |
| 3/25/2022 | $55.63 | $53.42 | 5/10/2022 | $41.31 | $53.65 |
| 3/28/2022 | $57.63 | $53.64 | 5/11/2022 | $47.42 | $53.52 |
| 3/29/2022 | $59.52 | $53.93 | 5/12/2022 | $50.04 | $53.45 |
| 3/29/2022 | $59.52 | $53.93 | 5/13/2022 | $56.38 | $53.51 |
| 3/30/2022 | $57.16 | $54.09 | 5/16/2022 | $54.80 | $53.53 |
| 3/31/2022 | $55.18 | $54.14 | 5/17/2022 | $58.58 | $53.63 |
| 4/1/2022 | $58.66 | $54.33 | 5/18/2022 | $56.45 | $53.68 |
| 4/4/2022 | $60.13 | $54.58 | 5/19/2022 | $60.01 | $53.79 |
| 4/5/2022 | $56.76 | $54.66 | 5/20/2022 | $58.77 | $53.88 |
| 4/6/2022 | $52.00 | $54.56 | 5/23/2022 | $62.62 | $54.03 |
| 4/7/2022 | $52.88 | $54.50 | 5/24/2022 | $58.74 | $54.11 |
| 4/8/2022 | $50.03 | $54.34 | 5/25/2022 | $62.44 | $54.25 |
| 4/11/2022 | $50.14 | $54.19 | 5/26/2022 | $65.84 | $54.44 |
| 4/12/2022 | $50.93 | $54.09 | 5/27/2022 | $70.86 | $54.70 |
| 4/13/2022 | $52.66 | $54.04 | | | |