**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 22-80418-CV-MIDDLEBROOKS

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiffs, <br><br>     -V- <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO, <br><br>     Defendants. | <u>CLASS ACTION</u> |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY**
**<u>APPROVAL OF CLASS ACTION SETTLEMENT</u>**

I, DANIEL L. BERGER, declare under penalty of perjury:

1.      I am a director at the law firm Grant & Eisenhofer P.A. ("G&E"), Lead Counsel for Lead Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan and the Class in the above-captioned litigation. I have personal knowledge of the matters set forth herein.

2.      I have extensive experience litigating securities fraud class actions.

3.      My firm has been appointed class counsel in numerous class actions throughout the country in several of the largest securities class actions in history, achieving successful recoveries for classes of investors.  *See e.g.*, *Logan v. ProPetro Holding Corp. et al.*, No. 19-00217 (W.D. Tex.); *Deka Investment GmbH, et al. v. Santander Consumer USA Holdings Inc., et al.*, No. 15-2129 (N.D. Tex.); *In re Synchronoss Technologies, Inc. Sec. Litig.* No. 17-2978 (D. N.J.); *In re Portland General Electric Co. Sec. Litig.*, No. 20-1583 (N. Or.); *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-03852 (S.D.N.Y.); *In re Merck & Co., Inc. Vytorin/Zetia Sec. Litig.*, No. 08-2177 (D. N.J.); *In re Cendant Corp. Litig.*, No. 98-1664 (D. N.J.); *In re Tyco Int'l Ltd. Sec. Litig.*, No. 02-1335 (D.N.H.); *In re Pfizer Inc. Sec. Litig.*, No. 1:04-9866 (S.D.N.Y.); *In re Global Crossing, Ltd. Sec. Litig.*, No. 02-910 (S.D.N.Y.); *In re Refco, Inc., Sec. Litig.*, No. 05-cv-8626 (S.D.N.Y.); *In re Marsh & McLennan Cos. Sec. Litig.*, MDL No. 1744 (S.D.N.Y.); *In re General Motors Corp. Sec. Litig.*, MDL No. 1749 (E.D. Mich.); *In re Oxford Health Plans, Inc., Sec. Litig.*, MDL No. 1222 (S.D.N.Y.); and *In re Safety-Kleen Corp. Bondholders Litigation*, No. 00-1145-17 (D.S.C.).

4.      Courts in this District have commented on G&E's preeminence and tenure in representing investors in securities class actions. *See Einhorn v. AxoGen, Inc.*, Case No.: 8:19-cv-69-EAK-AAS, 2019 WL 5636382, at *3 (M.D. Fla. Apr. 30, 2019) ("Grant & Eisenhofer P.A.

1

possess[es] the requisite experience in the area of securities class actions to represent the interests of the putative class"); *Oklahoma Firefighters Pension & Retirement Sys. v. Rayonier Advanced Materials, Inc.*, No. 3:15–cv–546–J–32PDB, 2015 WL 4730383, at *2 (M.D. Fla. Aug. 10, 2015) (determining that G&E had "substantial experience in securities class actions," and approving selection of G&E as lead counsel); *Miller v. Dyadic Intern.*, No. 07-80948-CIV, 2008 WL 2465286, at *10 (S.D. Fla. April 18, 2008) ("Because there is nothing to suggest that Movant or its counsel will not fairly and adequately represent the Class, the Court will not interfere with the Lead Plaintiff's selection of counsel . . . .").

5. G&E has, and will continue to, vigorously protect the interests of the members of the proposed class.

6. G&E has advanced all costs necessary to successfully prosecute this action and will continue to do so as this case proceeds.

7. Attached hereto as Exhibit 1 is a Stipulation of Settlement made and entered into on August 2, 2023 by and between the following settling parties: (i) Lead Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan on behalf of themselves and each member of the settling class and (ii) Defendants Celsius, John Fieldly, and Edwin Negron-Carballo, by and through their counsel of record in the above-captioned litigation.

8. Attached hereto as Exhibit 2 is a Plan of Allocation of the Net Settlement Fund.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of August, 2023, in New York, New York.

*/s/ Daniel L. Berger*
Daniel L. Berger

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 3, 2023, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record.

*/s/ Daniel L. Berger*
Daniel L. Berger

**Grant & Eisenhofer P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com