**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-80418-CV-MIDDLEBROOKS

|  |  |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -v- <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO, <br><br> Defendants. | <u>CLASS ACTION</u> |

**DECLARATION OF DAVID BRAND ON BEHALF OF CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN AND CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN IN SUPPORT OF (A) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (B) LEAD COUNSEL'S <u>MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES</u>**

I, David Brand, Chair of the City of Atlanta Defined Benefit Pension Plan Investment Board (the "Investment Board"), on behalf of the City of Atlanta Police Officers' Pension Plan (the "Atlanta Police") and the City of Atlanta Firefighters' Pension Plan (the "Atlanta Firefighters") (together, the "Lead Plaintiffs"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1. I am familiar with the matters set forth herein and I am duly authorized to make this certification on behalf of Atlanta Police and Atlanta Firefighters because it is governed by the Investment Board.

2. I respectfully submit this Declaration in support of the motion of: (a) Plaintiff's Unopposed Motion for Final Approval of the proposed settlement of the Action for $7.9 million in cash (the "Settlement") and approval of the Plan of Allocation; and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to Lead Plaintiffs' Counsel.  I have personal knowledge of the facts set forth in this Declaration.

## I.      Lead Plaintiffs' Participation in the Prosecution and Settlement of the Action

3. Atlanta Police and Atlanta Firefighters are benefit pension funds headquartered in Atlanta, Georgia with approximately $1.3 billion and $768 million in assets, respectively.

4. After reviewing the initial complaint filed in this Action (ECF No. 1), and considering Atlanta Police and Atlanta Firefighters' investment in Celsius Holdings, Inc. ("Celsius"), Atlanta Police and Atlanta Firefighters retained Grant & Eisenhofer P.A. ("G&E") and Jeffrey Reeves, Esq. to represent them in this action, and authorized them to file a motion to seeking to appoint Atlanta Police and Atlanta Firefighters as Lead Plaintiffs in the Action.  By Order entered on June 6, 2022, the Court granted Atlanta Police and Atlanta Firefighters' motion and appointed Atlanta Police and Atlanta Firefighters to serve as Lead Plaintiffs, and G&E to serve as Lead Counsel in the Action.

5. Thereafter, in fulfillment of its responsibilities as Lead Plaintiffs, and on behalf of all proposed class members, Atlanta Police and Atlanta Firefighters zealously performed their roles as a Lead Plaintiffs in pursuit of a favorable resolution of this case.  To that end, Atlanta Police and Atlanta Firefighters have:  (i) received and reviewed periodic status reports from G&E on case developments; (ii) engaged in regular discussions with G&E concerning the conduct of this litigation and significant developments therein, including case strategy and potential settlement; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter,

including the amended Class Action Complaint ("Amended Complaint"), opposition to Defendants' Motion to Dismiss, and Lead Plaintiffs' Motion for Class Certification; (iv) successfully opposed Defendants' Motion to Dismiss the Amended Complaint; (v) reviewed the discovery requests served on Plaintiffs in this litigation; (vii) collected and produced documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; (viii) prepared for and gave depositions in person in Atlanta, Georgia about matters concerning their investments in Celsius securities and other information pertaining to their involvement in the Action; (ix) through its counsel, served Document Requests on Defendants and engaged in other forms of discovery, including the service of numerous subpoenas on third parties; (x) discussed settlement negotiations with Lead Counsel; (xi) appeared in person in a mediation that lasted for 16 hours in Miami, Florida, and thus reviewed the settlement proposals and evaluated the ultimate settlement amounts offered by Defendants; and (xii) reviewed Lead Plaintiff's motion for preliminary approval of this settlement.

6.      In addition, Atlanta Police and Atlanta Firefighters have reviewed the briefs and other documents related to the Settlement, including drafts of the papers that are presently being submitted in support of (a) Final Approval of the Settlement and approval of the proposed Plan of Allocation; and (b) approval of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to Lead Plaintiffs' Counsel.

## II.      Lead Plaintiffs Endorse Approval of the Settlement and Plan of Allocation

7.       Lead Plaintiffs strongly endorse the Settlement and believe it provides an excellent recovery for the Settlement Class, especially when measured against the substantial risks of establishing liability and damages.  This informed endorsement stems from Lead Plaintiffs' oversight of the prosecution and negotiations for the proposed settlement of this Action.  Lead

Plaintiffs also endorse the proposed Plan of Allocation, and believe that it represents a fair and reasonable method for valuing claims submitted by Settlement Class Members, and for distributing the Net Settlement Fund to Settlement Class Members who submit valid and timely Claim Forms.

**III.     Lead Plaintiffs Support Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses**

8.     Lead Plaintiffs also support Lead Counsel's requested fee (for all Plaintiffs' Counsel) of 25% of the Settlement Fund.  Lead Plaintiffs take seriously their roles in this Action to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiffs' Counsel for the work involved and the substantial risks they undertook in litigating the Action.  Thus, Lead Plaintiffs negotiated a retention agreement with G&E that provides that G&E may seek attorneys' fees up to 25% of the recovery to the Class. Lead Plaintiffs negotiated and approved that limitation on attorneys' fee, subject to Court approval, at the outset of the Action.

9.     Following the agreement to settle the Action, Lead Plaintiffs have reviewed the proposed 25% fee and believe it is fair and reasonable in light of the favorable result obtained for the Settlement Class, the excellent work performed by Plaintiffs' Counsel, and the risks undertaken by counsel in this Action.

10.     Lead Plaintiffs further believe Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Lead Plaintiffs have approved the request for payment of expenses submitted by Plaintiffs' Counsel.

11.     Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Lead Plaintiffs support Lead Counsel's motion for attorneys' fees and expenses.

**IV.    Conclusion**

12.    In conclusion, Lead Plaintiffs were closely involved with the prosecution and settlement of this Action, strongly endorse the proposed Settlement as fair, reasonable, and adequate, and believe that it represents an excellent recovery for the Settlement Class in light of the risks of continued litigation.  Lead Plaintiffs have reviewed and endorse the proposed Plan of Allocation as fair and reasonable for the Settlement Class.  Lead Plaintiffs further respectfully request that the Court approve Lead Counsel's Motion for Attorneys' Fees and Expenses for Plaintiffs' Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _9_th day of January, 2024.

**CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN AND CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN**

By:       /s/ _David Brand_
          Name: David Brand
          Title: Chair of the City of Atlanta Defined Benefit Pension Plan Investment Board