

Grant & Eisenhofer P.A.

485 Lexington Avenue
29th Floor
New York, NY 10017
tel: 646.722.8500
fax: 646.722.8501

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

www.gelaw.com

123 Justison Street, 7th Floor, Wilmington, DE 19801          tel: 302.622.7000   fax: 302.622.7100

City of Atlanta Pension Board
2472 Jett Ferry Road
Suite 400-410
Atlanta, GA 30338

January 09, 2024
Account No. 33100

**Celsius Holdings**

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Caitlin Moyna | Partner | 538.10 | 1,100.00 | 591,910.00 |
| Daniel L. Berger | Partner | 256.40 | 1,500.00 | 384,600.00 |
| Lauren Salamon | Associate | 51.20 | 650.00 | 33,280.00 |
| Mica Cocco | Associate | 823.60 | 500.00 | 411,800.00 |
| Vincent Pontrello | Associate | 672.10 | 615.00 | 413,341.50 |
| Susan Neis | Paralegal | 156.80 | 375.00 | 58,800.00 |
| Valisity Beal | Paralegal | 0.20 | 375.00 | 75.00 |
| Keith DiGuglielmo | Paralegal Assistant | 1.50 | 365.00 | 547.50 |
|  |  | **2,499.90** |  | **1,894,354.00** |