

485 Lexington Avenue
29th Floor
New York, NY 10017
tel:  646.722.8500
fax: 646.722.8501

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel:  312.610.5350
fax: 312.214.0001

123 Justison Street, 7th Floor, Wilmington, DE 19801          tel: 302.622.7000   fax: 302.622.7100

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel:  415.229.9720
fax: 415.789.4367

City of Atlanta Pension Board                              January 09, 2024
2472 Jett Ferry Road                                 Account No. 33100
Suite 400-410
Atlanta, GA 30338

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel:  410.204.1045

www.gelaw.com

**Celsius Holdings**

## Cost Detail

| | |
|---|---|
| Case Investigation | $25,006.01 |
| Case-Related Research | $6,214.09 |
| Class Notice Expenses | $3,451.55 |
| Duplication Services | $1,096.55 |
| E-Discovery Data Hosting Services | $2,153.50 |
| E-Discovery Data Processing Services | $1,317.50 |
| Expert | $271,093.80 |
| Local Counsel | $2,610.00 |
| Mediation | $10,000.00 |
| Service Fees | $650.00 |
| Transcription Services | $5,751.20 |
| Travel | $7,670.93 |
| Total Disbursements | $337,015.13 |