Total Lodestar and Expenses; Case No. 1:22-cv-80418-MIDDLEBROOKS

| Firm/Attorney | Total Hours | Total Lodestar | Total Expenses |
|---|---|---|---|
| Grant & Eisenhofer P.A. | 2499.90 | $1,894,354.00 | $337,015.13 |
| The Reeves Law Firm, LLC | 207.43 | $207,430.00 | $5,240.90 |
| Klausner Kaufman Jensen & Levinson | 63.00 | $47,250.00 | $1,460.00 |
| **Totals:** | 2,770.33 | $2,149,034.00 | $343,716.03 |