The Reeves Law Firm, LLC.
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
404-795-6139: Office Telephone
888-209-5048: Direct Fax
jeff@reeveslawfirmpc.com
www.reeveslawfirmpc.com

The Reeves Law Firm, LLC. was formed in 2016 by founding member, Jeffrey A. Reeves, who concentrates his practice in catastrophic personal injury claims and securities litigation. Mr. Reeves attended Morehouse College and the University of Georgia School of Law. The Reeves Law Firm focuses its practice primarily on Plaintiff's Litigation and Shareholder and Securities Litigation matters.

The Reeves Law Firm has represented clients throughout the country in cases involving complex and catastrophic personal injury claims. Our hands-on approach and willingness to take on difficult cases has allowed us to achieve millions of dollars in recovered damages for our clients. We assemble the best team of lawyers and professionals for each case. Please refer to the list below of the types of cases we handle:

Wrongful Death

Automobile Accidents

Tractor-Trailer Accidents

Medical Negligence

Brain Injuries

Defective Products

Unsafe Premises

Civil Rights Violations

Shareholder Derivative Claims

Securities Litigation

The Reeves Law Firm provides confidential portfolio monitoring and case evaluation services for accredited investors in the United States and abroad. At no cost, we regularly evaluate our clients' portfolios, tract potentially troubling developments and trends, identify areas where our clients might recover losses, and recommend realistic options tailored to our client's specific needs.  Our institutional clients rely on us to pursue their corporate governance and securities claims vigorously and to keep them fully informed.

Sample of Recent Cases and Results:

**<u>Shareholder Derivative Litigation: Delaware Court of Chancery: Motion to Dismiss Granted; Appealed and Affirmed by Delaware Supreme Court:</u>**

Lenza H. McElrath, III, derivatively on behalf of Uber Technologies, Inc. v. Travis Kalanick, Garrett Camp, Ryan Grave, Arianna Huffington, Yasir Al-Rumayyan, William Gurley, David Bonderman and Uber Technologies, Inc.

Shareholder derivative litigation involving allegations from Google Inc., that Uber Technologies misappropriated trade secrets and intellectual property involving autonomous vehicles. Uber paid approximately $200 million to resolve a civil lawsuit brought by Google, Inc. which was the basis of the shareholder derivative action. The case was litigated in the Delaware Court of Chancery. The court granted with Defendant's Motion to Dismiss holding demand was not futile. The motion was appealed to the Delaware Supreme Court who ultimately affirmed the trial court's decision.

**<u>$4,550,000 – Plaintiff's Wrongful Death Accident:</u>**

This case involved the death of a mother of three, who was rear-ended by a tractor-trailer owned and operated by a Pennsylvania trucking company. The case was extensively litigated and settled shortly before trial.

**<u>$3,500,000 – Wrongful Death Caused by Motor Vehicle Accident:</u>**

Our clients' child was killed in a bus accident caused by speeding and reckless driving.   The case settled prior to trial and after extensive litigation.

**<u>$3,000,000 – Burn Injury to Minor:</u>**

Our minor client suffered burn injuries as a result of a gas leak that caused an explosion in her home. Our investigation uncovered that a third party was previously hired to inspect the home for safety issues and had failed to detect a problem with the gas line. The case settled for the policy limits of insurance.

**<u>$1,000,000 – Amputated Leg After Pedestrian Client Hit by Motorist in Rental Car:</u>**

Our client lost his leg after being hit by a vehicle while he was crossing the street.  The vehicle was fraudulently rented from a rental car agency, which in turn failed to properly confirm the identification of the renter.  After extensive litigation and shortly after mediation, a settlement was reached with the rental car company.