UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-80418-CV-MIDDLEBROOKS

CITY OF ATLANTA POLICE OFFICERS'
PENSION PLAN and CITY OF ATLANTA
FIREFIGHTERS' PENSION PLAN,
Individually and on Behalf of All Others
Similarly Situated,

   Plaintiffs,

    -v-

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and EDWIN NEGRON-
CARBALLO,

   Defendants.

CLASS ACTION

**DECLARATION OF ROBERT D. KLAUSNER OF
KLAUSNER KAUFMAN JENSEN & LEVINSON
IN SUPPORT OF MOTION FOR AWARD OF
ATTORNEYS' FEES AND EXPENSES**

I, **ROBERT D. KLAUSNER**, declare as follows:

1.      I am a member of Klausner Kaufman Jensen & Levinson (the "Firm"), liaison counsel of record for Lead Plaintiffs the City of Atlanta Police Officers' Pension Plan and the City of Atlanta Firefighters' Pension Plan (together, "Lead Plaintiffs"). I am submitting this declaration in support of my Firm's application for an award of attorneys' fees, expenses and charges ("expenses") in connection with services rendered in the above-entitled action (the "Litigation").

2.      I am an attorney duly licensed to practice before the United States District Court for the Southern District of Florida and all of the state courts of the State of Florida. I have been actively involved in the prosecution and resolution of this Action. I actively participated in all communications with Lead Plaintiffs, discovery, strategy discussions, settlement negotiations, and preparation of motions and other materials to be filed with this Court.

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I oversaw and/or conducted the day-to-day activities in the Litigation and I reviewed the time and expense reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the reports as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation. In addition, I believe that these expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4.      After the reductions referred to above, the number of hours spent on the Litigation by the Firm is 63 hours. This time was all spent by me personally.  My time is billed at a rate of $750.00 per hour, which is reasonable in light of my level of experience and the area in which I practice.  Thus, the lodestar amount for attorney time $47,250.

5.      In addition, I hereby certify that the hourly rate used to calculate my requested compensation in the Consolidated Categorical Lodestar attached as Exhibit A to the Declaration of Daniel L. Berger in Support of the Motion for Award of Attorneys' Fees and Expenses is equal to the hourly rate at which I directly bill clients for my legal services.

6.      The Firm also seeks an award of $1,460.00 in expenses and charges in connection with the prosecution of the Litigation. These expenses are for: (i) *pro hac vice* filing fees ($1,000.00); and (ii) service process fees ($460.00).

7.      The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses

8.      The identification and background of my Firm and its partners is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2024, at Plantation, Florida

**ROBERT D. KLAUSNER**