**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-80418-CV-MIDDLEBROOKS

---

CITY OF ATLANTA POLICE OFFICERS'
PENSION PLAN and CITY OF ATLANTA
FIREFIGHTERS' PENSION PLAN,
Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

      -v-

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and EDWIN NEGRON-
CARBALLO,

      Defendants.

CLASS ACTION

---

**LEAD PLAINTIFFS' REPLY IN FURTHER**
**SUPPORT OF (1) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION,**
**CERTIFICATION OF CLASS AND APPOINTMENT OF CLASS**
**REPRESENTATIVES AND CLASS COUNSEL, AND**
**(2) LEAD PLAINTIFFS' MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND EXPENSES**

Lead Plaintiffs City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan (together, "Lead Plaintiffs"), by and through Lead Counsel Grant & Eisenhofer P.A., respectfully submit this reply in support of Lead Plaintiffs' (1) unopposed motion for final approval of class action settlement and plan of allocation, certification of class and appointment of class representatives and class counsel (ECF No. 121); and (2) motion for an award of attorneys' fees and expenses (ECF No. 122; together with ECF No. 121, the "Motions").[1]

As set forth in Lead Plaintiffs' Motions, the proposed Settlement in this Action is a superior recovery for the Settlement Class. The proposed Settlement of $7.9 million represents an immediate and certain recovery in line with other securities class action settlements in the Eleventh Circuit. The Settlement is also noteworthy in light of the risks and difficulties of the Action. Lead Plaintiffs and Lead Counsel secured this recovery even though Defendants' challenges to the Complaint remained outstanding. The parties reached the proposed Settlement only after Lead Plaintiffs' and Lead Counsel's substantial efforts, and following an extensive arm's-length negotiation overseen by an experienced mediator.

As discussed in the Motions, the Notice to potential Settlement Class Members set out the terms of the Settlement, the Plan of Allocation, and the attorneys' fee and expense reimbursement request. *See* ECF No. 121 at 4-5. The Notice also informed potential Settlement Class Members of, among other things, their right to opt-out or object to any aspect of the proposed Settlement, the Plan of Allocation, or Lead Counsel's fee and expense reimbursement request, and that the deadline for doing so was January 10, 2024.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings set forth in the Stipulation of Settlement (ECF No. 115-1).

Since Lead Plaintiffs filed the Motions, the January 10, 2024 deadline for objections and requests for exclusion has passed. No Settlement Class Member has objected to any aspect of the Settlement and only one request for exclusion has been received. *See* Supplemental Declaration of Lance Cavallo attached hereto as Exhibit 1. This overwhelmingly positive reaction is a significant factor in evaluating a proposed settlement.

For the reasons set forth above, in Lead Plaintiffs' Motions, and on the entire record in this Action, the Settlement achieved here is a superior result for the Settlement Class. Accordingly, Lead Plaintiffs respectfully request that the Court approve the Settlement and Plan of Allocation as fair, reasonable and adequate, and confirm certification of the Class. For that purpose, Lead Plaintiffs have attached the proposed Final Judgment as Exhibit 2.

Dated:    January 24, 2024

Respectfully submitted,

*/s/ Daniel L. Berger*
Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
Mica A. Cocco (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Emails: dberger@gelaw.com
        cmoyna@gelaw.com
        vpontrello@gelaw.com
        mcocco@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel*
*for the Proposed Class*

2

Robert D. Klausner
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com

*Liaison Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

Jeffrey Reeves
**THE REEVES LAW FIRM, LLC**
1100 Peachtree Street
Suite 250
Atlanta, GA 30309
Tel.: (404) 795-6139
Fax: (888) 209-5048
Email: jeff@reeveslawfirmpc.com

*Additional Counsel for City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan*

3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 24, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record.

*/s/ Daniel L. Berger*
Daniel L. Berger

**Grant & Eisenhofer P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
