**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 22-80418-CV-MIDDLEBROOKS

| | |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and EDWIN NEGRON-CARBALLO,<br><br>    Defendants. | <u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF LANCE CAVALLO**
**REGARDING (A) UPDATE ON MAILING OF THE NOTICE PACKET;**
**(B) UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE;**
**AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Lance Cavallo, declare and state as follows:

1.      I am a Vice President of Class Actions at Kurtzman Carson Consultants LLC ("KCC").  Pursuant to the Court's August 30, 2023 Order on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"), the Court approved the retention of KCC as Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Action").[1]  I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

---

[1]      All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated as of August 2, 2023 (the "Stipulation") and/or the Declaration of Lance Cavallo Regarding (A) Mailing of Notice and Claim Form; (B) Publication of Summary Notice; (C) Establishment of Telephone Hotline and Settlement Website; and (D) Report on Requests for Exclusion Received to Date (the "Initial Mailing Declaration").

## UPDATE ON MAILING OF THE NOTICE PACKET

2.     As set forth in the Initial Mailing Declaration, KCC had mailed, e-mailed, or caused to be e-mailed 99,996 Notice Packets to potential Settlement Class Members and nominees as of January 8, 2024.  Since the execution of the Initial Mailing Declaration, KCC has continued to receive requests from potential Settlement Class Members and nominees for copies of the Notice Packet.  As a result, an additional one (1) Notice Packet has been mailed such that as of January 22, 2024, KCC has mailed, emailed, or caused to be e-mailed, a total of 99,997 Notice Packets to potential Settlement Class Members or their nominees.

## UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE

3.     The Initial Mailing Declaration noted that KCC maintains a toll-free telephone number (1-866-690-1317) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet.  KCC has promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

4.     The Initial Mailing Declaration also noted that KCC maintains a website dedicated to the Settlement (www.CelsiusHoldingsSecuritiesSettlement.com). On January 18, 2024, KCC posted to the Settlement Website copies of the papers filed in support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, Certification of Class and Appointment of Class Representatives and Class Counsel, as well as Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses. KCC will continue to maintain and, as appropriate, update the Settlement Website until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED AND OBJECTIONS

5.     The Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be addressed to *Celsius Holdings Securities Settlement*, c/o KCC Class Action Services, Exclusions, P.O. Box 5100, Larkspur, CA 94977-5100, such that they were postmarked no later than January 10, 2024. The Notice also sets forth the information that must be included in each request for exclusion. As reported in the Initial Mailing Declaration, KCC received one (1) request for exclusion from the Settlement Class as of January 8, 2024. Since that date, KCC has not received any additional requests; therefore, KCC has received in total one (1) request for exclusion from the Settlement Class as of January 22, 2024.

6.     Settlement Class Members seeking to comment on or object to the Settlement, the Plan of Allocation, Lead Counsel's fee and expense application, and/or Lead Plaintiffs' award request were required to file their objection with the Court, as well as submit their objection in writing to Lead Counsel and Defendants' Counsel, such that it was received no later than January 10, 2024. As of January 22, 2024, KCC has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wantagh, New York on January 23, 2024.

Lance Cavallo

3