**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| CITY OF ATLANTA POLICE OFFICERS' PENSION PLAN and CITY OF ATLANTA FIREFIGHTERS' PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 9:22-cv-80418-DMM <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF LEAD PLAINTIFFS'**
**<u>UNOPPOSED MOTION TO DISTRIBUTE THE NET SETTLEMENT FUND</u>**

I, Daniel L. Berger, Principal at Grant & Eisenhofer P.A. ("Grant & Eisenhofer" or "Lead Counsel"), submit the following declaration in support of Lead Plaintiff's motion requesting approval to distribute the Net Settlement Fund.

1.      I am a principal of the law firm Grant & Eisenhofer, which is the Court-appointed Lead Counsel for the Class, and counsel for Lead Plaintiff City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan ("Lead Plaintiff"). I have been actively involved in the prosecution and resolution of this Action and am familiar with its proceedings. I have personal knowledge of the matters set forth here based on my active participation and supervision of material aspects of the Action as well as my discussions with my colleagues at Grant & Eisenhofer, with the Settlement Administrator, and with the Escrow Agent.

2.      On February 1, 2024, the Court issued its Final Judgment and Order of Dismissal with Prejudice, granting final approval to the Settlement reached between the parties and directing the implementation of the parties' Settlement Agreement. (ECF No. 129). Pursuant to the Settlement Agreement, Defendants deposited the Settlement Amount of $7,900,000 in an interest-bearing escrow account with the Escrow Agent, Huntington Bank on September 8 and 11, 2023.

3.      On February 1, 2024, the Court also approved Lead Counsel's Motion for Final Approval of Settlement and an Award of Attorneys' Fees and Expenses (ECF No. 129). After the deduction of Court approved attorneys' fees and expenses (which totaled $2,318,716.03), the balance of the Net Settlement Fund was $5,581,283.97. Interest payments have grown the balance in the account to $5,828,764.67 as of December 16, 2024. Payments will be made to the Claims Administrator, including $258,882.19 in connection with the notice and administration of the claims, and $26,509.72 to cover the estimated cost of conducting the initial distribution. The total to be paid to the Claims Administrator is $285,391.91.

3

4.      I have reviewed the determinations made by the Claims Administrator regarding submissions made by putative Class members. Based on my review and pursuant to the Plan of Allocation, Lead Counsel recommends that the Court adopt the Claims Administrator's determinations and approve the distribution of funds to the authorized claimants.

Executed this 19th day of December 2024 at New York, New York.

*/s/ Daniel L. Berger*
Daniel L. Berger

3